1   VENABLE LLP
    Douglas C. Emhoff (SBN 151049)
2   demhoff@venable.com
    Tamany Vinson Bentz (SBN 258600)
3   tjbentz@venable.com
    Melissa C. McLaughlin (SBN 273619)
4   mcmclaughlin@venable.com
    2049 Century Park East, Suite 2100
5   Los Angeles, CA  90067
    Telephone:   (310) 229-9900
6   Facsimile:    (310) 229-9901

7   Attorneys for Defendant and
    Counterclaimant Jukin Media, Inc.
8

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUALS THREE, LLC, a California limited liability company, | CASE NO. 2:14-cv-09041-SVW-MAN |
| Plaintiff, | Hon. Stephen V. Wilson Courtroom 6 |
| v. | **COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT** |
| JUKIN MEDIA, INC., a California corporation, and DOES 1 through 50, inclusive, | Action Filed: Nov. 21, 2014 Trial Date:    None set |
| Defendants. | |
| JUKIN MEDIA, INC., a California corporation, | |
| Counterclaimant, | |
| v. | |
| EQUALS THREE, LLC, a California limited liability company; and RAY WILLIAM JOHNSON, an individual, | |
| Counterclaim Defendants. | |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

9022745-v1

COUNTERCLAIM

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

## JUKIN MEDIA, INC.'S COUNTERCLAIM AGAINST EQUALS THREE, LLC AND RAY WILLIAM JOHNSON

Pursuant to Federal Rule of Civil Procedure 13, Jukin Media, Inc. ("Jukin") counterclaims against Counterclaim Defendants Equals Three, LLC ("Equals Three") and Ray William Johnson ("Johnson") as follows:

### INTRODUCTION

1.      Jukin is a content and licensing resource for video owners and entertainment industry professionals.  Among its operations, Jukin provides private individuals a way to monetize their videos by accessing a historically difficult-to-enter market for media content, and has become a market leader in the discovery, acquisition, monetization, licensing, and distribution of short-form viral video content.  Jukin also offers a proprietary platform that allows partners access to its library of over 15,000 videos for use in various commercial applications.  Jukin also offers curated video collections via its themed YouTube channels and content-focused websites, and independently produces or co-produces content displayed on broadcast television and other traditional means of media-distribution.

2.      Despite notice of Jukin's proprietary rights, Counterclaim Defendants Equals Three and Johnson ("Counterclaim Defendants") have and continue to willfully infringe Jukin's rights by using Jukin's videos for commercial purposes.

### THE PARTIES

3.      Counterclaimant Jukin Media, Inc. is a California corporation with its principal place of business in Los Angeles, California.

4.      On information and belief, Counterclaim Defendant Equals Three, LLC is a California limited liability company with its principal place of business in Beverly Hills, California.

5.      On information and belief, Counterclaim Defendant Ray William Johnson is an individual who is a resident of and is domiciled in the state of

1

9022745-v1

1  California in this judicial district.  On information and belief, Johnson is the
2  creator, owner, and manager of Equals Three.

3      6.   Counterclaim Defendants comprise a commercial enterprise based on
4  the use of third-party video clips.  Counterclaim Defendants produce a YouTube
5  channel show titled Equals Three that broadcasts compilation videos containing
6  videos obtained from third-party sources:
7  http://www.youtube.com/user/RayWilliamJohnson/videos.

8                    **JURISDICTION AND VENUE**

9      7.   This Counterclaim for copyright infringement arises under the
10 Copyright Act, 17 U.S.C. § 101 *et seq.*  Accordingly, this Court has subject matter
11 jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.  Since this Counterclaim is so
12 related to Equals Three's claims in this action that it forms part of the same case or
13 controversy, this Court also has supplemental jurisdiction pursuant to 28 U.S.C. §
14 1367(a).

15     8.   Equals Three is subject to the personal jurisdiction of this Court
16 because, among other things, Equals Three is domiciled in the state of California,
17 is doing business in the state of California, and the acts of infringement
18 complained of in this Counterclaim took place in the state of California.

19     9.   Johnson is subject to the personal jurisdiction of this Court because,
20 among other things, Johnson is domiciled in the state of California, is doing
21 business in the state of California, and the acts of infringement complained of in
22 this Counterclaim took place in the state of California.

23     10.  Venue is proper in this judicial district pursuant to 28 U.S.C. §
24 1391(b)(1) and 28 U.S.C. § 1400(a) because Counterclaim Defendants reside in
25 this judicial district, and pursuant to 28 U.S.C. § 1391(b)(2) because a substantial
26 part of the events that give rise to this Counterclaim occurred in this judicial
27 district.

28

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

2

9022745-v1

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

## FACTUAL ALLEGATIONS

11.     Jukin invests in substantial research and analytical efforts to discover short-form viral videos that it believes may be interesting to the public, and works with the individual owners of those videos to license the right to use the videos, or portions thereof, in various commercial applications.   Jukin monetizes these videos by licensing them to various distribution channels for use in advertisements, entertainment productions (including without limitation comedy productions), news programs, and other productions desirous of short-form content.

12.     In addition to generating revenues via content licensing, Jukin also monetizes its videos via broadcast on Jukin's own branded YouTube channels. Jukin may also re-publish certain videos in order to increase their distribution.

13.     In addition to generating revenues via content licensing and monetizing videos via broadcast on Jukin's own branded YouTube channels, Jukin's rights management efforts actively seek to mitigate the effects of lost revenue to its video owners by seeking licenses or advertising revenue monetization from infringing parties.

14.     Individual video owners are unlikely to have the resources, knowledge, or contacts to fully monetize their videos, increase views of their videos (from which increased revenue may be derived), or to enforce their rights against infringers like Counterclaim Defendants.  By acquiring the rights to these videos in exchange for a license fee or a share of net proceeds earned from the videos, Jukin provides a way for individuals to maximize the potential of their videos in a manner that they would not be able to do on their own.

15.     Due to the viral nature of these videos, their licensing potential and thus value is often greatest within the first 30 days of broadcast, when they are new and novel.  Counterclaim Defendants' practice of monitoring Jukin's YouTube channels, and copying and broadcasting the newest and best videos erodes the videos' licensing value and redirects YouTube monetization to Counterclaim

3

9022745-v1

Defendants' channel.  Collectively, Counterclaim Defendants' videos described in this Counterclaim are referred to as the "Infringing Videos."

**Examples of Jukin's Infringed Videos**

16.     A number of videos offered by Jukin and described below have been copied by Counterclaim Defendants (collectively referred to as the "Original Videos").  Two examples of popular Original Videos offered by Jukin are "Black Bear Milk Bottle Rescue" and "Disney World Surprise Gone Wrong."

17.     "Black Bear Milk Bottle Rescue," a dramatic video of the rescue of a black bear whose head had become stuck in a milk jug (the "Black Bear" video), was filmed and created on June 22, 2014 and published on July 6, 2014 at https://www.youtube.com/watch?v=Wu6nKXcsf7g&feature=share, and is incorporated by reference herein.  Jukin acquired exclusive rights to this video directly from its creator.

18.     Jukin obtained copyright registration number PA0001905092 for the Black Bear video.  A true and correct copy of Jukin's copyright registration is attached as Exhibit A.

