1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
THOMAS H. VIDAL (204432) tvidal@agmblaw.com
KATHY POLISHUK (272008) kpolishuk@agmblaw.com
KELSEY SCHULZ (301778) kschulz@agmblaw.com
5900 Wilshire Blvd., Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Attorneys for Plaintiff
Equals Three, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUALS THREE, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>JUKIN MEDIA, INC., a California Corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br><br>_____<br><br>JUKIN MEDIA, INC., a California Corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>EQUALS THREE, LLC, a California limited liability company; and RAY WILLIAM JOHNSON, an individual,<br><br>    Counter-Defendants.<br>_____ | CASE NO. 2:14-cv-09041-SVM-MAN<br><br>Hon. Stephen V. Wilson<br>Courtroom 6<br><br>**COUNTER-DEFENDANTS EQUALS THREE, LLC AND RAY WILLIAM JOHNSON'S ANSWER TO COUNTERCLAIM FOR COPYRIGHT INFRINGEMENT**<br><br>Action filed:        Nov. 21, 2014<br>Counterclaim served:  January 12, 2015<br>Trial Date:        None Set |

Plaintiff and Counter-Defendant Equals Three, LLC ("E3") and Counter-Defendant Ray William Johnson ("Johnson"), by and through their attorneys, answer and respond to

**Abrams Garfinkel Margolis Bergson, LLP**
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Counterclaimant Jukin Media, Inc. ("Jukin") as follows.

1.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 1 of the Counterclaim.

2.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 2 of the Counterclaim, except admit that Jukin has notified Counter-Defendants that it is asserting various claims with respect to alleged proprietary rights.

3.   Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 3 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 3 of the Counterclaim.

4.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 4 of the Counterclaim, except admit that admit that Counter-Defendant Equals Three, LLC is a California limited liability company.

5.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 5 of the Counterclaim, except admit that Counter-Defendant Ray William Johnson is an individual who is a resident of and is domiciled in the state of California in this judicial district. Counter-Defendants, and each of them, admit that Johnson is the creator, owner, and manager of Equals Three.

6.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 6 of the Counterclaim, except admit that Counter-Defendants are in the business of producing a YouTube channel show entitled Equals Three.

7.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 7 of the Counterclaim, except admit that this Counterclaim for copyright infringement arises under the Copyright Act, that this Court has subject matter jurisdiction, and that this Court also has supplemental jurisdiction over Jukin's Counterclaim.

8.   The allegations in paragraph 8 of the Counterclaim constitute legal conclusions, and Counter-Defendants, and each of them, deny each and every allegation set forth therein.

9.   The allegations in paragraph 9 of the Counterclaim constitute legal conclusions, and Counter-Defendants, and each of them, deny each and every allegation set forth therein.

10. The allegations in paragraph 10 of the Counterclaim constitute legal conclusions, and Counter-Defendants, and each of them, deny each and every allegation set forth therein.

11. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 11 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 11 of the Counterclaim.

12. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 12 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 12 of the Counterclaim.

13. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 13 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 13 of the Counterclaim.

14. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 14 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 14 of the Counterclaim.

15. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in the first sentence of paragraph 15 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in the first sentence of paragraph 15 of the Counterclaim.  With respect to the remaining text of paragraph 15, Counter-Defendants, and each of them, deny each and every allegation set forth therein.

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

16. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 16 of the Counterclaim.

17. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 17 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 17 of the Counterclaim.

18. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 18 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 18 of the Counterclaim.

19. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 19 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 19 of the Counterclaim.

20. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 20 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 20 of the Counterclaim.

21. Counter-Defendants, and each of them, admit the allegations set forth in paragraph 21 of the Counterclaim.

22. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 22 of the Counterclaim, except admit Counter-Defendants comprise a commercial enterprise.

23. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 23 of the Counterclaim.

24. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 24 of the Counterclaim, except admit that the Equals Three host contributes banter.

25. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 25 of the Counterclaim, except admit that Jukin sent the letter attached as Exhibit C to the Counterclaim.

26. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 26 of the Counterclaim, except admit that Equals Three returned to YouTube on July 16, 2014, the first video posted after its return was titled The Resurrection, and it was published on July 16, 2014 by Counter-Defendants at https://www.youtube.com/watch?v=Ze43h65VHwk.

27. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 27 of the Counterclaim, except admit that Counter-Defendants sent the "fair use" letter to Jukin.

28. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 28 of the Counterclaim, except admit that On July 18, 2014, Counter-Defendants posted the video titled Like A Girl and it was published by Counter-Defendants at https://www.youtube.com/watch?v=Dn-_lt7XzgE.

29. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 29 of the Counterclaim, except admit that Jukin sent the letter attached as Exhibit D to the Counterclaim.

30. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 30 of the Counterclaim.

31. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 31 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 31 of the Counterclaim.

32. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 32 of the Counterclaim, except admit that on November 7, 2014, Counter-Defendants posted the video titled "Drunk Babies," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=PhCcbW2bRbw.

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

33. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 33 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 33 of the Counterclaim.

34. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 34 of the Counterclaim, except admit that on November 14, 2014, Counter-Defendants posted the video titled "High on Killer Wasp Spray," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=HtLfet0q5c0.

35. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 35 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 35 of the Counterclaim.

36. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 36 of the Counterclaim, except admit that on October 9, 2012, Counter-Defendants posted the video titled "BLAZING CROW - Key & Peele," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=-ECmTQCBxS0.

37. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 37 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 37 of the Counterclaim.

38. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 38 of the Counterclaim, except admit that on August 3, 2013, Counter-Defendants posted the video titled "Boat Trick Accident," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=LVGFd-xg8VU.

39. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 39 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

1   paragraph 39 of the Counterclaim.

2       40. Counter-Defendants, and each of them, lack sufficient knowledge and

3   information to form a belief as to the truth of the allegations set forth in paragraph 40 of

4   the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

5   paragraph 40 of the Counterclaim.

6       41. Counter-Defendants, and each of them, deny each and every allegation set forth

7   in paragraph 41 of the Counterclaim, except admit that on October 17, 2014, Counter-

8   Defendants posted the video titled "Fun with Rednecks!," and it was published by Counter-

9   Defendants at https://www.youtube.com/watch?v=Vp5oqVm2AhY.

10      42. Counter-Defendants, and each of them, lack sufficient knowledge and

11  information to form a belief as to the truth of the allegations set forth in paragraph 42 of

12  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

13  paragraph 42 of the Counterclaim.

14      43. Counter-Defendants, and each of them, deny each and every allegation set forth

15  in paragraph 43 of the Counterclaim, except admit that on October 7, 2014, Counter-

16  Defendants posted the video titled "Itchy Balls," and it was published by Counter-

17  Defendants at https://www.youtube.com/watch?v=XSj8S1a5sYI.

18      44. Counter-Defendants, and each of them, lack sufficient knowledge and

19  information to form a belief as to the truth of the allegations set forth in paragraph 44 of

20  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

21  paragraph 44 of the Counterclaim.

22      45. Counter-Defendants, and each of them, deny each and every allegation set forth

23  in paragraph 45 of the Counterclaim, except admit that on September 23, 2014, Counter-

24  Defendants posted the video titled "Sheep to the Balls," and it was published by Counter-

25  Defendants at https://www.youtube.com/watch?v=ciuTzknSwgc.

26      46. Counter-Defendants, and each of them, lack sufficient knowledge and

27  information to form a belief as to the truth of the allegations set forth in paragraph 46 of

28  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

paragraph 46 of the Counterclaim.

47. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 47 of the Counterclaim, except admit that on September 2, 2014, Counter-Defendants posted the video titled "Train Orgasm," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=uW1Vx-dvJXg.

48. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 48 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 48 of the Counterclaim.

49. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 49 of the Counterclaim, except admit that on February 26, 2013, Counter-Defendants posted the video titled "GALLON SMASH PRANK," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=Je25RwSoarM.

50. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 50 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 50 of the Counterclaim.

51. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 51 of the Counterclaim, except admit that on February 18, 2014, Counter-Defendants posted the video titled "Hottest New Jam," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=aoJS_g6mYj8.

52. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 52 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 52 of the Counterclaim.

53. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 53 of the Counterclaim, except admit that on November 4, 2014, Counter-Defendants posted the video titled "How to shoot up in the woods," and it was published

1  by Counter-Defendants at www.youtube.com/watch?v=IWdfPFj3Fww.

2  54. Counter-Defendants, and each of them, lack sufficient knowledge and

3  information to form a belief as to the truth of the allegations set forth in paragraph 54 of

4  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

5  paragraph 54 of the Counterclaim.

6  55. Counter-Defendants, and each of them, deny each and every allegation set forth

7  in paragraph 55 of the Counterclaim, except admit that on February 24, 2012, Counter-

8  Defendants posted the video titled "I HAVE SUPER POWERS," and it was published by

9  Counter-Defendants at https://www.youtube.com/watch?v=Ujq7Hm-aZYc.

10  56. Counter-Defendants, and each of them, lack sufficient knowledge and

11  information to form a belief as to the truth of the allegations set forth in paragraph 56 of

12  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

13  paragraph 56 of the Counterclaim.

