**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
THOMAS H. VIDAL (204432) tvidal@agmblaw.com
KATHY POLISHUK (272008) kpolishuk@agmblaw.com
KELSEY SCHULZ (301778) kschulz@agmblaw.com
5900 Wilshire Blvd., Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Attorneys for Plaintiff and Counter-Defendants
Equals Three, LLC and Ray William Johnson

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUALS THREE, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br> v. <br><br> JUKIN MEDIA, INC., a California Corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 2:14-cv-09041-SVW-MAN <br><br> Hon. Stephen V. Wilson <br> Courtroom 6 <br><br> **DECLARATION OF DANIEL TAMAYO OF FIRST LEGAL SUPPORT SERVICES RE LATE FILING** |
| JUKIN MEDIA, INC., a California Corporation, <br><br> Counterclaimant, <br> v. <br><br> EQUALS THREE, LLC, a California limited liability company; and RAY WILLIAM JOHNSON, an individual, <br><br> Counter-Defendants. | |

I, Danny Tamayo, declare as follows:

1. I am not a party to this action and if needed could and would competently testify to the facts stated herein. I am the Office Manager with First Legal Support Services ("First Legal") located at 1517 W. Beverly Blvd., Los Angeles CA 90026; phone number is (213) 250-1111.

2. On April 6, 2015, Abrams Garfinkel Margolis Bergson, LLP ("AGMB") placed an order to file with First Legal.

3. The order instructed First Legal to manually file the Declaration of Kadiatou ("Kaja") Martin in Opposition to Jukin Media, Inc.'s Motion for Partial Summary Judgment.

4. The order instructed to file the following documents Under Seal at the United States District Court, Central District:

   (a) Counter-Defendants' Separate Statement of Genuine Disputes of Material Facts in Opposition to Jukin's Motion for Partial Summary Judgment

   (b) Counterclaim Defendants' Evidentiary Objections to Declaration of Andrew Dignan in Support of Jukin Media, Inc.'s Motion for Partial Summary Judgment

   (c) Counterclaim Defendants' Evidentiary Objections to Declaration of Regie Ramas in Support of Jukin Media, Inc.'s Motion for Partial Summary Judgment

   (d) Counterclaim Defendants' Evidentiary Objections to Declaration of Christina Smith in Support of Jukin Media, Inc.'s Motion for Partial Summary Judgment

5. AGMB's filing deadline for the above-noted documents was April 6, 2015.

6. Though AGMB instructed that these documents be filed manually and Under Seal, First Legal did not prepare the documents as such, and delivered them,

instead, as courtesy copies to the Judge's chambers.

7. Upon reviewing the order after delivery, First Legal realized its error and went back to the courthouse to retrieve the documents from the Judge's chambers. At that point, it was after 4:00 P.M. and the filing window was closed. Thereby, First Legal caused AGMB to miss the filing deadline for the above-noted documents.

8. First Legal did not notify AGMB of First Legal's error in preparing the documents or First Legal's unsuccessful attempt to file until it discovered its error at approximately 4:15 P.M. on April 6, 2015, after the filing window was closed.

9. First Legal will transmit these documents to the Court today, April 7, 2015, to file manually and Under Seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 7th day of April, 2015 at Los Angeles, California.

*Daniel Tamayo*

Daniel Tamayo