**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
THOMAS H. VIDAL (204432) tvidal@agmblaw.com
KATHY POLISHUK (272008) kpolishuk@agmblaw.com
KELSEY SCHULZ (301778) kschulz@agmblaw.com
5900 Wilshire Blvd., Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Attorneys for Plaintiff and Counter-Defendants
Equals Three, LLC and Ray William Johnson

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUALS THREE, LLC, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br>　　v.<br><br>JUKIN MEDIA, INC., a California Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:14-cv-09041-SVW-MAN<br><br>Hon. Stephen V. Wilson<br>Courtroom 6<br><br>**APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Action Filed: Nov. 21, 2014<br>Trial Date: None Set |
| JUKIN MEDIA, INC., a California Corporation,<br><br>　　　　Counterclaimant,<br>　　v.<br><br>EQUALS THREE, LLC, a California limited liability company; and RAY WILLIAM JOHNSON, an individual,<br><br>　　　　Counter-Defendants. | |

**Application to File Documents Under Seal**
Case No. 2:14-cv-09041-SVW-MAN | 1

Pursuant to Local Rule 79-5.1, Plaintiff and Counterclaim Defendant Equals Three, LLC's ("Equals Three") and Counterclaim Defendant Ray William Johnson's ("Johnson") applies to this Court for an order allowing E3 to file certain documents under seal in connection with Equals Three and Johnson's Opposition to Defendant and Counterclaimant Jukin Media, Inc.'s ("Jukin") Motion for Partial Summary Judgment. Equals Three and Johnson seek to seal the following documents: (1) Counter-Defendant's Separate Statement of Genuine Disputes of Material Facts in Opposition to Jukin Media, Inc.'s Motion for Partial Summary Judgment; Counterclaim Defendants' Evidentiary Objections to Declaration of Andrew Dignan in Support of Jukin Media, Inc.'s Motion for Partial Summary Judgment; Counterclaim Defendants' Evidentiary Objections to Declaration of Regie Ramas in Support of Jukin Media, Inc.'s Motion for Partial Summary Judgment; and Counterclaim Defendants' Evidentiary Objections to Declaration of Christina Smith in Support of Jukin Media, Inc.'s Motion for Partial Summary Judgment may be filed under seal.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Court issued an order on March 24, 2015 (Dkt. Entry No. 37) granting Jukin's application to file certain documents under seal in connection with Jukin's Motion for Partial Summary Judgment. In opposition to Jukin's Motion for Partial Summary Judgment, the above-noted documents quote heavily from Jukin's documents filed under seal.

Thus, in order to protect Jukin's confidential and proprietary information, and as a professional courtesy to Jukin, Equals Three respectfully requests that this Court order that the Counter-Defendant's Separate Statement of Genuine Disputes of Material Facts in Opposition to Jukin Media, Inc.'s Motion for Partial Summary Judgment, Counterclaim Defendants' Evidentiary Objections to Declaration of Andrew Dignan in Support of Jukin Media, Inc.'s Motion for Partial Summary Judgment, Counterclaim Defendants' Evidentiary Objections to Declaration of

Regie Ramas in Support of Jukin Media, Inc.'s Motion for Partial Summary Judgment, and Counterclaim Defendants' Evidentiary Objections to Declaration of Christina Smith in Support of Jukin Media, Inc.'s Motion for Partial Summary Judgment may be filed under seal.

DATED: April 7, 2015        ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

By: _____
Thomas H. Vidal
Kathy Polishuk
Kelsey Schulz
Attorneys for Plaintiff and Counterclaim Defendants
Equals Three, LLC and Ray William Johnson

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901