**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
THOMAS H. VIDAL (204432) tvidal@agmblaw.com
KATHY POLISHUK (272008) kpolishuk@agmblaw.com
KELSEY SCHULZ (301778) kschulz@agmblaw.com
5900 Wilshire Blvd., Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Attorneys for Plaintiff and Counter-Defendants
Equals Three, LLC and Ray William Johnson

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUALS THREE, LLC, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br>　　v.<br>JUKIN MEDIA, INC., a California Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:14-cv-09041-SVW-MAN<br><br>Hon. Stephen V. Wilson<br>Courtroom 6<br><br>**JOINT REQUEST FOR DECISION IN ACCORDANCE WITH LOCAL RULE 83-9.2**<br><br><br>Action Filed: Nov. 21, 2014<br>None Set: None scheduled |
| JUKIN MEDIA, INC., a California Corporation,<br><br>　　　　Counterclaimant,<br>　　v.<br>EQUALS THREE, LLC, a California limited liability company; and RAY WILLIAM JOHNSON, an individual,<br><br>　　　　Counter-Defendants. | |

1     WHEREAS, plaintiff Equals Three, LLC ("E3") filed and served the
2 Complaint in the above-entitled action on defendant Jukin Media, Inc. ("Jukin") on
3 December 5, 2014;
4     WHEREAS, Jukin filed and served the Counterclaim in the above-entitled
5 action on E3on January 12, 2015;
6     WHEREAS Jukin filed a Motion for Partial Summary Judgment on March 23,
7 2015;
8     WHEREAS E3 filed a memorandum in opposition to the Motion for Partial
9 Summary Judgment on April 6, 2015;
10     WHEREAS Jukin filed a reply memorandum to E3's opposition on April 13,
11 2015;
12     WHEREAS a hearing was held on the Motion for Partial Summary Judgment
13 on May 11, 2015 at the conclusion of which the matter was submitted for decision;
14     WHEREAS, the Court did not make a decision within 120 days of the hearing
15 on the motion;

18 //

21 //

24 //

27 //

**Joint Request for Decision**
**Case No. 2:14-cv-09041-SVW-MAN | 2**

Pursuant to L.R. 83-9.2, which requires the parties to submit this Joint Request, it is HEREBY REQUESTED that the Court issue its decision on the Motion for Partial Summary Judgment.

DATED: September 18, 2015    ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

By:_____/s/ Thomas H. Vidal_____
Thomas H. Vidal
Kathy Polishuk
Attorneys for Plaintiff/Counterclaim Defendant Equals Three, LLC & Counterclaim Defendant Ray William Johnson

DATED: September 18, 2015    VENABLE LLP

By:_____/s/ Tamany Vinson Bentz_____
Tamany Vinson Bentz
Melissa C. McLaughlin
Attorneys for Defendant/Counterclaimant Jukin Media Inc.

**Abrams Garfinkel Margolis Bergson, LLP**
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901