1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VENABLE LLP
Douglas C. Emhoff (SBN 151049)
demhoff@venable.com
Jessica L. Grant (SBN 178138)
jgrant@venable.com
Tamany Vinson Bentz (SBN 258600)
tjbentz@venable.com
Melissa C. McLaughlin (SBN 273619)
mcmclaughlin@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendant and
Counterclaimant Jukin Media, Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUALS THREE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JUKIN MEDIA, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants.<br><hr>JUKIN MEDIA, INC., a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>EQUALS THREE, LLC, a California limited liability company; and RAY WILLIAM JOHNSON, an individual,<br><br>Counterclaim Defendants. | CASE NO. 2:14-cv-09041-SVW (AFMx)<br><br>Hon. Stephen V. Wilson<br>Courtroom 6<br><br>**JOINT VERDICT FORM**<br><br>Action Filed: Nov. 21, 2014<br>Trial Date: March 1, 2016 |

**I.  Jukin Media, Inc.'s Copyright Infringement Counterclaim**

<u>Black Bear Milk Bottle Rescue</u>

1a.  Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Black Bear Milk Bottle Rescue?"

Yes _____      No _____

If you answer no, please continue to question 2a. If you answer yes, please continue to question 1b.


1b.  Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "The Resurrection" was a fair use of "Black Bear Milk Bottle Rescue?"

Yes _____      No _____

If you answer yes, please continue to question 2a. If you answer no, please continue to question 1c.


1c.  Do you find that the infringement was willful?

Yes _____      No _____

Please continue to question 1d.


1d.  What amount of statutory damages do you award for the infringement?

$_____

Please continue to question 2a.


<u>Groom Drops Bride</u>

2a.  Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Groom Drops Bride?"

Yes _____      No _____

JOINT VERDICT FORM

If you answer no, please continue to question 3a. If you answer yes, please continue to question 2b.

     2b.    Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "Drunk Babies" was a fair use of "Groom Drops Bride?"

Yes _____         No _____

If you answer yes, please continue to question 3a. If you answer no, please continue to question 2c.

     2c.    Do you find that the infringement was willful?

Yes _____         No _____

Please continue to question 2d.

     2d.    What amount of statutory damages do you award for the infringement?

$_____

Please continue to question 3a.

Went Beautifully

     3a.    Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Went Beautifully?"

Yes _____         No _____

If you answer no, please continue to question 4a. If you answer yes, please continue to question 3b.

     3b.    Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "So Long Ray" was a fair use of "Went

JOINT VERDICT FORM

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

Beautifully?"

Yes _____        No _____

If you answer yes, please continue to question 4a. If you answer no, please continue to question 3c.

     3c.    What amount of actual damages to Counterclaimant Jukin Media, Inc. do you find were caused by the infringement?

$_____

Please continue to question 3d.

     3d.    What amount of Counterclaim Defendant Equals Three, LLC's profits do you find were caused by the infringement?

$_____

Please continue to question 3e.

     3e.    Do you find that Counterclaim Defendant Ray William Johnson vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "Went Beautifully?"

Yes _____        No _____

Please continue to question 3f.

     3f.    Do you find that Counterclaim Defendant Ray William Johnson contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "Went Beautifully?"

Yes _____        No _____

If you answer no to this question and you answered no to question 3f, please continue to question 4a. If you answer yes to this question and/or you answered yes to question 3e, please continue to question 3g.

JOINT VERDICT FORM

3g.     What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

$_____

Please continue to question 4a.

<u>Skim Board Fail</u>

4a.     Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Skim Board Fail?"

Yes _____          No _____

If you answer no, please continue to question 5a. If you answer yes, please continue to question 4b.

4b.     Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "Boat Trick Accident" was a fair use of "Skim Board Fail?"

Yes _____          No _____

If you answer yes, please continue to question 5a. If you answer no, please continue to question 4c.

4c.     What amount of actual damages to Counterclaimant Jukin Media, Inc. do you find were caused by the infringement?

$_____

Please continue to question 4d.

4d.     What amount of Counterclaim Defendant Equals Three, LLC's profits do you find were caused by the infringement?

