VENABLE LLP
Douglas C. Emhoff (SBN 151049)
demhoff@venable.com
Jessica L. Grant (SBN 178138)
jgrant@venable.com
Tamany Vinson Bentz (SBN 258600)
tjbentz@venable.com
Melissa C. McLaughlin (SBN 273619)
mcmclaughlin@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendant and
Counterclaimant Jukin Media, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUALS THREE, LLC, a California limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JUKIN MEDIA, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 2:14-cv-09041-SVW (AFMx)<br><br>Hon. Stephen V. Wilson<br>Courtroom 6<br><br>**DEFENDANT AND COUNTERCLAIMANT JUKIN MEDIA, INC.'S ADDITIONAL VOIR DIRE QUESTIONS**<br><br>Action Filed: Nov. 21, 2014<br>Trial Date:    March 1, 2016 |
| JUKIN MEDIA, INC., a California corporation,<br><br>　　　　　　　Counterclaimant,<br><br>　v.<br><br>EQUALS THREE, LLC, a California limited liability company; and RAY WILLIAM JOHNSON, an individual,<br><br>　　　　　　　Counterclaim Defendants. | |

Defendant and Counterclaimant Jukin Media, Inc. ("Jukin") hereby proposes the following voir dire questions:

1. Have you heard or read anything about this lawsuit, or other lawsuits like it? *If yes, privately:*
   a. What have you heard or read, and where did you hear or read it?
   b. Do you have any views or opinions about this case or cases like it?
   c. Do you have any views or opinions about who should prevail in this case?

2. Have you ever been a party to a lawsuit? *If yes:*
   a. Were you the plaintiff or the defendant?
   b. What was the claim?
   c. Were you satisfied with the outcome?

3. Do you have any trouble understanding, speaking, writing, or reading English?

4. Do you take any medications or have any medical conditions that would make it difficult to sit as a juror, concentrate on the evidence, and/or deliberate?

5. What level of school did you reach? *If they attended college or above:*
   a. What degree did you earn?
   b. What was your major or area of concentration?

6. Are you familiar with any services provided by Jukin Media?

7. Are you familiar with any services provided by Equals Three?

8. Are you familiar with the term "viral video?"

9. Do you ever watch videos on YouTube? *If yes:*
   a. How often?
   b. What kinds of videos do you watch?
   c. Do you regularly watch any YouTube channels?
   d. Do you ever post videos on YouTube?
   e. How often?

10. Do you subscribe to any YouTube channels or other sources of online videos? *If yes:*
    a. Which channels?

11. Have you ever seen a show on YouTube called Equals Three?

12. Have you ever seen any production by Ray William Johnson?

13. Have you ever seen any production by Jukin Media?

14. Do you ever watch shows on TV like Tosh.0 or online like MTV's Ridiculousness?

15. Do you, a relative, or a close friend have any education, training, specialized knowledge, or work experience in:
    a. The law?
    b. Intellectual property, such as patents, trademarks, or copyright?

2

JUKIN'S VOIR DIRE QUESTIONS

    c. Media or the entertainment industry?

    d. Digital media, marketing, or advertising?

16. What kind of work do you do?

17. Have you, a relative, or a close friend worked at YouTube? *If yes:*

    a. Please describe the extent of that employment.

18. Have you, a relative, or a close friend ever filed for or received copyright, trademark, or patent protection? *If yes, please explain privately:*

19. Have you, a relative, or a close friend ever been involved in a copyright dispute?

20. Have you, a relative, or a close friend ever been accused of illegally downloading music or videos, or received a notice from an internet service provider about illegally downloading music or videos? *If yes, please explain privately.*

21. Do you have any strong opinions, positive or negative, about copyright protection for videos?

22. Do you have any strong opinions, positive or negative, about people making money for videos they create?

23. Do you have any strong opinions, positive or negative, about a copyright granting exclusive rights to its creator?

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

24. Do you think video content on the internet should be available for anyone to use free of charge?

25. Do you think music that's online should be available for anyone to use free of charge?

Dated: February 23, 2016                    VENABLE LLP

By: /s/ Melissa C. McLaughlin
    Douglas C. Emhoff
    Jessica L. Grant
    Tamany Vinson Bentz
    Melissa C. McLaughlin
    Attorneys for Defendant and
    Counterclaimant Jukin Media, Inc.