**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
THOMAS H. VIDAL (204432) tvidal@agmblaw.com
MICHAEL J. WEISS (206473) mweiss@agmblaw.com
5900 Wilshire Blvd., Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Attorneys for Plaintiff and Counter-Defendants
Equals Three, LLC and Ray William Johnson

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUALS THREE, LLC, a California Limited Liability Company,<br><br>            Plaintiff,<br>      v.<br><br>JUKIN MEDIA, INC., a California Corporation, and DOES 1 through 50, inclusive,<br><br>            Defendants.<br><br>JUKIN MEDIA, INC., a California Corporation,<br><br>            Counterclaimant,<br>      v.<br><br>EQUALS THREE, LLC, a California limited liability company; and RAY WILLIAM JOHNSON, an individual,<br><br>            Counter-Defendants. | CASE NO. 2:14-cv-09041-SVW-(AFMx)<br><br>Hon. Stephen V. Wilson<br>Courtroom 6<br><br>**EQUALS THREE'S AND RAY WILLIAM JOHNSON'S PROPOSED VOIR DIRE QUESTIONS**<br><br><br>Action Filed: November 21, 2015<br>Trial Date:    March 1, 2016 |

**Equals Three, LLC and Johnson's
Voir Dire Questions**
Case No. 2:14-cv-09041-SVW-**(AFMx)** | **1**

Plaintiff Equals Three and Counter-Defendant Ray William Johnson (collectively, "Equals Three") respectfully submit the following proposed voir dire questions.

1. Do you have internet access at home?

2. Do you have internet access on your phone?

3. Do you use the internet as your primary source of getting the news?

4. Have you ever viewed a video clip on the internet?

   A. If so, where have you viewed the clips?

5. What websites do you visit to find video clips on the internet?

6. Have you heard of the website YouTube?

7. Have you watched a video clip on Jukin Media's YouTube channel?

8. Have you watched a video clip on Equals Three's YouTube channel?

9. Are you a subscriber to a YouTube channel?

   A. If so, to what YouTube channels to you subscribe?

10. Do you own or operate a YouTube channel, blog, or website or have a friend or family member that does so?

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

     A.    If so please describe.

11.    Have you ever produced a motion picture?

12.    Have you ever posted a video file on a website?

13.    Do you own a registered copyright?

     A.    If so, what is the nature of the work?

14.    Have any of you ever been involved a lawsuit involving copyrights?

     A.    If so, were you the plaintiff or the defendant?

15.    Are you a member of any organization the principal purpose of which is to advocate first amendment issues?

16.    Do you have difficulty with your vision?

17.    Do you have difficulty with your hearing?

DATED: February 2, 2016    ABRAMS GARFINKEL MARGOLIS BERGSON, LLP

By:   /s/ Thomas H. Vidal
Thomas H. Vidal
Michael J. Weiss
Attorneys for Plaintiff/Counter-Defendant Equals Three, LLC & Counter-Defendant Ray William Johnson

---

**Equals Three, LLC and Johnson's
Voir Dire Questions**
Case No. 2:14-cv-09041-SVW-**(AFMx)** | 3

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901