VENABLE LLP
Douglas C. Emhoff (SBN 151049)
demhoff@venable.com
Jessica L. Grant (SBN 178138)
jgrant@venable.com
Tamany Vinson Bentz (SBN 258600)
tjbentz@venable.com
Melissa C. McLaughlin (SBN 273619)
mcmclaughlin@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendant and
Counterclaimant Jukin Media, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUALS THREE, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JUKIN MEDIA, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants.<br><br>────────────<br><br>JUKIN MEDIA, INC., a California corporation,<br><br>　　　　　　Counterclaimant,<br><br>　v.<br><br>EQUALS THREE, LLC, a California limited liability company; and RAY WILLIAM JOHNSON, an individual,<br><br>　　　　　　Counterclaim Defendants. | CASE NO. 2:14-cv-09041-SVW (AFMx)<br><br>Hon. Stephen V. Wilson<br>Courtroom 6<br><br>**NOTICE OF LODGING OF JOINT VERDICT FORM**<br><br>Action Filed: Nov. 21, 2014<br>Trial Date:    March 1, 2016 |

NOTICE OF LODGING OF JOINT VERDICT FORM

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counterclaimant Jukin Media, Inc. hereby lodges the following Joint Verdict Form, attached hereto as "Attachment 1" with the Court.

Dated: March 2, 2016

VENABLE LLP

By: /s/ Tamany Vinson Bentz
    Douglas C. Emhoff
    Jessica L. Grant
    Tamany Vinson Bentz
    Melissa C. McLaughlin
    Attorneys for Defendant and
    Counterclaimant Jukin Media, Inc.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900