ATTACHMENT 1

1  VENABLE LLP
   Douglas C. Emhoff (SBN 151049)
2  demhoff@venable.com
   Jessica L. Grant (SBN 178138)
3  jgrant@venable.com
   Tamany Vinson Bentz (SBN 258600)
4  tjbentz@venable.com
   Melissa C. McLaughlin (SBN 273619)
5  mcmclaughlin@venable.com
   2049 Century Park East, Suite 2100
6  Los Angeles, CA  90067
   Telephone:   (310) 229-9900
7  Facsimile:    (310) 229-9901

8  Attorneys for Defendant and
   Counterclaimant Jukin Media, Inc.

9              UNITED STATES DISTRICT COURT

10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12 EQUALS THREE, LLC, a California          CASE NO. 2:14-cv-09041-SVW
   limited liability company,               (AFMx)

13                                          Hon. Stephen V. Wilson
                        Plaintiff,          Courtroom 6
14
               v.                           **JOINT VERDICT FORM**
15
   JUKIN MEDIA, INC., a California          Action Filed: Nov. 21, 2014
16 corporation, and DOES 1 through 50,      Trial Date:    March 1, 2016
   inclusive,
17
                        Defendants.
18

19 JUKIN MEDIA, INC., a California
   corporation,
20
                        Counterclaimant,
21
               v.
22
   EQUALS THREE, LLC, a California
23 limited liability company; and RAY
   WILLIAM JOHNSON, an individual,
24
                        Counterclaim
25                      Defendants.

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

1

JOINT VERDICT FORM

1.      Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Black Bear Milk Bottle Rescue, in the episode The Resurrection was a fair use?

Yes _____        No _____

2.      Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video,  Guy Tries to Get Back in Kayak , in the episode  How to Sink a Ship was a fair use?

Yes _____        No _____

3.       Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, 500 Smith & Wesson Tree Fail, in the episode How to Shoot Up in the Woods was a fair use?

Yes _____        No _____

4.      Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Insane Dodge Ball Kill! in the episode Blazing Crow was a fair use?

Yes _____        No _____

5.      Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Girl Freaks Out Over Flu Shot, in the episode You'll Never Take Me Alive was a fair use?

Yes _____        No _____

2

6.      Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Turkish Ice Cream Man Trick, in the episode Man vs. Gravity was a fair use?

Yes _____      No _____

7.      Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Live Show with My Cat, in the episode Armed and Dangerous was a fair use?

Yes _____      No _____

8.      Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Duckling Being Driven into a Barn, in the episode Nazi Duck Toilet Paper Assault was a fair use?

Yes _____      No _____

9.      Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Groom Drops Bride, in the episode Drunk Babies was a fair use?

Yes _____      No _____

10.      Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Boy Falls for the Ice Cream Van, in the episode Drunk Babies was a fair use?

Yes _____      No _____

JOINT VERDICT FORM

11.    Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Why You Don't Put Knives in Toasters, in the episode Guy Sticks Knife in Toaster was a fair use?

Yes _____        No _____

12.    Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Edelweiss Bear Take out 2, in the episode Bear Thief was a fair use?

Yes _____        No _____

13.    Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Dachshund v. Crab, in the episode Weiner Crabs was a fair use?

Yes _____        No _____

14.    Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Mommy's Big Secret :) This Is A Must See!!!!, in the episode  Train Orgasm was a fair use?

Yes _____        No _____

15.    Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, fishing for Pirhanas, in the episode Killer Fish was a fair use?

Yes _____        No _____

JOINT VERDICT FORM

16.   Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Girl Tutorial Hair Burn, in the episode Gallon Smash Prank was a fair use?

Yes _____      No _____

17.   Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Trampoline Hump Dog, in the episode I have Super Powers was a fair use?

Yes _____      No _____

18.   Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Dog Thinks Terrance Door is Closed, in the episode work Itchy Balls was a fair use?

Yes _____      No _____

19.   Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Went Beautifully, in the episode So Long Ray was a fair use?

Yes _____      No _____

20.   Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Booty Flip Cup, in the episode So Long Ray was a fair use?

