UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-09041-SVW-AFM | Date | February 24, 2016 |
|---|---|---|---|
| Title | Equals Three, LLC v. Jukin Media, Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Laura Elias | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas H. Vidal | Tamany Vinson Bentz |
| Michael Weiss | Jessica Grant |

**Proceedings:**   PRETRIAL CONFERENCE
[87] MOTION IN LIMINE to Exclude Evidence of the Court's Denial in Part of Jukin's Motion for Partial Summary Judgment filed by Defendant and Counterclaimant Jukin Media, Inc
[88] MOTION IN LIMINE (#1) for Evidence YouTube Screenshots with inaccurate thumbnail images filed by plaintiff and counter-defendants Equals Three, LLC, Ray William Johnson

Hearing held.  The matter will proceed to trial as scheduled.

| | 1 | : | 34 |
|---|---|---|---|
| Initials of Preparer | | PMC | |