UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV14-09041-SVW-AFM | Date | March 1, 2016 |
|---|---|---|---|
| Title: | Equals Three, LLC v. Jukin Media, Inc., et al. | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Alex Joko/Lisa Gonzalez |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Thomas H. Vidal | Tamany V. Bentz |
| Michael J. Weiss | Jessica L. Grant |

_____ Day Court Trial    1st Day Jury Trial

_____ One day trial:   x  Begun (1st day);   x  Held & Continued;   _____ Completed by jury verdict/submitted to court.

✓ The Jury is impaneled and sworn.
✓ Opening statements made by _____
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
___ Plaintiff(s) rest.                     ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.                      ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.                           ___ Polling waived.
___ Filed Witness & Exhibit Lists          ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for                  ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____   ___ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____   ___ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by _____   ___ is   ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to   March 2, 2016 at 9:00 a.m.   for further trial/further jury deliberation.
___ Other:

8 : 04

Initials of Deputy Clerk    PMC

cc: