UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.: CV14-9041-SVW                Date: 03/02/16

Time: 1745

Title: <u>Equals Three, LLC vs. Jukin Media, Inc.</u>

FILED
CLERK, U.S. DISTRICT COURT

MAR -2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JURY NOTE NUMBER ___1___

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

___✓___ THE JURY REQUESTS THE FOLLOWING:

We would like to review #11, both Jukin and E-3 versions.

_____

_____

_____

_____

_____

DATE:                    SIGNED:   REDACTED AS TO
                                   FOREPERSON'S NAME

Print Name: _____
            FOREPERSON OF THE JURY