## LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:14-cv-09041-SVW-AFM | Title | Equals Three, LLC v. Jukin Media, Inc. et al |
|---|---|---|---|
| **Judge** | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
| **Dates of Trial or Hearing** | 3/1/2016-3/2/2016 | | |
| **Court Reporters or Tape No.** | Alex Joko & Lisa Gonzalez | | |
| **Deputy Clerks** | Paul M. Cruz | | |

FILED
CLERK U.S. DISTRICT COURT

MAR 2 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Thomas H Vidal | Tamany Vinson Bentz |
| Michael J Weiss | Jessica L Grant |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | See Attached | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LIST OF EXHIBITS AND WITNESSES

**ABRAMS GARFINKEL MARGOLIS BERGSON, LLP**
THOMAS H. VIDAL (204432) tvidal@agmblaw.com
MICHAEL J. WEISS (206473) mweiss@agmblaw.com
5900 Wilshire Blvd., Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Attorneys for Plaintiff and Counter-Defendants
Equals Three, LLC and Ray William Johnson

**VENABLE LLP**
Douglas C. Emhoff (SBN 151049)
demhoff@venable.com
Jessica Grant (SBN 178138)
jgrant@venable.com
Tamany Vinson Bentz (SBN 258600)
tjbentz@venable.com
Melissa C. McLaughlin (SBN 273619)
mcmclaughlin@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendant and
Counterclaimant Jukin Media, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUALS THREE, LLC, a California limited liability company,<br><br>      Plaintiff,<br><br>    v.<br><br>JUKIN MEDIA, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>      Defendants.<br><br>_____<br><br>AND RELATED COUNTER-CLAIM | CASE NO. 2:14-cv-09041-SVW (AFMx)<br><br>Hon. Stephen V. Wilson<br>Courtroom 6<br><br>**FINAL JOINT EXHIBIT LIST**<br><br>Final Pretrial Conference<br>Date: February 22, 2012<br>Time: 3:00 p.m.<br>Ctrm: 6<br><br>Action Filed: Nov. 21, 2014<br>Trial Date: March 1, 2016 |

FINAL JOINT EXHIBIT LIST

10862032-v3

Case 2:14-cv-09041-SVW-AFM  Document 103  Filed 02/28/16  Page 2 of 26  Page ID #:1258

The parties hereby submit the following joint list of exhibits they intend to introduce at trial pursuant to Local Rule 16-6.1.  Defendant and Counterclaimant Jukin Media, Inc.'s ("Jukin") Exhibits are numbered 1-213, 330, Plaintiff's and Counterclaim Defendants' 214-229.

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | JUKIN0000121-125, License and Release for the video "Edelweiss Bear Take Out 2" acquired 8/2/13 | | |
| 2. | JUKIN0000021, Copyright Registration for "Edelweiss Bear Take Out 2" effective 1/6/15 | 3/1/16 | 3/1/16 |
| 3. | JUKIN0004190, Photo of Jukin Media, Inc. | | |
| 4. | JUKIN0004191, Photo of Jukin Media, Inc. | | |
| 5. | JUKIN0004192, Photo of Jukin Media, Inc. | | |
| 6. | JUKIN0004193, Photo of Jukin Media, Inc. | | |
| 7. | JUKIN0004194, Photo of Jukin Media, Inc. | | |
| 8. | JUKIN0004195, Photo of Jukin Media, Inc. | | |
| 9. | JUKIN0004196, Photo of Jukin Media, Inc. | | |
| 10. | JUKIN0004197, Photo of Jukin Media, Inc. | | |
| 11. | JUKIN0004198, Photo of Jukin Media, Inc. | | |
| 12. | JUKIN0004199, Photo of Jukin Media, Inc. | | |

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | |
|---|---|---|---|
| 13. | JUKIN0004200, Photo of Jukin Media, Inc. | | |
| 14. | E3000583-84, letter from J. Moschella to J. Dotan dated July9, 2014 | | |
| 15. | E3000585-88, letter from S. Demirjian to J. Moschella dated July 17, 2014 | | |
| 16. | E3000589-601, letter from M. Talley to S. Demirjian dated July 25, 2014 | | |
| 17. | Johnson Ex. 6, E3000870-884, email exchange Jukin Media // Ray William Johnson: YouTube Copyright Dispute | | |
| 18. | E3000923-24, email titled "on a positive note …" | | |
| 19. | E3000892-895, email titled "Hey!" | | |
| 20. | Landry Ex. 1, Declaration of Kelly Landry in Opposition to Jukin Media, Inc.'s Motion for Summary Judgment | | |
| 21. | Landry Ex. 2, E0000039-42, email chain describing list of source videos | | |
| 22. | JUKIN0000239- JUKIN0000243, screen shot of E3 show "The Resurrection" | | |
| 23. | Landry Ex. 3, JUKIN0000005-9, screen shot of Jukin video "WI Lumberjack rescues BLACK BEAR with milk can stuck on head" | | |
| 24. | JUKIN0000145, screen shot of E3 show "The Resurrection" | | |
| 25. | Landry Ex. 4, E3000069-75, Landry notes re The Resurrection | | |
| 26. | Landry Ex. 6, E3000082-83, Landry script for The Resurrection | | |
| 27. | Landry Ex. 8, JUKIN0000010-13, screen shot of E3 show "Like a Girl" | | |
| 28. | JUKIN0000088, screen shot of E3 show | | |

FINAL JOINT EXHIBIT LIST

10862032-v3

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | | | |
|---|---|---|---|---|
| | | "Like a Girl" | | |
| 29. | | Landry Ex. 9, JUKIN0000014-17, screen shot of Jukin video "Disney World Surprise Gone Wrong" | | |
| 30. | | Landry Ex. 10, JUKIN0000066-68, script of E3 show "Like a Girl" | | |
| 31. | | Landry Ex. 7, E3000076, Landry script for "Like a Girl" | | |
| 32. | | Landry Ex. 13, JUKIN0000018-22, screen shot of E3 show "High on Killer Wasp Spray" | | |
| 33. | | JUKIN0000084, screen shot of E3 show "High on Killer Wasp Spray" | | |
| 34. | | Landry Ex. 14, JUKIN0000023-26, screen shot of Jukin video "Funny … Wasp stings man while wife laughs!" | | |
| 35. | | Landry Ex. 11, JUKIN0000069-70, script of E3 show "High on Killer Wasp Spray" | | |
| 36. | | Landry Ex. 12, E000016-18, Landry script for "High on Killer Wasp Spray" | | |
| 37. | | E3000022-29, "Top Videos 1110 Wasp" | | |
| 38. | | Landry Ex. 19, JUKIN0000027-30, screen shot of E3 show "Drunk Babies" | | |
| 39. | | JUKIN0000073, screen shot of E3 show "Drunk Babies" | | |
| 40. | | Landry Ex. 18, JUKIN0000031-34, screen shot of Jukin video "Groom drops bride" | | |
| 41. | | Landry Ex. 17, JUKIN0000071-72, script for Drunk Babies | | |
| 42. | | Landry Ex. 16, E3000030-34, Landry notes for Drunk Babies | | |
| 43. | | JUKIN0000040, screen shot of E3 show "Fun with Rednecks!" | | |
| 44. | | JUKIN0000043, screen shot of E3 show | | |