19.     "Disney World Surprise Gone Wrong," a humorous video chronicling the unexpected response of a small boy upon being surprised with a trip to Disney World (the "Disney" video), was filmed and created by on June 21, 2014 and published on July 1, 2014 at http://youtu.be/h7TL9UuwEd8, and is incorporated by reference herein.   Jukin acquired exclusive rights to this video directly from its creator.

20.     Jukin obtained copyright registration number PA0001905094 for the Disney video.  A true and correct copy of Jukin's copyright registration is attached as Exhibit B.

**The Equals Three Show; Jukin's Correspondence with**
**Counterclaim Defendants**

21.     Counterclaim Defendants produce and broadcast a show on Johnson's

4

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1    YouTube channel called Equals Three (see

2    https://youtube.com/user/RayWilliamJohnson).

3         22.    Equals Three episodes are usually five-six minutes long and consist of

4    the following elements: (1) greeting by the host, (2) several viral videos separated

5    by transitions, (3) repeated playback of key and critical portions of the viral videos,

6    and (4) credits and outtakes/further replay.

7         23.    The heart of each Equals Three program or episode is the three viral

8    videos.  Each video clip shows the most valuable portion of the video, in its

9    substantially original and unaltered form.  Some of the videos used by

10   Counterclaim Defendants in the Equals Three episodes are Jukin's Original

11   Videos.

12        24.    The Equals Three host contributes some banter before or after the

13   video clip (such as the following quote pertaining to the Black Bear video:  "I'm

14   pretty impressed with this guy's crane skills.").  The banter does not give the video

15   clips their entertainment value, nor does it in any way transform the nature or

16   content of the video clips.  The entertainment value comes from the video clips

17   themselves, of which the most relevant portions are re-broadcast, often more than

18   one time.  Counterclaim Defendants' use of Jukin's Original Videos is not a

19   transformative use.

20        25.    Counterclaim Defendants have a pattern and practice of infringing

21   Jukin's videos.  Thus, when Equals Three announced it would return in July of

22   2014 after having gone off the air for several months, Jukin sent a letter to

23   Counterclaim Defendants putting them on notice that use of Jukin's videos without

24   paying the customary license fee constitutes copyright infringement.  A copy of

25   this letter dated July 9, 2014, is attached as Exhibit C.

26        26.    Equals Three returned to YouTube on July 16, 2014.  The first video

27   posted by Equals Three after its return was titled The Resurrection.  It was

28   published on July 16, 2014 by Counterclaim Defendants at

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

5

COUNTERCLAIM

https://www.youtube.com/watch?v=Ze43h65VHwk, and is incorporated by reference herein. The Resurrection prominently features the most significant portions of the Black Bear video.

27.     On July 17, 2014, Counterclaim Defendants sent a reply to Jukin's July 9, 2014 letter, arguing that Defendants' use of Jukin's Original Videos constituted fair use.

28.     On July 18, 2014, Counterclaim Defendants posted the video titled Like A Girl. It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=Dn-_lt7XzgE, and is incorporated by reference herein. Like A Girl prominently features significant portions of the Disney video.

29.     On July 25, 2014, Jukin sent a reply to Counterclaim Defendants explaining why use of the Original Videos does not constitute fair use. A copy of this letter is attached as Exhibit D. Jukin Media gave Counterclaim Defendants until noon on July 26, 2014 to respond. To date, Counterclaim Defendants have not responded to this letter.

**Additional Examples of Jukin's Original Videos and Counterclaim Defendants' Infringing Videos**

30.     Counterclaim Defendants have a clear pattern and practice of copying Jukin's Original Videos shortly after the Original Videos are published, during the time when the Original Videos are most likely to generate revenue for Jukin and the individual video creators. As evident below, Counterclaim Defendants often publish their Infringing Videos within one or two weeks of the publication of the Original Videos.

31.     Jukin acquired the rights to "Groom drops Bride" (the "Groom Drops Bride" video), which was published on October 13, 2014 at https://www.youtube.com/watch?v=Z5NdssyIVA0, and is incorporated by reference herein. Jukin has filed an application for copyright registration with the United States Copyright Office for the Groom Drops Bride video, application case

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

6

COUNTERCLAIM

1    number 1-2032541441, and is awaiting the issuance of the registration.

2        32.    On November 7, 2014, Counterclaim Defendants posted the video

3    titled "Drunk Babies."  It was published by Counterclaim Defendants at

4    https://www.youtube.com/watch?v=PhCcbW2bRbw, and is incorporated by

5    reference herein.  Drunk Babies prominently features significant portions of the

6    Groom Drops Bride video.

7        33.    Jukin acquired the rights to "Funny… Wasp stings man while wife

8    laughs!" (the "Wasp Sting" video), which was published on July 31, 2011 at

9    https://www.youtube.com/watch?v=zmbg9PTGo38, and is incorporated by

10   reference herein.  Jukin has filed an application for copyright registration with the

11   United States Copyright Office for the Wasp Sting video, application case number

12   1-2032541498, and is awaiting the issuance of the registration.

13       34.    On November 14, 2014, Counterclaim Defendants posted the video

14   titled "High on Killer Wasp Spray."  It was published by Counterclaim Defendants

15   at https://www.youtube.com/watch?v=HtLfet0q5c0, and is incorporated by

16   reference herein.  High on Killer Wasp Spray prominently features significant

17   portions of the Wasp Sting video.

18       35.    Jukin acquired the rights to "Insane Dodge Ball Kill!" (the "Dodge

19   Ball" video), which was published on October 4, 2012 at

20   https://www.youtube.com/watch?v=69X7tP6p7E0, and is incorporated by

21   reference herein.  Jukin has filed an application for copyright registration with the

22   United States Copyright Office for the Dodge Ball video, application case number

23   1-2032541534, and is awaiting the issuance of the registration.

24       36.    On October 9, 2012, Counterclaim Defendants posted the video titled

25   "BLAZING CROW – Key & Peele."  It was published by Counterclaim

26   Defendants at https://www.youtube.com/watch?v=-ECmTQCBxS0, and is

27   incorporated by reference herein.  BLAZING CROW – Key & Peele prominently

28   features significant portions of the Dodge Ball video.

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

9022745-v1

37.     Jukin acquired the rights to "Skim Board Fail" (the "Skim Board" video), which was published on July 24, 2013 at https://www.youtube.com/watch?v=qRTL6i5n9Rg, and is incorporated by reference herein.  Jukin has filed an application for copyright registration with the United States Copyright Office for the Skim Board video, application case number 1-2032749721, and is awaiting the issuance of the registration.

38.     On August 3, 2013, Counterclaim Defendants posted the video titled "Boat Trick Accident."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=LVGFd-xg8VU, and is incorporated by reference herein.  Boat Trick Accident prominently features significant portions of the Skim Board video.

39.     Jukin acquired the rights to "Dog Gets Spoon Fed" (the "Spoon Fed" video), which was originally published on October 1, 2014, was published by Jukin on October 30, 2014 at https://www.youtube.com/watch?v=wcWBrx4TU8w, and is incorporated by reference herein.   Jukin has filed an application for copyright registration with the United States Copyright Office for the Spoon Fed video, application number 1-2037996200, and is awaiting the issuance of the registration.