14  57. Counter-Defendants, and each of them, deny each and every allegation set forth

15  in paragraph 57 of the Counterclaim, except admit that on August 10, 2013, Counter-

16  Defendants posted the video titled "Bear Thief," and it was published by Counter-

17  Defendants at https://www.youtube.com/watch?v=WjoP5qCxwJQ.

18  58. Counter-Defendants, and each of them, lack sufficient knowledge and

19  information to form a belief as to the truth of the allegations set forth in paragraph 58 of

20  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

21  paragraph 58 of the Counterclaim.

22  59. Counter-Defendants, and each of them, deny each and every allegation set forth

23  in paragraph 59 of the Counterclaim, except admit that Counter-Defendants posted the

24  video titled "Skydiving Accident," and it was published by Counter-Defendants at

25  https://www.youtube.com/watch?v=YPiR3-CciAg.

26  60. Counter-Defendants, and each of them, lack sufficient knowledge and

27  information to form a belief as to the truth of the allegations set forth in paragraph 60 of

28  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

1   paragraph 60 of the Counterclaim.

2       61. Counter-Defendants, and each of them, deny each and every allegation set forth

3   in paragraph 61 of the Counterclaim, except admit that on September 7, 2012, Counter-

4   Defendants posted the video titled "SO LONG RAY," and it was published by Counter-

5   Defendants at https://www.youtube.com/watch?v=wNNQbyEiNtw.

6       62. Counter-Defendants, and each of them, lack sufficient knowledge and

7   information to form a belief as to the truth of the allegations set forth in paragraph 62 of

8   the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

9   paragraph 62 of the Counterclaim.

10      63. Counter-Defendants, and each of them, deny each and every allegation set forth

11  in paragraph 63 of the Counterclaim, except admit that on July 3, 2012, Counter-

12  Defendants posted the video titled "WIENER CRABS," and it was published by Counter-

13  Defendants at https://www.youtube.com/watch?v=fJSnb-eTNqU.

14      64. Counter-Defendants, and each of them, admit the allegations set forth in

15  paragraph 64, but do not admit that they were required to have any license, authorization,

16  permission, or consent from Jukin to use the original videos.

17      65. Counter-Defendants, and each of them, deny each and every allegation set forth

18  in paragraph 65 of the Counterclaim.

19      66. Counter-Defendants, and each of them, admit the allegations set forth in

20  paragraph 66, but do not admit that they were required to have any license or pay the

21  customary license fee required by Jukin for use of the Original Videos or any of the other

22  Jukin videos described in this Counterclaim.

23      67. Counter-Defendants, and each of them, deny each and every allegation set forth

24  in paragraph 67 of the Counterclaim.

25      68. Counter-Defendants, and each of them, lack sufficient knowledge and

26  information to form a belief as to the truth of the allegations set forth in paragraph 68 of

27  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

28  paragraph 68 of the Counterclaim.  The reservation of rights in paragraph 68 of the

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

1    Counterclaim is not an allegation; nevertheless and to the extent necessary, Counter-

2    Defendants, and each of them, deny such reservation.

3        69. Counter-Defendants, and each of them, lack sufficient knowledge and

4    information to form a belief as to the truth of the allegations set forth in paragraph 69 of

5    the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

6    paragraph 69 of the Counterclaim.

7        70. Counter-Defendants, and each of them, deny each and every allegation set forth

8    in paragraph 70 of the Counterclaim, except admit that Counter-Defendants posted the

9    video titled DIRTY DANCING DEMON CAT, and it was published by Counter-

10   Defendants at Defendants at www.youtube.com/watch?v=S35TiMC7K4U.

11       71. Counter-Defendants, and each of them, lack sufficient knowledge and

12   information to form a belief as to the truth of the allegations set forth in paragraph 71 of

13   the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

14   paragraph 71 of the Counterclaim.

15       72. Counter-Defendants, and each of them, deny each and every allegation set forth

16   in paragraph 72 of the Counterclaim, except admit that on May 23, 2009, Counter-

17   Defendants posted the video titled Shoe Sex, and it was published by Counter-Defendants

18   at https://www.youtube.com/watch?v=QKE7GG_2y9k.

19       73. Counter-Defendants, and each of them, lack sufficient knowledge and

20   information to form a belief as to the truth of the allegations set forth in paragraph 73 of

21   the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

22   paragraph 73 of the Counterclaim.