$_____

JOINT VERDICT FORM

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

Please continue to question 4e.


     4e.    Do you find that Counterclaim Defendant Ray William Johnson vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "Skim Board Fail?"

Yes _____          No _____

Please continue to question 4f.


     4f.    Do you find that Counterclaim Defendant Ray William Johnson contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "Skim Board Fail?"

Yes _____          No _____

If you answer no to this question and you answered no to question 4f, please continue to question 5a. If you answer yes to this question and/or you answered yes to question 4e, please continue to question 4g.


     4g.    What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

$_____

Please continue to question 5a.


<u>Disney World Surprise Gone Wrong</u>

     5a.    Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Disney World Surprise Gone Wrong?"

Yes _____          No _____

If you answer no, please continue to question 6a. If you answer yes, please continue to question 5b.

JOINT VERDICT FORM

5b.     Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "Like a Girl" was a fair use of "Disney World Surprise Gone Wrong?"

Yes _____        No _____

If you answer yes, please continue to question 6a. If you answer no, please continue to question 5c.


5c.     Do you find that the infringement was willful?

Yes _____        No _____

Please continue to question 5d.


5d.     What amount of statutory damages do you award for the infringement?

$_____

Please continue to question 6a.


Insane Dodge Ball Kill!

6a.     Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Insane Dodge Ball Kill!?"

Yes _____        No _____

If you answer no, please continue to question 7a. If you answer yes, please continue to question 6b.


6b.     Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "Blazing Crow – Key & Peele" was a fair use of "Insane Dodge Ball Kill!?"

Yes _____        No _____

If you answer yes, please continue to question 7a. If you answer no, please

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

continue to question 6c.

6c.     What amount of actual damages to Counterclaimant Jukin Media, Inc. do you find were caused by the infringement?

$_____

Please continue to question 6d.

6d.     What amount of Counterclaim Defendant Equals Three, LLC's profits do you find were caused by the infringement?

$_____

Please continue to question 6e.

6e.     Do you find that Counterclaim Defendant Ray William Johnson vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "Insane Dodge Ball Kill!?"

Yes _____          No _____

Please continue to question 6f.

6f.     Do you find that Counterclaim Defendant Ray William Johnson contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "Insane Dodge Ball Kill!?"

Yes _____          No _____

If you answer no to this question and you answered no to question 6f, please continue to question 7a. If you answer yes to this question and/or you answered yes to question 6e, please continue to question 6h.

6g.     What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

JOINT VERDICT FORM

1    $_____

2    Please continue to question 7a.

3

4                     <u>Burning My Hair Off</u>

5         7a.    Do you find that Counterclaimant Jukin Media, Inc. owns a copyright

6    in "Burning My Hair Off?"

7    Yes _____        No _____

8    If you answer no, please continue to question 8a. If you answer yes, please

9    continue to question 7b.

10

11        7b.    Do you find that Counterclaim Defendants' Equals Three, LLC's and

12   Ray William Johnson's accused work "Gallon Smash Prank" was a fair use of

13   "Burning My Hair Off?"

14   Yes _____        No _____

15   If you answer yes, please continue to question 8a. If you answer no, please

16   continue to question 7c.

17

18        7c.    What amount of actual damages to Counterclaimant Jukin Media, Inc.

19   do you find were caused by the infringement?

20   $_____

21   Please continue to question 7d.

22

23        7d.    What amount of Counterclaim Defendant Equals Three, LLC's profits

24   do you find were caused by the infringement?

25   $_____

26   Please continue to question 7e.

27

28        7e.    Do you find that Counterclaim Defendant Ray William Johnson

JOINT VERDICT FORM

vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "Burning My Hair Off?"

Yes _____        No _____

Please continue to question 7f.


7f.    Do you find that Counterclaim Defendant Ray William Johnson contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "Burning My Hair Off?"

Yes _____        No _____

If you answer no to this question and you answered no to question 7f, please continue to question 8a. If you answer yes to this question and/or you answered yes to question 7e, please continue to question 7g.


7g.    What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

$_____

Please continue to question 8a.


<u>Dog Thinks Terrace Door is Closed</u>

8a.    Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Dog Thinks Terrace Door is Closed?"