Yes _____      No _____

JOINT VERDICT FORM

21.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Skim Board Fail, in the episode Boat Trick Accident was a fair use?

Yes _____          No _____

22.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Amazing Skydivers Land Safely After Plane Crash, in the episode Skydiving Accident was a fair use?

Yes _____          No _____

23.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Camera Falls from Airplane and Lands in Pig Pen, in the episode "Hottest New Jam" was a fair use?

Yes _____          No _____

24.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Funniest Slingshot Video of All Time, in the episode Batman is Real was a fair use?

Yes _____          No _____

25.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Bail! Bail! Bail!, in the episode  Snow Bowling was a fair use?

Yes _____          No _____

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

JOINT VERDICT FORM

26.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, 15 Month Old Controls 500 Boys at Camp Rockmont in the episode Naughty Penguin was a fair use?

Yes _____          No _____

27.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, This is the Way It's Done in WV and These Wasn't His Best Moves, in the episode "Dirty Dancing Demon Cat" was a fair use?

Yes _____          No _____

28.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, this is Target! Black Friday Pep Talk, in the episode Dirty Dancing Demon Cat was a fair use?

Yes _____          No _____

29.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Freak Basketball Rebound Shot, in the episode Always Grease Your Pole was a fair use?

Yes _____          No _____

30.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Funny … Wasp Stings Man While Wife Laughs!, in the episode High on Killer Wasp Spray was a fair use?

Yes _____          No _____

JOINT VERDICT FORM

31.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Sneaking Lion Cub Gives Dog Fight, in the episode Dog vs. Lion was a fair use?

Yes _____          No _____

32.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, How to stop a baby from crying by Katy Perry Dark Horse, in the episode Dog vs. Lion was a fair use?

Yes _____          No _____

33.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Dog stops funny, in the episode Too Young to Die was a fair use?

Yes _____          No _____

34.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Dirt bike vs. UPS truck!!!!, in the episode World Record was a fair use?

Yes _____          No _____

35.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Dog Tries to Jump on Baby's Bed, in the episode Homemade Rocket was a fair use?

Yes _____          No _____

JOINT VERDICT FORM

36.   Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Fire Extinguisher Ride Fail, in the episode Homemade Rocket was a fair use?

Yes _____        No _____

37.   Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Double Backflip Fail, in the episode Sell Out was a fair use?

Yes _____        No _____

38.   Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Parrot Attacks Violinist, in the episode Bus Driver Badass was a fair use?

Yes _____        No _____

39.   Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Little girl orchestrates to the music, in the episode Bus Driver Badass was a fair use?

Yes _____        No _____

40.   Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Road Worker Trick Fail, in the episode Fun with Rednecks was a fair use?

Yes _____        No _____

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

JOINT VERDICT FORM

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

41.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Dog Get Spoon Fed, in the episode Fun with Rednecks was a fair use?

Yes _____          No _____

42.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Cummins vs. Chevy in Btown goes away to far…, in the episode Fun with Rednecks was a fair use?

Yes _____          No _____

43.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Dude smashes cheating girlfriend's car, in the episode Cheating Ex was a fair use?

Yes _____          No _____

44.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Hang Gliding Crash, in the episode Ray and Silent Bob was a fair use?

Yes _____          No _____

45.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Angry Cobra-Cat, in the episode Cobra Cat was a fair use?

Yes _____          No _____

JOINT VERDICT FORM

46.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Disney World Surprise Gone Wrong, in the episode Like a Girl was a fair use?

Yes _____          No _____

47.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Beer Bong Grandma, in the episode Bomb on a Plane was a fair use?

Yes _____          No _____

48.     Do you find that Equals Three and Ray William Johnson proved by a preponderance of the evidence that their use of Jukin's video, Dude Passes Out by Being Tickled, in the episode Fighting the Elephant was a fair use?

Yes _____          No _____

**Please have the foreperson sign and date this verdict form.**


_____          March ____, 2016

After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

JOINT VERDICT FORM