FINAL JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | "Fun with Rednecks!" | | |
| | 45. | JUKIN0000039-41, Landry Ex. 22, screen shot for Jukin video "Road worker trick fail (The Original Hard Hat Challenge) | | |
| | 46. | JUKIN0004210- 4211, Screen shot of Jukin video "Dog Gets Spoon Fed" | | |
| | 47. | Landry Ex. 21, JUKIN0000035-38, script for E3 show "Fun with Rednecks!" | | |
| | 48. | E3000001-4, Landry Ex. 20, Fun with Rednecks Notes | | |
| | 49. | JUKIN0000236-238, script for E3 show "Fun with Rednecks!" | | |
| | 50. | E000008-14, notes for "Fun with Rednecks!" | | |
| | 51. | JUKIN0000029, screen shot of E3 show "Itchy Balls" | | |
| | 52. | JUKIN0000194-197, screen shot of E3 show "Itchy Balls" | | |
| | 53. | JUKIN0000198-201, screen shot of Jukin video "Dog thinks terrace door is closed (Original) | | |
| | 54. | Landry Ex. 23, JUKIN0000073-75, script of E3 show "Itchy Balls" | | |
| | 55. | Landry Ex. 24, E3000056-57, script for E3 show "Itchy Balls" | | |
| | 56. | E3000051-53, Notes re: 2 Oct. 2014 | | |
| | 57. | JUKIN0000100, Screen shot of E3 show "Train Orgasm" | | |
| | 58. | JUKIN0000202- 205, Screen shot of E3 show "Train Orgasm" | | |
| | 59. | JUKIN0004212-4213, Screen shot of Jukin video "Mommy's Big Secret :) This is a Must See !!!" | | |
| | 60. | JUKIN0000228-231, script of E3 show | | |

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

FINAL JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 1 | | "Train Orgasm" | | |
| 2 | 61. | E3000098-99, Graphics List re Train | | |
| 3 | 62. | E300104-111, Show notes re Train | | |
| 4 | 63. | E3000112-113, script for "Train Orgasm" | | |
| 5 | 64. | JUKIN0000099, Screen shot of E3 show "How to Shoot up in the Woods" | | |
| 6 7 | 65. | JUKIN0000206-210, Screen shot of E3 show "How to Shoot up in the Woods" | | |
| 8 9 | 66. | JUKIN0000211- 214, Screen shot of Jukin video "500 Smith & Wesson tree fail" | | |
| 10 | 67. | JUKIN0000232-235, script for "How to Shoot up in the Woods" | | |
| 11 12 | 68. | E3000035-38, notes for "How to Shoot up in the Woods" | | |
| 13 | 69. | JUKIN0000066, Screen shot of E3 show "Blazing Crow – Key & Peele" | | |
| 14 15 | 70. | JUKIN0004206-4209, Screen shot of E3 show "Blazing Crow – Key & Peele" | 3/2/16 | 3/2/16 |
| 16 17 | 71. | JUKIN0004214-4217, screen shot of Jukin video "Insane Dodge Ball Kill![Original]" | | |
| 18 | 72. | JUKIN0004239-4242, script of "Blazing Crow – Key & Peele" | | |
| 19 20 | 73. | JUKIN0000053, screen shot of E3 show "Boat Trick Accident" | | |
| 21 22 | 74. | JUKIN0004218-4220, screen shot of E3 show "Boat Trick Accident" | | |
| 23 | 75. | JUKIN0004221-4223, screen shot of Jukin Video "Skim Board Fail" | | |
| 24 | 76. | JUKIN0004243, script of "Boat Trick Accident" | | |
| 25 26 | 77. | E3000044-50, "Top Videos 113 Woods_babies" | | |
| 27 | 78. | JUKIN0000027, screen shot of E3 show "Wiener Crabs" | | |
| 28 | | | | |

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

FINAL JOINT EXHIBIT LIST

10862032-v3

**Abrams Garfinkel Margolis Bergson, LLP**
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | | | |
|---|---|---|---|---|
| 79. | JUKIN0004224-4227, screen shot of E3 show "Wiener Crabs" | | | |
| 80. | JUKIN0004228-4230, screen shot of Jukin video "Madeline dachshund puppy with Crab" | | | |
| 81. | JUKIN0004244-4246, script of E3 show "Wiener Crabs" | | | |
| 82. | JUKIN0000137, screen shot of E3 show "So Long Ray" | | | |
| 83. | JUKIN0004231-4233, screen shot of E3 show "So Long Ray" | | | |
| 84. | JUKIN0004260-4261, screen shot of Jukin video "Went beautifully" | | | |
| 85. | JUKIN0004247- 4248, script of E3 show "So Long Ray" | | | |
| 86. | JUKIN0000129, screen shot of E3 show "Skydiving Accident" | | | |
| 87. | JUKIN0004262- 4265, screen shot of Jukin video "Amazing Skydivers Land Safely After Plane Crash [extended cut]" | | | |
| 88. | JUKIN0004266-267, screen shot of Jukin video "Amazing Skydivers Land Safely After Plane Crash [extended cut]" | | | |
| 89. | JUKIN0004249- 4250, script of E3 show "Skydiving Accident" | | | |
| 90. | JUKIN0000126, screen shot of E3 show "Bear Thief" | | | |
| 91. | JUKIN0004270-4271, screen shot of E3 show "Bear Thief" | | | |
| 92. | JUKIN0004272-4274, screen shot of Jukin video "Edelweiss Bear Take Out 2" | | | |
| 93. | JUKIN0004253, script of E3 show "Bear Thief" | | | |
| 94. | JUKIN0000119, screen shot of E3 show "I have super powers" | | | |
| 95. | JUKIN0004275-4278, screen shot of E3 show "I have super powers" | 3/1/16 | 3/2/16 | |