40.     Jukin acquired the rights to "Road worker trick fail" (the "Road Worker" video), which was published on September 3, 2014 at https://www.youtube.com/watch?v=YE8jU6Q7v8c, and is incorporated by reference herein.   Jukin has filed an application for copyright registration with the United States Copyright Office for the Road Worker video, application case number 1-2035233950, and is awaiting the issuance of the registration.

41.     On October 17, 2014, Counterclaim Defendants posted the video titled "Fun with Rednecks!"  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=Vp5oqVm2AhY, and is incorporated by reference herein.  Fun with Rednecks! prominently features significant portions of the Spoon Fed and Road Worker videos.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

8

9022745-v1

42.     Jukin acquired the rights to "Dog thinks terrace door is closed" (the "Terrace Door" video), which was published on September 27, 2014 at https://www.youtube.com/watch?v=udbMNZDQS48, and is incorporated by reference herein.  Jukin has filed an application for copyright registration with the United States Copyright Office for the Terrace Door video, application case number 1-2032749758, and is awaiting the issuance of the registration.

43.     On October 7, 2014, Counterclaim Defendants posted the video titled "Itchy Balls."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=XSj8S1a5sYI, and is incorporated by reference herein.  Itchy Balls prominently features significant portions of the Terrace Door video.

44.     Jukin acquired the rights to "First person to buy iPhone 6 in Perth drops it on live TV when pressured by reporters" (the "iPhone 6" video), which was published on September 18, 2014 at https://www.youtube.com/watch?v=nu1KVo2gjHA, and is incorporated by reference herein.  Jukin has filed an application for copyright registration with the United States Copyright Office for the iPhone 6 video, application case number 1-2037996161, and is awaiting the issuance of the registration.

45.     On September 23, 2014, Counterclaim Defendants posted the video titled "Sheep to the Balls."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=ciuTzknSwgc, and is incorporated by reference herein.  Sheep to the Balls prominently features significant portions of the iPhone 6 and Iron Stomach videos.  Sheep to the Balls is no longer available on YouTube due to a copyright claim by Jukin.

46.     Jukin acquired the rights to "MOMMYS BIG SECRET :) THIS IS A MUST SEE!!!!!" (the "Big Secret" video), which was published on August 20, 2014 at https://www.youtube.com/watch?v=hmQN95ROBcI, and is incorporated by reference herein.  Jukin has filed an application for copyright registration with

9

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

9022745-v1

the United States Copyright Office for the Big Secret video, application case number 1-2035234059, and is awaiting the issuance of the registration.

47.    On September 2, 2014, Counterclaim Defendants posted the video titled "Train Orgasm."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=uW1Vx-dvJXg, and is incorporated by reference herein.  Train Orgasm prominently features significant portions of the Big Secret video.

48.    Jukin acquired the rights to "Burning My Hair Off -ORIGINAL VIDEO- (Hair Tutorial Gone Wrong)" (the "Burning My Hair" video), which was published on February 18, 2013 at https://www.youtube.com/watch?v=LdVuSvZOqXM, and is incorporated by reference herein.  Jukin has filed an application for copyright registration with the United States Copyright Office for the Burning My Hair video, application case number 1-2035234126, and is awaiting the issuance of the registration.

49.    On February 26, 2013, Counterclaim Defendants posted the video titled "GALLON SMASH PRANK."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=Je25RwSoarM, and is incorporated by reference herein.  GALLON SMASH PRANK prominently features significant portions of the Burning My Hair video.

50.    Jukin acquired the rights to "Camera falls from airplane and lands in pig pen--MUST WATCH END!!" (the "Camera Falls" video), which was published on February 9, 2014 at https://www.youtube.com/watch?v=QrxPuk0JefA, and is incorporated by reference herein.  Jukin has filed an application for copyright registration with the United States Copyright Office for the Camera Falls video, application case number 1-2035234213, and is awaiting the issuance of the registration.

51.    On February 18, 2014, Counterclaim Defendants posted the video titled "Hottest New Jam."  It was published by Counterclaim Defendants at

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

10

9022745-v1

https://www.youtube.com/watch?v=aoJS_g6mYj8, and is incorporated by reference herein.  Hottest New Jam prominently features significant portions of the Camera Falls video.

52.     Jukin acquired the rights to "500 Smith&Wesson tree fail. 10/11/14" (the "Tree Fail" video), which was published on October 12, 2014 at https://www.youtube.com/watch?v=fA9nTNelQ6o, and is incorporated by reference herein.  Jukin has filed an application for copyright registration with the United States Copyright Office for the Tree Fail video, application case number 1-2035234300, and is awaiting the issuance of the registration.

53.     On November 4, 2014, Counterclaim Defendants posted the video titled "How to shoot up in the woods."  It was published by Counterclaim Defendants at www.youtube.com/watch?v=IWdfPFj3Fww, and is incorporated by reference herein.  How to shoot up in the woods prominently features significant portions of the Tree Fail video.

54.     Jukin acquired the rights to "trampoline hump dog original" (the "Trampoline Dog" video), which was published on January 3, 2010 at https://www.youtube.com/watch?v=ASIVsSSo0WM, and is incorporated by reference herein.  Jukin has filed an application for copyright registration with the United States Copyright Office for the Trampoline Dog video, application case number 1-2035178581, and is awaiting the issuance of the registration.

55.     On February 24, 2012, Counterclaim Defendants posted the video titled "I HAVE SUPER POWERS."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=Ujq7Hm-aZYc, and is incorporated by reference herein.  I HAVE SUPER POWERS prominently features significant portions of the Trampoline Dog video.

56.     Jukin acquired the rights to "Edelweiss Bear Take Out 2" (the "Bear Take Out" video), which was published on August 1, 2013 at https://www.youtube.com/watch?v=f6WWyxK_OaU, and is incorporated by

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

9022745-v1

reference herein. Jukin has filed an application for copyright registration with the United States Copyright Office for the Bear Take Out video, application case number 1-2035325664, and is awaiting the issuance of the registration.

57.    On August 10, 2013, Counterclaim Defendants posted the video titled "Bear Thief." It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=WjoP5qCxwJQ, and is incorporated by reference herein. Bear Thief prominently features significant portions of the Bear Take Out video.

58.    Jukin acquired the rights to "AMAZING Skydivers Land Safely After Plane Crash" (the "Skydivers Land After Crash" video), which was published on November 25, 2013 at https://www.youtube.com/watch?v=zrazft5rh_k, and is incorporated by reference herein. Jukin has filed an application for copyright registration with the United States Copyright Office for the Skydivers Land After Crash video, application case number 1-2035325701, and is awaiting the issuance of the registration.

59.    On December 13, 2013, Counterclaim Defendants posted the video titled "Skydiving Accident." It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=YPiR3-CciAg, and is incorporated by reference herein. Skydiving Accident prominently features significant portions of the Skydivers Land After Crash video.

60.    Jukin acquired the rights to "Went beautifully / Красивый уход" (the "Went Beautifully" video), which was published on May 2, 2012 at https://www.youtube.com/watch?v=GqCUJ10gLRM, and is incorporated by reference herein. Jukin has filed an application for copyright registration with the United States Copyright Office for the Went Beautifully video, application case number 1-2035325737, and is awaiting the issuance of the registration.