23       74. Counter-Defendants, and each of them, deny each and every allegation set forth

24   in paragraph 74 of the Counterclaim, except admit that on November 19, 2013, Counter-

25   Defendants posted the video titled My Big Head, and it was published by Counter-

26   Defendants at https://www.youtube.com/watch?v=KPDuhiHSd9w.

27       75. Counter-Defendants, and each of them, lack sufficient knowledge and

28   information to form a belief as to the truth of the allegations set forth in paragraph 75 of

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 75 of the Counterclaim.

76. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 76 of the Counterclaim, except admit that on October 8, 2013, Counter-Defendants posted the video titled Hooking Up at a Party, and it was published by Counter-Defendants at https://www.youtube.com/watch?v=pPaxJmjYQKI.

77. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 77 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 77 of the Counterclaim.

78. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 78 of the Counterclaim, except admit that on October 17, 2014, Counter-Defendants posted the video titled "Fun with Rednecks!," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=Vp5oqVm2AhY.

79. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 79 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 79 of the Counterclaim.

80. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 80 of the Counterclaim, except admit that on November 7, 2014, Counter-Defendants posted the video titled "Drunk Babies," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=PhCcbW2bRbw.

81. Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 81 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 81 of the Counterclaim.

82. Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 82 of the Counterclaim, except admit that on October 31, 2014, Counter-

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

1  Defendants posted the video titled "Batman is REAL," and it was published by Counter-

2  Defendants at https://www.youtube.com/watch?v=_x4xeMot4WM.

3      83. Counter-Defendants, and each of them, lack sufficient knowledge and

4  information to form a belief as to the truth of the allegations set forth in paragraph 83 of

5  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

6  paragraph 83 of the Counterclaim.

7      84. Counter-Defendants, and each of them, deny each and every allegation set forth

8  in paragraph 84 of the Counterclaim, except admit that on September 23, 2014, Counter-

9  Defendants posted the video titled "Sheep to the Balls," and it was published by Counter-

10  Defendants at https://www.youtube.com/watch?v=ciuTzknSwgc.

11      85. Counter-Defendants, and each of them, lack sufficient knowledge and

12  information to form a belief as to the truth of the allegations set forth in paragraph 85 of

13  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

14  paragraph 85 of the Counterclaim.

15      86. Counter-Defendants, and each of them, deny each and every allegation set forth

16  in paragraph 86 of the Counterclaim, except admit that on November 25, 2014, Counter-

17  Defendants posted the video titled "Snow Bowling."

18      87. Counter-Defendants, and each of them, lack sufficient knowledge and

19  information to form a belief as to the truth of the allegations set forth in paragraph 87 of

20  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

21  paragraph 87 of the Counterclaim.

22      88. Counter-Defendants, and each of them, deny each and every allegation set forth

23  in paragraph 88 of the Counterclaim, except admit that on September 12, 2014, Counter-

24  Defendants posted the video titled "Always Grease Your Pole," and it was published by

25  Counter-Defendants at https://www.youtube.com/watch?v=jKbUrRZZAuc.

26      89. Counter-Defendants, and each of them, lack sufficient knowledge and

27  information to form a belief as to the truth of the allegations set forth in paragraph 89 of

28  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

1  paragraph 89 of the Counterclaim.

2       90. Counter-Defendants, and each of them, deny each and every allegation set forth

3  in paragraph 90 of the Counterclaim, except admit that on September 16, 2014, Counter-

4  Defendants posted the video titled "Nazi Duck Toilet Paper Assault," and it was published

5  by Counter-Defendants at Defendants at

6  https://www.youtube.com/watch?v=psxYr33Tluc.

7       91. Counter-Defendants, and each of them, lack sufficient knowledge and

8  information to form a belief as to the truth of the allegations set forth in paragraph 91 of

9  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

10 paragraph 91 of the Counterclaim.

11      92. Counter-Defendants, and each of them, deny each and every allegation set forth

12 in paragraph 92 of the Counterclaim, except admit that on August 29, 2014, Counter-

13 Defendants posted the video titled "How to sink a ship," and it was published by Counter-

14 Defendants at https://www.youtube.com/watch?v=DWWqM6wyIr8.

15      93. Counter-Defendants, and each of them, lack sufficient knowledge and

16 information to form a belief as to the truth of the allegations set forth in paragraph 93 of

17 the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

18 paragraph 93 of the Counterclaim.

19      94. Counter-Defendants, and each of them, lack sufficient knowledge and

20 information to form a belief as to the truth of the allegations set forth in paragraph 94 of

21 the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

22 paragraph 94 of the Counterclaim.