Yes _____        No _____

If you answer no, please continue to question 9a. If you answer yes, please continue to question 8b.


8b.    Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "Itchy Balls" was a fair use of "Dog Thinks Terrace Door is Closed?"

JOINT VERDICT FORM

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

Yes _____          No _____

If you answer yes, please continue to question 9a. If you answer no, please

continue to question 8c.


      8c.     What amount of actual damages to Counterclaimant Jukin Media, Inc.

do you find were caused by the infringement?

$_____

Please continue to question 8d.


      8d.     What amount of Counterclaim Defendant Equals Three, LLC's profits

do you find were caused by the infringement?

$_____

Please continue to question 8e.


      8e.     Do you find that Counterclaim Defendant Ray William Johnson

vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "Dog

Thinks Terrace Door is Closed?"

Yes _____          No _____

Please continue to question 8f.


      8f.     Do you find that Counterclaim Defendant Ray William Johnson

contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "Dog

Thinks Terrace Door is Closed?"

Yes _____          No _____

If you answer no to this question and you answered no to question 8f, please

continue to question 9a. If you answer yes to this question and/or you answered yes

to question 8e, please continue to question 8g.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

10

8g.     What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

$_____

Please continue to question 9a.

<u>500 Smith & Wesson Tree Fail</u>

9a.     Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "500 Smith & Wesson Tree Fail?"

Yes _____          No _____

If you answer no, please continue to question 10a. If you answer yes, please continue to question 9b.

9b.     Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "How to Shoot Up in the Woods" was a fair use of "500 Smith & Wesson Tree Fail?"

Yes _____          No _____

If you answer yes, please continue to question 10a. If you answer no, please continue to question 9c.

9c.     Do you find that the infringement was willful?

Yes _____          No _____

Please continue to question 9d.

9d.     What amount of statutory damages do you award for the infringement?

$_____

Please continue to question 10a.

JOINT VERDICT FORM

## Dog Spoon Fed

10a.   Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Dog Spoon Fed?"

Yes _____          No _____

If you answer no, please continue to question 11a. If you answer yes, please continue to question 10b.

10b.   Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "Fun with Rednecks!" was a fair use of "Dog Spoon Fed?"

Yes _____          No _____

If you answer yes, please continue to question 11a. If you answer no, please continue to question 10c.

10c.   What amount of actual damages to Counterclaimant Jukin Media, Inc. do you find were caused by the infringement?

$_____

Please continue to question 10d.

10d.   What amount of Counterclaim Defendant Equals Three, LLC's profits do you find were caused by the infringement?

$_____

Please continue to question 10e.

10e.   Do you find that Counterclaim Defendant Ray William Johnson vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "Dog Spoon Fed?"

Yes _____          No _____

JOINT VERDICT FORM

Please continue to question 10f.


   10f.   Do you find that Counterclaim Defendant Ray William Johnson contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "Dog Spoon Fed?"

Yes _____      No _____

If you answer no to this question and you answered no to question 10f, please continue to question 11a. If you answer yes to this question and/or you answered yes to question 10e, please continue to question 10g.


   10g.   What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

$_____

Please continue to question 11a.


<u>Road Worker Trick Fail</u>

   11a.   Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Road Worker Trick Fail?"

Yes _____      No _____

If you answer no, please continue to question 12a. If you answer yes, please continue to question 11b.


   11b.   Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "Fun with Rednecks!" was a fair use of "Road Worker Trick Fail?"

Yes _____      No _____

If you answer yes, please continue to question 12a. If you answer no, please continue to question 11c.

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

11c.   What amount of actual damages to Counterclaimant Jukin Media, Inc. do you find were caused by the infringement?

$_____

Please continue to question 11d.

11d.   What amount of Counterclaim Defendant Equals Three, LLC's profits do you find were caused by the infringement?

$_____

Please continue to question 11e.

11e.   Do you find that Counterclaim Defendant Ray William Johnson vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "Road Worker Trick Fail?"

Yes _____        No _____

Please continue to question 11f.

11f.   Do you find that Counterclaim Defendant Ray William Johnson contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "Road Worker Trick Fail?"