FINAL JOINT EXHIBIT LIST

10862032-v3

| | | | |
|---|---|---|---|
| 96. | JUKIN0004279-4281, screen shot of Jukin video "trampoline hump dog original" | | |
| 97. | JUKIN0004254- 4255, script of E3 show "I have super powers" | | |
| 98. | JUKIN0000108, screen shot of E3 show "Gallon Smash Prank" | | |
| 99. | JUKIN0004234- 4238, screen shot of Jukin video "Burning My Hair Off" | | |
| 100. | JUKIN0004256- 4257, script of E3 show "Gallon Smash Prank" | | |
| 101. | JUKIN0004166-4172, license agreements from third parties | | |
| 102. | JUKIN0004182-4185, license agreements from third parties | | |
| 103. | JUKIN0004186-4189, license agreements from third parties | | |
| 104. | JUKIN0004298-4300, license agreements from third parties | | |
| 105. | JUKIN0004060-4062, Aug. 26, 2014 binding Deal Point Memo | | |
| 106. | JUKIN0003241-3260, Jukin Media Researcher Training Manual | | |
| 107. | JUKIN0000261-312, Rights Management Manual | | |
| 108. | JUKIN0004105-4116, Excel spreadsheet of licenses paid by others for the subject videos | | |
| 109. | JUKIN0004282, photos of exterior of Jukin Media, Inc. | | |
| 110. | JUKIN0004284, photos of exterior of Jukin Media, Inc. | | |
| 111. | Grande, Ex. 1, market analytics | | |
| 112. | Grande , Ex. 2 , market analytics | | |
| 113. | Colom, Ex. 29, Declaration of Aaron Colom in Opposition to Jukin Media, Inc.'s Motion for Summary Judgment | | |

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FINAL JOINT EXHIBIT LIST

10862032-v3

| | | | |
|---|---|---|---|
| 114. | E000005-7, Colom Ex. 30, Oct. 12, 2014 email | 3/1/16 | 3/1/16 |
| 115. | E000019-21, Colom Ex. 31, Nov. 9, 2014 email | | |
| 116. | E000058-60, Colom Ex. 33, Oct. 2, 2014 email | | |
| 117. | E000077-79, Colom Ex. 34, July 11, 2014 email | | |
| 118. | E000086-88, Colom Ex. 35, Sept. 21, 2014 email | | |
| 119. | E000100-102, Colom Ex. 36, Aug. 31, 2014 email | | |
| 120. | E000945-947, Colom Ex. 37, Aug. 3, 2014 | | |
| 121. | E000967-968, Colom Ex. 38, Aug. 3, 2014 | | |
| 122. | E000081, Colom Ex. 39, July 24, 2014 email | | |
| 123. | E000080, Colom Ex. 40, July 24, 2014 email | | |
| 124. | Martin Ex. 1, Declaration of Kadiatou ("Kaja") Martin in Opposition to Jukin Media, Inc.'s Motion for Partial Summary Judgment | | |
| 125. | E000948, Martin Ex. 3, Nov. 10, 2015 email | | |
| 126. | E000925-926, Martin Ex. 4, Dec. 11, 2015 email | | |
| 127. | E000952-953, Martin Ex. 14, Dec. 11, 2015 email to G. Bennett | | |
| 128. | Martin Ex. 15, handwritten note re: Train Orgasm | | |
| 129. | Martin Ex. 16, handwritten note re: Gallon Smash Prank | | |
| 130. | Martin Ex. 17, handwritten note re: How | | |

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

10862032-v3

FINAL JOINT EXHIBIT LIST

Case 2:14-cv-09041-SVW-AFM Document 114 Filed 03/02/16 Page 11 of 29 Page ID
#:1266
Case 2:14-cv-09041-SVW-AFM Document 103 Filed 02/28/16 Page 10 of 26 Page ID
#:1266

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | | | |
|---|---|---|---|---|
| 1 | | to shoot up in the woods | | |
| 2 | 131. | Martin Ex. 18, handwritten note re: Weiner Crabs | | |
| 3 4 5 | 132. | JUKIN0000069- JUKIN0000071, License and Release for the video "Groom drops Bride" acquired 10/28/14 | | |
| 6 | 133. | JUKIN0000313-324, RWJ licensing | | |
| 7 | 134. | JUKIN0004295, RWJ Market Harm | 3/2/16 | 3/2/16 |
| 8 | 135. | Compendium of U.S. Copyright Office Practice, 3d., Glossary 4 | | |
| 9 10 | 136. | Compendium of U.S. Copyright Office Practices, 3d Ed., 602.4(B) | | |
| 11 12 | 137. | JUKIN0004325-4414, YouTube Content ID Handbook | | |
| 13 14 | 138. | Equals Three, LLC's Responses to Jukin Media, Inc.'s First Set of Interrogatories to Equals Three, LLC | | |
| 15 16 | 139. | JUKIN0004201, claims made on RWJwithoutRWJ | | |
| 17 | 140. | JUKIN0004202, claims made on RWJwithoutRWJ | | |
| 18 19 | 141. | JUKIN0004203, claims made on RWJwithoutRWJ | | |
| 20 | 142. | JUKIN0004204, claims made on RWJwithoutRWJ | | |
| 21 22 | 143. | JUKIN0004205, claims made on RWJwithoutRWJ | | |
| 23 24 25 | 144. | JUKIN0004324, YouTube Certification for Jukin Rights Management Team (Jesse Zelenko for Digital Rights, valid for 18 months from March 13, 2015) | | |
| 26 27 | 145. | JUKIN0004306, Video, "Rat Pizza" featured on Conan | | |
| 28 | 146. | JUKIN0004304, Video, "Rat Pizza" | | |

10862032-v3

FINAL JOINT EXHIBIT LIST

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | | | |
|---|---|---|---|---|
| | | featured on Jimmy Kimmel Live | | |
| 147. | | JUKIN0004298-4300, License Agreement for use of "Rat Pizza" on Jimmy Kimmel Live | | |
| 148. | | JUKIN0004297, Invoice for use of "Rat Pizza" on Jimmy Kimmel Live | | |
| 149. | | JUKIN0004305, Video, "Rat Pizza" featured on The Daily Show | | |
| 150. | | JUKIN0004396, Invoice for use of "Rat Pizza" on The Daily Show | | |
| 151. | | JUKIN0004303, Rollingstone video: The Undertakers Greatest Moments Reenacted by Cats | | |
| 152. | | JUKIN0004302, Randy Orton RKO movie trailer | | |
| 153. | | JUKIN0004311, YouTube Certification for Jukin Rights Management Team (Ana Mendez for Digital Rights, valid for one year from March 9, 2015) | | |
| 154. | | JUKIN0004312, YouTube Certification for Jukin Rights Management Team (Civonne Ahal for Audience Growth, valid through Jan. 29, 2015) | | |
| 155. | | JUKIN0004313, YouTube Certification for Jukin Rights Management Team (Civonne Ahal for Digital Rights, valid for one year from March 9, 2015) | | |
| 156. | | JUKIN0004314, YouTube Certification for Jukin Rights Management Team (Civonne Ahal for Digital Rights, valid through Feb. 13, 2015) | | |
| 157. | | JUKIN0004315, YouTube Certification for Jukin Rights Management Team (Ryan MacGowan for Digital Rights, valid for 18 months from March 11, 2015) | | |
| 158. | | JUKIN0004316, YouTube Certification for Jukin Rights Management Team (Eric | | |