61.    On September 7, 2012, Counterclaim Defendants posted the video titled "SO LONG RAY." It was published by Counterclaim Defendants at

12

COUNTERCLAIM

https://www.youtube.com/watch?v=wNNQbyEiNtw, and is incorporated by reference herein.  SO LONG RAY prominently features significant portions of the Went Beautifully video.

62.     Jukin acquired the rights to "Dachshund vs Crab" (the "Dachshund vs. Crab" video), which was published on June 26, 2012 at https://www.youtube.com/watch?v=5qR-MKijcPg, and is incorporated by reference herein.  Jukin has filed an application for copyright registration with the United States Copyright Office for the Dachshund vs. Crab video, application case number 1-2035325819, and is awaiting the issuance of the registration.

63.     On July 3, 2012, Counterclaim Defendants posted the video titled "WIENER CRABS."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=fJSnb-eTNqU, and is incorporated by reference herein.  WIENER CRABS prominently features significant portions of the Dachshund vs. Crab video.

64.     Counterclaim Defendants do not have any license, authorization, permission, or consent from Jukin to use the Original Videos.

65.     On information and belief, Counterclaim Defendants did not obtain any license, authorization, permission, or consent from the individual video creators to use the Original Videos.  Even if Counterclaim Defendants had obtained authorization from the individual video creators, if they obtained such authorization after Jukin acquired the rights to the videos it is invalid.

66.     Counterclaim Defendants also did not obtain a license and pay the customary license fee required by Jukin for use of the Original Videos or any of the other Jukin videos described in this Counterclaim.

67.     Both Equals Three and Johnson directly violated Jukin's exclusive rights under the Copyright Act.  On information and belief, Johnson directed or control Equals Three's infringing conduct.  Johnson engaged in contributory copyright infringement by inducing, causing, and materially contributing to Equals

13

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

9022745-v1

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

1 | Three's infringing conduct.  Alternatively, on information and belief, Johnson is
2 | vicariously liable for Equals Three's copyright infringement because he enjoyed a
3 | direct financial benefit from the infringement and had the right and ability to
4 | supervise Equals Three's infringing activity.

5 | **Other Infringing Videos**

6 | 68.   In addition to Counterclaim Defendants' infringement of the Original
7 | Videos described above, Counterclaim Defendants also used the following videos
8 | without Jukin's authorization.  Jukin reserves the right to file copyright
9 | applications with respect to these videos and amend this Counterclaim to bring
10 | claims based on these videos.

11 | 69.   Jukin acquired the rights to "This is the way it's done in WV and
12 | these wasn't his best moves" (the "WV" video), which was published on
13 | December 1, 2014 at https://www.youtube.com/watch?v=Hw0IHt9QaDg, and is
14 | incorporated by reference herein.

15 | 70.   On December 9, 2014, Counterclaim Defendants posted the video
16 | titled DIRTY DANCING DEMON CAT.  It was published by Counterclaim
17 | Defendants at www.youtube.com/watch?v=S35TiMC7K4U, and is incorporated by
18 | reference herein.  DIRTY DANCING DEMON CAT prominently features
19 | significant portions of the WV video.

20 | 71.   Jukin acquired the rights to "Horny Turtle" (the "Horny Turtle"
21 | video), which was originally published on or before March 24, 2009, is available at
22 | http://jukinvideo.com/videos/focus/pets-animals/dog-trying-to-watch-tv..-very-
23 | funny/140/1476, and is incorporated by reference herein.

24 | 72.   On May 23, 2009, Counterclaim Defendants posted the video titled
25 | Shoe Sex.  It was published by Counterclaim Defendants at
26 | https://www.youtube.com/watch?v=QKE7GG_2y9k, and is incorporated by
27 | reference herein.  Shoe Sex prominently features significant portions of the Horny
28 | Turtle video.

9022745-v1

73.     Jukin acquired the rights to "Little Girl's First Walk on Ice" (the "Walk on Ice" video), which was originally published on or before November 17, 2013, is available at http://jukinvideo.com/videos/focus/kids/the-first-walk-on-the-ice/159/24957, and is incorporated by reference herein.

74.     On November 19, 2013, Counterclaim Defendants posted the video titled My Big Head.  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=KPDuhiHSd9w, and is incorporated by reference herein.  My Big Head prominently features significant portions of the Walk on Ice video.

75.     Jukin acquired the rights to "Party catches two in bedroom after hooking up" (the "Party Catches Two in Bedroom" video), which was originally published on or before October 3, 2013, is available at http://jukinvideo.com/videos/focus/drunk/party-catches-two-in-bedroom-after-hooking-up/153/22435, and is incorporated by reference herein.

76.     On October 8, 2013, Counterclaim Defendants posted the video titled Hooking Up at a Party.  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=pPaxJmjYQKI, and is incorporated by reference herein.  Hooking Up at a Party prominently features significant portions of the Party Catches Two in Bedroom video.

77.     Jukin acquired the rights to "Cummins vs Chevy in Btown goes way too far" (the "Cummins v. Chevy" video), which was published on October 1, 2014 at https://www.youtube.com/watch?v=LFpTey6tUig, and is incorporated by reference herein.

78.     On October 17, 2014, Counterclaim Defendants posted the video titled "Fun with Rednecks!"  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=Vp5oqVm2AhY, and is incorporated by reference herein.  Fun with Rednecks! prominently features significant portions of the Cummins v. Chevy video.

15

79.     Jukin acquired the rights to "the ice-cream van" (the "Ice-Cream Van" video), which was published on March 9, 2014 at https://www.youtube.com/watch?v=98LoiMZ59Jw, and is incorporated by reference herein.

80.     On November 7, 2014, Counterclaim Defendants posted the video titled "Drunk Babies."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=PhCcbW2bRbw, and is incorporated by reference herein.  Drunk Babies prominently features significant portions of the Ice-Cream Van video.

81.     Jukin acquired the rights to "Funniest slingshot video ever boy faints 3 times" (the "Slingshot" video), which was published on September 24, 2014 at https://www.youtube.com/watch?v=kkRYo80sPVc, and is incorporated by reference herein.

82.     On October 31, 2014, Counterclaim Defendants posted the video titled "Batman is REAL."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=_x4xeMot4WM, and is incorporated by reference herein.  Batman is REAL prominently features significant portions of the Slingshot video.

83.     Jukin acquired the rights to "Absolute Carnage At The Iron Stomach" (the "Iron Stomach" video), which was published on September 14, 2014 at https://www.youtube.com/watch?v=DdLxpWXKOfI, and is incorporated by reference herein.

84.     On September 23, 2014, Counterclaim Defendants posted the video titled "Sheep to the Balls."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=ciuTzknSwgc, and is incorporated by reference herein.  Sheep to the Balls prominently features significant portions of the Iron Stomach video.  Sheep to the Balls is no longer available on YouTube due to a copyright claim by Jukin.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

9022745-v1

85.     Jukin acquired the rights to "BAIL! BAIL! BAIL!" (the "BAIL" video), which was published on September 17, 2014 at https://www.youtube.com/watch?v=nDbFSXNG5eU, and is incorporated by reference herein.