23      95. Counter-Defendants, and each of them, deny each and every allegation set forth

24 in paragraph 95 of the Counterclaim, except admit that on August 12, 2014, Counter-

25 Defendants posted the video titled "Dog vs. Lion," and it was published by Counter-

26 Defendants at https://www.youtube.com/watch?v=tWmWj_Q_j-s.

27      96. Counter-Defendants, and each of them, lack sufficient knowledge and

28 information to form a belief as to the truth of the allegations set forth in paragraph 96 of

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

1 the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

2 paragraph 96 of the Counterclaim.

3      97. Counter-Defendants, and each of them, deny each and every allegation set forth

4 in paragraph 97 of the Counterclaim, except admit that on August 8, 2014, Counter-

5 Defendants posted the video titled "Too Young To Die," and it was published by Counter-

6 Defendants at https://www.youtube.com/watch?v=9a_RttHmcKo.

7      98. Counter-Defendants, and each of them, lack sufficient knowledge and

8 information to form a belief as to the truth of the allegations set forth in paragraph 98 of

9 the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

10 paragraph 98 of the Counterclaim.

11      99. Counter-Defendants, and each of them, deny each and every allegation set forth

12 in paragraph 99 of the Counterclaim, except admit that on August 5, 2014, Counter-

13 Defendants posted the video titled "Killer Fish," and it was published by Counter-

14 Defendants at https://www.youtube.com/watch?v=BChI_tLG_3A.

15      100.    Counter-Defendants, and each of them, lack sufficient knowledge and

16 information to form a belief as to the truth of the allegations set forth in paragraph 100 of

17 the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

18 paragraph 100 of the Counterclaim.

19      101.    Counter-Defendants, and each of them, deny each and every allegation set

20 forth in paragraph 101 of the Counterclaim, except admit that on August 1, 2014, Counter-

21 Defendants posted the video titled "Naughty Penguin," and it was published by Counter-

22 Defendants at https://www.youtube.com/watch?v=nM0M6WLq-rw.

23      102.    Counter-Defendants, and each of them, lack sufficient knowledge and

24 information to form a belief as to the truth of the allegations set forth in paragraph 102 of

25 the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

26 paragraph 102 of the Counterclaim.

27      103.    Counter-Defendants, and each of them, deny each and every allegation set

28 forth in paragraph 103 of the Counterclaim, except admit that on July 24, 2012, Counter-

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

1  Defendants posted the video titled "WORLD RECORD," and it was published by Counter-

2  Defendants at https://www.youtube.com/watch?v=y-Q49kLd7EA.

3       104.   Counter-Defendants, and each of them, lack sufficient knowledge and

4  information to form a belief as to the truth of the allegations set forth in paragraph 104 of

5  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

6  paragraph 104 of the Counterclaim.

7       105.   Counter-Defendants, and each of them, deny each and every allegation set

8  forth in paragraph 105 of the Counterclaim, except admit that on July 22, 2014, Counter-

9  Defendants posted the video titled "Armed and Dangerous," and it was published by

10 Counter-Defendants at https://www.youtube.com/watch?v=iDBU7TpAikU.

11      106.   Counter-Defendants, and each of them, lack sufficient knowledge and

12 information to form a belief as to the truth of the allegations set forth in paragraph 106 of

13 the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

14 paragraph 106 of the Counterclaim.

15      107.   Counter-Defendants, and each of them, deny each and every allegation set

16 forth in paragraph 107 of the Counterclaim, except admit that on October 21, 2014,

17 Counter-Defendants posted the video titled "You'll Never Take Me Alive!," and it was

18 published by Counter-Defendants at Defendants at

19 https://www.youtube.com/watch?v=JRE5J0G19_Q.

20      108.   Counter-Defendants, and each of them, lack sufficient knowledge and

21 information to form a belief as to the truth of the allegations set forth in paragraph 108 of

22 the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

23 paragraph 108 of the Counterclaim.

24      109.   Counter-Defendants, and each of them, deny each and every allegation set

25 forth in paragraph 109 of the Counterclaim, except admit that on July 25, 2014, Counter-

26 Defendants posted the video titled "Homemade Rocket," and it was published by Counter-

27 Defendants at https://www.youtube.com/watch?v=J16w8u3Oc3g.

28      110.   Counter-Defendants, and each of them, lack sufficient knowledge and

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

information to form a belief as to the truth of the allegations set forth in paragraph 110 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 110 of the Counterclaim.

111.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 111 of the Counterclaim, except admit that on December 6, 2011, Counter-Defendants posted the video titled "MASHED POTATOES," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=iOgLIyxPIjA.