Yes _____        No _____

If you answer no to this question and you answered no to question 11f, please continue to question 12a. If you answer yes to this question and/or you answered yes to question 11e, please continue to question 11g.

11g.   What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

$_____

14

JOINT VERDICT FORM

Please continue to question 12a.

<u>First Person to Buy iPhone 6 in Perth Drops it on Live TV</u>

<u>When Pressured By Reporters</u>

12a.   Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "First Person to Buy iPhone 6 in Perth Drops it on Live TV When Pressured By Reporters?"

Yes _____          No _____

If you answer no, please continue to question 13a. If you answer yes, please continue to question 12b.

12b.   What amount of actual damages to Counterclaimant Jukin Media, Inc. do you find were caused by the infringement?

$_____

Please continue to question 12c.

12c.   What amount of Counterclaim Defendant Equals Three, LLC's profits do you find were caused by the infringement?

$_____

Please continue to question 12d.

12d.   Do you find that Counterclaim Defendant Ray William Johnson vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "First Person to Buy iPhone 6 in Perth Drops it on Live TV When Pressured By Reporters?"

Yes _____          No _____

Please continue to question 12e.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

15

JOINT VERDICT FORM

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

12e.   Do you find that Counterclaim Defendant Ray William Johnson contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "First Person to Buy iPhone 6 in Perth Drops it on Live TV When Pressured By Reporters?"

Yes _____          No _____

If you answer no to this question and you answered no to question 12e, please continue to question 13a. If you answer yes to this question and/or you answered yes to question 12d, please continue to question 12f.


12f.   What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

$_____

Please continue to question 13a.



Edelweiss Bear Take Out 2

13a.   Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Edelweiss Bear Take Out 2?"

Yes _____          No _____

If you answer no, please continue to question 14a. If you answer yes, please continue to question 13b.


13b.   Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "Bear Thief" was a fair use of "Edelweiss Bear Take Out 2?"

Yes _____          No _____

If you answer yes, please continue to question 14a. If you answer no, please continue to question 13c.

JOINT VERDICT FORM

13c.   What amount of actual damages to Counterclaimant Jukin Media, Inc. do you find were caused by the infringement?

$_____

Please continue to question 13d.

13d.   What amount of Counterclaim Defendant Equals Three, LLC's profits do you find were caused by the infringement?

$_____

Please continue to question 13e.

13e.   Do you find that Counterclaim Defendant Ray William Johnson vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "Edelweiss Bear Take Out 2?"

Yes _____          No _____

Please continue to question 13f.

13f.   Do you find that Counterclaim Defendant Ray William Johnson contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "Edelweiss Bear Take Out 2?"

Yes _____          No _____

If you answer no to this question and you answered no to question 13f, please continue to question 14a. If you answer yes to this question and/or you answered yes to question 13e, please continue to question 13g.

13g.   What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

$_____

JOINT VERDICT FORM

Please continue to question 14a.


### Trampoline Hump Dog

14a.   Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Trampoline Hump Dog?"

Yes _____        No _____

If you answer no, please continue to question 15a. If you answer yes, please continue to question 14b.


14b.   Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "I HAVE SUPER POWERS" was a fair use of "Trampoline Hump Dog?"

Yes _____        No _____

If you answer yes, please continue to question 15a. If you answer no, please continue to question 14c.


14c.   What amount of actual damages to Counterclaimant Jukin Media, Inc. do you find were caused by the infringement?

$_____

Please continue to question 14d.


14d.   What amount of Counterclaim Defendant Equals Three, LLC's profits do you find were caused by the infringement?

$_____

Please continue to question 14e.


14e.   Do you find that Counterclaim Defendant Ray William Johnson

JOINT VERDICT FORM

vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "Trampoline Hump Dog?"

Yes _____        No _____

Please continue to question 14f.

14f.   Do you find that Counterclaim Defendant Ray William Johnson contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "Trampoline Hump Dog?"

Yes _____        No _____

If you answer no to this question and you answered no to question 14f, please continue to question 15a. If you answer yes to this question and/or you answered yes to question 14e, please continue to question 14g.

14g.   What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

$_____

Please continue to question 15a.