10862032-v3

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | | |
|---|---|---|---|
| | Sanderson for Digital Rights, valid for one year from March 4, 2015) | | |
| 159. | JUKIN0004317, YouTube Certification for Jukin Rights Management Team (Sasha Tracy for Audience Growth, valid through Jan. 29, 2015) | | |
| 160. | JUKIN0004318, YouTube Certification for Jukin Rights Management Team (Sasha Tracy for Digital Rights, valid through Feb. 13, 2015) | | |
| 161. | JUKIN0004319, YouTube Certification for Jukin Rights Management Team (Sasha Tracy for Digital Rights, valid for 18 months from March 12, 2015) | | |
| 162. | JUKIN0004320, YouTube Certification for Jukin Rights Management Team (Raymond Penaia for Digital Rights, valid for one year from March 11, 2015) | | |
| 163. | JUKIN0004321, YouTube Certification for Jukin Rights Management Team (Meghan Shearer for Digital Rights, valid for one year from March 9, 2015) | | |
| 164. | JUKIN0004322, YouTube Certification for Jukin Rights Management Team (Meghan Shearer for Audience Growth, valid through March 27, 2015) | | |
| 165. | JUKIN0004323, YouTube Certification for Jukin Rights Management Team (Meghan Shearer for Digital Rights, valid through Feb. 13, 2015) | | |
| 166. | Dignan Ex. 27, Declaration of Andrew Dignan in Support of Jukin Media, Inc.'s Motion for Summary Judgment | | |
| 167. | Johnson Ex. 1, Ray William Johnson's imdb | | |
| 168. | Johnson Ex. 3, Declaration of Ray William Johnson in Opposition to Jukin | | |

FINAL JOINT EXHIBIT LIST

10862032-v3

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | | | |
|---|---|---|---|---|
| | | Media Inc.'s Motion for Partial Summary Judgment | | |
| | 169. | Johnson Ex. 4, E000619-620, emails to Ray William Johnson | | |
| | 170. | Johnson Ex. 5, E000905, email to Kaja Martin, Aug. 27, 2014 | | |
| | 171. | Johnson Ex. 7, E000927-929, email from YouTube to Ray William Johnson, Nov. 7, 2014 | | |
| | 172. | Johnson Ex. 8, E001028-1029, YouTube-provided list of expired claims | | |
| | 173. | Smith Ex. 26, Declaration of Christina Smith in Support of Jukin Media, Inc.'s Motion for Partial Summary Judgment | | |
| | 174. | Jukin Video – Always Grease Your Pole; freak_basketball_shot_saves_aussie_dad_millions_of_dollars | 3/2/16 | 3/2/16 |
| | 175. | Jukin Video - Armed and Dangerous; live_show_with_my_cat | 3/1/16 | 3/1/16 |
| | 176. | Jukin Video – Batman is Real; funniest_slingshot_video_of_all_time | 3/2/16 | 3/2/16 |
| | 177. | Jukin Video – Bear Thief; edelweissrest_-_edelweiss_bear_take_out_2 | 3/1/16 | 3/1/16 |
| | 178. | Jukin Video – Blazing Crow; s3amazonawscomjukinvideo_master_video_files4930sweet_dodge_ball_movemp4 | 3/1/16 | 3/1/16 |
| | 179. | Jukin Video – Boat Trick Accident; wakeboard_into_boat | 3/2/16 | 3/2/16 |
| | 180. | Jukin Video – Bomb on a Plane; Beer Bong Grandma | 3/2/16 | 3/2/16 |
| | 181. | Jukin Video – Bus Driver Badass; Little Girl Conducts Choir; Parrot Attacks violinist (original) MOV00C | 3/2/16 | 3/2/16 |
| | 182. | Jukin Video – Cheating Ex; Dude Smashes Cheating Girlfriend's Car Rear | 3/2/16 | 3/2/16 |

Case 2:14-cv-09041-SVW-AFM    Document 103    Filed 02/28/16    Page 14 of 26    Page ID
#:1270

| | | Windshield | | |
|---|---|---|---|---|
| | 183. | Jukin Video – Cobra Cat; Angry Cobra Cat Extended | 3/2/14 | 3/2/14 |
| | 184. | Jukin Video – Dirty Dancing Demon Cat; Michael Carter; This Is Target! Black Friday Pep Talk | 3/2/14 | 3/2/14 |
| | 185. | Jukin Video – Dog v. Lion; Katy Perry Song Stops Baby from Crying – Raw; Sneaking Lion Cub Scares Dog | 3/2/14 | 3/2/14 |
| | 186. | Jukin Video – Drunk Babies; Boy Falls for the Ice Cream Van; Groom drops bride | 3/1/14 | 3/1/14 |
| | 187. | Jukin Video – Fighting with Elephant; Tickle Gang Passes Guy Out | 3/2/14 | 3/2/14 |
| | 188. | Jukin Video – Fun with Rednecks; Bianca Pupo Tomaz Facebook; Cummins vs Chevy in Btown goes way to far; Road Worker Shovel Helmet Trick Fail | 3/2/14 | 3/2/14 |
| | 189. | Jukin Video – Gallon Smash Prank; Girl Tutorial Hair Burn | 3/1/14 | 3/1/14 |
| | 190. | Jukin Video – Guy Sticks Knife in Toaster; Why You Don't Put Knives in Toasters | 3/1/14 | 3/1/14 |
| | 191. | Jukin Video – High on Killer Wasp Spray; JamieWasp - RAW | 3/2/14 | 3/2/14 |
| | 192. | Jukin Video – Homemade Rocket; Bouncing Dog Loves Baby; Fire extinguisher ride fail | 3/2/14 | 3/2/14 |
| | 193. | Jukin Video – Hottest New Jam; GoPro Camera Falls from Airplane and Lands in Pig Pen - Raw | 3/2/14 | 3/2/14 |
| | 194. | Jukin Video – How to Shoot Up in the Woods; 500 Smith&Wesson tree fail. 10 11 14 | 3/1/14 | 3/1/14 |
| | 195. | Jukin Video – How to Sink a Trip; Guy tries to get back in kayak | 3/1/14 | 3/1/14 |