86.     On November 25, 2014, Counterclaim Defendants posted the video titled "Snow Bowling."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=5lSLrjwNNFg&feature=em-uploademail, and is incorporated by reference herein.  Snow Bowling prominently features significant portions of the BAIL video.  Snow Bowling is no longer available on YouTube due to a copyright claim by Jukin.

87.     Jukin acquired the rights to "Freak Basketball Shot Saves Aussie Dad Millions of Dollars" (the "Freak Basketball Shot" video), which was published on April 20, 2014 at https://www.youtube.com/watch?v=ockP1W_UXOE, and is incorporated by reference herein.

88.     On September 12, 2014, Counterclaim Defendants posted the video titled "Always Grease Your Pole."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=jKbUrRZZAuc, and is incorporated by reference herein.  Always Grease Your Pole prominently features significant portions of the Freak Basketball Shot video.

89.     Jukin acquired the rights to "An Army of Geese Run Into A Barn" (the "Army of Geese" video), which was published on August 7, 2014 at https://www.youtube.com/watch?v=BjD5RanhYsI, and is incorporated by reference herein.

90.     On September 16, 2014, Counterclaim Defendants posted the video titled "Nazi Duck Toilet Paper Assault."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=psxYr33Tluc, and is incorporated by reference herein.  Nazi Duck Toilet Paper Assault prominently features significant portions of the Army of Geese video.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

17

9022745-v1

91.    Jukin acquired the rights to "Max Falling Out Of Kayak" (the "Kayak" video), which was published on July 24, 2014 at https://www.youtube.com/watch?v=N3WeXGmqYsE, and is incorporated by reference herein.

92.    On August 29, 2014, Counterclaim Defendants posted the video titled "How to sink a ship."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=DWWqM6wyIr8, and is incorporated by reference herein.  How to sink a ship prominently features significant portions of the Kayak video.

93.    Jukin acquired the rights to "Sneaking Lion Cub Gives Dog Fright" (the "Lion Cub" video), which was published on August 2, 2014 at https://www.youtube.com/watch?v=VLvHlSJXnL8, and is incorporated by reference herein.

94.    Jukin acquired the rights to "how to stop a baby from crying by Katy Perry Dark Horse" (the "Stop Crying" video), which was published on August 4, 2014 at https://www.youtube.com/watch?v=XU_9yi6xvRs, and is incorporated by reference herein.

95.    On August 12, 2014, Counterclaim Defendants posted the video titled "Dog vs. Lion."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=tWmWj_Q_j-s, and is incorporated by reference herein.  Dog vs. Lion prominently features significant portions of the Lion Cub and Stop Crying videos.

96.    Jukin acquired the rights to "Stella's Dog Brakes (ORIGINAL)" (the "Dog Brakes" video), which was published on July 29, 2014 at https://www.youtube.com/watch?v=mfw69p_rvU4, and is incorporated by reference herein.

97.    On August 8, 2014, Counterclaim Defendants posted the video titled "Too Young To Die."  It was published by Counterclaim Defendants at

18

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

9022745-v1

https://www.youtube.com/watch?v=9a_RttHmcKo, and is incorporated by reference herein.  Too Young To Die prominently features significant portions of the Dog Brakes video.

98.    Jukin acquired the rights to "piranhas" (the "Piranhas" video), which was published on July 27, 2014 at https://www.youtube.com/watch?v=mJCPrrec4pg, and is incorporated by reference herein.

99.    On August 5, 2014, Counterclaim Defendants posted the video titled "Killer Fish."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=BChI_tLG_3A, and is incorporated by reference herein.  Killer Fish prominently features significant portions of the Piranhas video.

100.    Jukin acquired the rights to "15 Month Old Controls 500 Boys at Camp Rockmont" (the "Camp Rockmont" video), which was published on July 21, 2014 at https://www.youtube.com/watch?v=21pDdSg3Gxk, and is incorporated by reference herein.

101.    On August 1, 2014, Counterclaim Defendants posted the video titled "Naughty Penguin."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=nM0M6WLq-rw, and is incorporated by reference herein.  Naughty Penguin prominently features significant portions of the Camp Rockmont video.

102.    Jukin acquired the rights to "Dirt bike Vs UPS truck!!!!" (the "Dirt Bike" video), which was published on June 29, 2012 at https://www.youtube.com/watch?v=1_DP-glXAcU, and is incorporated by reference herein.

103.    On July 24, 2012, Counterclaim Defendants posted the video titled "WORLD RECORD."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=y-Q49kLd7EA, and is incorporated by

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

19

9022745-v1

reference herein.  WORLD RECORD prominently features significant portions of the Dirt Bike video.

104.   Jukin acquired the rights to "Funny Cat Poops On Mole's Head" (the "Funny Cat" video), which was published on July 17, 2014 at https://www.youtube.com/watch?v=o5KzwEW2EzA, and is incorporated by reference herein.

105.   On July 22, 2014, Counterclaim Defendants posted the video titled "Armed and Dangerous."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=iDBU7TpAikU, and is incorporated by reference herein.  Armed and Dangerous prominently features significant portions of the Funny Cat video.

106.   Jukin acquired the rights to "Michaela's flu shot" (the "Flu Shot" video), which was published on October 28, 2012 at https://www.youtube.com/watch?v=MZIBz-9J1o4, and is incorporated by reference herein.

107.   On October 21, 2014, Counterclaim Defendants posted the video titled "You'll Never Take Me Alive!"  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=JRE5J0G19_Q, and is incorporated by reference herein.  You'll Never Take Me Alive! prominently features significant portions of the Flu Shot video.

108.   Jukin acquired the rights to "E o Billy continua tentando! And Billy is still trying!" (the "Still Trying" video), which was published on July 6, 2011 at https://www.youtube.com/watch?v=eNCpscnR6v4, and is incorporated by reference herein.

109.   On July 25, 2014, Counterclaim Defendants posted the video titled "Homemade Rocket."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=J16w8u3Oc3g, and is incorporated by reference herein.  Homemade Rocket prominently features significant portions of

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

20

9022745-v1

1   the Still Trying video.

2      110.   Jukin acquired the rights to "Little kid hits head.  Ouchie." (the "Kid

3   Hits Head" video), which was published on March 24, 2011 at

4   https://www.youtube.com/watch?v=dWYl7iaLckQ, and is incorporated by

5   reference herein.

6      111.   On December 6, 2011, Counterclaim Defendants posted the video

7   titled "MASHED POTATOES."  It was published by Counterclaim Defendants at

8   https://www.youtube.com/watch?v=iOgLIyxPIjA, and is incorporated by reference

9   herein.  MASHED POTATOES prominently features significant portions of the

10   Kid Hits Head video.

11      112.   Jukin acquired the rights to "Double Backflip Fail" (the "Backflip

12   Fail" video), which was published on June 10, 2012 at

13   https://www.youtube.com/watch?v=sMYYG28KUUg, and is incorporated by

14   reference herein.