112.   Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 112 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 112 of the Counterclaim.

113.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 113 of the Counterclaim, except admit that on July 6, 2012, Counter-Defendants posted the video titled "SELL OUT," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=NOOvJTQlSlA.

114.   Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 114 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 114 of the Counterclaim.

115.   Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 115 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 115 of the Counterclaim.

116.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 116 of the Counterclaim, except admit that on October 28, 2014, Counter-Defendants posted the video titled "Bus Driver Badass," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=11-ORD5IEO0.

117.   Counter-Defendants, and each of them, lack sufficient knowledge and

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

information to form a belief as to the truth of the allegations set forth in paragraph 117 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 117 of the Counterclaim.

118.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 118 of the Counterclaim, except admit that on May 17, 2010, Counter-Defendants posted the video titled "Smackin' BEWBS!!," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=LfmgWcF_3vU.

119.    Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 119 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 119 of the Counterclaim.

120.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 120 of the Counterclaim, except admit that on February 7, 2012, Counter-Defendants posted the video titled "FIGHTING THE ELEPHANT," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=5kZ4xuAvfSg.

121.    Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 121 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 121 of the Counterclaim.

122.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 122 of the Counterclaim, except admit that on January 21, 2014, Counter-Defendants posted the video titled "The Challenge," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=1BMBHVmhLX4.

123.    Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 123 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 123 of the Counterclaim.

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

124.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 124 of the Counterclaim, except admit that on August 15, 2014, Counter-Defendants posted the video titled "Man vs. Gravity," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=w80ksvK72oM.

125.    Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 125 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 125 of the Counterclaim.

126.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 126 of the Counterclaim, except admit that on November 26, 2013, Counter-Defendants posted the video titled "Bomb on a Plane," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=SUmHt2NIKPQ.

127.    Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 127 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 127 of the Counterclaim.

128.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 128 of the Counterclaim, except admit that on November 5, 2013, Counter-Defendants posted the video titled "Feels Good," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=f05SH52qybI.

129.    Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 129 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 129 of the Counterclaim.

130.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 130 of the Counterclaim, except admit that on July 25, 2013, Counter-Defendants posted the video titled "Guy Sticks Knife in Toaster," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=NgIwjdGzmPA.

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

131.    Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 131 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 131 of the Counterclaim.

132.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 132 of the Counterclaim, except admit that on May 14, 2013, Counter-Defendants posted the video titled "SHAKE DAT ASS," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=rVClNhg30Wg.

133.    Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 133 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 133 of the Counterclaim.

134.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 134 of the Counterclaim, except admit that on April 16, 2013, Counter-Defendants posted the video titled "CHEATING EX," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=XCdiDbIlikI.

135.    Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 135 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 135 of the Counterclaim.

136.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 136 of the Counterclaim, except admit that on March 19, 2013, Counter-Defendants posted the video titled "PUNCHING KIDS," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=rk_CUF0km94.

137.    Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 137 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 137 of the Counterclaim.

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

138.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 138 of the Counterclaim, except admit that on January 29, 2013, Counter-Defendants posted the video titled "RAY AND SILENT BOB," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=q6nR4ztOtJg.

139.   Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 139 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 139 of the Counterclaim.

140.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 140 of the Counterclaim, except admit that on November 15, 2011, Counter-Defendants posted the video titled "COBRA CAT," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=SSC7upkbv4k.

141.   Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 141 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 141 of the Counterclaim.

142.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 142 of the Counterclaim, except admit that on November 13, 2012, Counter-Defendants posted the video titled "BIEBS and SELENA," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=uy5PJ86ocPw.

143.   Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 143 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 143 of the Counterclaim.

144.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 144 of the Counterclaim, except admit that on November 2, 2012, Counter-Defendants posted the video titled "DOG HAS SUPER POWERS," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=f23bZrJFnNo.

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

145.   Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 145 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 145 of the Counterclaim.

146.   Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 146 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 146 of the Counterclaim.

147.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 147 of the Counterclaim, except admit that on September 18, 2012, Counter-Defendants posted the video titled "FLYING KITTIES - Catt Lauer," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=hc4UlL2LkLk.

148.   Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 148 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 148 of the Counterclaim.

149.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 149 of the Counterclaim, except admit that on August 28, 2012, Counter-Defendants posted the video titled "EVERYBODY IS GAY," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=41znQxg-Wlg.

150.   Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 150 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 150 of the Counterclaim.