<u>Dachshund vs. Crab</u>

15a.   Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Dachshund vs. Crab?"

Yes _____        No _____

If you answer no, please continue to question 16a. If you answer yes, please continue to question 15b.

15b.   Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "Wiener Crabs" was a fair use of

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

19

"Dachshund vs. Crab?"

Yes _____          No _____

If you answer yes, please continue to question 16a. If you answer no, please continue to question 15c.

15c.   What amount of actual damages to Counterclaimant Jukin Media, Inc. do you find were caused by the infringement?

$_____

Please continue to question 15d.

15d.   What amount of Counterclaim Defendant Equals Three, LLC's profits do you find were caused by the infringement?

$_____

Please continue to question 15e.

15e.   Do you find that Counterclaim Defendant Ray William Johnson vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "Dachshund vs. Crab?"

Yes _____          No _____

Please continue to question 15f.

15f.   Do you find that Counterclaim Defendant Ray William Johnson contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "Dachshund vs. Crab?"

Yes _____          No _____

If you answer no to this question and you answered no to question 15f, please continue to question 16a. If you answer yes to this question and/or you answered yes to question 15e, please continue to question 15g.

JOINT VERDICT FORM

15g.   What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

$_____

Please continue to question 16a.


<u>MOMMYS BIG SECRET :) THIS IS A MUST SEE!!!!!</u>

16a.   Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "MOMMYS BIG SECRET :) THIS IS A MUST SEE!!!!!?"

Yes _____          No _____

If you answer no, please continue to question 17a. If you answer yes, please continue to question 16b.


16b.   Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "Train Orgasm" was a fair use of "MOMMYS BIG SECRET :) THIS IS A MUST SEE!!!!!?"

Yes _____          No _____

If you answer yes, please continue to question 17a. If you answer no, please continue to question 16c.


16c.   What amount of actual damages to Counterclaimant Jukin Media, Inc. do you find were caused by the infringement?

$_____

Please continue to question 16d.


16d.   What amount of Counterclaim Defendant Equals Three, LLC's profits do you find were caused by the infringement?

JOINT VERDICT FORM

$_____

Please continue to question 16e.


16e.   Do you find that Counterclaim Defendant Ray William Johnson vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "MOMMYS BIG SECRET :) THIS IS A MUST SEE!!!!!?"

Yes _____          No _____

Please continue to question 16f.


16f.   Do you find that Counterclaim Defendant Ray William Johnson contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "MOMMYS BIG SECRET :) THIS IS A MUST SEE!!!!!?"

Yes _____          No _____

If you answer no to this question and you answered no to question 16f, please continue to question 17a. If you answer yes to this question and/or you answered yes to question 16e, please continue to question 16g.


16g.   What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

$_____

Please continue to question 17a.


<u>Skydiving Plane Crash Incident</u>

17a.   Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Skydiving Plane Crash Incident?"

Yes _____          No _____

If you answer no, please continue to question 18a. If you answer yes, please

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

JOINT VERDICT FORM

continue to question 17b.

17b.   Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "Skydiving Accident" was a fair use of "Skydiving Plane Crash Incident"

Yes _____          No _____

If you answer yes, please continue to question 18a. If you answer no, please continue to question 17c.

17c.   What amount of actual damages to Counterclaimant Jukin Media, Inc. do you find were caused by the infringement?

$_____

Please continue to question 17d.

17d.   What amount of Counterclaim Defendant Equals Three, LLC's profits do you find were caused by the infringement?

$_____

Please continue to question 17e.

17e.   Do you find that Counterclaim Defendant Ray William Johnson vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "Skydiving Plane Crash Incident?"

Yes _____          No _____

Please continue to question 17f.

17f.   Do you find that Counterclaim Defendant Ray William Johnson contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "Skydiving Plane Crash Incident?"

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

JOINT VERDICT FORM

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

Yes _____          No _____

If you answer no to this question and you answered no to question 17f, please continue to question 18a. If you answer yes to this question and/or you answered yes to question 17e, please continue to question 17g.

17g.   What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

$_____

Please continue to question 18a.

Funny…Wasp Stings Man While Wife Laughs!