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

FINAL JOINT EXHIBIT LIST

10862032-v3

Case 2:14-cv-09041-SVW-AFM   Document 114   Filed 03/02/16   Page 16 of 29   Page ID
#:1571
Case 2:14-cv-09041-SVW-AFM   Document 103   Filed 02/28/16   Page 15 of 26   Page ID
#:1271

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| 196. | Jukin Video – I have Super Powers; Guy Falls off Trampoline and Humped by Dog. | 3/1/16 | 3/1/16 |
|---|---|---|---|
| 197. | Jukin Video – Itchy Balls; dog_thinks_terrace_door_is_closed_(original) | 3/2/16 | 3/2/16 |
| 198. | Jukin Video – Killer Fish; Fishing for Pirhanas | 3/1/16 | 3/1/16 |
| 199. | Jukin Video – Like  a Girl; Disney World Surprise Gone Wrong | 3/2/16 | 3/2/16 |
| 200. | Jukin Video – Man v. Gravity; Turkish Icecream Man Trick | 3/1/16 | 3/1/16 |
| 201. | Jukin Video – Naughty Penguin; Baby Rallies 500 Campers | 3/2/16 | 3/2/16 |
| 202. | Jukin Video – Nazi Duck Toilet Paper Assault; Ducklings being driven into a barn | 3/1/16 | 3/1/16 |
| 203. | Jukin Video – Ray and Silent Bob; Hang Glider Crash | 3/2/16 | 3/2/16 |
| 204. | Jukin Video – Sell Out; denisfreerun - Double Backflip Fail | 3/2/16 | 3/2/16 |
| 205. | Jukin Video – Skydiving Accident; Skydivers Float to Safety After Plane Crash (SD-Small - WEB-MBL (H264-900)). | 3/2/16 | 3/2/16 |
| 206. | Jukin Video – Snow Bowling; bail!_bail!_bail!. | 3/2/16 | 3/2/16 |
| 207. | Jukin Video – So Long Ray; s3amazonawscomjukinvideo_master_video_files2545_girl_gets_eaten_up_by_wave_mp4 (1); s3amazonawscomjukinvideo_master_video_files7733_booty_flip_cupmp4 | 3/2/16 | 3/2/16 |
| 208. | Jukin Video – The Resurrection; wi_lumberjack_rescues_black_bear_with_milk_can_stuck_on_head | 3/1/16 | 3/1/16 |
| 209. | Jukin Video – Too Young to Die; | 3/2/16 | 3/2/16 |

FINAL JOINT EXHIBIT LIST

10862032-v3

Case 2:14-cv-09041-SVW-AFM   Document 114   Filed 03/02/16   Page 17 of 29   Page ID
Case 2:14-cv-09041-SVW-AFM   Document 103   Filed 02/28/16   Page 16 of 26   Page ID
#:1272

| | | | | |
|---|---|---|---|---|
| 1 | | stellas_dog_brakes | | |
| 2 | 210. | Jukin Video – Train Orgasm; kid_not_happy_mom_is_having_a_baby | 3/1/16 | 3/1/16 |
| 3,4,5 | 211. | Jukin Video – Weiner Crabs; s3amazonawscomjukinvideo_master_video_files2846dog_vs_crabmp4 | 3/1/16 | 3/1/16 |
| 6 | 212. | Jukin Video – World Record; dirt_bike_vs_ups_truck | 3/2/16 | 3/2/16 |
| 7,8 | 213. | Jukin Video – You'll Never Take Me Alive; girl_freaks_out_over_flu_shot. | 3/1/16 | 3/1/16 |
| 9 | 214. | E3_001148.(001) The Resurrection.mp4 | 3/1/16 | 3/1/16 |
| 10 | 215. | E3_001149.(002) How to sink a ship.mp4 | 3/1/16 | 3/1/16 |
| 11,12 | 216. | E3_001150.(003) How to shoot up in the woods.mp4 | 3/1/16 | 3/1/16 |
| 13,14 | 217. | E3_001151.(004) BLAZING CROW - Key _ Peele.mp4 | 3/1/16 | 3/1/16 |
| 15,16 | 218. | E3_Prod_Set_E3_001152.(005) You'll Never Take Me Alive!.mp4 | 3/1/16 | 3/1/16 |
| 17 | 219. | E3_001153.(006) Man vs. Gravity.mp4 | 3/1/16 | 3/1/16 |
| 18 | 220. | E3_Prod_Set_E3_001154.(007) Armed and Dangerous.mp4 | 3/1/16 | 3/1/16 |
| 19,20 | 221. | E3_001155.(008) Nazi Duck Toilet Paper Assault.mp4 | 3/1/16 | 3/1/16 |
| 21 | 222. | E3_Prod_Set_E3_001156.(009) Drunk Babies.mp4 | 3/1/16 | 3/1/16 |
| 22,23 | 223. | E3_Prod_Set_E3_001157.(010) Guy Sticks Knife in Toaster.mp4 | 3/1/16 | 3/1/16 |
| 24,25 | 224. | E3_Prod_Set_E3_001158.(011) Bear Thief.mp4 | 3/1/16 | 3/1/16 |
| 26 | 225. | E3_Prod_Set_E3_001159.(012) WIENER CRABS - Ray William Johnson.mp4 | 3/1/16 | 3/1/16 |
| 27,28 | 226. | E3_Prod_Set_E3_001160.(013) Train Orgasm.mp4 | 3/1/16 | 3/1/16 |

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

FINAL JOINT EXHIBIT LIST

10862032-v3

Case 2:14-cv-09041-SVW-AFM   Document 103   Filed 02/28/16   Page 17 of 26   Page ID
#:1273

| | | | | |
|---|---|---|---|---|
| 227. | E3_Prod_Set_E3_001161.(014) Killer Fish.mp4 | 3/1/16 | | 3/1/16 |
| 228. | E3_001162.(015) GALLON SMASH PRANK.mp4 | 3/1/16 | | 3/1/16 |
| 229. | E3_Prod_Set_E3_001162.(016) I HAVE SUPER POWERS - Ray William Johnson Video.mp4 | 3/1/16 | | 3/1/16 |
| 230. | E3_Prod_Set_E3_001163.(017) Itchy Balls.mp4 | 3/2/16 | | 3/2/16 |
| 231. | E3_Prod_Set_E3_001164.(018) SO LONG RAY - Ray William Johnson.mp4 | | | |
| 232. | E3_Prod_Set_E3_001165.(019) Boat Trick Accident.mp4 | | | |
| 233. | E3_Prod_Set_E3_001166.(020) Skydiving Accident.mp4 | | | |
| 234. | E3_Prod_Set_E3_001167.(021) Hottest New Jam.mp4 | | | |
| 235. | E3_Prod_Set_E3_001168.(022) Batman is REAL.mp4 | | | |
| 236. | E3_Prod_Set_E3_001169.(023) SNOW BOWLING.mp4 | | | |
| 237. | E3_Prod_Set_E3_001170.(024) Naughty Penguin.mp4 | | | |
| 238. | E3_Prod_Set_E3_001171.(025) DIRTY DANCING DEMON CAT.mp4 | | | |
| 239. | E3_Prod_Set_E3_001172.(026) Always Grease Your Pole.mp4 | | | |
| 240. | E3_Prod_Set_E3_001173.(027) High on Killer Wasp Spray.mp4 | | | |
| 241. | E3_Prod_Set_E3_001174.(028) Dog vs. Lion.mp4 | | | |
| 242. | E3_Prod_Set_E3_001175.(029) Too Young To Die.mp4 | | | |
| 243. | E3_Prod_Set_E3_001176.(030) WORLD RECORD.mp4 | | | |