15      113.   On July 6, 2012, Counterclaim Defendants posted the video titled

16   "SELL OUT."  It was published by Counterclaim Defendants at

17   https://www.youtube.com/watch?v=NOOvJTQlSlA, and is incorporated by

18   reference herein.  SELL OUT prominently features significant portions of the

19   Backflip Fail video.

20      114.   Jukin acquired the rights to "Parrot Attacks and Bites Violinist:

21   Amazing, Scary, Hilarious!" (the "Parrot Attacks" video), which was published on

22   December 1, 2012 at https://www.youtube.com/watch?v=R1XiT25JIXA, and is

23   incorporated by reference herein.

24      115.   Jukin acquired the rights to "маленькая девочка дирижирует

25   хором))" (the "Girl Conducts Choir" video), which was published on May 19,

26   2013 at https://www.youtube.com/watch?v=i7W3ICpONVs, and is incorporated

27   by reference herein.

28      116.   On October 28, 2014, Counterclaim Defendants posted the video

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

21

titled "Bus Driver Badass."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=11-ORD5IEO0, and is incorporated by reference herein.  Bus Driver Badass prominently features significant portions of the Parrot Attacks and Girl Conducts Choir videos.

117.   Jukin acquired the rights to "Kitten suckles air *ORIGINAL*" (the "Kitten Suckles Air" video), which was published on March 12, 2010 at https://www.youtube.com/watch?v=WLveMNQ9U9w, and is incorporated by reference herein.

118.   On May 17, 2010, Counterclaim Defendants posted the video titled "Smackin' BEWBS!!"  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=LfmgWcF_3vU, and is incorporated by reference herein.  Smackin' BEWBS!! prominently features significant portions of the Kitten Suckles Air video.

119.   Jukin acquired the rights to "Dude Passes Out By Being Tickled (Original)" (the "Tickled" video), which was published on January 28, 2012 at https://www.youtube.com/watch?v=3D5o3PYcJoM, and is incorporated by reference herein.

120.   On February 7, 2012, Counterclaim Defendants posted the video titled "FIGHTING THE ELEPHANT."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=5kZ4xuAvfSg, and is incorporated by reference herein.  FIGHTING THE ELEPHANT prominently features significant portions of the Tickled video.

121.   Jukin acquired the rights to "How To Drop In At Your Local Pro Shop" (the "Drop In" video), which was published on January 3, 2014 at https://www.youtube.com/watch?v=vKdfnsXiO94, and is incorporated by reference herein.

122.   On January 21, 2014, Counterclaim Defendants posted the video titled "The Challenge."  It was published by Counterclaim Defendants at

22

COUNTERCLAIM

1   https://www.youtube.com/watch?v=1BMBHVmhLX4, and is incorporated by

2   reference herein.  The Challenge prominently features significant portions of the

3   Drop In video.

4       123.   Jukin acquired the rights to "Прикольный продавец мороженого в

5   Турции - Funny - 'Ice Cream'" (the "Funny Ice Cream" video), which was

6   published on September 28, 2013 at

7   https://www.youtube.com/watch?v=T8XlBperQME, and is incorporated by

8   reference herein.

9       124.   On August 15, 2014, Counterclaim Defendants posted the video titled

10  "Man vs. Gravity."  It was published by Counterclaim Defendants at

11  https://www.youtube.com/watch?v=w80ksvK72oM, and is incorporated by

12  reference herein.  Man vs. Gravity prominently features significant portions of the

13  Funny Ice Cream video.

14      125.   Jukin acquired the rights to "PSU Grandma destroys beer bong" (the

15  "PSU Grandma" video), which was published on November 16, 2013 at

16  https://www.youtube.com/watch?v=aCIIw-EZKr0, and is incorporated by

17  reference herein.

18      126.   On November 26, 2013, Counterclaim Defendants posted the video

19  titled "Bomb on a Plane."  It was published by Counterclaim Defendants at

20  https://www.youtube.com/watch?v=SUmHt2NIKPQ, and is incorporated by

21  reference herein.  Bomb on a Plane prominently features significant portions of the

22  PSU Grandma video.

23      127.   Jukin acquired the rights to "Мышь vs. Печенька" (the "Mouse

24  Wants Cookie" video), which was published on August 12, 2013 at

25  https://www.youtube.com/watch?v=QM6MNw7i6Ng, and is incorporated by

26  reference herein.

27      128.   On November 5, 2013, Counterclaim Defendants posted the video

28  titled "Feels Good."  It was published by Counterclaim Defendants at

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

23

COUNTERCLAIM

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1   https://www.youtube.com/watch?v=f05SH52qybI, and is incorporated by reference

2   herein.  Feels Good prominently features significant portions of the Mouse Wants

3   Cookie video.

4        129.   Jukin acquired the rights to "Why You Don't Put Knives in Toasters"

5   (the "Knives in Toasters" video) through an assignment agreement with the

6   original licensee, which was originally published on June 5, 2013 and now appears

7   at https://www.youtube.com/watch?v=JXYcD0XpqrI, and is incorporated by

8   reference herein.

9        130.   On July 25, 2013, Counterclaim Defendants posted the video titled

10  "Guy Sticks Knife in Toaster."  It was published by Counterclaim Defendants at

11  https://www.youtube.com/watch?v=NgIwjdGzmPA, and is incorporated by

12  reference herein.  Guy Sticks Knife in Toaster prominently features significant

13  portions of the Knives in Toasters video.

14       131.   Jukin acquired the rights to "My Dog 'Dancing' To Eminem 'Shake

15  That'" (the "Dog Dancing" video), which was published on December 29, 2011 at

16  https://www.youtube.com/watch?v=UBftA7V4xak, and is incorporated by

17  reference herein.

18       132.   On May 14, 2013, Counterclaim Defendants posted the video titled

19  "SHAKE DAT ASS."  It was published by Counterclaim Defendants at

20  https://www.youtube.com/watch?v=rVClNhg30Wg, and is incorporated by

21  reference herein.  SHAKE DAT ASS prominently features significant portions of

22  the Dog Dancing video.

23       133.   Jukin acquired the rights to "Dude smashes cheating girlfriend's car"

24  (the "Dude Smashes Car" video), which was published on April 1, 2013 at

25  https://www.youtube.com/watch?v=gCJ6V7a-R_M, and is incorporated by

26  reference herein.

27       134.   On April 16, 2013, Counterclaim Defendants posted the video titled

28  "CHEATING EX."  It was published by Counterclaim Defendants at

https://www.youtube.com/watch?v=XCdiDbIlikI, and is incorporated by reference herein.  CHEATING EX prominently features significant portions of the Dude Smashes Car video.

135.   Jukin acquired the rights to "My Friend Almost Drowns at Family Dollar!" (the "Friend Almost Drowns" video), which was published on March 9, 2013 at https://www.youtube.com/watch?v=0mVQ5fu6q8M, and is incorporated by reference herein.

136.   On March 19, 2013, Counterclaim Defendants posted the video titled "PUNCHING KIDS."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=rk_CUF0km94, and is incorporated by reference herein.  PUNCHING KIDS prominently features significant portions of the Friend Almost Drowns video.

137.   Jukin acquired the rights to "Роман эпично убрался Падение дельтаплана" (the "Hang Glider" video), which was published on November 4, 2012 at https://www.youtube.com/watch?v=2QD6HzRZhgU, and is incorporated by reference herein.