151.   Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 151 of the Counterclaim, except admit that on August 3, 2012, Counter-

Abrams Garfinkel Margolis Bergson, LLP
5000 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

1  Defendants posted the video titled "PARTY CRASHER," and it was published by

2  Counter-Defendants at https://www.youtube.com/watch?v=Oyu4hjSUr90.

3       152.    Counter-Defendants, and each of them, lack sufficient knowledge and

4  information to form a belief as to the truth of the allegations set forth in paragraph 152 of

5  the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

6  paragraph 152 of the Counterclaim.

7       153.    Counter-Defendants, and each of them, deny each and every allegation set

8  forth in paragraph 153 of the Counterclaim, except admit that on July 17, 2012, Counter-

9  Defendants posted the video titled "1 MINUTE EPISODE," and it was published by

10 Counter-Defendants at https://www.youtube.com/watch?v=mgiWPA03BJI.

11      154.    Counter-Defendants, and each of them, lack sufficient knowledge and

12 information to form a belief as to the truth of the allegations set forth in paragraph 154 of

13 the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

14 paragraph 154 of the Counterclaim.

15      155.    Counter-Defendants, and each of them, deny each and every allegation set

16 forth in paragraph 155 of the Counterclaim, except admit that on June 12, 2012, Counter-

17 Defendants posted the video titled "HELLO MEXICO," and it was published by Counter-

18 Defendants at https://www.youtube.com/watch?v=8rN66ZjJw0s.

19      156.    Counter-Defendants, and each of them, lack sufficient knowledge and

20 information to form a belief as to the truth of the allegations set forth in paragraph 156 of

21 the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

22 paragraph 156 of the Counterclaim.

23      157.    Counter-Defendants, and each of them, deny each and every allegation set

24 forth in paragraph 157 of the Counterclaim, except admit that on August 4, 2011, Counter-

25 Defendants posted the video titled "FREE CANDY," and it was published by Counter-

26 Defendants at https://www.youtube.com/watch?v=Nlt4nwIoK2U.

27      158.    Counter-Defendants, and each of them, lack sufficient knowledge and

28 information to form a belief as to the truth of the allegations set forth in paragraph 158 of

1    the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

2    paragraph 158 of the Counterclaim.

3        159.     Counter-Defendants, and each of them, deny each and every allegation set

4    forth in paragraph 159 of the Counterclaim, except admit that on April 17, 2012, Counter-

5    Defendants posted the video titled "NORTH KOREA PERSPECTIVE," and it was

6    published by Counter-Defendants at

7    https://www.youtube.com/watch?v=gZbbdVuPlB4.

8        160.     Counter-Defendants, and each of them, lack sufficient knowledge and

9    information to form a belief as to the truth of the allegations set forth in paragraph 160 of

10    the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

11    paragraph 160 of the Counterclaim.

12        161.     Counter-Defendants, and each of them, deny each and every allegation set

13    forth in paragraph 161 of the Counterclaim, except admit that on September 7, 2012,

14    Counter-Defendants posted the video titled "SO LONG RAY," and it was published by

15    Counter-Defendants at https://www.youtube.com/watch?v=wNNQbyEiNtw.

16        162.     Counter-Defendants, and each of them, lack sufficient knowledge and

17    information to form a belief as to the truth of the allegations set forth in paragraph 162 of

18    the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

19    paragraph 162 of the Counterclaim.

20        163.     Counter-Defendants, and each of them, deny each and every allegation set

21    forth in paragraph 163 of the Counterclaim, except admit that on March 13, 2012, Counter-

22    Defendants posted the video titled "DOLPHIN RAPE!," and it was published by Counter-

23    Defendants at https://www.youtube.com/watch?v=A90cc6ODtAw.

24        164.     Counter-Defendants, and each of them, lack sufficient knowledge and

25    information to form a belief as to the truth of the allegations set forth in paragraph 164 of

26    the Counterclaim, and on the basis thereof, deny each and every allegation set forth in

27    paragraph 164 of the Counterclaim.

28        165.     Counter-Defendants, and each of them, deny each and every allegation set

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

forth in paragraph 165 of the Counterclaim, except admit that on October 27, 2011, Counter-Defendants posted the video titled "DRINK DRANK DRUNK," and it was published by Counter-Defendants at https://www.youtube.com/watch?v=E4ny6Qiayag.

166.    Counter-Defendants, and each of them, lack sufficient knowledge and information to form a belief as to the truth of the allegations set forth in paragraph 166 of the Counterclaim, and on the basis thereof, deny each and every allegation set forth in paragraph 166 of the Counterclaim.

167.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 167 of the Counterclaim, except admit that on October 13, 2011, Counter-Defendants posted the video titled "DEEP BANANA," it was published by Counter-Defendants at https://www.youtube.com/watch?v=tMy5_MLWHFQ.