18a.   Do you find that Counterclaimant Jukin Media, Inc. owns a copyright in "Funny…Wasp Stings Man While Wife Laughs!?"

Yes _____          No _____

If you answer no, please continue to section II, question 19a. If you answer yes, please continue to question 18b.

18b.   Do you find that Counterclaim Defendants' Equals Three, LLC's and Ray William Johnson's accused work "High on Killer Wasp Spray" was a fair use of "Funny…Wasp Stings Man While Wife Laughs!?"

Yes _____          No _____

If you answer yes, please continue to section II, question 19a. If you answer no, please continue to question 18c.

18c.   What amount of actual damages to Counterclaimant Jukin Media, Inc. do you find were caused by the infringement?

$_____

Please continue to question 18d.

JOINT VERDICT FORM

18d.   What amount of Counterclaim Defendant Equals Three, LLC's profits do you find were caused by the infringement?

$_____

Please continue to question 18e.

18e.   Do you find that Counterclaim Defendant Ray William Johnson vicariously infringed Counterclaimant Jukin Media, Inc.'s copyright in "Funny…Wasp Stings Man While Wife Laughs!?"

Yes _____        No _____

Please continue to question 18f.

18f.   Do you find that Counterclaim Defendant Ray William Johnson contributorily infringed Counterclaimant Jukin Media, Inc.'s copyright in "Funny…Wasp Stings Man While Wife Laughs!?"

Yes _____        No _____

If you answer no to this question and you answered no to question 18f, please continue to section II, question 19a. If you answer yes to this question and/or you answered yes to question 18e, please continue to question 18g.

18g.   What amount of Counterclaim Defendant Ray William Johnson's profits do you find were caused by the infringement?

$_____

Please continue to section II, question 19a.

## II.   Equals Three, LLC's Claim for Violation of the Digital Millennium Copyright Act

19a.   Do you find that Defendant Jukin Media, Inc. knowingly

25

JOINT VERDICT FORM

1  misrepresented to YouTube in any takedown notification that any of Plaintiff

2  Equals Three, LLC's accused works infringed the copyright of any of Jukin's

3  videos?

4  Yes _____        No _____

5  If you answer no, please skip the remaining questions and sign and date the verdict

6  form. If you answer yes, please continue to question 19b.

7

8       19b.   Do you find that YouTube relied on any such misrepresentation by

9  Defendant Jukin Media, Inc. when it removed any of Plaintiff Equals Three, LLC's

10  accused works?

11  Yes _____        No _____

12  If you answer no, please skip the remaining questions and sign and date the verdict

13  form. If you answer yes, please continue to question 19c.

14

15       19c.   Do you find that Plaintiff Equals Three, LLC was damaged as a result

16  of YouTube's reliance on a knowing, material misrepresentation by Defendant

17  Jukin Media, Inc. in any takedown notification?

18  Yes _____        No _____

19  If you answer no, please skip the remaining questions and sign and date the verdict

20  form. If you answer yes, please identify the Defendant Jukin Media, Inc.'s

21  takedown notifications that you found to be in violation of the Digital Millennium

22  Copyright Act, then continue to question 19d.

23  Takedown notifications in violation of the DMCA:

24  _____.

25

26       19d.   Are Plaintiff Equals Three, LLC's actual damages from the takedown

27  notifications that you found to be in violation of the Digital Millennium Copyright

28  Act speculative, based on the evidence in this case?

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

JOINT VERDICT FORM

Yes _____          No _____

If you answer yes, please skip the remaining questions and sign and date the verdict form. If you answer no, please continue to question 19e.

    19e.   What amount of actual damages from the takedown notifications that you found to be in violation of the Digital Millennium Copyright Act do you award to Plaintiff Equals Three, LLC?

$_____

If you award any actual damages, please skip the remaining question and sign and date the verdict form. If you do not award any actual damages, please continue to question 19f.

    19g.   What amount of nominal damages from the takedown notifications that you found to be in violation of the Digital Millennium Copyright Act do you award to Plaintiff Equals Three, LLC?

$_____

**Please have the foreperson sign and date this verdict form.**


_____          March _____, 2016


After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.

JOINT VERDICT FORM