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

FINAL JOINT EXHIBIT LIST

10862032-v3

| | | | | |
|---|---|---|---|---|
| 244. | E3_Prod_Set_E3_001177.(031) Homemade Rocket.mp4 | | 3/2/16 | 3/2/16 |
| 245. | E3_Prod_Set_E3_001178.(032) SELL OUT - Ray William Johnson.mp4 | | | |
| 246. | E3_Prod_Set_E3_001179.(033) Bus Driver Badass.mp4 | | | |
| 247. | E3_Prod_Set_E3_001180.(034) Fun with Rednecks!.mp4 | | | |
| 248. | E3_Prod_Set_E3_001181.(035) CHEATING EX.mp4 | | | |
| 249. | E3_Prod_Set_E3_001182.(036) RAY AND SILENT BOB.mp4 | | | |
| 250. | E3_Prod_Set_E3_001183.(037) =3 - COBRA CAT - Ray William Johnson video.mp4 | | | |
| 251. | E3_Prod_Set_E3_001184.(038) Like a Girl.mp4 | | | |
| 252. | E3_Prod_Set_E3_001185.(039) Bomb on a Plane.mp4 | | | |
| 253. | E3_Prod_Set_E3_001186.(040) FIGHTING THE ELEPHANT - Ray William Johnson Video.mp4 | | | |
| 254. | E3_Prod_Set_E3_001187.mp4 | | | |
| 255. | E3 Photo - E3001143 | | | |
| 256. | E3 Photo - E3001144 | | | |
| 257. | E3 Photo - E3001115 | | | |
| 258. | E3 Photo - E3001116 | | | |
| 259. | E3 Photo - E3001117 | | | |
| 260. | E3 Photo - E3001118 | | | |
| 261. | E3 Photo - E3001119 | | | |
| 262. | E3 Photo - E3001120 | | | |
| 263. | E3 Photo - E3001121 | | | |
| 264. | E3 Photo - E3001122 | | | |

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | | |
|---|---|---|---|
| 265. | E3 Photo - E3001123 | | |
| 266. | E3 Photo - E3001132 | | |
| 267. | E3 Photo - E3001133 | | |
| 268. | E3 Photo - E3001134 | | |
| 269. | E3 Photo - E3001135 | | |
| 270. | E3 Photo - E3001136 | | |
| 271. | 3-19-14 Tweet from Susan Wojcicki - E3001100 | | |
| 272. | Insane Dodge Ball Kill views before and after E3 - E3000561-562 | | |
| 273. | Dog Thinks terrace door closed views before and after E3 - E3000565-566 | | |
| 274. | Dachshund v crab views before and after E3 - E3000572-573 | | |
| 275. | Camera Falls From Airplane views before and after E3 - E3000575-576 | | |
| 276. | Burning my hair off views before and after E3 - E3000577-578 | 3/1/16 | 3/1/16 |
| 277. | Mountain Buck views before and after E3 E3000582-583 | | |
| 278. | E3 Episode Thumbnails - E3000119 - E3000131 | | |
| 279. | 4/1/14 Email from Entman to Dontan - JUKIN0000620-622 | | |
| 280. | 4/10/14 Email from Skogmo to Essner - JUKIN0000747-752 | | |
| 281. | 4/10/14 Email from Entman to Essner - JUKIN0000714-720 | | |
| 282. | 4/10/14 Email from Skogmo to Essner - JUKIN0000721-728 | | |
| 283. | Jukin Asset Report - JUKIN0003596-3695 | | |
| 284. | Jukin-Channel video report - JUKIN0001516-1615 | | |

FINAL JOINT EXHIBIT LIST

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | | |
|---|---|---|---|
| 285. | Jukin licensing revenues - JUKIN0004105-4116 | | |
| 286. | Bears will be Bears Claim notification - E3001097 | | |
| 287. | Bears will be Bears Claim Time - E3001098 | | |
| 288. | Bears will be Bears takedown Notification - E3001099 | | |
| 289. | Upload Notifications re Anaconda River Dance, collected - JUKIN0000361-362, JUKIN0000438-439, JUKIN0000523-524, JUKIN0000837-838, JUKIN0000361879-880, and JUKIN0000947-48 | | |
| 290. | Upload Notifications re Fun with rednecks, collected - JUKIN0000337-338, JUKIN0000452-453, JUKIN0000529-530, JUKIN0000847-848, JUKIN0000871-872, and JUKIN0000949-950 | | |
| 291. | Upload Notifications re High on Killer Wasp Spray, collected - JUKIN0000355-356, JUKIN0000456-457, JUKIN0000527-528, JUKIN0000855-856, JUKIN0000894-895, and JUKIN0000973-974 | | |
| 292. | Emails re Jukin channel subscriptions, collected - JUKIN0000373-81, JUKIN0000385-390, JUKIN0000393-95, JUKIN0000416-421, JUKIN0000492-512, JUKIN0000589-597, JUKIN0000650-652, JUKIN0000729-731, JUKIN0000799-819, JUKIN0000822-824, JUKIN0000861-866, JUKIN0000938-940, JUKIN0001015-1017, JUKIN0001029-1040, JUKIN0001042-1059 | | |
| 293. | VideoInk Daily Recap for 07-16-14, collected - JUKIN0000373-381, JUKIN0000385-390, JUKIN0000393-395, JUKIN0000416-421, JUKIN0000492-512, | | |

FINAL JOINT EXHIBIT LIST

10862032-v3

Case 2:14-cv-09041-SVW-AFM   Document 103   Filed 02/28/16   Page 21 of 26   Page ID #:1217