138.   On January 29, 2013, Counterclaim Defendants posted the video titled "RAY AND SILENT BOB."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=q6nR4ztOtJg, and is incorporated by reference herein.  RAY AND SILENT BOB prominently features significant portions of the Hang Glider video.

139.   Jukin acquired the rights to "angry cobra-cat" (the "Angry Cobra-Cat" video), which was published on November 8, 2011 at https://www.youtube.com/watch?v=WqfXBhsM5ME, and is incorporated by reference herein.

140.   On November 15, 2011, Counterclaim Defendants posted the video titled "COBRA CAT."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=SSC7upkbv4k, and is incorporated by

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

COUNTERCLAIM

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1    reference herein.  COBRA CAT prominently features significant portions of the

2    Angry Cobra-Cat video.

3        141.    Jukin acquired the rights to "Power Volleyball Spike Collateral

4    Damage" (the "Volleyball Spike" video), which was published on October 31,

5    2012 at https://www.youtube.com/watch?v=6B7fKzdJAbo, and is incorporated by

6    reference herein.

7        142.    On November 13, 2012, Counterclaim Defendants posted the video

8    titled "BIEBS and SELENA."  It was published by Counterclaim Defendants at

9    https://www.youtube.com/watch?v=uy5PJ86ocPw, and is incorporated by

10   reference herein.  BIEBS and SELENA prominently features significant portions

11   of the Volleyball Spike video.

12       143.    Jukin acquired the rights to "Amazing Acrobatic Dog - Slackline" (the

13   "Acrobatic Dog" video), which was published on February 5, 2012 at

14   https://www.youtube.com/watch?v=d4afy5q2cSM, and is incorporated by

15   reference herein.

16       144.    On November 2, 2012, Counterclaim Defendants posted the video

17   titled "DOG HAS SUPER POWERS."  It was published by Counterclaim

18   Defendants at https://www.youtube.com/watch?v=f23bZrJFnNo, and is

19   incorporated by reference herein.  DOG HAS SUPER POWERS prominently

20   features significant portions of the Acrobatic Dog video.

21       145.    Jukin acquired the rights to "Unsteady evacuation Fail" (the

22   "Unsteady Evacuation" video), which was published on May 28, 2012 at

23   https://www.youtube.com/watch?v=MiRTvQq5WFc, and is incorporated by

24   reference herein.

25       146.    Jukin acquired the rights to "Victorian Downhill State Series - Long

26   Gully Bike Crash" (the "Long Gully Bike Crash" video), which was published on

27   November 17, 2011 at https://www.youtube.com/watch?v=ZdQeIZ5hWXo, and is

28   incorporated by reference herein.

9022745-v1

147.   On September 18, 2012, Counterclaim Defendants posted the video titled "FLYING KITTIES - Catt Lauer."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=hc4UlL2LkLk, and is incorporated by reference herein.  FLYING KITTIES - Catt Lauer prominently features significant portions of the Unsteady Evacuation and Long Gully Bike Crash videos.

148.   Jukin acquired the rights to "epic bike jump fail over (into) barbeque grill into faceplant original" (the "Bike Jump Fail" video), which was published on August 13, 2012 at https://www.youtube.com/watch?v=pPjd0fjljYY, and is incorporated by reference herein.

149.   On August 28, 2012, Counterclaim Defendants posted the video titled "EVERYBODY IS GAY."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=41znQxg-Wlg, and is incorporated by reference herein.  EVERYBODY IS GAY prominently features significant portions of the Bike Jump Fail video.

150.   Jukin acquired the rights to "Jump over a golf cart" (the "Golf Cart" video), which was published on July 15, 2012 at https://www.youtube.com/watch?v=nqewxdb063I, and is incorporated by reference herein.

151.   On August 3, 2012, Counterclaim Defendants posted the video titled "PARTY CRASHER."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=Oyu4hjSUr90, and is incorporated by reference herein.  PARTY CRASHER prominently features significant portions of the Golf Cart video.

152.   Jukin acquired the rights to "Fat Lady Slides Down and Wipes Out Kids" (the "Lady Slides Down" video), which was originally published on or before July 16, 2012, appears at https://www.youtube.com/watch?v=IX0kC3_qlE4, and is incorporated by reference herein.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

COUNTERCLAIM

9022745-v1

153.   On July 17, 2012, Counterclaim Defendants posted the video titled "1 MINUTE EPISODE."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=mgiWPA03BJI, and is incorporated by reference herein.  1 MINUTE EPISODE prominently features significant portions of the Lady Slides Down video.

154.   Jukin acquired the rights to "EPIC FUCKING FAIL." (the "Epic Fail" video), which was published on June 2, 2012 at https://www.youtube.com/watch?v=DFpnaCTs86w, and is incorporated by reference herein.

155.   On June 12, 2012, Counterclaim Defendants posted the video titled "HELLO MEXICO."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=8rN66ZjJw0s, and is incorporated by reference herein.  HELLO MEXICO prominently features significant portions of the Epic Fail video.

156.   Jukin acquired the rights to "Кот ушёл / Cat gone" (the "Cat Gone" video), which was published on July 31, 2011 at https://www.youtube.com/watch?v=WxGS-2M6_5I, and is incorporated by reference herein.

157.   On August 4, 2011, Counterclaim Defendants posted the video titled "FREE CANDY."  It was published by Counterclaim Defendants at https://www.youtube.com/watch?v=Nlt4nwIoK2U, and is incorporated by reference herein.  FREE CANDY prominently features significant portions of the Cat Gone video.

158.   Jukin acquired the rights to "Girl blown by a plane" (the "Girl Blown by a Plane" video), which was published on April 6, 2012 at https://www.youtube.com/watch?v=LV28AL0k1kY, and is incorporated by reference herein.

159.   On April 17, 2012, Counterclaim Defendants posted the video titled

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

28

9022745-v1

1    "NORTH KOREA PERSPECTIVE."  It was published by Counterclaim

2    Defendants at https://www.youtube.com/watch?v=gZbbdVuPlB4, and is

3    incorporated by reference herein.  NORTH KOREA PERSPECTIVE prominently

4    features significant portions of the Girl Blown by a Plane video.

5        160.   Jukin acquired the rights to "Booty Clap Flip Cup" (the "Flip Cup"

6    video), which was published on September 3, 2012 at

7    https://www.youtube.com/watch?v=NIl_r_w2Ncw, and is incorporated by

8    reference herein.

9        161.   On September 7, 2012, Counterclaim Defendants posted the video

10   titled "SO LONG RAY."  It was published by Counterclaim Defendants at

11   https://www.youtube.com/watch?v=wNNQbyEiNtw, and is incorporated by

12   reference herein.  SO LONG RAY prominently features significant portions of the

13   Flip Cup video.

14       162.   Jukin acquired the rights to "30 Dolphins stranding and incredibly

15   saved! Extremely rare event!" (the "Dolphins Stranded" video), which was

16   published on March 5, 2012 at

17   https://www.youtube.com/watch?v=ekmMD8oYtJ0, and is incorporated by

18   reference herein.