168.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 168 of the Counterclaim.

169.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 169 of the Counterclaim.

170.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 170 of the Counterclaim, except admit that Counterclaimants have attributed Jukin's videos to Jukin.

171.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 171 of the Counterclaim, except admit that Counterclaimants have filed copyright claims and DMCA takedown notices with YouTube and that Counterclaimants have corresponded with Counter-Defendants.

## RESPONDING TO FIRST CLAIM FOR RELIEF
### (Alleged Violation of 17 U.S.C. §§ 106 and 501)

172.    Counter-Defendants, and each of them, repeat and allege the above responses to Paragraphs 1 through 171 of the Counterclaim as if fully set forth herein.

173.    Counter-Defendants, and each of them, deny each and every allegation set

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

forth in paragraph 173 of the Counterclaim.

174.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 174 of the Counterclaim.

175.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 175 of the Counterclaim.

176.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 176 of the Counterclaim.

177.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 177 of the Counterclaim.

178.    Counter-Defendants, and each of them, deny each and every allegation set forth in paragraph 178 of the Counterclaim.

## AFFIRMATIVE DEFENSES

Counter-Defendants, and each of them, set forth below their affirmative defenses. By setting forth these affirmative defenses, Counter-Defendants, and each of them, are not conceding that they have the burden of proving any fact, issue, or element of a claim where such burden properly belongs to Jukin.  Counter-Defendants, and each of them, also do not concede that they have the burden of persuasion as to any of the following affirmative defenses.  Moreover, nothing stated herein is intended or shall be construed as an acknowledgement that any particular issue or subject matter necessarily is relevant to Jukin's allegations.

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim for Relief)

179.    The Counterclaim fails to state facts sufficient to constitute any claim for relief against Counter-Defendants, and each of them.

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

## SECOND AFFIRMATIVE DEFENSE
### (Unclean Hands)

180.  Jukin's claims are barred in whole or in part by the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE
### (Estoppel)

181.  Jukin's claims are barred in whole or in part by the doctrine of estoppel.

## FOURTH AFFIRMATIVE DEFENSE
### (Consent, Waiver, Abandonment, Laches)

182.  Jukin's claims are barred in whole or in part by the doctrines of consent, waiver, abandonment, and/or laches.

## FIFTH AFFIRMATIVE DEFENSE
### (Adequate Remedy at Law)

183.  Jukin's claim for injunctive relief is barred in whole or in part because there exists an adequate remedy at law, and Jukin's claim otherwise fails to meet the requirements for such injunctive relief.

## SIXTH AFFIRMATIVE DEFENSE
### (Unjust Enrichment)

184.  Jukin's claims are barred in whole or in part because any recovery in favor of Jukin would result in Jukin's unjust enrichment.

## SEVENTH AFFIRMATIVE DEFENSE
### (Reservation)

185.  Counter-Defendants, and each of them, hereby give notice that they intend to rely upon any additional affirmative defenses that become available or apparent during the pendency of this action and thus reserve the right to amend its Answer to assert such additional defenses.

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

## **PRAYER**

WHEREFORE, having fully answered the Counterclaim, Counter-Defendants, and each of them, pray for judgment on the Counterclaim as follows:

1.  That Jukin's Counterclaim be dismissed and that Jukin take nothing from Counter-Defendants, and each of them, by virtue of the Counterclaim;

2.  That judgment be entered in favor of Counter-Defendants, and each of them, and against Jukin;

3.  That Counter-Defendants, and each of them, be awarded their attorneys' fees and costs of suit; and

4.  For such other and further relief as the Court may deem just and proper.

DATED:  February 27, 2015       ABRAMS GARFINKEL MARGOLIS BERGSON, LLP


By:_____/s/ Thomas H. Vidal_____
Thomas H. Vidal
Kathy Polishuk
Kelsey Schulz
Attorneys for Plaintiff/Counter-Defendant Equals
Three, LLC & Counter-Defendant Ray William
Johnson

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

**DEMAND FOR TRIAL BY JURY**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Counter-defendants hereby demand a trial by jury on all issues so triable.

Respectfully submitted,


DATED:  February 27, 2015        ABRAMS GARFINKEL MARGOLIS BERGSON, LLP


By:_____/s/ Thomas H. Vidal_____
                        Thomas H. Vidal
                        Kathy Polishuk
                        Kelsey Schulz
            Attorneys for Plaintiff/Counter-Defendant Equals
            Three, LLC & Counter-Defendant Ray William
            Johnson

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901