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | | | |
|---|---|---|---|---|
| | | JUKIN0000589-597, JUKIN0000650-652, JUKIN0000729-731, JUKIN0000799-819, JUKIN0000822-824, JUKIN0000861-866, JUKIN0000938-940, JUKIN0001015-1017, JUKIN0001029-1040, JUKIN0001042-1059 | | |
| 294. | | Tubular Daily Summary for Ray William Johnson, collected - JUKIN0000400-401, JUKIN0000391-392, JUKIN0000396-399, JUKIN0000402-403, JUKIN0000406-406, JUKIN0000404-405, JUKIN0000408-407, JUKIN0000410-411, JUKIN0004039-4040, JUKIN0000412-415, JUKIN0004043-4044, JUKIN0004037-4038, JUKIN0000404-405, JUKIN0003271-3272, JUKIN0003269-3270, JUKIN0003265-226, JUKIN0003275-3276, JUKIN0003273-3274, JUKIN0003267-3268, JUKIN0003263-3264, JUKIN0003277-3278, JUKIN0003261-3262, JUKIN0003312-3313, JUKIN0003306-3307, JUKIN0003310-3311, JUKIN0003316-3317, JUKIN0003298-3299, JUKIN0003300-3301, JUKIN0003314-3315, JUKIN0003304-3305, JUKIN0003302-3303, JUKIN0003308-3309, JUKIN0003807-3808, JUKIN0003809 (04?) -3810, JUKIN0003817-3818, JUKIN0003805-3806, JUKIN0003811-3814, JUKIN0003803-3804, JUKIN0003815-3816, JUKIN0003801-3802, JUKIN0003856-3857, JUKIN0003862-3863, JUKIN0003860-3861, JUKIN0003864-3865, JUKIN0003858-3859, JUKIN0003854-3855, JUKIN0003832-3833, JUKIN0003829-3830, JUKIN0003825-3826, JUKIN0003827-3828, JUKIN0003346-2247, JUKIN0003342-3345, | | |

10862032-v3

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | | | |
|---|---|---|---|---|
| | | JUKIN0003351-3352, JUKIN0003349-3350, JUKIN0003355-3356, JUKIN0003353-3354, JUKIN0003340-3341, JUKIN0003347-3348, JUKIN0003845-3846 | | |
| | 295. | YouTube Claim Notifications and Responses, collected - E3000624, E3000691, E3000687, E3000712, E3001014, E3000648, E3000668, E3000997, E3000620, E3001012, E3000770, E3000936, E3000938, E3000656, E3001000, E3000673, E3001013, E3000667, E3001002, E3000754, E3000701, E3001018, E3000646, E3000739, E3000669, E3000832, E3000741, E3000654, E3000999, E3000715, E3001021, E3000747, E3000659, E3000831, E3000702, E3001003, E3000753, E3000756, E3001016, E3000619, E3000830, E3000674, E3000833, E3000682, E3000834, E3000771, E3001010, E3000664, E3001001, E3000653, E3000998, E3000745, E3000755, E3001005, E3001004, E3000625, E3001019, E3000658, E3001008, E3000749, E3000927, E3000928, E3000929, E3000708, E3000647, E3000987, E3000709, E3000655, E3001020 | | |
| | 296. | Published Episodes and Claim Times 2014 - E3001131, E3001130, E3001127, E3001112 | | |
| | 297. | Published Episodes and Claim Times Post-2014 - E3001126, E3001111, E3001143, E3001142, E3001145, E3001144, E3001110, E3001109, E3001147, E3001146, E3001106, E3001105, E3001108, E3001107, E3001138, E3001140, E3001141, | | |

10862032-v3

Case 2:14-cv-09041-SVW-AFM   Document 103   Filed 02/28/16   Page 23 of 26   Page ID #:1279

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | | | |
|---|---|---|---|---|
| | | E3001137, E3001139, E3001129, E3001128, E3001104, E3001103, E3001125, E3001124 | | |
| 298. | | Manually Claimed Episodes, E3001033, E3001035, E3001034, E3001036, E3001037, E3001032, E3001038, E3001031, E3001094, E3001067, E3001064, E3001065, E3001059, E3001058, E3001049, E3001048, E3001066, E3001060, E3001063, E3001057, E3001050, E3001047, E3001062, E3001061, E3001051, E3001056, E3001046, E3001055, E3001052, E3001045, E3001039, E3001054, E3001053, E3001044, E3001040, E3001043, E3001041, E3001042, E3001091, E3001090, E3001089, E3001088, E3001087, E3001086, E3001085, E3001084, E3001083, E3001082, E3001081, E3001080, E3001079, E3001078, E3001077, E3001074 - E3001076, E3001073, E3001072, E3001071, E3001070, E3001069, E3001068, | | |
| 299. | | Manual claiming re Jukin Expired Claims - E3001095 | | |
| 300. | | Ltr re Copyright Infringment Notice (Equals Three LLC) 01.21.2016 - E3001023-1027 | | |
| 301. | | YouTube Pledges Legal Support For Video Creators Who Claim Fair Use - E3000979-984 | | |
| 302. | | 2/2/14, Email from J Skogmo to Zimnitsky - JUKIN0003871 | | |
| 303. | | 7/28/14 Email from M. Skogmo to Marquez - JUKIN0004031 | | |
| 304. | | Jukin research training manual – JUKIN0003241-3260 | | |

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | | | |
|---|---|---|---|---|
| 305. | E3 Revenues from Sep 2015 - Jan 2016, E3000132-141 | | | |
| 306. | 7/28/14 Email from M. Skogmo to Marquez re RWJ Fallout - JUKIN0003324 | | | |
| 307. | E3 YouTube Revenue Report 2013-04-01 - 2015-08-31 - E3000142-E3000538 | | | |
| 308. | 10/23/15 Email from M. Romero to K. Martin re Cards by Jukin - E3000840 | | | |
| 309. | 10/23/15 Email from K. Martin to G. Bennett re Cards by Jukin - E3000841 | | | |
| 310. | 11/5/15 Email from M. Romero to G. Bennett re Cards on E3 Vids - E3000844-846 | | | |
| 311. | 11/16/14 Email from K. Martin to J. Langan re Jukin Advertising on our videos - E3000899-900 | | | |
| 312. | 1/13/16 Email from K. Martin to G. Bennett re Lost cards for E3 channel - E3000914-915 | | | |
| 313. | 12/30/15 Email thread re Your monetization tab has been disabled, E3000969-975 | | | |
| 314. | 7/23/14 Email thread re YouTube Call Follow Up, E3000976-977 | | | |
| 315. | 7/25/14 Jukin Invoice to Three Studios - E3000595-597 | | | |
| 316. | 7/25/14 Jukin Non-Exclusive Third-Party License Agreement - E3000598-601 | | | |
| 317. | 7/4/14 Email from Entman to Essner - JUKIN0000790-794 | | | |
| 318. | 2014 - 2015 Monthly Budget for The Equals Three Show, E3001101-1102 | | | |
| 319. | Twitter fan requests to review videos - E3000539-543 | | | |
| 320. | Facebook fan requests to review videos - | | | |