19       163.   On March 13, 2012, Counterclaim Defendants posted the video titled

20   "DOLPHIN RAPE!"  It was published by Counterclaim Defendants at

21   https://www.youtube.com/watch?v=A90cc6ODtAw, and is incorporated by

22   reference herein.  DOLPHIN RAPE! prominently features significant portions of

23   the Dolphins Stranded video.

24       164.   Jukin acquired the rights to "Table jump fail" (the "Table Jump Fail"

25   video), which was published on October 23, 2011 at

26   https://www.youtube.com/watch?v=4StjGATMsvI, and is incorporated by

27   reference herein.

28       165.   On October 27, 2011, Counterclaim Defendants posted the video

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

9022745-v1

1   titled "DRINK DRANK DRUNK."  It was published by Counterclaim Defendants

2   at https://www.youtube.com/watch?v=E4ny6Qiayag, and is incorporated by

3   reference herein.  DRINK DRANK DRUNK prominently features significant

4   portions of the Table Jump Fail video.

5       166.   Jukin acquired the rights to "Mountain Biker gets taken out by BUCK

6   - CRAZY Footage - Only in Africa" (the "Taken Out by Buck" video), which was

7   published on October 10, 2011 at

8   https://www.youtube.com/watch?v=S2oymHHyV1M, and is incorporated by

9   reference herein.

10      167.   On October 13, 2011, Counterclaim Defendants posted the video

11  titled "DEEP BANANA."  It was published by Counterclaim Defendants at

12  https://www.youtube.com/watch?v=tMy5_MLWHFQ, and is incorporated by

13  reference herein.  DEEP BANANA prominently features significant portions of the

14  Taken Out by Buck video.

## Harm Caused by the Infringement; Jukin's Efforts to Stop Counterclaim Defendants' Infringement

17      168.   Both Jukin and the individual video creators are suffering harm from

18  Counterclaim Defendants' infringement.  For example, the infringement causes

19  them to lose license fees that Counterclaim Defendants should have paid for use of

20  the videos, as well as losing the ability to monetize the videos through ad

21  placement and the revenue derived from the network effects of viewers coming to

22  Jukin-owned and managed properties to view the Jukin content (e.g. repeated

23  viewing within Jukin's channels, conversion of single-time viewers to long-term

24  subscribers, etc.).

25      169.   Since Counterclaim Defendants are using the most significant and

26  valuable portions of Jukin's videos, after viewers watch the Equals Three show

27  they are unlikely to go to Jukin's channels to watch the original videos.  As such,

28  Jukin is losing views on its own channels and is missing out on capturing potential

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

9022745-v1

new viewers who otherwise may have watched the videos on Jukin's channels and become repeat viewers.  While Jukin derives significant market value from its licenses, the Counterclaim Defendants' actions produce an adverse effect to the licensing market by exposing the material to a significant number of viewers who no longer have a need to view the video from Jukin or Jukin licensee.

170.   Although Counterclaim Defendants sometimes attribute Jukin's videos to Jukin, at times Counterclaim Defendants attribute the videos to other infringers who also posted the videos without Jukin's authorization.  And even if Counterclaim Defendants attribute some of Jukin's videos to Jukin, this does not undo Counterclaim Defendants' infringement, nor is it acceptable to Jukin.

171.   Jukin has undertaken various efforts to stop Counterclaim Defendants' infringement, such as filing copyright claims and DMCA takedown notices with YouTube and corresponding with Counterclaim Defendants' representatives to try to resolve the infringement issues.  Despite these efforts, Counterclaim Defendants continue to regularly and willfully infringe Jukin's videos.

## FIRST CLAIM FOR RELIEF

### COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 106 and 501)

### (Against Counterclaim Defendants)

172.   Jukin incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

173.   Counterclaim Defendants have infringed Jukin's copyright in the Original Videos in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

174.   Counterclaim Defendants' acts of infringement are willful, intentional, and purposeful, in disregard of and with indifference to Jukin's rights.

175.   As a direct and proximate result of said infringement by Counterclaim Defendants, Jukin is entitled to damages in an amount to be proven at trial.

176.   Jukin is also entitled to Counterclaim Defendants' profits attributable

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

31

9022745-v1

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1   to the infringement, pursuant to 17 U.S.C. § 505 and otherwise according to law.

2        177.   Jukin is entitled to injunctive relief and redress for Counterclaim

3   Defendants' willful, intentional, and purposeful use and exploitation of the

4   Original Videos for their own financial benefit with full knowledge that such use

5   constituted infringement of, and was in disregard of, Jukin's rights.  Counterclaim

6   Defendants' conduct is causing, and unless immediately enjoined will continue to

7   cause, enormous and irreparable harm to Jukin.  Jukin is suffering lost revenue

8   from loss of licensing fees, decreased monetization via YouTube viewers diverted

9   to Counterclaim Defendants' site, and reputational harm.  Counterclaim

10  Defendants may not continue to exploit Jukin's video compositions without

11  authorization.   Counterclaim Defendants' conduct must immediately be stopped

12  and Jukin must be compensated for Counterclaim Defendants' willful acts of

13  infringement.

14       178.   As a direct and proximate result of the foregoing acts and conduct,

15  Jukin has sustained and will continue to sustain substantial, immediate, and

16  irreparable injury, for which there is no adequate remedy at law.  Jukin is informed

17  and believes and on that basis avers that unless enjoined and restrained by this

18  Court, Counterclaim Defendants will continue to infringe Jukin's rights in the

19  Original Videos.  Jukin Media is entitled to preliminary and permanent injunctive

20  relief to restrain and enjoin Counterclaim Defendants' continuing infringing

21  conduct.

22  **<u>PRAYER FOR RELIEF</u>**

23       WHEREFORE, Jukin prays for judgment against Counterclaim Defendants,

24  and each of them, jointly and severally, as follows:

25       A.    For damages, or statutory damages, in amount to be determined at

26  trial;

27       B.    For an accounting of Counterclaim Defendants' profits attributable to

28  their infringements of Jukin's copyright in the Original Videos;

COUNTERCLAIM

C.     For a preliminary and permanent injunction prohibiting Counterclaim Defendants, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with each or any of them, from continuing to infringe Jukin's copyrights in the Original Videos;

D.     For prejudgment interest according to law;

E.     For Jukin's reasonable attorneys' fees and costs incurred in this action; and

F.     For such other and further relief as the Court may deem just and proper.

Dated:  January 12, 2015          VENABLE LLP

                                  By:   /s/ Tamany Vinson Bentz
                                      Douglas C. Emhoff
                                      Tamany Vinson Bentz
                                      Melissa C. McLaughlin
                                      Attorneys for Defendant and
                                      Counterclaimant Jukin Media, Inc.


## **DEMAND FOR JURY TRIAL**

Counterclaimant Jukin Media, Inc. hereby demands a trial by jury for all issues to which it is so entitled.


Dated:  January 12, 2015          VENABLE LLP

                                  By:   /s/ Tamany Vinson Bentz
                                      Douglas C. Emhoff
                                      Tamany Vinson Bentz
                                      Melissa C. McLaughlin
                                      Attorneys for Defendant and
                                      Counterclaimant Jukin Media, Inc.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

33

9022745-v1