10862032-v3

FINAL JOINT EXHIBIT LIST

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

| | | | | |
|---|---|---|---|---|
| | | E3000544-553 | | |
| | 321. | Email Fan Requests to review videos - E3000554-558 | | |
| | 322. | 3/20/14 Email from T Zien to RWJ re Jukin Claim - E3000617 | | |
| | 323. | 4/1/14 Email from Entman to Dotan - JUKIN0000683-686 | | |
| | 324. | 7/12/14 Email thread re Copyright Infringement of Jukin Media, Inc. IP - E3000885-889 | | |
| | 325. | 7/14/14 Email chain re Jukin Media // Ray William Johnson: YouTube Copyright Disputes - E3000902-904 | | |
| | 326. | 7/15/14 Email from K. Martin to Moschella - JUKIN0000798 | | |
| | 327. | 8/4/14 Email chain re Jukin - E3000907-909 | | |
| | 328. | 10/20/15 Email chain from R. Johnson - E3000978 | | |
| | 329. | Jukin Media, Inc.'s Responses to Equals Three, LLC's First Set of Interrogatories to Equals Three, LLC | | |
| | 330. | License Agreement - Little Boy Ice Cream Van Fail | | |

Dated: February 28, 2016

VENABLE LLP

By: /s/ Tamany Vinson Bentz
Douglas C. Emhoff
Tamany Vinson Bentz
Melissa C. McLaughlin
Attorneys for Defendant and
Counterclaimant Jukin Media, Inc.

///

10862032-v3

FINAL JOINT EXHIBIT LIST

Case 2:14-cv-09041-SVW-AFM   Document 114   Filed 03/02/16   Page 27 of 29   Page ID
#:1355
Case 2:14-cv-09041-SVW-AFM   Document 103   Filed 02/28/16   Page 26 of 26   Page ID
#:1282

Dated:  February 28, 2016

Abrams Garfinkel Margolis Bergson
LLP

By:   /s/ Thomas H. Vidal
        Thomas Vidal
        Michael J. Weiss
        Attorneys for Plaintiff and
        Counterclaim Defendants Equals
        Three, LLC and Ray William
        Johnson

Abrams Garfinkel Margolis Bergson, LLP
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036
Telephone: (310) 300-2900
Facsimile: (310) 300-2901

10862032-v3

FINAL JOINT EXHIBIT LIST

Case 2:14-cv-09041-SVW-AFM  Document 114  Filed 03/02/16  Page 28 of 29  Page ID
#:1353
Case 2:14-cv-09041-SVW-AFM  Document 81  Filed 02/01/16  Page 1 of 3  Page ID #:917

1  VENABLE LLP
2  Douglas C. Emhoff (SBN 151049)
   demhoff@venable.com
3  Jessica Grant (SBN 178138)
   jgrant@venable.com
4  Tamany Vinson Bentz (SBN 258600)
   tjbentz@venable.com
5  Melissa C. McLaughlin (SBN 273619)
   mcmclaughlin@venable.com
6  2049 Century Park East, Suite 2100
   Los Angeles, CA  90067
7  Telephone:  (310) 229-9900
   Facsimile:   (310) 229-9901
8
   Attorneys for Defendant and
9  Counterclaimant Jukin Media, Inc.

   **UNITED STATES DISTRICT COURT**
10
   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11

12  EQUALS THREE, LLC, a California          CASE NO. 2:14-cv-09041-SVW
    limited liability company,               (AFMx)
13
                        Plaintiff,           Hon. Stephen V. Wilson
14                                           Courtroom 6
               v.
15
    JUKIN MEDIA, INC., a California          **JUKIN WITNESS LIST**
16  corporation, and DOES 1 through 50,
    inclusive,
17
                        Defendants.          Final Pretrial Conference
18                                           Date:   February 22, 2012
                                             Time:   3:00 p.m.
19                                           Ctrm:   6

20  JUKIN MEDIA, INC., a California
    corporation,                             Action Filed: Nov. 21, 2014
21                                           Trial Date:    March 1, 2016
                        Counterclaimant,
22
               v.
23
    EQUALS THREE, LLC, a California
24  limited liability company; and RAY
    WILLIAM JOHNSON, an individual,
25
                        Counterclaim
26                      Defendants.

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA  90067
310-229-9900

10425498-v2

JOINT WITNESS LIST

1       Pursuant to Local Rule 16-5, Jukin hereby submits the following list of

2  names of witnesses to be called at trial, other than those contemplated to be used

3  solely for impeachment or rebuttal.

| Witness and brief summary of testimony |
|---|
| Ahal, Civonne: Will testify regarding Jukin's practices dealing with infringement, and Jukin's notice and takedown procedures. |
| Colom, Aaron: Will testify regarding Equals Three's and Mr. Johnson's willful infringement of the Jukin Original Videos. |
| Dignan, Andrew: Will testify regarding how Equals Three's and Ray William Johnson's willful infringement harms Jukin's licensing of the Jukin Original Videos to third-party entertainment and media industry partners. |
| Grande, John: Will testify about harm to Jukin caused by Equals Three's use of Jukin's videos, including but not limited to Youtube's algorithms and analytics regarding video traffic |
| Johnson, Ray William: Counterclaim Defendant. Will testify regarding Equals Three's and Mr. Johnson's willful infringement of the Jukin Original Videos and lack of fair use. |
| Landry, Kelly: Will testify regarding Equals Three's and Mr. Johnson's willful infringement of the Jukin Original Videos and lack of fair use. |
| Martin, Kaja: Will testify regarding Equals Three's and Mr. Johnson's willful infringement of the Jukin Original Videos and lack of fair use. |
| Skogmo, Jonathan: Will testify regarding the inception of Jukin, its business, its various methods for generating revenue on YouTube, Jukin's acquisition of video content, Jukin's practices dealing with infringement, and how Equals Three's and Ray William Johnson's willful infringement harms Jukin. |
| Smith, Christina: Will testify regarding Jukin's various methods for generating revenue on YouTube, Jukin's acquisition of video content, Jukin's practices dealing with infringement, and how Equals Three's and Ray William Johnson's willful infringement harms Jukin. |
| Moschella, Joe: Will testify regarding Jukin's process for rights management, and correspondence with Equals Three and its representatives regarding rights management and issues related to Equals Three's infringement and Jukin's process for evaluating fair use. |

Dated: February 1, 2016          VENABLE LLP

By:   /s/ Tamany Vinson Bentz
        Douglas C. Emhoff
        Jessica Grant

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

1