1     UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA

3       WESTERN DIVISION

4   THE HON. JUDGE STEPHEN V. WILSON, JUDGE PRESIDING

5

6 EQUALS THREE, LLC,     )
              )
7      Plaintiff,  )
              )
8   vs.       ) NO. 14-CV-09041-SVW-AFM
              )
9 JUKIN MEDIA, INC., et al.,  )
              )
10      Defendants.  )
 _____)

11

12

13

14    REPORTER'S TRANSCRIPT OF PROCEEDINGS

15     Afternoon Session Only

16     Los Angeles, California

17     Tuesday, March 1, 2016

18

19

20

21

22   LISA M. GONZALEZ, CSR No. 5920, CCRR
     U.S. District Courthouse
23   312 North Spring Street - Room 438
    Los Angeles, California 90012
24      213.894.2979
     www.lisamariecsr.com
25

```
 1   APPEARANCES:

 2


 3   FOR THE PLAINTIFF:     ABRAMS, GARFINKEL, MARGOLIS, BERGSON
                            BY:   THOMAS H. VIDAL, ESQ.
 4                                MICHAEL J. WEISS, ESQ.
                            5900 Wilshire Boulevard
 5                          Suite 2250
                            Los Angeles, California  90036
 6                          (310) 300-2950

 7


 8   FOR THE DEFENDANT:     VENABLE, LLP
                            BY:   JESSICA L. GRANT
 9                                TAMANY VINSON BENTZ
                            505 Montgomery Street
10                          Suite 1400
                            San Francisco, California  94111
11                          (415) 653-3736

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**I N D E X**

**CHRONOLOGICAL INDEX OF WITNESSES**

| PLAINTIFF'S WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | VOIR DIRE | VOL |
|---|---|---|---|---|---|---|
| Ray Johnson (Continued) | 10 | 25 | 37 | | | |
| Kelly Landry | 39 | 49 | | | | |

| DEFENDANTS' WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | VOIR DIRE | VOL |
|---|---|---|---|---|---|---|
| Jonathan Skogmo | 58 | 65 | | | | |
| Joseph Moschella | 69 | | | | | |

1           *Los Angeles, California; Tuesday, March 1, 2016;*

2                          *1:11 P.M.*

3                          *-oOo-*

4           THE COURT:  We're present with the parties.  There

5    was something that came up with the questioning from counsel

6    before the lunch recess that caught my attention, and that

7    is -- and also something, some things that were said by

8    Jukin in its opening that caught my attention, although

9    there was no objection.

10          The focus of a lot of the Jukin opening statement

11   was, you know, basically Johnson or Equals Three are, you

12   know, bad people.  They don't pay license fees.  They take

13   advantage of other people's efforts for their commercial

14   success.  I don't think that's relevant.  And there was no

15   objection, but I don't think that's relevant.

16          And the other thing -- and then this business

17   about Konen.  I did flag that briefly and the response was,

18   you know, factor four.  Well, the fact that Konen paid a

19   license isn't relevant to factor four.  What's relevant to

20   factor four, if anything, is the fact that there were people

21   who didn't pay licenses as a result.

22          MR. VIDAL:  Right.

23          THE COURT:  And so what this case should not

24   become is a battle of who's the good guy and who's the bad

25   guy, because the focus on this case from both sides is an

1    objective finding.  In other words, if Johnson had the most

2    noble intent and he tried to do exactly what he says but

3    ultimately objectively he didn't succeed, it doesn't make a

4    difference.  And similarly, if he had the worst intent but

5    somehow his work was transformational, then he succeeded.

6          So the only -- and then you start to get into this

7    testimony, you know, about what he was trying to do and how

8    he got into this business.  And I thought I would mention it

9    now because whether or not Johnson had a good intent or a

10   bad intent is not relevant.

11         He can to some extent -- and this is based upon my

12   reading of a few of the cases.  Actually they were cited by

13   the plaintiff in their trial memo.  I'm referring to a

14   Second Circuit case.  I don't have it before me now.

15         MR. VIDAL:  Cariou, Your Honor.

16         THE COURT:  What's that?

17         MR. VIDAL:  Cariou.

18         THE COURT:  Is that how you spell that?

19         Do you have that case?

20         In any event -- and there's a Ninth Circuit case

21   that touches on it somewhat, but the gist of those cases

22   seems to be that someone like Johnson can sort of be

23   something of a docent and say this is, you know, what I was

24   doing.

25         But he can't say I was transforming it or, you

1  know, I didn't intend to take advantage of the copyright

2  because the focus is an objective focus, and I don't want

3  the jury distracted from that.  Some of this can be touched

4  upon but not extensively.

5          (Pause in proceedings)

6          THE COURT:  You're right.  It's the Cariou,

7  C-a-r-i-o-u, versus Prince, 714 F.3d, 694, 2013.  They say

8  here what is critical is how the work in question appears to

9  the reasonable observer, not simply what an artist might say

10  about a particular piece or body of work.  We instead

11  examine how the art works may reasonably be perceived in

12  order to assess their transformative nature.

13          So that's my observation.  I expect both sides to

14  comply with it.

15          MR. VIDAL:  That's understood, Your Honor.

16          THE COURT:  You are getting into some matters I

17  don't know where exactly you were heading, but I wanted to

18  at least alert you to the Court's thinking before you got

19  too deeply into it.

20          MR. VIDAL:  Well, Your Honor, maybe I can help cut

21  some of this off at the pass and just say where I'm going

22  while the jury is not here.  I'd like to ask Mr. Johnson on

23  the stand to describe the things they do to the videos, not

24  to use the words transformative or not but to speak from his

25  words about what happens.

```
 1              THE COURT:  That's permissible.

 2              MR. VIDAL:  That's where we're going.

 3              THE COURT:  That you can do, and likewise the

 4   cross-examination can challenge that, but it's what he did

 5   more than what he thought.

 6              MR. VIDAL:  Correct.  I understand that.

 7              THE COURT:  Yeah.  Okay.  Then let's get the jury.

 8              MS. GRANT:  Your Honor, may I respond just

 9   briefly.

10              THE COURT:  Yes.

11              MS. GRANT:  Also I don't want to go astray in

12   terms of --

13              THE COURT:  Yes.

14              MS. GRANT:  So in cross, you just said I can

15   cross-examine him as to challenge.  I mean --

16              THE COURT:  Well, anything he says on direct you

17   have a right to cross-examine.  He can't say things without

18   that challenge.

19              MS. GRANT:  Sure.  So if he says, oh, I did all of

20   these things to the video, I could show one of the videos

21   and say, well, you actually didn't do that?  I mean, it's

22   impeachment, direct impeachment.

23              THE COURT:  Well, yeah.  I mean, I don't want to

24   go through these videos 20 times.

25              MS. GRANT:  I would probably just use one.
```

 1          THE COURT:  Yeah, you could do that.

 2          MS. GRANT:  It would take three minutes.

 3          THE COURT:  Yeah.

 4          MS. GRANT:  And then the other thing I just wanted

 5  to point out is, you know, you seem to have given them a lot

 6  of latitude in terms of the witnesses talking about a lot of

 7  -- ten minutes on his background and his company and his

 8  mixed race, that he's a homosexual --

 9          THE COURT:  I had no idea that that would be said.

10  I don't know why it's relevant.  And in a lot of these

11  trials, not just this trial but most trials, most of the

12  evidence turns out not to be relevant.

13          MS. GRANT:  Sure.  I just wanted to bring up the

14  point because we did actually talk about it at the pretrial

15  conference, and Mr. Vidal stood up and he said:  I'm not

16  going to have him go into the background.  So I can't unring

17  the bell?

18          THE COURT:  Well, not go into the background of

19  what?

20          MS. GRANT:  Of his company and how he started it

21  and all of that.  So I just wanted, since I can't unring the

22  bell and you allowed the jury to hear how Mr. Johnson

23  started his company, can we just at least have the same

24  latitude so the jury can just hear a little bit as to how --

25          THE COURT:  Yeah.  He can talk about what he did,

1   I mean, and so forth in a limited way.  Don't forget that we

2   only had ten minutes of direct examination before lunch.

3            MS. GRANT:  Yeah.  This is all going to be very

4   short.

5            THE COURT:  But the focus again is on, you know,

6   the end product here, and that's why we're taking such pains

7   to line things up side by side and giving you the unusual

8   opportunity to argue from it during the trial.

9            MS. GRANT:  I think just one other thing that

10  caught my attention, Your Honor -- I'm not sure if it caught

11  yours -- was Mr. Vidal's argument, it's all about that Jukin

12  is preventing his client's freedom of expression, the First

13  Amendment, all that.  I mean, to me that was also going --

14  I'm not sure how much more we're going to hear of that going

15  to come through in the interim argument, but, you know,

16  Jukin, that's not what this case is about.  It's not that

17  we're preventing him from expressing himself.  It's just our

18  contention is it's not fair.  You should pay a licensing

19  fee.

20           THE COURT:  I think that was not relevant.  And if

21  there were an objection, I would have sustained it.  I

22  thought both opening statements contained a significant

23  amount of irrelevant material, but both sides seemed to let

24  it go by.  And the only time I said something was on this

25  Konen tape.

1          Okay.  Bring the jury down.

2          MR. VIDAL:  Do you want Mr. Johnson on the stand,

3   Your Honor?

4          THE COURT:  Yes.

5                    (*Jury present*)

6          DIRECT EXAMINATION (Continued)

7   BY MR. VIDAL:

8   Q    Good afternoon.  Mr. Johnson, when we left, we were

9   talking about your show, the Equals Three show.

10  A    Correct.

11  Q    You had mentioned that your show comments and it

12  criticizes on videos that are featured in the show.  I'd

13  like to, since that come to the very heart of this case,

14  talk to you about the types of commentary and criticism that

15  you do.  How would you describe the Equals Three brand of

16  commentary?

17  A    It's fast paced.  It's biting.  It's very direct.  It's

18  blunt.  You know, at times it's silly and fun.  Ridiculous

19  sometimes.

20  Q    And what are the things that you do -- well, sorry.

21  Step back for just a second.  You mentioned that the episode

22  contains some host commentaries, some introductory jokes,

23  some material, and then you present three source videos;

24  correct?

25  A    Uh-huh.

1    Q    What is the -- do you actually film an episode?

2    A    Yes, in studio.

3    Q    Okay.  So you have a studio.  There's a set?

4    A    Yes.

5    Q    And you have a host of the show that does what?

6    A    I mean, the host performs and acts and will sort of

7    guide the audience through the episode.  The host is not

8    only on set but off set.  If we step off set to film

9    anything, we don't -- well, this is getting off topic, I

10   think, but we don't venture too far away from our own studio

11   because of budget.  But we'll film things outside.  We'll

12   film things on some of the other sets.  You know, we'll go

13   to someone's house and film things.

14   Q    The type of commentary that you provide, what form does

15   it take within an Equals Three episode?  And if you don't

16   mind listing all the types of forms.  We're not talking

17   about a specific episode, but what things do you do?

18   A    Well, we -- a lot of what we do is we will criticize

19   the people, places, things in the video.  Like sometimes the

20   star of the video is sort of an animal, and we will

21   criticize the animal.  A lot of what we do is we criticize

22   their choices that they made in order to get to the place

23   that they're in or the choices that they didn't make that we

24   feel that they should have made.

25             We will speed the footage up to do like a

```
 1    timeline.  We'll slow it down so that -- and sort of

 2    accentuate detail that we feel is relevant to our comedy and

 3    is relevant to make our point.  We will add in graphics.  We

 4    have two graphics people who are wonderful and incredibly

 5    talented.  You know, we will -- it gets into editing a

 6    little bit, but we will, like, if we want someone in a video

 7    to wear sunglasses, we will graphically put sunglasses on

 8    them and then track it with their movements if that sort of

 9    helps ridicule that person, you know, in that example.

10            I think I said before that we will cut, like,

11    little miniature commercials that will sort of ridicule the

12    content of the video or the star of the video or the events

13    taking place in the video.  I mean, the list is long of the

14    things that we will attempt to do in any given episode.  And

15    obviously we can't do all of that to one particular video,

16    but we will do, you know, a handful of them.

17    Q    What kinds of things does the show critique?

18    A    Well, people, places, like I said, people, places,

19    events, the actions of those people or the inactions of

20    those people when we feel like they should have taken an

21    action.  We will absolutely point that out.  We will -- we

22    will critique what we think happened before the video

23    sometimes or what we think should happen after the video, or

24    sometimes we'll pull a character way out of the background

25    and say why didn't this guy do -- why didn't he do this
```

1    thing, like why didn't he act, what's his deal, things like

2    that.

3    Q    You mentioned creating characters.  How do you create a

4    character out of a source video?

5    A    Well, in a couple of different ways.  One, we will

6    dress our host up like one of the characters in the video

7    and have him sort of imitate that character in a different

8    scenario, meaning, like, well, this is probably what happens

9    off camera, and then the host will, you know, imitate the

10   character.

11          Another thing is we will make up characters.  We

12   will invent characters like, well, this is probably this

13   guy's cousin.  What does his cousin have to say about all of

14   his actions, you know, as long as it's relevant.  We'll

15   introduce a character that way.

16          Sometimes we will do, if we think it works best,

17   we will do a voiceover whereas we will play the footage and

18   we will talk over the footage as if we are the character.

19   And that works really well when we need to personify things

20   like if we need to personify, you know, an animal, make an

21   animal talk, or if we need, like, a tree to have a voice in

22   all of this commotion, we'll do -- voiceovers work pretty

23   well.

24   Q    Now that we've had a little background about the

25   videos, I would like, if Your Honor permits, to show one of

1   the episodes so Mr. Johnson can talk about it in context of

2   the video.  We're going to look at Exhibit 214 which is an

3   episode called the Resurrection.

4           As we set it up, do you recall the episode called

5   the Resurrection?

6   A    I do.

7   Q    Can you describe the episode.

8   A    Yeah.  It follows a -- it follows our standard format.

9   We have an introduction which is by this young lady that I

10  know who also has a large presence online, Jenna Marbles.

11  She came to the studio and wanted to do just an

12  introduction, and then we reviewed three videos.

13          Oh, this was also the first time that after I had

14  stepped down, I had cast a new host, this young guy Robbie,

15  and he'll talk about that a little bit before he gets into

16  his criticism of the source video.  I mean, sorry.  Did you

17  want me to describe the -- okay.

18          (*Videotape being played*)

19  BY MR. VIDAL:

20  Q    We're going to carry on, but Ms. Grant raised a point

21  that I want to make.  This video is an example of one of

22  E3's videos; is that correct?

23  A    Yes.

24  Q    Have we seen the Jukin video in this episode yet?

25  A    No, we haven't.

```
1   Q    Okay.  So of the three videos, only one of them in this

2   video is a Jukin video?

3   A    That is correct.

4          MS. GRANT:  I think what you're about to show.

5          MR. VIDAL:  Correct.

6          (Videotape being played)

7   BY MR. VIDAL:

8   Q    All right.  Can you walk us through what was going on

9   in that episode.

10  A    Yeah -- in the entire episode or just the --

11  Q    Start from the beginning.

12  A    Sure.  So obviously that was our sort of, you know,

13  quote, unquote, celebrity guest.  She's definitely a

14  celebrity in the online world, and she was giving an

15  introduction to, you know, help soften the blow of us

16  transitioning hosts from me to Robbie.

17          Then we had Robbie do a little shpiel because it

18  was his first day and he was nervous and he wants -- you

19  know, naturally so, and he wants the audience to like him.

20  And he's a young performer, so I let him kind of say his

21  thing.  And then he gets into his review of the first video,

22  and then he gets into his review of the second one, and then

23  he does his review of the third one.  And then if you'll

24  notice, at the end of the third one he tied it back to the

25  first one by including that character there as well.  And
```

1    then we ran our credits.

2    Q    Let's talk about what was going on in the third video.

3    That was the Jukin video?

4    A    Uh-huh.

5    Q    Describe what you did to that video.

6    A    So right out of the gate we have Robbie talking about

7    how, you know, sarcastically saying that, you know, this is

8    a typical Wisconsin day.  Obviously nothing in that video

9    was typical of any day.

10          So then he compares what's going on in the video

11   to, like, a real live version of the crane game and how

12   practicing that, you know, would have helped, you know,

13   helped come in handy to get the jug off the bear's head.

14   And then he talks about playing the crane game and winning a

15   real live bear.  He makes a direct comparison of the bear

16   with the milk jug on his head to Winnie the Pooh with a

17   honeypot on his head.

18          Robbie dresses up as the farmer.  He dresses up as

19   what we would imagine the farmer would be, and he

20   exaggerated a little bit.  He put a beer in his hand and he

21   made it a little more rednecky, and makes up this little

22   narrative, this back narrative that these guys had been, you

23   know, this must be happening all the time and these guys had

24   tried so many times to do this to get a jug off a bear's

25   head and that they had failed.

```
1              So there was a pile of dead trial bears, and at
2    the end -- and they'd even come up with a word for it, bear
3    fishing.  And then at the end you see him sort of throw it
4    over to his friend, like, hey, we finally did it, Larry.  Do
5    that dance, that bear shuffle freedom.  And because they had
6    finally succeeded, you know, his friend does a little
7    celebratory dance which ties it back to the review of the
8    first video.
9              Is that what you were asking?
10   Q    Yes.  Thank you.
11             And is this the format that most of the shows
12   follow through?
13   A    Yeah.
14   Q    You mentioned by making it more hick-like by putting
15   hats and a beer bottle, is that an example of creating a
16   character?
17   A    Oh, yeah.  Yes.  So obviously in the video you have no
18   idea who the person operating the crane is.  It could
19   literally be a man in a business suit.  It could be a woman.
20   There could be four people on the other side, but this one
21   we made it a redneck.  He sort of -- you know, we gave him a
22   wife.  You know, he shouts offscreen to his wife who doesn't
23   speak.  And, yeah, we made him a beer drinker.
24   Q    You created all of that?
25   A    Yes.
```

1  Q    And has that character ever appeared in any of your

2  other episodes?

3  A    Yeah.  He comes back every now and then.

4  Q    Is there a distinct audience for your show?

5  A    Yes.  So the people, the kind of people that watch a

6  show like this are people who are into personality-driven

7  content.

8            MS. GRANT:  I think we're far afield.

9            THE COURT:  The objection?

10           MS. GRANT:  Objection.  Irrelevant.

11           THE COURT:  Sustained.

12           MR. VIDAL:  Your Honor, if I may, I believe that

13  this addresses the market harm factor.

14           THE COURT:  Oh, I see.  I didn't understand it to

15  be in that regard.

16           MR. VIDAL:  So out of an interest in transparency,

17  I'll tell you where I'm going.  The issue is whether his

18  show is a substitute for --

19           THE COURT:  All right.  If you loop into that,

20  then you can proceed.

21           MS. GRANT:  I also think it calls for speculation

22  to the extent he's testifying about what he thinks his

23  audience --

24           THE COURT:  I'll have to see how the questioning

25  goes.  You can renew your objection.

```
 1              MS. GRANT:  Thank you, Your Honor.

 2              THE COURT:  You're going to lay something of a

 3   foundation for his testimony.

 4              MR. VIDAL:  Yes, Your Honor.

 5   BY MR. VIDAL:

 6   Q    Do you have any knowledge of who watches your show?

 7   A    I do.

 8   Q    And how do you have that knowledge?

 9   A    I have analytics data and I can look at the

10   demographics and I can compare that to other sites where I

11   have a large audience like Facebook.

12   Q    And have you looked at that data?

13   A    Yes.

14   Q    All right.  And what observations have you gleaned from

15   looking at that data in regards to your audience?

16   A    So our largest demo is males between the ages of 18 and

17   24.  And then right after that it's males 25 to 35.  So a

18   lot of guys in their 20s and 30s are really into it.

19   Q    And have you ever received feedback from viewers of the

20   show?

21   A    Yes.

22              MS. GRANT:  Objection, Your Honor.  Hearsay.

23              THE COURT:  Well, it depends.  I mean, what is the

24   purpose of this?

25              MR. VIDAL:  I've only asked him the foundational
```

```
 1    questions, whether he has obtained feedback.

 2                THE COURT:  Okay.

 3                MR. VIDAL:  But I'd like to know --

 4                THE COURT:  Then he can answer that question.

 5    What's the next question?

 6                MR. VIDAL:  The next question is does he know --

 7    have any of the fans expressed reasons why they watch his

 8    show.

 9                MS. GRANT:  Which would be hearsay and irrelevant.

10                THE COURT:  Well, don't argue objections before

11    the jury.  Just make them and give me a chance to respond.

12                It's being offered for the truth of the matter

13    asserted that the audience is telling him certain things,

14    because his state of mind is not relevant.  So I'll sustain

15    the objection.

16                MS. GRANT:  Thank you, Your Honor.

17                MR. VIDAL:  Very well.

18    BY MR. VIDAL:

19    Q     You said you post episodes on a regular schedule?

20    A     Correct.

21    Q     And what is that schedule?

22    A     Typically we post twice a week.  It is on Tuesday and

23    Friday, although now we've moved to a once-a-week schedule

24    and the episodes are longer.  We just post on Friday.

25    Q     How do viewers know when you've posted an episode?
```

1  A    They get a notification.  If they are subscribed to me

2  on YouTube, they get a notification in their -- they would

3  get like an email or they would check their subscriber feed

4  on YouTube, and all the videos that they subscribe to would

5  come to that feed.  Or if they enjoy appointment viewing

6  like a lot of people do, they would just come to our page on

7  any given Tuesday or any given Friday, and our new episode

8  would be up.

9  Q    Is your show distributed by social sharing on Facebook

10 and other social networks?

11 A    Yes, but that constitutes, like, less than one percent

12 I would say of our traffic.

13 Q    So is the focus on the -- withdraw.  Is the viewers of

14 the show primarily composed of, as far as you understand,

15 subscribers to the show versus people that have received

16 shared links?

17 A    Yes.

18 Q    So you would say that this is a subscriber-based

19 viewership?

20 A    Yes, very much so.

21 Q    And have you ever been able to measure the subscriber

22 base and the effect it has?

23        I'm sorry.  Withdraw.

24        Do you have any other data or analytics that would

25 indicate that your show is a subscriber-based show as

1    opposed to seen by sharing and other things?

2    A    I mean, I have the one set of data and analytics that

3    YouTube gives me, which is it shows me where my traffic is

4    coming from.  Now, I can compare that to other shows that we

5    have that are highly shared especially when it comes to some

6    of the things that we put on Facebook.  I have one sketch

7    series on Facebook that is mostly shared.

8    Q    How dependent for the show's viewership is the host of

9    the show?

10    A    It's everything.

11    Q    Why do you say that?

12    A    Because -- well, A, because of the format.  It's a very

13    personality driven format as you can see by watching the

14    material.  The host is very in your face the entire time,

15    and he's talking directly to you; and also based on viewer

16    feedback based on, you know, likes, views, comments, and

17    things like that.

18           We've switched host over the years.  We've had

19    regular hosts and then we've had guest hosts, and those

20    things affect the viewership and the feedback.

21    Q    Do you monitor the subscriber count to the episodes?

22    A    Yes.

23    Q    Does the subscriber count fluctuate?

24    A    Yes.

25    Q    Have you observed specific times when it fluctuates

1  more often than not?

2  A    Yes.  Back when I was the host, I mean, that was when

3  we experienced our most growth, I would say.  And then when

4  we had -- we've had a few guest hosts that have been on

5  where the subscriber rate will drop, and then we had one

6  regular host who the audience didn't really take well to.

7  She was only there a couple of months, and the subscriber

8  rate dropped substantially.

9  Q    Has the subscriber rate returned?

10 A    It has come back up, but not enough time has passed I

11 would say to do an accurate measurement.

12 Q    Do you ever pay attention to the number of views a

13 video has before you review it?

14 A    Yes.  Sometimes we will -- sometimes we'll call it out

15 in the episode.  You know, if it's a high amount of views

16 like, hey, look, this got a million views; or if it's a low

17 amount like, hey, only a couple hundred people saw this.

18 Q    Do you ever pay attention to the number of views a

19 video has after you've reviewed it?

20 A    Yeah, sometimes.

21 Q    And have you made any observations in those

22 circumstances?

23 A    Yes.  I mean, it will go up.

24 Q    So views still increase on an episode after you've

25 reviewed it?

1    A    Yes.

2    Q    Excuse me.  Views still increase on a video after

3    you've reviewed it?

4    A    Yes.

5         THE COURT:  When you say video, what do you mean?

6         THE WITNESS:  Source videos that are reviewed in

7    an episode of the E-3 show.

8         THE COURT:  In other words, in this case it may be

9    a Jukin video?

10        MR. VIDAL:  Correct.

11   BY MR. VIDAL:

12   Q    Can you describe the difference between a source video

13   that you use and the show itself.

14   A    Well, the show itself is -- obviously it's a serialized

15   format.  It's very personality driven.  There are structured

16   and scripted jokes.  There are -- sorry.  It's a

17   serialized -- there's a structured narrative format.  There

18   are structured jokes.  It's driven by appointment viewing

19   and subscribers, subscriber base, a loyal fan base.

20   Q    Ms. Grant in her opening statement said that you

21   don't --

22        THE COURT:  Don't.  Don't.  Each lawyer should not

23   refer to the other by name.  The lawyers are kind of

24   background here.

25        MR. VIDAL:  Fair enough, Your Honor.

1           THE COURT:  I'm background.  The only thing that

2     counts is the evidence.  That's foreground.

3           MR. VIDAL:  Very well, Your Honor.

4     BY MR. VIDAL:

5     Q    Do you actually produce content for your show?

6     A    Yes.

7     Q    And from the video we watched, what was the content

8     that you produced?

9     A    Everything that -- everything that wrapped around the

10    source videos we shot in-house, in our studio.  Everything

11    wrapped around the source videos we wrote as well and

12    edited.

13          MR. VIDAL:  Thank you.  Your Honor, I have no

14    further questions.

15          THE COURT:  All right.  Cross-examination.

16          MS. GRANT:  Thank you, Your Honor.

17          THE WITNESS:  Sorry.  If I may get a drink of

18    water.

19          MS. GRANT:  Take your time.

20          THE WITNESS:  Thank you.

21                    CROSS-EXAMINATION

22    BY MS. GRANT:

23    Q    Mr. Johnson, good afternoon.

24    A    How are you?

25    Q    I'm doing well.  Thank you.  You are an actor; correct?

```
1   A    Yes.

2   Q    And a performer?

3   A    I am.

4   Q    Your show is not for educational purposes?

5   A    No, not in the traditional sense.  No.

6   Q    You are not a nonprofit like PBS?

7   A    No.

8   Q    The purpose of your show is to make money; correct?

9   A    No.  That would be sort of a byproduct.

10  Q    A byproduct of your show is that you make quite a lot

11  of money; correct?

12  A    The studio makes money.

13  Q    And you are the sole owner of the studio?

14  A    Yes.

15  Q    You also make money when you license your show to other

16  websites; correct?

17  A    We license some of our shows, yes.

18  Q    And you've also licensed your show to Netflix and

19  Amazon?

20  A    Not this particular show but another show, yes.

21  Q    Okay.  For the Equals Three show, the video, the

22  episodes, the jury just saw one example.  The primary source

23  of revenue for your show is advertising revenue; correct?

24          MR. VIDAL:  Objection.  Relevance.

25          THE COURT:  Sustained.
```

1    BY MS. GRANT:

2    Q    You talked about the views that your show gets;

3    correct?

4    A    Correct.

5    Q    And you testified that you pay attention to the number

6    of views your episode gets; correct?

7    A    On a normal basis, yes.

8    Q    I'm sorry.  I didn't catch your answer.

9    A    On a normal basis I will pay attention.

10         MS. GRANT:  Can we bring up Exhibit 276.

11   BY MS. GRANT:

12   Q    Do you recognize what we're looking at, sir?

13   A    It looks like a screen shot from one of my episodes

14   from three years ago.

15   Q    And it says 12 million views.  What would that refer

16   to?

17   A    It looks like it would refer to one of the source

18   videos.

19   Q    And your show regularly gets over one million views;

20   correct?

21   A    Usually, yes.

22   Q    And can we see -- can you open so we can see the number

23   of views this particular video got.  It's one of the videos

24   at issue in this case.  It's featuring a girl with a curling

25   iron who burns her hair off.  Do you remember that video?

```
1   A    I do.

2   Q    So how many views --

3        THE COURT:  What is -- you got into it at the

4   beginning.  What is the relevance of the number of views?  I

5   mean, isn't it understood that both the parties are in the

6   business for commercial purposes?

7        MR. VIDAL:  Your Honor, the reason I --

8        THE COURT:  But isn't that true?

9        MR. VIDAL:  Yes.

10       THE COURT:  I mean, that's something among many

11  other things the jury can consider.  Why beyond that are we

12  getting into the number of views and all this other stuff?

13       MR. VIDAL:  I was getting into the number of views

14  of the reviewed episodes because it goes to the issue of

15  whether there is a substitute market or not.

16       THE COURT:  But this is different; isn't it?

17       MR. VIDAL:  Yes, it is, Your Honor.

18       THE COURT:  So do you have an objection?

19       MR. VIDAL:  I do.  Relevance.

20       THE COURT:  Sustained.

21  BY MS. GRANT:

22  Q    When you first started, you compete for viewers with

23  other shows on YouTube; correct?

24  A    Compete?  I don't know if I look at it that way.

25  Q    So you are --
```

```
 1            THE COURT:  Why is that relevant?
 2            MS. GRANT:  It goes to market substitution and
 3  market harm, Your Honor.
 4            THE COURT:  I don't think so.  I don't think so.
 5  BY MS. GRANT:
 6  Q    When you first started out, you testified to the jury
 7  that you were critiquing politicians; correct?
 8  A    Yes.  That was one of the things that I did.
 9  Q    And politicians are public figures?
10  A    Yes.
11  Q    None of the 40 Jukin videos that are at issue in this
12  trial involve politicians or public figures; correct?
13            MR. VIDAL:  Objection.
14            THE COURT:  You have to stand up when you make an
15  objection.  What's your objection?
16            MR. VIDAL:  Relevance.
17            THE COURT:  Sustained.
18  BY MS. GRANT:
19  Q    If we can go to Exhibit 114.  You described how you get
20  the process for how you write one of your episodes and how
21  you create it on direct exam; correct?
22  A    Yes.
23  Q    And one of the processes that you do is that typically
24  each episode features three different videos; correct?
25  A    Typically, yes.
```

1   Q    And I think counsel played a video for the jury that

2   had three different source videos; correct?

3   A    Yes.

4   Q    And when you're creating an episode -- if we can blow

5   up the top of the email and show the videos -- you have one

6   person at your company whose job it is to look online for

7   videos to feature in each episode each week; correct?

8   A    Yes.

9          MR. VIDAL:  Objection, Your Honor.  Relevance.

10         THE COURT:  Sustained.

11  BY MS. GRANT:

12  Q    You testified that you invent a new story from the

13  original Jukin video; correct?

14  A    Yes.  Sometimes we do.

15         MS. GRANT:  I want to play the jury one of the

16  videos that's at issue in this case to look at whether or

17  not you actually invented a new story.  Can you play Burning

18  My Hair Off.

19         And this is the original Jukin video, just so

20  we're clear.

21         (*Videotape being played*)

22  BY MS. GRANT:

23  Q    And then you featured that Jukin video in your episode

24  Gallon Smash Prank; correct?

25  A    Yes.

1          MS. GRANT:  We'll play that for the jury.

2          (*Videotape being played*)

3    BY MS. GRANT:

4    Q    Mr. Johnson, you did not invent a new story based on

5    Jukin's video Burning My Hair Off; did you?

6    A    I speculated how the video got from her camera to the

7    internet.

8    Q    I think you pointed out that she uploaded it.

9    A    Yes, but there's no way to know if she -- if she

10   uploaded it.

11   Q    You didn't actually create a new story; did you,

12   Mr. Johnson?

13   A    Well, we speculated about facts in the video and then

14   criticized her based on those facts.

15   Q    You simply pointed out that maybe she left her curling

16   iron on too long.  So again you pointed out the obvious

17   because her hair burned off.  You didn't create a new story.

18         THE COURT:  In your question you're arguing.

19         MS. GRANT:  I can rephrase.

20         THE COURT:  I'm going to tell both lawyers, listen

21   to me.  You're not listening.  And listen carefully.

22         MR. VIDAL:  Yes, Your Honor.

23         THE COURT:  We're not here to waste the jury's

24   time.  You've both made an opening statement.  You focused

25   the jury.  No arguments in questions.  Just ask questions.

1    That goes for both lawyers.

2            MR. VIDAL:  Yes, Your Honor.

3            MS. GRANT:  Thank you, Your Honor.  I'll rephrase.

4    BY MS. GRANT:

5    Q    Mr. Johnson you used the heart of Jukin's video Burning

6    My Hair Off and you pointed out that she left her curling

7    iron on too long; correct?

8    A    We used what you may have considered to be the heart of

9    the video, and we pointed out that 20 seconds in particular

10   may have been too long.

11   Q    You did not go and film any new video other than just

12   using the Jukin video; correct?

13   A    That is not correct.

14   Q    You did not go out and film an alternative scenario

15   with someone using a curling iron.  You didn't create a new

16   story that you had filmed?

17   A    We didn't film an alternative scenario in this case,

18   no.

19   Q    Now, counsel played another video.  I think it featured

20   the Jukin video where it had a bear out in a cornfield for

21   some strange reason with a milk jug on its head; correct?

22   A    Yes.

23   Q    And you said that basically you pointed out that this

24   was not a typical Wisconsin day.  That was obvious; correct?

25   A    I'm sorry.  Could you ask again.  You're asking if that

33

```
 1  was obvious?

 2  Q    The host pointing out, and you said obviously this was

 3  not a typical Wisconsin day.  That was something that was

 4  evident from the video, the original Jukin video; correct?

 5  A    It was obvious that these events, that the events

 6  depicted in the video don't take place on a normal day, be

 7  it in Wisconsin or anywhere.

 8  Q    You mentioned that there was a redneck character.  I

 9  think he had a trucker hat on and a bottle of beer?

10  A    Yes.

11  Q    You didn't go out and film any new video featuring that

12  redneck character out in a cornfield with a bear or anywhere

13  else?

14  A    No.  We didn't find a bear or a cornfield.

15          MS. GRANT:  Can we bring up Exhibit 18.  Just

16  bring it up so the jury can see it.  Thank you.

17  BY MS. GRANT:

18  Q    Now, you yourself have recognized that there is a

19  market for viral videos because you intended to copy Jukin's

20  show Failed Army; correct?  Your show I think was going to

21  be called Failed Goat?

22          MR. VIDAL:  Objection, Your Honor.  Relevance.

23          THE COURT:  Sustained.  Get that off the screen.

24  Don't put any exhibits on the screen until they're admitted

25  into evidence.
```

34

1          MS. GRANT:  Well, Your Honor, I think we had an

2    agreement that --

3          THE COURT:  I didn't know about any agreement.  Is

4    there an agreement that exhibits can be shown before they're

5    introduced?

6          MR. VIDAL:  I don't believe that there was.

7          THE COURT:  Are all agreements stipulated into

8    evidence?

9          MS. GRANT:  Yes.

10         MR. VIDAL:  That is true.

11         THE COURT:  Well, then, if that's the case, then

12   the exhibit can be shown.  I didn't know that.  Go ahead.

13         MS. GRANT:  Can we go back to Exhibit 18 and blow

14   that up for the jury.

15         MR. VIDAL:  Your Honor, it's still irrelevant.

16         THE COURT:  In other words, the -- take it off for

17   a minute.  The stipulation was to foundation but not to

18   other objections?

19         MR. VIDAL:  That's correct.

20         THE COURT:  So let me see the exhibit.

21         MS. GRANT:  Your Honor, there's a different

22   exhibit.  I can make it a different way.  I think we'll just

23   move things forward.

24         Can we put up Exhibit 17, and can we blow it up so

25   the jury can see it.

```
 1   BY MS. GRANT:

 2   Q    Now, Mr. Johnson, you've contemplated paying a license

 3   for Jukin's video when Jukin offered it to you for $350

 4   before this case; correct?

 5              MR. VIDAL:  Objection.

 6              THE COURT:  Sustained.

 7              MS. GRANT:  Your Honor, it goes to the --

 8              THE COURT:  Wait.  Don't argue.  The objection is

 9   sustained.

10              MS. GRANT:  May we approach?

11              THE COURT:  No.

12   BY MS. GRANT:

13   Q    With regard to the episodes that the jury is going to

14   see, all 40, you have the final say on the content of what

15   was in every one of those Equals Three shows; correct?

16              MR. VIDAL:  Objection, Your Honor.

17              THE COURT:  Sustained.

18   BY MS. GRANT:

19   Q    For any of the 40 videos that are at issue in this case

20   that feature the Jukin videos, you did not go out and film

21   any new content.  You used the Jukin video; correct?

22   A    We filmed new content.

23   Q    You filmed your episode, but you didn't actually go out

24   for the Jukin video and film new content.  The centerpiece

25   of your episode was the Jukin video?
```

1          THE COURT:  There's about three questions in that

2    one question.  I thought the question was did he or did his

3    company or did Mr. Johnson film other scenes beyond the

4    Jukin scene.  Is that what you asked?

5          MS. GRANT:  Correct.

6          THE COURT:  All right.  Then he can answer that.

7          THE WITNESS:  Yes.  We filmed scenes other than

8    the Jukin scene.  I was just going to clarify.  Are you

9    referring to did we step outside of the studio?  In this

10   particular 40, I'm not sure.  If I had to guess, I would say

11   yes, we did, but I don't recall specifically.

12          I know we use, you know, in between staying in

13   that little corner with the comic book lawn growing outside,

14   we use a lot of green screen and stuff like that.  And as

15   you saw in this video just now, we built a graphic of Honey

16   Boo Boo's mother going into a wood chipper, none of which

17   would be possible for us to film in our studio.  So we have

18   to build that scene with graphics.

19   BY MS. GRANT:

20   Q    And with all due respect my question wasn't about

21   adding a graphic on a screen.  It was going out of the

22   studio and filming new content.  You didn't do that for any

23   of the 40 videos that are at issue in this case?

24          MR. VIDAL:  Asked and answered.

25          THE COURT:  He can answer if he knows.

1           Do you know?

2           THE WITNESS:  I believe there was one episode

3    where we filmed a scene in the parking lot, but I may be

4    wrong about that.

5           MS. GRANT:  That's all I have, Your Honor.  Thank

6    you.

7           THE COURT:  Any redirect examination?

8           MR. VIDAL:  Your Honor, just one question.

9                      REDIRECT EXAMINATION

10   BY MR. VIDAL:

11   Q    Did you -- the videos that you review, they come from

12   other sources besides Jukin?

13   A    Yes.  We review all kinds of videos from a lot of

14   different sources.

15          MR. VIDAL:  Thank you, Your Honor.  Nothing

16   further.

17          THE COURT:  Okay.

18          Thank you, sir.  You can step down.

19          Call the next witness.

20          MR. VIDAL:  We call Kelly Landry.

21          THE COURT:  Who is Kelly Landry?

22          MR. VIDAL:  She's a writer for the show.

23          THE COURT:  All right.

24          THE CLERK:  If the witness will please step

25   forward and stand behind the court reporter.

```
1              KELLY LANDRY, PLAINTIFF'S WITNESS, SWORN

2              THE CLERK:  State your full name and spell it for

3    the record.

4              THE WITNESS:  My name is Kelly Landry, K-e-l-l-y,

5    L-a-n-d-r-y.

6              THE COURT:  Before we hear from this witness and

7    with regard to the first witness, as I previously told you,

8    the focus of the case is on the content of the competing

9    products.  And as I said at the outset, just to refocus you,

10   I don't think there's going to be much dispute about

11   copyright.

12             The question is fair use.  Did Equals Three fairly

13   use those videos in its programs as I defined it and as I

14   will later define it.  So it's those four factors.  In other

15   words, whatever a person's intent is is not at the core of

16   this.

17             You can have a bad intent or a good intent, but

18   it's what winds up, what's the video, what's this video, and

19   what the testimony is on some of the other factors that

20   counts.

21             So I'm allowing a little bit of this sort of as

22   background, but ultimately your focus shouldn't be on what

23   was this person trying to do or not trying to do that may

24   help you consider the product, but ultimately it's the

25   product that counts.
```

```
 1            Okay.  Go ahead.

 2            MR. VIDAL:  Thank you, Your Honor.

 3                    DIRECT EXAMINATION

 4  BY MR. VIDAL:

 5  Q    Ms. Landry, you were a writer for the Equals Three

 6  show?

 7  A    Yes.

 8  Q    How did you become a writer?

 9  A    For the show specifically?

10  Q    In general.

11  A    In general.  I started -- I went to NYU Tisch for

12  theater and I became involved in comedy there.  I loved the

13  improv class that I got into.  Then I moved out to LA and

14  started doing standup and really loved doing standup comedy.

15  It allowed myself to write and get out there and perform.

16            And then I guess my first kind of professional --

17            THE COURT:  Would you spare us her resume.  I

18  mean, this is not an audition, so let's get to it.

19            MR. VIDAL:  Yes, Your Honor.

20  BY MR. VIDAL:

21  Q    You were a writer for the Equals Three show?

22  A    Yes.

23  Q    When did you become a writer for the Equals Three show?

24  A    In July of 2014.

25  Q    Can you describe very briefly the process that you use
```

1    to write an episode.  The primary focus of your testimony

2    today will be what you wrote, but I'd just like to know for

3    the jury what that process was.

4    A    Starting with the video selection?

5    Q    Yes.

6    A    Okay.  Well, first, Aaron Colom would send me 20,

7    around 20 videos.  I would review the videos, and then other

8    people, Robbie or whoever was the host at the time would

9    review the videos.  We'd talk about them.  We'd talk about

10   them with our executive producer, sometimes Ray.

11           In watching the videos we were looking for

12   specific things.  We didn't want any, like, dangerous

13   things.  We looked for videos that people where they weren't

14   really intentionally trying to be funny because that didn't

15   leave us much to say because they kind of knew what they

16   were doing.  We looked for videos that if it was news

17   footage, footage where we were making fun of kind of the

18   anchors and not footage that already showed the anchors

19   commenting on something.  No fireworks, stuff like that.

20           And then we'd all watch the videos.  We'd choose

21   the ones that we thought were best for the episode, and it

22   usually required like three videos per episode.  The first

23   video is usually the quickest.  It's the most

24   straightforward.  The second video allows us to provide a

25   little more back story, maybe leave some questions for us to

1    answer or play with.  The third video is the most in-depth

2    and leaves us a lot of room to talk about, ask questions

3    about, add commentary to, create characters based off of

4    people in the video.  So, yeah, that's the video selection.

5              And then in writing the video, we always wanted to

6    provide back story on the video or just basic information,

7    where it was shot, you know, if it had a crazy amount of

8    views.  And then we would take things in the video and,

9    like, create a character based on someone in the video.

10             We'd ask questions like, okay, if this guy is

11   doing this thing in this video, how does he act in other

12   parts of his life.  If he does this here, does he do it

13   somewhere else.  We would add voiceovers onto the videos to

14   create what we thought the characters looked like they were

15   saying in the videos.

16             We would add graphics, animations.  Sometimes we'd

17   pull things from the video.  Like if the video, the guy in

18   the video had a really funny voice, maybe we'd make our host

19   act out what we thought went with that voice and then take

20   the voice and put it on the host.  We just had a lot of

21   different ways to play with the videos.

22   Q    What does it mean when you create a character?  And

23   specifically as you answer the question, think about what

24   ends up on screen.

25   A    Okay.

1   Q     Sorry.  So I asked the question about the process of

2   creating.  I don't mean that.  What does it mean to create a

3   character, and how does a viewer perceive that?

4   A     Well, when we create a character, we take someone

5   that's in a video that maybe isn't, you know, that we found

6   they did something a little interesting or a little weird.

7   And so we take that and we heighten that and kind of put

8   that, imitate that in a heightened way to create a character

9   based on someone in the video.

10          Like, for example, we had a really favorite

11  character was one of the redneck characters that we created.

12  There were a couple of rednecks talking and you just hear a

13  little tiny bit of them.  And we were like, oh, we want to

14  hear more.  We want to see what those people are like.

15          We create an idea around what those rednecks'

16  lives were like, and then we created a heightened

17  exaggerated character that the host would play and add

18  dialogue based on what we imagined these rednecks' lives

19  were.

20  Q     So somebody watching an Equals Three episode would see

21  where you've created a character, would see the result of

22  that imagination played out on screen?

23  A     Yes.  They would see our imagination played out on the

24  screen.  And the characters, the thing about these

25  characters is they were funnier if you saw the video.  They

 1  could be funny stand alone but they're funnier because you

 2  can see what they're based on in the video, like a little

 3  tiny nugget of something that we took and heightened and

 4  kind of mocked to create this funnier version.

 5  Q    You've mentioned heightened a couple of times.  What do

 6  you mean when you say you've heightened something?

 7  A    Take something and exaggerated it.  Like if maybe

 8  someone had a southern accent, we'd take the host and dress

 9  him up in like a mullet and have him carrying like a shotgun

10  and like really crazy southern accent.  We'd take one little

11  bit in the video and really heighten it and exaggerate it,

12  kind of mock and create a heightened version of something or

13  a character in the video.

14  Q    What was the purpose of creating the characters?

15  A    The purpose was to make fun of something that they were

16  doing in the video.  It was to kind of point out something

17  within the video and create a character that kind of mocked

18  it, I guess, and to be funny frankly.

19  Q    Can you think of any characters that you created while

20  writing for the show?

21  A    Yes.  The redneck one.  We had a bear character.  It

22  was a mascot.

23  Q    Describe the mascot.

24  A    We called him the bare ass bear.  He was -- we took it

25  based on there was a video where a little kid was

```
 1   controlling a crowd at a summer camp.  He was, like, two

 2   years old, and he noticed that when he would raise his hand,

 3   the entire camp would raise their hand.  And when he would

 4   go like this (indicating), the entire camp would.  And he

 5   really loved that.

 6   Q    Slow down.

 7   A    Sorry.  And he really loved that power, you could tell,

 8   of being able to control the entire camp.  So we asked the

 9   question, okay, if this kid loves this experience, how is

10   this experience going to affect his life of being drunk on

11   this power.  How will that affect him later.

12            And so we created a character based on this kid

13   who is this kid grown up, and he was a mascot and he was a

14   professional mascot for all of these games.  And then he

15   kind of went downhill as he lost his power and he ended up

16   being a mascot for a strip club -- all based on the fact

17   that this little boy loved controlling a crowd.

18   Q    Did the mascot appear in several different episodes?

19   A    Yes.  The mascot was one of people's favorite

20   characters that Robbie, the host, played.

21   Q    So he was a recurring character?

22   A    Yes.

23   Q    Did you mention that the show created narratives?

24   A    Yes.  Created stories.

25   Q    What does that mean?  Again as you talk about it,
```

1    describe how that wind up on screen to a viewer.

2    A    Narratives based in reference to characters or --

3    Q    Review of the videos.

4    A    Yeah.  We would create narratives based on videos.

5    Like I said, we would say -- we would ask questions.  Why is

6    this happening?  What's happening?  What's happening later?

7    And we would answer those questions with graphics, with

8    animations, with characters.

9          We would take a part in the video and expand upon

10   it and comment on it, maybe offer the host personal insight

11   into it to create a new narrative that went along for our

12   show.  And sometimes we would even continue the narrative of

13   the first video throughout the second two segments.  We

14   would do callbacks.  We would try to turn the episode into a

15   cohesive narrative, I guess.

16   Q    When you create a narrative, does it require lots of

17   dialogue, or how quickly can a character be created on

18   screen?

19   A    A character can be created really quickly.  It depends

20   what you're basing the character on.  But because people had

21   seen what we were basing the character on in a source video,

22   they would instantly recognize what we were making fun of or

23   mocking.  So a character could just say a few lines and

24   everyone would kind of get the joke.

25          And usually we use visual aids.  We'd dress the

1   host up in costumes, over-the-top things, really physical

2   humor.  Maybe if there was something funny that was physical

3   in a video, the host would really exaggerate and mock it or

4   put it in a funny situation.

5   Q    Other than creating characters and narratives and these

6   mocking situations, what other kinds of things did you write

7   into the show?

8   A    We would write the host's opinions, criticisms about

9   the video.  We would write graphics, jokes into the video.

10  One thing we liked to do is take if a video is, you know,

11  like funny, clearly anti something, we might take it and

12  make it a commercial for, you know, that product's

13  competition.  We like to change videos into commercials.

14  Q    Can you describe an example.  Like, what does it mean

15  to create a commercial?

16  A    Well, I guess one of the videos we took -- I watched it

17  recently -- was the Disneyland video.  There was a video

18  where two kids find out they're going to Disneyland, and

19  they start crying -- or Disney World.  Excuse me.  They find

20  out they're going to Disney World, and they start crying.

21  So we froze that frame right when they're screaming that

22  they found out they're going to Disneyland.  They're so

23  upset, and we turned that into a Six Flags commercial

24  because it's like the anti Disney World.

25  Q    So it was a fictional commercial that you created based

1  on --

2  A    Yeah.  It was a fictional commercial based on the

3  video, making fun of the fact that these kids hated Disney

4  World, so then we assumed it would be the best Six Flags

5  commercial ever, and we put a Six Flags banner and it's

6  like -- I think we said -- I forget exactly, like, what the

7  words are.  I'd have to see the video, but we turned it into

8  a funny commercial.

9  Q    You create characters.  There's narratives.  There's

10  commentary.

11           THE COURT:  Don't sum up.  Just ask questions.

12  BY MR. VIDAL:

13  Q    Anything besides those types of things that you've just

14  described that you do to the videos?

15  A    We would add back story.  Sometimes we'd give

16  information that you can't find just by watching the video.

17  We might research.  If the video is about a lizard or an

18  animal, we would go find fun facts about that specific

19  thing.  We would give background information.

20           We might try to follow up if we saw a video about

21  an event that happened.  We might try to see what happened

22  to the people in the video, any more information we could

23  give.  We always say, like, facts about the video that you

24  wouldn't necessarily get from watching it.

25  Q    Did you -- as part of the process did you do any

1    editing of the source videos themselves?

2    A    Yes.

3    Q    And what kind of editing was done?

4    A    You mean like we would add graphics to the source

5    video.  We would add animations onto the source video.  We

6    would play with the sound on the source video.  Sometimes we

7    would, you know, let the host do a voiceover and add voice

8    to people in the video.

9            We would take out what those people were saying

10   and then we would add in a funnier version mocking what they

11   were saying or, you know, for whatever comedic purpose add

12   in voiceovers.

13   Q    Did you ever -- what other ways did you edit the

14   videos?  Did you do anything more than -- withdraw.  How did

15   you select which portion of a video that you would use?

16   A    We selected a portion -- usually we just showed what we

17   needed to show to talk about what we wanted to talk about.

18   We would -- we looked at what the interesting part of the

19   video was to us and would take that part and play with that.

20           We could even speed up some parts, slow down some

21   parts.  But really we just wanted to show very specific

22   parts of the video that we wanted to talk about.  And

23   because our episodes are so short in nature, we always tried

24   to do that in the shortest, most concise way possible.

25           MR. VIDAL:  Thank you, Your Honor.  No further

1    questions.

2            THE COURT:  Cross-examination.

3            MS. GRANT:  Thank you, Your Honor.

4                    CROSS-EXAMINATION

5    BY MS. GRANT:

6    Q    Good afternoon, Ms. Landry.

7    A    Hi.

8    Q    Hi.  You joined Equals Three as a writer in July of

9    2014; correct?

10   A    Yes.

11   Q    So for the Equals Three episodes that are at issue in

12   this case that were broadcast before July 2014, you did not

13   write any of those episodes; correct?

14   A    Correct.

15   Q    After you joined Equals Three in July of 2014, you sat

16   down with Mr. Johnson and he told you how to write an

17   episode for the E3 show?

18   A    Correct.

19   Q    And I believe you stopped writing episodes in December

20   of 2015?

21   A    Yes, of 2015.

22   Q    So you weren't a writer for any of the episodes that

23   happened after December 2015?

24   A    Correct.

25   Q    And you worked part time at Equals Three about 15 hours

50

1   a week?

2   A    Correct.

3   Q    And during those 15 hours you would write and film two

4   E3 episodes?

5   A    Yes.

6   Q    And the only day you were physically present was on

7   Mondays when the episode was shot?

8   A    Yes, usually.

9   Q    You mentioned on direct exam that there was one person,

10  I believe Aaron Colom, whose job it was to look on the

11  internet and find videos to use in the show?

12  A    Yes.

13  Q    And typically each week Mr. Colom would send you 20

14  videos, and then you would narrow them down to the three

15  that would be featured in the Equals Three episode that

16  week?

17  A    We would narrow down to six for the two.

18  Q    I apologize.  Let me clarify that to make sure the jury

19  got it.  My bad question.  You shot two episodes per week?

20  A    Yes.

21  Q    So of the 20 videos that Mr. Colom would send you, you

22  would pick three for one episode and three for another?

23  A    Yes.

24          MS. GRANT:  Can we pull up Exhibit 114.

25  ///

BY MS. GRANT:

Q    And I believe this is an email that Mr. Colom sent to you and others with a list of the 20 videos for this particular week's episode; correct?

A    Yes.

Q    And is this pretty much how he would send you -- he would send you links to videos, and then you would watch the videos and pick the ones that you thought would be the best for the show?

A    Yes.

        MR. VIDAL:  Objection, Your Honor.  Relevance.

        THE COURT:  Well, I'll allow a little bit of questioning about it.  It's sort of background.

BY MS. GRANT:

Q    So if I understand the process that you've described, you would watch the videos, and then you would write a script?

A    Yes.

Q    So you never wrote a script and then said to Aaron, could you go out and find me a video that would fit my script?

A    Correct.

Q    So it was video first; then you wrote the script?

A    Yes.

Q    And the episodes that featured the Jukin videos at

1    issue in this case, have you watched all 40 episodes?

2    A    Not recently.

3    Q    As best as you can recall, the episodes that feature

4    the Jukin videos, they were all filmed by people other than

5    Equals Three?  Just regular people?

6    A    The source videos, yes.

7            THE COURT:  How does she know that?  I mean,

8    you've established, correctly so, that she was there for six

9    months.  Were all these 40 -- wasn't she only there for six

10   months?

11           MS. GRANT:  I think a little over that, Your

12   Honor.

13           THE COURT:  But were all these 40 made in that

14   six-month period?

15           MS. GRANT:  Let me rephrase it to make it clear.

16   BY MS. GRANT:

17   Q    For the episodes that you wrote, the Equals Three

18   episodes that you wrote, the videos that were featured in

19   the episode were filmed by other people?

20           MR. VIDAL:  Objection.  Relevance.

21           THE COURT:  Sustained.

22   BY MS. GRANT:

23   Q    In deciding what portion of the video to feature in the

24   episode, you used the parts of the original videos that were

25   funny and interesting; correct?

1   A    Yes.

2   Q    And in terms of the videos, you wanted videos that

3   would be funny and entertaining and appeal to your audience?

4   A    Yes.

5   Q    Now, the jury -- I don't think you were in the

6   courtroom for this, but the jury actually saw a video.  It's

7   called -- I think you guys called it the Resurrection, and

8   it featured a Jukin video with a bear out in a Wisconsin

9   cornfield.  Do you remember that?

10  A    Yes.

11  Q    Did you write that episode?

12  A    Yes.

13  Q    And the purpose of the host's statements about the

14  black bear getting its head stuck in a jug and being removed

15  by a crane, the purpose of the host's comments was to be

16  funny?

17  A    I don't know what specific comments -- what specific

18  comments you're talking about.

19         MS. GRANT:  Your Honor, may I approach the witness

20  to give her a copy of her deposition transcript.

21         THE COURT:  Just read it to her.

22         MS. GRANT:  Okay.  Sure.

23  BY MS. GRANT:

24  Q    Do you recall having your deposition taken?

25  A    Yes.

```
1   Q     I took your deposition?

2   A     I remember.

3             MS. GRANT:  Okay.  And that took place, just for

4   the record, on January 21st, 2016.

5             So I asked you this question on that day:

6             "Q    What was the purpose of the host's comments

7         that accompanied the black bear milk bottle rescue

8         video that was featured in the E3 show, the

9         Resurrection?

10            "A     To be funny.

11            "Q     Anything else?

12            "A     To provide information on the video."

13  BY MS. GRANT:

14  Q     Were you asked those questions and you gave those

15  answers?

16  A     Yes.

17  Q     And you were under oath?

18  A     Yes.

19  Q     You mentioned a redneck character that you created?

20  A     Uh-huh.  Yes.

21  Q     And you testified that that redneck character showed up

22  in a bunch of other episodes?

23  A     Yes.

24  Q     You also mentioned to the jury a video about a Disney

25  World surprise gone wrong?
```

1    A    Yes.

2    Q    And just for the jury's benefit -- they're going to see

3    this video -- it was a father who filmed his children in the

4    back seat of the car when he gave them tickets to Disney

5    World; correct?

6    A    Yes.

7    Q    And the little boy has the exact opposite reaction.

8    Instead of being excited, he starts crying like he doesn't

9    want to go?

10   A    Yes.

11   Q    Did you write that episode?

12   A    Yes.

13   Q    Okay.  Now, you testified that the purpose of the

14   episode of Disney World Surprise Gone Wrong, which was the

15   name of the Jukin video, was to create a fake Six Flags

16   commercial; is that right?

17           MR. VIDAL:  Objection.  Misstates her testimony.

18           THE COURT:  Well, it does misstate her testimony.

19   She didn't use the word fake.

20           MS. GRANT:  Let me rephrase.

21   BY MS. GRANT:

22   Q    Was the purpose of that episode to create a Six Flags

23   commercial?

24   A    No.

25   Q    In fact, the purpose of Six Flags, the Disney World

56

```
 1  surprise, and the little portion about -- I think the actual

 2  comment is:  Six Flags, because Disney World makes black

 3  children cry.  Disney World is for white people.

 4            What was the purpose of that part of the video?

 5            MR. VIDAL:  Objection, Your Honor.  Relevance.

 6            THE COURT:  Sustained.

 7            MS. GRANT:  Your Honor, that's the commercial.

 8            THE COURT:  I know, but the point is the jury is

 9  going to see that video, yours and the other, and you can

10  argue at the correct time.

11            This all goes to purpose.  What she thought, what

12  she thought at this point isn't as relevant as what is going

13  to be before the jury and the other evidence concerning some

14  of the other factors.

15            Any other questions?

16  BY MS. GRANT:

17  Q    The original Jukin video featuring the Disney World

18  Surprise Gone Wrong with the dad filming the kids, that

19  video in and of itself, the Jukin video, is funny; correct?

20  A    Yes.

21  Q    You also wrote an episode --

22            THE COURT:  Why is that relevant?  In other words,

23  the jury can decide if it's funny.  If she thinks it's

24  funny, it's not important.  It's for the jury to decide if

25  it's funny, if it's commentary, if it's critical, if it's
```

57

```
1   parody, if it's something else, if it's an infringement.  I
2   don't think we're getting as far as we would like with this
3   witness.  So give your next question some thought.
4              MS. GRANT:  Your Honor, with that I'm happy to --
5              THE COURT:  All right.
6              Thank you, ma'am.  You're excused.  Thank you for
7   being here.
8              THE WITNESS:  Thank you.
9              THE COURT:  Who's the next witness?
10             MR. VIDAL:  For this phase we only have two
11   witnesses, Your Honor.
12             THE COURT:  All right.  Then what's your next
13   evidence?  Are you going to play the videos?
14             MR. VIDAL:  We can play the videos now or --
15             MS. GRANT:  I think actually what we were doing,
16   we have our two witnesses and we're going to play the videos
17   so all the testimony would have been --
18             THE COURT:  Is that your agreement?
19             MR. VIDAL:  Yes, Your Honor.
20             THE COURT:  All right.  Then let's call your
21   witness.  This is all out of order.  In a case it doesn't
22   make a difference who calls the witnesses or who doesn't.
23   They've agreed to basically get the testimony of these
24   witnesses out of the way, and then we're going to have you
25   and me watch these 80 videos, because there are 40 Jukin
```

58

1    videos and then there are the 40 Equals Three.

2          The good news is that, as I said, some of them are

3    30 seconds, two minutes, three minutes.  And the reason I

4    told you that I'm going to allow each lawyer to sort of

5    argue after ten is, you know, maybe it will help your memory

6    as we go along.  It's a little unusual, but I'll do that.

7          Okay.  Call your witnesses.

8          MS. GRANT:  Yes.  Jukin Media calls Jonathan

9    Skogmo, Your Honor.

10         THE CLERK:  Step forward and stand behind the

11   court reporter.

12         JONATHAN SKOGMO, DEFENDANTS' WITNESS, SWORN

13         THE CLERK:  Please be seated.  State your full

14   name and spell it for the record.

15         THE WITNESS:  Jonathan Skogmo, J-o-n-a-t-h-a-n.

16   Skogmo, S-k-o-g-m-o.

17                    DIRECT EXAMINATION

18   BY MS. GRANT:

19   Q    Good afternoon, Mr. Skogmo.

20   A    Good afternoon.

21   Q    Can you tell the jury what your role is at Jukin Media.

22   A    I'm the founder and CEO.

23   Q    And when did you start Jukin?

24   A    I started Jukin in the year 2009, late 2009.

25   Q    And what is the nature of Jukin's business?

1   A    Our business model is to find video owners, video

2   creators, license that content, and then find different ways

3   to monetize that content on behalf of the video owner.

4   Q    And if you can tell the jury, what type of videos does

5   Jukin look for?

6   A    It's everything that's entertaining, funny, could be

7   silly, could be inspirational, could be humor.  A lot of

8   them contain, like, a magic moment in a video.

9   Q    And how did you know when you starred Jukin -- when did

10  you actually start it?  Was it in 2009?

11  A    2009, correct.

12  Q    And how did you know there was a market for these types

13  of videos to license?

14  A    I knew there was a market for these types of videos

15  because I actually was a producer and researcher, and I

16  produced a lot of clip shows.  It was everything from shows

17  of networks, working with country music, television, to True

18  TV to Discovery.

19          I produced a lot of these clip shows, and I knew

20  that this content was going to become very valuable and that

21  there was a market for this.  And I thought I could help

22  represent actual video owners and help them monetize their

23  content.

24  Q    You mentioned something that I'm not sure we've heard

25  in this case yet -- clip shows.  Can you just tell the jury

1  what a clip show is.

2  A     Sure.  A clip show is a show that contains a lot of

3  clips.  It's a format based around these clips, and in these

4  clip shows we're using slow motion, voiceover.  We're having

5  hosts.  There's sets.  There's graphics.  There's repeats of

6  the videos.  It's -- really these shows are around the

7  videos, and I'm sure you've probably seen a lot of these

8  shows before.

9  Q     When you say again clip shows, you mean they're having

10 clips of videos?

11 A     Correct.  That is correct.

12 Q     You mentioned to the jury that again you think we've

13 seen this, but maybe we haven't.  So what type of clip shows

14 are you talking about?

15 A     So shows that we actually license would be something

16 like America's Funniest Home Videos, would be Tosh.0.  MTV

17 has a show called Ridiculousness starring Rob Dyrdek.  Those

18 I would consider a clip show.

19 Q     And what about your work on clip shows led you to

20 believe there was a licensing market for viral videos?

21 A     Because I helped source a lot of these videos.  I saw

22 there was actually a demand for these videos at the end of

23 the day, and people wanted to take these videos and put them

24 on television, put them on other online shows.  Brands and

25 ad agencies were coming to these video owners.  And because

1    I had my experience, I thought I could actually help

2    represent these video owners at the end of the day.

3    Q    Have you personally negotiated licenses for clip shows?

4              MR. VIDAL:  Objection.  Relevance.

5              THE COURT:  What's the objection?

6              MR. VIDAL:  Two things, Your Honor.  It's

7    prejudicial.  The testimony that she's trying to elicit is

8    to show that a license is required when it may have not.

9    That's for the jury to decide here.  And it doesn't bear on

10   any facts at issue in this case.

11             THE COURT:  The question is how, if at all, does

12   it relate to the fourth factor?  Is that what you're getting

13   at?

14             MS. GRANT:  I think it absolutely -- the fact that

15   he has negotiated licenses.

16             THE COURT:  I know, but the fact is we know that

17   licenses are negotiated.  That's an agreed-upon fact; right?

18             MR. VIDAL:  Yes, Your Honor.

19             THE COURT:  So his personal experience with them I

20   don't think is relevant.  I'll sustain the objection.

21   BY MS. GRANT:

22   Q    You mentioned that Jukin licenses it clips to Tosh.0

23   and MTV and Ridiculousness.  Those are clip shows.  Does

24   Jukin license its videos to other TV shows?

25   A    Yeah.  Those shows that I just named were a bunch of

```
 1   clip shows very similar to Equals Three.  Other shows that
 2   we license content to is late night shows, morning shows,
 3   talk shows.  Some of these may include Jimmy Kimmel, Jim
 4   Fallon, Ellen, The View.  We do this around the world.
 5   There's a lot of these clips that we license worldwide.
 6   Q    And where does Jukin get its videos from?
 7   A    So we actually go out and create and have a team, a
 8   dedicated team.  It's not only just discovering videos, but
 9   it's actually finding the original rights holder of the
10   video.  And we are going down and tracking.  There's a team
11   of folks that are tracking the original rights holder, and
12   then at that point we have another team that goes out and
13   then actually licenses the video from the original rights
14   holder.
15   Q    Where does Jukin's business primarily come from?
16   A    Are you talking about, like, revenue?
17   Q    Yes.
18   A    So most of our business really comes from licensing at
19   the end of the day, us licensing the content out.
20   Q    And then do you have any other sources of revenue?
21   A    Yes.  There's also source of ad revenue which a lot of
22   times is based on views.
23   Q    Can you maybe describe the process.  Does a TV show
24   call you and say they want to use one of your videos, or do
25   you call one of them?
```

```
 1   A      So we get a lot of unsolicited --

 2              MR. VIDAL:  Objection.  Relevance.

 3              THE COURT:  Sustained.

 4              MS. GRANT:  Your Honor, I think this actually --

 5   the way you've defined market in the jury instructions, I

 6   actually do think this is relevant in terms of the licenses

 7   that are offered to Jukin for the content.

 8              THE COURT:  Sustained.

 9   BY MS. GRANT:

10   Q      Do you have unsolicited licenses?

11   A      We get a ton of unsolicited licenses that are coming

12   in.  They actually see these videos, and our information is

13   on these videos.  And so a lot of these videos come in

14   because again these are like everyday average people who are

15   shooting this content.  And so the companies come to us who

16   want to use this content.

17   Q      Did you ever offer to license these videos that are at

18   issue in this case to Mr. Johnson?

19              MR. VIDAL:  Objection, Your Honor.  Irrelevant.

20              THE COURT:  Sustained.

21   BY MS. GRANT:

22   Q      Focusing on the market for Jukin's videos, does Equals

23   Three's unauthorized use of Jukin's videos harm your ability

24   to get licensing revenue for these videos?

25   A      That is correct.
```

1  Q    And how does it do that?

2  A    Well, a few different things.  One way is that when Ray

3  and Equals Three actually takes a video and infringes on it,

4  it actually creates more infringement that we've seen when

5  we look at the data.  It clearly shows that once he

6  infringes --

7          THE COURT:  Wait a second.

8          When you use the word infringe, is that the

9  correct usage of infringe?

10         MR. VIDAL:  No, it's not, and I would object that

11 the answer is nonresponsive.

12         THE COURT:  But if fair use is made, it's not

13 infringement; isn't that right?

14         MS. GRANT:  Yes.  I think --

15         THE COURT:  Why are we jumping to infringement?  I

16 mean, isn't that why we're here to try the case?  There's no

17 question that this witness's company has the copyright to

18 these videos.  It's only infringed by Equals Three if they

19 use it and it doesn't qualify as fair use.  That's the whole

20 trial.

21         So if at the end of the day you don't think that

22 Equals Three fairly used the videos as I instruct you, then

23 it's infringement and you are to find for Jukin.

24         But if on the other hand you find that their use

25 was a fair use as I have instructed you and will later, then

1   it's not infringement even if they didn't get a license.

2          So I don't know why we're talking about infringing

3   at this point.  We haven't gotten to that point.

4   BY MS. GRANT:

5   Q    Aside from the issue you've just described, are there

6   any other ways that the unauthorized use harms Jukin's

7   licensing revenue?

8   A    Yes.  When we actually looked at the 40 videos, we saw

9   there was an unusual low number of licenses on these actual

10  videos.  What I mean is that our ability to license this

11  content out to third parties.  That was one way.

12         Another way there is some harm is that we're all

13  competing with eyeballs at the end of the day, and we're

14  seeing that even though Equals Three may reference a video,

15  they're often referencing a video that is another copy and

16  doesn't actually contain the Jukin information so nobody

17  would know that the video actually belongs to Jukin.

18         MS. GRANT:  Thank you, Your Honor.  That's all the

19  questions I have.

20         THE COURT:  All right.  Cross-examination.

21                    CROSS-EXAMINATION

22  BY MR. VIDAL:

23  Q    Good afternoon, Mr. Skogmo.

24  A    Good afternoon.

25  Q    You indicated a moment ago that Equals Three takes

```
1   videos that's sometimes from the Jukin source; is that
2   correct?
3   A    Do they take non-Jukin videos?
4   Q    I'm sorry.  That was a bad question on my part.  Of the
5   Jukin videos that are at issue here, sometimes Equals Three
6   has obtained that video from another source.  Is that what
7   you said -- besides an official Jukin source?
8   A    I don't think that's what I'm saying.  I think what I
9   was saying is that they will credit a non-Jukin source.
10  Q    Do you have any information as to whether that source
11  was credited because that's the source where Equals Three
12  obtained the video?
13  A    I don't know why they credited not the original video
14  owner or the original link.  I have no idea why they didn't
15  credit the right owner.
16  Q    Do you know whether Equals Three in any circumstance
17  had reviewed the video before Jukin had acquired it?
18  A    Are you asking me --
19          THE COURT:  How would he know that?
20          MR. VIDAL:  He's looked at the metrics.
21          THE COURT:  Oh, I see.
22          THE WITNESS:  Can you repeat it so I understand
23  it.
24  BY MR. VIDAL:
25  Q    Are you aware of whether these episodes that you're
```

1  saying Equals Three has miscredited, were they reviewed

2  before Jukin obtained the license from the content owner?

3  A    Well, I only know that they're miscredited because we

4  actually worked with the content owner.

5          THE COURT:  You learned that because of some

6  conversation you had with the content owner?

7          THE WITNESS:  Well, I can only comment on videos

8  that we, once we worked out a deal --

9          THE COURT:  In trials foundation is very

10  important.  Otherwise it all comes down to a conversation on

11  the sidewalk.  That's why we have this formality.

12          MR. VIDAL:  Understood.

13          THE COURT:  So we have to know why people have the

14  right to say what they're saying, all witnesses.  And it's

15  not clear to me.  Maybe you should try again.

16  BY MR. VIDAL:

17  Q    Mr. Skogmo, you indicated on your direct examination

18  that source videos used by Equals Three were miscredited.

19  How do you know that?

20  A    I know they're miscredited because we looked at the

21  data, and the data was not crediting the original rights

22  holder.

23          THE COURT:  What is data?  I mean, I don't know

24  what data means.

25  ///

1   BY MR. VIDAL:

2   Q     What data did you review?

3   A     Well, we can easily see if Ray is actually crediting

4   the right owner by looking at the information on the back.

5   Q     Where does this information come from?

6   A     Inside YouTube's CMS, which is their control management

7   system which will help us identify as the right owner.

8   Q     And are these videos that we're referring to viral

9   videos?

10  A     Define viral.

11  Q     You're in the business.  Why don't you define viral for

12  me and I'll use your definition.

13  A     I would say that a viral video is a video that gains

14  popularity in views in a very short period of time.

15  Q     Does that also mean that it's being shared in a lot of

16  places?

17  A     The original video, yes.

18  Q     All right.  You mentioned that you had a team that goes

19  out to search to internet to identify owners of videos; is

20  that correct?

21  A     That is correct.

22  Q     So it's not always easy to find who the original owner

23  of the video is; isn't that right?

24  A     It could be very difficult at times.

25  Q     So it wouldn't be surprising if somebody had credited

1    an incorrect video?

2           THE COURT:  Well, surprise has nothing to do with

3    it.  I mean, I hate to paraphrase Mae West, but that's the

4    way it is.

5           You probably don't understand that.

6           MR. VIDAL:  I do understand it.  I do understand

7    the reference.

8           I have no further questions for the witness, Your

9    Honor.

10          THE COURT:  Thank you, sir.  You may step down.

11          THE WITNESS:  Thank you.

12          THE COURT:  Call your next witness.

13          MS. BENTZ:  Your Honor, Jukin Media calls Joe

14   Moschella as the next witness.

15          THE CLERK:  Will the witness please step forward

16   and stand behind the court reporter.

17        JOSEPH MOSCHELLA, DEFENDANTS' WITNESS, SWORN

18          THE CLERK:  Please be seated.  State your full

19   name and spell it for the record.

20          THE WITNESS:  My name is Joseph Moschella.  The

21   last name is spelled M-o-s-c-h-e-l-l-a.

22                        DIRECT EXAMINATION

23   BY MS. BENTZ:

24   Q    Good afternoon, Mr. Moschella.  You work for Jukin

25   Media; is that correct?

1   A     That's correct.

2   Q     And what's your job at Jukin?

3   A     I'm the vice president and head of business and legal

4   affairs.

5   Q     What does your job entail?  What are your

6   responsibilities?

7   A     So I act as the company's attorney, but I also pride

8   myself on probably spending more time on the business side

9   than the legal.  I have both in my title, but my job is

10  finding business solutions to issues and negotiating the

11  company's licensing agreements and other deals like that.

12  Q     You said you deal with negotiating the business's

13  licenses.  Do you also deal with copyrights in some of the

14  Jukin's videos?

15  A     I do, uh-huh.

16  Q     Very quickly, you understand that Equals Three is

17  challenging the copyright on one of Jukin's videos in this

18  case?

19  A     I understand that, yes.

20  Q     And that's a video called Edelweiss Bear Take Out 2.

21  Now, the jury will get to see that video, but to refresh

22  your memory it's a video of a bear taking a trash can from a

23  restaurant?

24  A     I believe I recall that video, yes.

25           MS. BENTZ:  If you could pull up Exhibit 2,

1   please.

2   BY MS. BENTZ:

3   Q    Mr. Moschella, do you recognize what's Exhibit 2?

4   A    I recognize this.  This is a copyright registration

5   certificate.

6   Q    It's a registration certificate for Edelweiss Bear Take

7   Out?

8   A    That is correct, yes.

9   Q    Did you file for the copyright on this video?

10  A    I did file for this video.

11  Q    And where did this registration come from?

12       MR. VIDAL:  Your Honor, we don't contest the

13  certificate of registration.

14       THE COURT:  All right.  So is this an exhibit

15  number in the case?

16       MS. BENTZ:  It is number 2, Your Honor.

17       THE COURT:  It's in evidence.

18       MR. VIDAL:  It is in evidence.  We don't have

19  any -- we acknowledge that a certificate of registration was

20  issued.

21       THE COURT:  So it's agreed that Jukin has a lawful

22  registration to this video?

23       MR. VIDAL:  That's correct.

24       THE COURT:  And this is the only video of the 40

25  whose copyright validity you're challenging; correct?

```
 1            MR. VIDAL:  Yes, but there's a nuanced answer to

 2   that.  Under the fair use factors, how factual a video is

 3   and less original it is is a factor that we will argue.

 4   But, yes, in terms of contestability, this is the one.

 5            THE COURT:  So in other words, all the other

 6   videos, as I told the jury, that there's no issue that Jukin

 7   has the copyright and it has a copyright to this too.  But

 8   your position is notwithstanding the copyright, it still

 9   doesn't qualify as a protected video?

10            MR. VIDAL:  Correct.

11            THE COURT:  Okay.  All right.  So Exhibit 2 is in

12   evidence.

13            MS. BENTZ:  Thank you, Your Honor.

14   BY MS. BENTZ:

15   Q    And Mr. Moschella, we'll move on.  You also mentioned

16   your licensing duties at Jukin.

17   A    That's correct.

18   Q    Can you tell the jury what the market is for Jukin's

19   videos.

20   A    Well, Jukin has a very broad market for its videos.  We

21   license the videos extensively.  In my time at Jukin I have

22   negotiated, drafted, and executed nearly 300 licenses with

23   television stations, television networks such as ABC, CBS,

24   NBC, and Univision, and in addition to that television

25   programs such as Tosh.0 and Ridiculousness.
```

```
 1              MR. VIDAL:  Your Honor, I want to object
 2   because --
 3              THE COURT:  You know, all you have to do is make
 4   an objection, state the legal grounds, and allow me to rule.
 5              MR. VIDAL:  Yes, Your Honor.  Relevance.  This
 6   goes to the issue -- I know they're trying to get into the
 7   issue of market harm, but the particular type of market that
 8   we're addressing is not --
 9              THE COURT:  Don't argue the objection.  You're
10   saying relevance?
11              MR. VIDAL:  Correct.
12              THE COURT:  Sustained.
13              MS. BENTZ:  Thank you.
14   BY MS. BENTZ:
15   Q    Mr. Moschella, now I want to talk to you a little bit
16   about Equals Three's use of Jukin's videos as it relates to
17   market harm specifically.
18              MS. BENTZ:  Chris, if we could pull up what is
19   Exhibit 95, please.  Thank you.  If you could back up to the
20   broader Exhibit 95.  Thank you.
21   BY MS. BENTZ:
22   Q    So, Mr. Moschella, have you seen this before?
23   A    I haven't seen this specific document, but I have seen
24   pages that appear in this manner.  It appears to be a
25   YouTube page for a Rayborn Johnson video.
```

1   Q     So this would be how the Equals Three show would appear

2   to somebody watching it on YouTube; correct?

3   A     Right.

4   Q     Okay.  This particular video which is called I Have

5   Super Powers, which the jury will also get to watch,

6   features a Jukin video where a man is jumping on the

7   trampoline.  The trampoline breaks.  He falls off, and his

8   dog jumps on him.

9         So you'll see a reference that Chris has

10  highlighted for us here to trampoline double fail.  That is

11  in essence the video that -- well, let me ask you.  Do you

12  have an understanding of what that link is?

13  A     It appears to be YouTube link.  I can't tell to what

14  it's directed because it's truncated and has no identifying

15  information other than the title.

16  Q     But it doesn't make any reference to Jukin; is that

17  right?

18  A     It does not.

19        MR. VIDAL:  Objection, Your Honor.  Relevance

20  where the links go to.

21        THE COURT:  I don't know what this is all about.

22  I'm lost here.  I don't know what I'm looking at.  I'm just

23  listening and hoping that eventually I better understand the

24  testimony so I can do my job.

25  BY MS. BENTZ:

1    Q    Mr. Moschella, do you understand one of the issues in

2    this case is whether Equals Three misdirects traffic?

3            MR. VIDAL:  Objection.  Leading, and there's no

4    relevance.  There's nothing under this phase of the case

5    that deals with where --

6            THE COURT:  I'll sustain the objection at least as

7    to the form of the question.

8            MS. BENTZ:  Chris, if you can pull up Exhibit 83,

9    please.

10   BY MS. BENTZ:

11   Q    Mr. Moschella, are you familiar with this document?

12   A    Yes, in the same manner as previously stated.

13   Q    So for the benefit of the jury, this is how the Equals

14   Three show would present to somebody watching it on YouTube?

15   A    That's correct.

16   Q    Okay.

17           MS. BENTZ:  Chris, if you can blow up Exhibit 83,

18   the links at the bottom.

19   BY MS. BENTZ:

20   Q    Mr. Moschella, do you see any reference to Jukin there?

21           MR. VIDAL:  Objection.  Relevance.

22           THE COURT:  I can't even -- I still don't know

23   what this is about.

24           MS. BENTZ:  Your Honor, it goes to market

25   substitution, one of Equals Three's arguments.

```
 1              THE COURT:  What's your objection?

 2              MR. VIDAL:  It's not relevant.  What a link

 3   credits or what it says has nothing to do with whether

 4   Equals Three made a fair use of the videos or not.

 5              THE COURT:  What counsel said among other factors

 6   is whether actually the fourth factor was the effect of the

 7   use upon the potential market for or value of the

 8   copyrighted work.

 9              I thought from the opening statement that there

10   was going to be some attempt at establishing that the number

11   of people who sought licenses went down after these Equals

12   Three videos were shown.  Was that it?

13              MS. BENTZ:  That's correct, Your Honor.

14              THE COURT:  Was this relevant to that?

15              MS. BENTZ:  It is, Your Honor.  We're trying to

16   lay the foundation for that.

17              THE COURT:  I thought there was going to be -- is

18   he the witness who's going to talk about some chart that he

19   did or some -- isn't that the witness that is going to --

20   who allegedly did some internet survey or YouTube survey or

21   something?  It's not this witness; is it?

22              MS. BENTZ:  It is not Mr. Moschella, Your Honor.

23   It's our witness John Grande, who will be the next witness.

24              THE COURT:  So why can't we do it through him?

25              MS. BENTZ:  Well, Mr. Grande's expertise is in the
```

```
 1    data analytics.  Mr. Moschella actually as part of his

 2    business role encounters these pages, these links in his

 3    responsibilities.

 4              THE COURT:  Wait just one second.  You'll have to

 5    get back to this.  I don't understand it, and I don't want

 6    to take the jury's time with this now.  Have this witness

 7    available if we have to re-call him.

 8              MS. BENTZ:  Understood, Your Honor.

 9              That's all I have at this time.

10              THE COURT:  Thank you, sir.  You have to wait

11    around a while.  You may be re-called.

12              THE WITNESS:  Thank you, Your Honor.

13              THE COURT:  Okay.  Let's play some of the videos

14    now.

15              MS. BENTZ:  Your Honor, we have one other witness.

16              THE COURT:  Oh, you have that other witness.

17    Okay.

18              MS. GRANT:  So Jukin calls John Grande.

19              THE COURT:  Okay.

20              MS. GRANT:  Your Honor, for this particular

21    witness he's going to have to use the Excel.  Is there any

22    way we could maybe just take our afternoon break so he can

23    set up?  I don't think the system is set up.

24              THE COURT:  Okay.  We'll take ten minutes and then

25    go on.
```

```
 1                    (Recess taken at 3:05 p.m.;

 2                proceedings resumed at 3:20 p.m.)

 3                        (Jury present)

 4            THE COURT:  I understand that the next witness is

 5  slightly delayed, so we're going to use the time to make

 6  some inroads in the videos.  So we're going to play the

 7  first ten videos side by side so we don't waste time.

 8            So which video is being played first?

 9            MR. VIDAL:  So we're going to go through a group

10  of ten.  I'll introduce them.  I can list them now if you

11  prefer.

12            THE COURT:  Let's just do each one.  Are they

13  going to come up ten in a row?  Is that the idea?

14            MR. VIDAL:  I'll come back just so we have it on

15  the record.

16            So the first video, we'll show the Jukin video

17  first, and then we'll show the episode of Equals Three.

18            THE COURT:  Okay.

19            MR. VIDAL:  The first video we'll show is the

20  Freak Basketball Shot Saves Aussie Dad.

21            I'm sorry.  These are in alphabetical order;

22  aren't they?

23            I apologize.  That's not correct.  The episode,

24  it's the Resurrection, is the episode that we're showing.

25  And I believe the Jukin video is called Wisconsin Lumberjack
```

1    Rescues Black Bear with the Milk Can -- Black Bear Milk

2    Bottle.  The Jukin Black Bear Milk Bottle video will be

3    shown first.

4              MS. GRANT:  Just so I can make the record clear,

5    the E3 episode is going to be played, the entire episode,

6    but only the Jukin video with the bear with the milk jug is

7    going to be shown.  That's the only Jukin video at issue in

8    that episode, I should say.

9              THE COURT:  Okay.

10             *(Videotape being played)*

11             MR. VIDAL:  Now we'll show the Equals Three

12   episode, the Resurrection.

13             *(Videotape being played)*

14             THE COURT:  You don't have to see it twice.

15             The next one.

16             MR. VIDAL:  We're moving on to the Jukin video,

17   Guy Tries to get Back in Kayak.  Our video is How to Sink a

18   Ship.  Is there two in that one?

19             This is the Jukin video.  It's Exhibit 395.

20             *(Videotape being played)*

21             MR. VIDAL:  Now this is the Jukin video, How to

22   Sink a Ship, Exhibit Number 215.

23             *(Videotape being played)*

24             MR. VIDAL:  All right.  Now we're going to look at

25   the Jukin Blazing Crow.  It's Exhibit 178.

1           *(Videotape being played)*

2           MR. VIDAL:  I misspoke.  The title of this video

3    was Insane Dodgeball Kill.  The exhibit reference was

4    correct.

5           This is the E3 episode Blazing Crow, Key & Peele,

6    Exhibit No. 217.

7           *(Videotape being played)*

8           MR. VIDAL:  Now we're going to watch Exhibit 194,

9    the Jukin video Smith & Wesson tree fail.

10          *(Videotape being played)*

11          MR. VIDAL:  And the Equals Three video How to

12   Shoot Up in the Woods, Exhibit 216.

13          *(Videotape being played)*

14          MR. VIDAL:  Next is Exhibit 213, the Jukin video

15   Girl Freaks Out Over Flu Shot.

16          *(Videotape being played)*

17          MR. VIDAL:  Now the Equals Three episode You'll

18   Never Take Me Alive, Exhibit 218.

19          *(Videotape being played)*

20          MR. VIDAL:  Now looking at Exhibit 200, the Jukin

21   episode Turkish Ice Cream Man Trick.

22          *(Videotape being played)*

23          MR. VIDAL:  And the Equals Three episode Man

24   Versus Gravity, Exhibit 219.

25          *(Videotape being played)*

```
 1            MR. VIDAL:  The Jukin episode Live Show with my
 2   Cat, Exhibit 175.
 3            (Videotape being played)
 4            MR. VIDAL:  The Equals Three episode Armed and
 5   Dangerous, Exhibit 220.
 6            (Videotape being played)
 7            MR. VIDAL:  Jukin Exhibit 202, Ducklings Being
 8   Driven into a Barn.
 9            (Videotape being played)
10            Equals Three episode Nazi Duck Toilet Paper
11   Assault, Exhibit 221.
12            (Videotape being played)
13            MR. VIDAL:  This next video we're watching is
14   Jukin Exhibit -- there will be two Jukin videos that we'll
15   watch.  This is Exhibit 186.  First one is Boy Falls for the
16   Ice Cream Van.
17            (Videotape being played)
18            MR. VIDAL:  And Groom Drops Bride.
19            (Videotape being played)
20            MR. VIDAL:  And now the Equals Three episode Drunk
21   Babies, Exhibit 222.
22            (Videotape being played)
23            MR. VIDAL:  Exhibit 190, Jukin video Why You Don't
24   Put Knives in Toasters.
25            (Videotape being played)
```

1          MR. VIDAL:  Equals Three video Guy Sticks Knife in

2    Toaster, Exhibit 223.

3               *(Videotape being played)*

4          MR. VIDAL:  That's the first group of ten.

5          THE COURT:  Let me suggest this.  Of course, I

6    haven't seen these all before.  Why don't you play another

7    five.  I'm amending the schedule a little bit.

8          MS. GRANT:  Your Honor, is there any way that we

9    could just limit the E3 episode to the Jukin video at issue?

10   It would drastically shorten this, and I think it might make

11   it easier for the jury to kind of keep track of what is

12   actually at issue, because right now we're seeing a lot of

13   things that are completely irrelevant.

14         THE COURT:  I mean, I don't know.  I mean, it's

15   the entire video, isn't it, that from your standpoint that's

16   important -- or not?

17         MR. VIDAL:  I think it is.

18         THE COURT:  All right.  Then we have to see the

19   whole video.  That's the comparison.

20         Okay.  Keep going.

21         MR. VIDAL:  I will.

22         MS. GRANT:  Your Honor, I did want to let you know

23   our witness is here.

24         THE COURT:  Okay.

25         You know, members of the jury, I know this is

```
 1   somewhat straining, but we have to grin and bear it.

 2   There's no other way.  If there was another way, I would

 3   have thought of it.  It's just one of those situations where

 4   we have to endure, so endure we will.

 5             MR. VIDAL:  This is Jukin's Exhibit 177, Bear

 6   Thief.

 7             (Videotape being played)

 8             MR. VIDAL:  This is Equals Three video, Exhibit

 9   224, Bear Thief.

10             (Videotape being played)

11             MR. VIDAL:  Jukin Exhibit 211.  This is Wiener

12   Crabs.

13             (Videotape being played)

14             MR. VIDAL:  Equals Three episode Wiener Crabs,

15   Exhibit 225.

16             (Videotape being played)

17             MR. VIDAL:  Your Honor, we had a little bit of

18   technical difficult with these last two videos.  The sync is

19   off somehow and are playing a little bit jerky.

20             So it's your position you want to play them both

21   over again?

22             MS. GRANT:  No.  I just said at the end you just

23   reset it.

24             (Videotape being played)

25             MR. VIDAL:  Your Honor, I'm going to reset this
```

84

```
 1    for a moment so that we can hopefully get the audiosync back

 2    up correctly.

 3              THE COURT:  Okay.

 4              MR. VIDAL:  This is Jukin video, Exhibit 210, Kid

 5    Not Happy Momma's Having a Baby.  Did I get it wrong?

 6              MS. GRANT:  Mommy's Big Secret; This is a Must

 7    See.

 8              MR. VIDAL:  Mommy's Big Secret; This is a Must

 9    See.

10              (Videotape being played)

11              MR. VIDAL:  Equals Three's episode Train Orgasm

12    video, Exhibit 226.

13              (Videotape being played)

14              MR. VIDAL:  You Can Be Fishing for Piranhas,

15    Exhibit 198.

16              (Videotape being played)

17              MR. VIDAL:  Equals Three episode Killer Fish,

18    Exhibit 227.

19              (Videotape being played)

20              MR. VIDAL:  Exhibit 189, Girls Tutorial Hair Burn,

21    Jukin video.

22              (Videotape being played)

23              THE COURT:  Didn't we see this one already?  I

24    thought we had seen this somewhere before.

25              MR. VIDAL:  Did we see our episode or both?
```

```
 1              THE COURT:  I think we saw both; didn't we?

 2              MR. VIDAL:  Do you want me to show one more,

 3    Your Honor, or do you want to stop here?

 4              THE COURT:  Show one more.  That will be 16;

 5    right?

 6              MR. VIDAL:  Yes.

 7              THE COURT:  Show one more.

 8              MR. VIDAL:  All right.  This is Guy Falls off

 9    Trampoline and Humped by Dog, Exhibit 196, the Jukin video.

10              (Videotape being played)

11              MR. VIDAL:  Equals Three episode, I Have Super

12    Powers, Exhibit 229.

13              (Videotape being played)

14              THE COURT:  Is that it?

15              MR. VIDAL:  It is.

16              THE COURT:  Members of the jury, it's just about

17    the time that I said we would conclude the session.  It's a

18    few minutes after 5:00.  I know it's been a long day.  My

19    hope is that the issue of fair use will be presented to you

20    by the lawyers tomorrow sometime.

21              In other words, I hope that we are able to finish

22    the evidentiary part tomorrow morning and then have the

23    lawyers argue.  I told you that I had planned on having

24    these mini arguments, but I may -- I have to think about

25    it -- revise that thinking.
```

```
 1            It's not any fault of the lawyers.  It was my
 2    idea, and it may be that it wasn't such a good idea to begin
 3    with.  So I'll have to rethink it.
 4            In any event, my hope is that sometime by midday
 5    or thereafter you will hear each side try to persuade you as
 6    to their view of what is or isn't fair use.
 7            And again the admonition.  Don't discuss the case
 8    with each other or anyone else at home.  Don't access the
 9    internet or any other media.  We start promptly at 9:00.  I
10    am trying my best to keep things moving.  I try to put
11    myself in your position.
12            This is what I do for my livelihood, so, you know,
13    I'm used to sitting for a long period of time, but you may
14    not.  I realize it's somewhat uncomfortable, but we all
15    appreciate your effort and we're doing our best to present
16    the case to you fairly and economically so that you can make
17    the right choice.
18            So have a pleasant evening.  We start promptly at
19    9:00.  So if one of you is late, we can't begin.  We have to
20    have all of you present.
21            Okay.  Thank you.
22                      (Jury not present)
23            THE COURT:  I have some issues to take up with the
24    parties.  I want to call a short recess and then do that.
25    One thing I'm not clear about, I don't recall seeing a
```

1    proposed verdict form.  Was one submitted?

2            MR. VIDAL:  There was one.

3            THE COURT:  Is that verdict form -- does it

4    require the jury to decide each video?

5            MR. VIDAL:  Well, the original jury form just

6    dealt with the 18 videos, and it did have check boxes for

7    every single video.

8            THE COURT:  Is that the way you want it, or do you

9    want it, you know, up or down?

10            MS. GRANT:  I think, Your Honor, it would be

11    appropriate since all 40 videos are at issue, I think the

12    appropriate thing to do and what we would ask is that the

13    verdict form say for each video, is it or is it not fair

14    use.

15            THE COURT:  Well, that may very well be what is

16    required.  It's an arduous task for the jury, and there are

17    limits to comprehension.  It's really up to them to

18    determine how far they want to tear these apart.  But it

19    seems to me that there is a thematic approach, but that

20    would be totally up or down.

21            But it may very well be that they have to decide

22    each video individually, which would just really mean that

23    you would not -- I would not allow in final argument the

24    lawyers to go through each video again, but I would allow

25    you to, you know, stress some videos as opposed to others

1   and develop themes from the videos and then entrust the jury

2   to be as diligent or not as they feel fit.

3          I can't put a gun to their head and tell them to

4   watch these videos frame by frame.  But who knows?  They may

5   want to do that.  I'm going to tell them to be

6   conscientious, but I can't tell them anything more than to

7   carefully consider the evidence as they do in every case.

8          I have some questions for you.  So take a brief

9   recess and then we'll come back.

10                 (Recess taken at 5:22 p.m.;

11                 proceedings resumed at 5:33 p.m.)

12          THE COURT:  There are a few things I want to

13   discuss with the parties so that I have some time to think

14   about them tonight.  First is that testimony that was halted

15   regarding, was it, Moschella.

16          MS. BENTZ:  Moschella.

17          THE COURT:  Yeah.  And I'd like the parties to

18   give me their positions on that point in the testimony where

19   he was about to address an email I think that described a

20   link.  And here's the way -- you, Ms. Bentz, you were the

21   one who had that witness.  So let me tell you what my sense

22   of it was and then get your input.

23          My sense was that the email indicated that in the

24   credits from the Equals Three video, it instructed the

25   viewer if they wanted the whole video or to find out more

1    about it to follow that link, and I thought your position

2    was that that link which Equals Three directed the viewer to

3    was not Jukin; and worse, it was a third party, someone who

4    was unconnected to the video.

5           And I have another question, but let me ask you:

6    Am I thinking the same way you are so far?

7           MS. BENTZ:  You are, Your Honor.

8           THE COURT:  Yeah.  And then the second point is

9    this:  That the connection that you're trying to make is to

10   lost revenue, and the argument -- and I haven't heard your

11   full argument, but the way I'm understanding it is that if

12   the link was to Jukin as you contend it should have been,

13   then someone who viewed the Equals Three video would have

14   linked up to Jukin.

15          And if they did, they would have accessed the

16   Jukin site or proposed license from Jukin.  And my quandary

17   with that is it seems like on the one hand you're saying

18   that Equals Three had no right to use that Jukin video in

19   the first place.  But then you're saying:  But since they

20   did, they had some obligation to inform the viewer that it

21   was a Jukin video.

22          And it seems like a strange argument to me because

23   you're basically -- and I'm simplifying this -- faulting

24   Equals Three for not helping you.  So give me your sense of

25   it, because that's the best I can put together.

1          MS. BENTZ:  And I don't think your summary is what
2     we intended, so I understand why you're confused.  We intend
3     two points.

4          THE COURT:  Okay.

5          MS. BENTZ:  Equals Three has made the argument
6     that they actually help us because they drive traffic to our
7     videos because they have links at the bottom.  So the first
8     point is a rather easy one, which is that's not always the
9     case.

10         THE COURT:  Why is that even relevant whether
11    Equals Three contends they help you or not?  I mean, that
12    seems somewhat beside the point.

13         MS. BENTZ:  Well, because one of the issues is are
14    they actually harming the market.  So if they're taking a
15    view of we all compete for eyeballs -- I think that's on the
16    record.

17             So if you take a viewer and they watch the video
18    on your show, Equals Three's argument was they would go to
19    the link at the bottom and then go watch the Jukin show.
20    Well, if it doesn't link to the Jukin show, obviously they
21    can't go there.  So that's the first point.

22         THE COURT:  But, I mean, so you are saying then
23    that if the viewer had the correct information and went to
24    the Jukin site, then the viewer would have -- incidentally,
25    is the Jukin video the complete video, the one we're seeing

1  now?  Is that the complete video?  I'm assuming it is pretty

2  much.

3           MS. BENTZ:  I believe it is.  There was one where

4  I think there was a technical difficulty that didn't appear

5  to be a complete one, but --

6           THE COURT:  So that is the video.  And again my

7  recollection could be faulty, but as I'm looking at these

8  videos and I'm not studying them frame by frame, it does

9  seem to me that Equals Three is not using all of the Jukin

10  video.

11           In some it may be using more than others, but I

12  didn't see a particular video where it was using all of the

13  Jukin video.  So is the point that since they're not using

14  all of the Jukin video -- that is, Equals Three isn't -- how

15  do you refer to Equals Three?  You say E3?  Is that how you

16  call it, E3?

17           MR. VIDAL:  E3.

18           THE COURT:  I'll say E3.  So the fact that E3 is

19  not using all the videos and because they have a link, that

20  sort of implies to the viewer that you're not seeing all of

21  the video.  If the viewer then followed the link and

22  assuming it was a correct link to Jukin, then the viewer, if

23  interested, would have to access the Jukin website.

24           I understand they do have a website even though

25  the president said that that wasn't the primary source of

 1   revenue.  It was licensing.  So there would be -- they would

 2   access if they were interested.  That would be a source of

 3   lost revenue, not going to the -- and then the second part

 4   seems speculative to me, but if they access the Jukin video

 5   and saw the entirety of the clip that they would be

 6   sufficiently intrigued to license it, and that's where I'm

 7   sort of seeing some sort of evidentiary separation.

 8            So do you want to address that?

 9            MS. BENTZ:  Yeah.  I think the second point of the

10   information addresses that, which is Mr. Grande is going to

11   testify about analytic data that talks about the licensing

12   revenue and shows at least a correlation between Equals

13   Three episode and other people copying the Jukin video.

14            THE COURT:  That's okay.

15            MS. BENTZ:  I'm going to get to the licensing part

16   because his next step of the data was, well, what happened?

17   Let me look at the actual licensing revenue these videos

18   received.  And he did see a difference in the licensing

19   revenue, and part of that difference is -- I don't want to

20   say based on but it clearly -- there's, like, a 10 percent

21   breaking point where videos that had over 10 percent of the

22   views on the original Jukin video had a certain licensing

23   rate.  Videos that had less than 10 percent of their

24   original views --

25            THE COURT:  What does that mean?

1          MS. BENTZ:  So when somebody goes to YouTube, they

2     watch a video.  Well, if more than 10 percent of the views a

3     video gets on YouTube are from the original video, that

4     video gets a certain licensing value, typically in the

5     thousands of dollars.

6          When a video gets less than 10 percent of their

7     views on that original video, they see a much lower

8     licensing return.  Now, it actually coincides in this case

9     with the videos that had bad links, are on the below

10    10 percent with one exception, are below the 10 percent

11    marker.

12         THE COURT:  How many of the videos are beneath the

13    10 percent?

14         MS. BENTZ:  So Mr. Grande looked at the 18 that

15    were actually at issue in the case for most of the case

16    until we expanded it to 40 last week, so he looked at the 18

17    and half of them are below ten and half of them are above

18    ten?  And there is a distinct difference in the licensing

19    revenue that was received when they were below ten and when

20    they were above ten.

21         THE COURT:  Let me ask the plaintiff:  How do you

22    respond to that?  Take the lectern so I can hear you better.

23         MR. VIDAL:  A couple of issues.  The first is

24    these links.

25         THE COURT:  Let me ask you a foundational

1    question.

2              MR. VIDAL:  Go ahead.

3              THE COURT:  I mean, I guess it's an inference that

4    if the link is to an entity other than Jukin for the

5    particular video, that it was, what, purposeful.  I mean, it

6    does appear that it's factual that the links, at least the

7    one that I saw, was not to Jukin but to some other entity.

8              MR. VIDAL:  Well, a couple of things.  First of

9    all, when you look at the links that have been highlighted

10   in these exhibits, they're a bunch of random letters that

11   don't say any particular site.  Their website URL shorteners

12   that turn a URL into a code so it's difficult to assess just

13   by reading a URL where that URL takes you to.

14             THE COURT:  What about the video itself?  Doesn't

15   the video itself when it has the credit -- is the credit on

16   the video like in a movie?

17             MR. VIDAL:  There's no credits in the video.  The

18   host -- and we heard it a number of times in the videos --

19   the host will say check out the links blow.  That's a

20   YouTube common feature where people will tell viewers to

21   look in the comments.

22             THE COURT:  That's part of my difficulty, because

23   I'm not a regular YouTube watcher, so some of the

24   terminology is not on my fingertips.  So you have to walk me

25   through it.

```
1          MR. VIDAL:  Very well.  So I think there's a

2   couple of things that are challenges with this.  Number one,

3   first of all, there's no requirement to provide credit under

4   the fair use defense.  It doesn't make our case better that

5   we provide it.  It doesn't make their case better that we

6   don't or that it's provided incorrectly.  The issue with

7   incorrect links --

8          THE COURT:  Under fair use or under internet

9   rules, is it required to give credits?

10         MR. VIDAL:  Under what --

11         THE COURT:  In other words, do you have to give

12  credits for videos?

13         MR. VIDAL:  No.

14         THE COURT:  In other words, you didn't have to

15  give a credit at all.

16         MR. VIDAL:  Correct.  But so let me just explain

17  two other I think foundational points about this.  The first

18  foundational point is Equals Three tries to -- sorry.  When

19  Equals Three reviews the video, they put the link in the

20  bottom where they found the video from.

21         You saw one or two emails where there was a list

22  of 20 videos that this Aaron Colom had found and said go to

23  this link, go to this link.  It's the links from that page

24  that end up in the YouTube page when the show is posted and

25  broadcast and available on YouTube.  So that's one thing.
```

1          The other thing is in some of these cases,

2     particularly one that's featured in Mr. Grande's now famous

3     spreadsheet, the video was reviewed by Equals Three some

4     years ago before Jukin even owned a license to it, and they

5     have gone back however they do it and obtained historical

6     data, when it was posted and how.

7          Links on the internet are prone to change, so

8     wherever this was posted from, if links are dead or changed,

9     links on the Equals Three page don't get updated over time.

10    They're static.  So when an exhibit that shows a link was

11    printed makes a big difference as to, you know, what the

12    link was or not.

13          Now, I have no evidence to say that had the page

14    been printed two years ago, there was an original video or

15    what.  I can't speak to that issue, but there is a timing

16    gap that creates a problem.

17          THE COURT:  Do I understand you to be saying that

18    the links that -- what's that fellow's name?

19          MR. VIDAL:  Colom, Aaron Colom, C-o-l-o-m, Colom.

20          THE COURT:  Colom.  He somehow discovered that the

21    credit on the E3 video for the Jukin video clip was to a

22    source other than Jukin; correct?

23          MR. VIDAL:  That's not quite what I'm saying.

24          THE COURT:  But having said that, I thought I

25    heard you to say that even if that's so, even if the credit

```
 1   was to a source like different than Jukin, I thought your

 2   argument was that it may be that at a time that was the

 3   correct source and that only later when Jukin acquired the

 4   right to it would the link have changed.

 5          MR. VIDAL:  There are numbers of reasons why links

 6   change, and I don't necessarily know.  What I'm suggesting

 7   is that the source video, the source of the video that

 8   Equals Three reviewed is the same source that's identified

 9   in the link.  Whether that was an original video or not, I'm

10   not saying that right now.  Aaron Colom finds 20 videos.  He

11   says:  Hey, guys, review these videos.  If they review one

12   of the videos --

13          THE COURT:  What is his name?  Colom?

14          MR. VIDAL:  Colom, yeah.

15          THE COURT:  Colom.  What does he say, now?

16          MR. VIDAL:  His job is to source videos.  He goes

17   and looks -- he doesn't now.  It's a different personnel.

18   But at the relevant times his job was to --

19          THE COURT:  To source videos for Jukin?

20          MR. VIDAL:  For Equals Three.

21          THE COURT:  Oh, for Equals Three.

22          MR. VIDAL:  So he finds a group of videos.  It's

23   usually about 20.  And he puts the links in an email.  So

24   Kelly Landry when she was on the stand today said that the

25   team when they create the shows watch those videos.
```

```
1              THE COURT:  Right.

2              MR. VIDAL:  So they pick one video off that list,

3    video number 15.  The link that's in that email for video

4    number 15, if they use it in the show, is the same link

5    that's posted in the show.  So all I'm saying is that the

6    source video that Equals Three used was where the video was

7    found at the time.  They don't change the source.

8              THE COURT:  So then you're saying in order to make

9    this alleged incorrect link meaningful, the proponent of the

10   evidence, Jukin, would have to show that the link was

11   different at the time that Equals Three first accessed it?

12             MR. VIDAL:  Right.  The simplest of examples is if

13   somebody clicks on one of those links and it's what we call

14   a dead link, it doesn't go to any website.  The page came

15   down or something along those lines.  We don't know that

16   that was a dead site at the time.

17             I don't know that if the site were up, it was the

18   originals and that the owner changed it.  I can't speak to

19   that issue.  All I'm saying is the links on the page, on

20   Equals Three's page, don't change, but sometimes websites do

21   change and move.

22             THE COURT:  Let me understand this mechanically.

23   This Colom, what does he do?  He sort of scans the web for

24   what he thinks might be viral videos or interesting videos?

25             MR. VIDAL:  Yes.
```

```
 1                THE COURT:  Is that his job?

 2                MR. VIDAL:  That's right.

 3                THE COURT:  And then when he finds one that seems

 4     to fit the bill, he then wants to acquire it and he goes to

 5     a link for that video?

 6                MR. VIDAL:  Correct.

 7                THE COURT:  And then when he acquires that video

 8     from -- how does he mechanically determine the link for the

 9     video?  After watching the video, the video has a link?

10                MR. VIDAL:  Well, the places he finds the videos,

11     for example, Reddit will have the URL hot link that he just

12     copies and pastes into his email, or he goes to visit the

13     browser -- I don't know because he hasn't testified

14     specifically to this -- but one way to do it would be to

15     copy the link in the browser bar.  So that could very well

16     be how he does it.

17                THE COURT:  But it's something that he observes

18     that anyone else could observe who would be interested in

19     that video?

20                MR. VIDAL:  Correct.

21                THE COURT:  And he then accesses -- I don't know

22     if that's the right word -- uses that link to get, to access

23     the video?

24                MR. VIDAL:  Correct.

25                THE COURT:  So presumably he received that video
```

1   from a source other than Jukin.

2           MR. VIDAL:  Correct, but sometimes Jukin wasn't

3   the owner of the video, and the source video --

4           THE COURT:  Let's just take a step at a time.

5           MR. VIDAL:  Correct.

6           THE COURT:  But you're saying that later on Jukin

7   did acquire the copyright to that video.  And would that --

8   when that happened, would the internet record or YouTube

9   record reflect a different link to Jukin?

10          MR. VIDAL:  I don't think so.  I don't want to

11  misquote anybody, but the way I understand it, Jukin often

12  leaves the original source video up where they found it or

13  where it was, and they may also post it on their own

14  website.  So Jukin may post it in other places, but I think

15  typically they leave untouched the original owner's website

16  or whatever link.

17          THE COURT:  I saw out of the corner of my eye -- I

18  hope I wasn't misreading it, but Mr. Skogmo, you sort of

19  agreed with that; did you?  I see you nodding your head.

20          MR. SKOGMO:  That is correct.  We don't -- we

21  leave the link alone.

22          THE COURT:  All right.  And let's leave this alone

23  just for a second.

24          The next subject I want you to address is the

25  third paragraph of instruction number seven, the one that

1   Jukin objected to.  And it is a construction as you point

2   out that does come from the Campbell case, but I'll better

3   understand the applicability of that part of the instruction

4   to the case if I understand how each side intends to argue

5   or address that.

6           So how do you understand the third paragraph of

7   instruction seven, and how would you argue in light of that?

8           MR. VIDAL:  Here's my take on this.  Under fair

9   use rules in general, there are lots of different derivative

10  market harms that are potentially available to address when

11  a fact finder or judge decides on whether on balance the

12  fair use factors apply.  The types of market harm that can

13  be recognized are narrowed when the particular type of

14  alleged fair use work involves comment and criticism.

15          THE COURT:  Stop right there --

16          MR. VIDAL:  Very well.

17          THE COURT:  -- because that's where it sort of

18  seems to become a circular kind of argument, because doesn't

19  it seem to say that if the use -- let's be specific -- by E3

20  was a parody or criticism and the jury so finds, then is

21  your argument that Jukin is limited to argue what?

22          MR. VIDAL:  Market substitution.

23          THE COURT:  Meaning what?

24          MR. VIDAL:  Meaning that if Equals Three's

25  episodes do not constitute a market substitute for the viral

1    videos, then there is no evidence of market harm.

2                THE COURT:  Say that a different way.

3                MR. VIDAL:  If somebody watches an Equals Three

4    episode and then their demand for watching that particular

5    Jukin viral video is now satisfied, they never see it again.

6    If the Equals Three episode will act as a replacement for

7    the viral video itself, then that's the cognizable market

8    harm when we're talking about critical works.

9                THE COURT:  So is that what you believe paragraph

10   three is intending to address?

11               MR. VIDAL:  I do.  I also think and I think it's

12   important to say that --

13               THE COURT:  Could you think of a way to rephrase

14   that paragraph to make it less wordy?

15               MR. VIDAL:  Maybe we can take this from a bigger

16   picture.  The way this instruction -- forget the

17   instruction.  The way I understand how the doctrine applies

18   is if you make a parodic work, somebody who also makes --

19   the original owner who also may want to make a parody can't

20   say you can't make a parody because that's my market, I

21   would make a parody with this myself if I could.  Right?

22   The derivative market has to -- is narrowed because you're

23   now talking about a different use of the work, and that's --

24               THE COURT:  I didn't follow what you just said.

25   Start again.

```
 1              MR. VIDAL:  I will.  The derivative work -- I'm
 2    sorry.
 3              THE COURT:  Don't speak in doctrinal terms.  Speak
 4    in real-life, everyday terms.  Relate it to what this case
 5    is about.
 6              MR. VIDAL:  A copyright owner can't preclude me
 7    from making a parody because they say we make parodies.
 8    That's part of our market and you took that part of the
 9    market away from us.  You can't do that because that, number
10    one, it cuts off the ability to criticize and comment.
11              THE COURT:  But why is that relevant to this case,
12    because it doesn't seem like Jukin is even suggesting that
13    it makes parodies?
14              MR. VIDAL:  Well, there is testimony that they
15    create similar types of clip shows as ours and that Equals
16    Three's usage may impact the demand for the shows.
17              THE COURT:  But is that the same as, you know,
18    it's almost like an antitrust kind of relevant market
19    argument or analysis.  If Jukin -- as best I understand it
20    so far, Jukin doesn't alter the clip.
21              In other words, it looks on the YouTube and finds
22    some video that looks like it's exciting and is marketable.
23    It goes to the creator of the video, some generally amateur
24    person, and says I'd like to buy your video or buy a license
25    in your video or something, and then they have a protectable
```

```
 1   interest.

 2          From what I can see, Jukin doesn't do anything

 3   more with that video except license it or allow viewers to

 4   access it on its website.  But mostly it has a sort of

 5   library and it markets it to movie companies, news shows,

 6   things like that unaltered.

 7          So how does this instruction really apply to this

 8   case?  They're not in the business of creating an alternate

 9   parody.

10          MR. VIDAL:  But they're trying to preclude Equals

11   Three from doing so because they license to people who do

12   that.

13          THE COURT:  But do they -- but is there evidence

14   that the people they license it to create parodies?  I mean,

15   I've heard so far -- the only evidence I've heard so far is

16   that there's sort of a scene or a clip that maybe someone

17   making a movie finds relevant, or a news show or maybe one

18   of these -- what do you call those shows?  What are they?  I

19   thought you mentioned a show, something home videos.  What's

20   the TV show?

21          MR. VIDAL:  America's Funniest Home Videos?

22          THE COURT:  America's Favorite Videos or something

23   like that, but they're not doing parodies.  I mean, Jukin is

24   not doing parodies and home videos aren't doing parodies and

25   the movies aren't doing parodies.  So where is the relevance
```

```
1   of that instruction?

2           MR. WEISS:  Your Honor, may I assist in this.

3           THE COURT:  Yes.

4           MR. WEISS:  May I take the lectern.

5           THE COURT:  Yes.

6           MR. WEISS:  Your Honor, the purpose of that jury

7   instruction is to limit the jury from considering other

8   losses outside the substitute loss.  So in other words,

9   licensing revenues would no longer be considered by the jury

10  when considering market harm.

11          THE COURT:  I'm not sure I'm --

12          MR. WEISS:  Can I have the instruction again,

13  please.

14          THE COURT:  I mean, the first two factors or first

15  two paragraphs of instruction seven are self-evident.

16          MR. WEISS:  Correct.

17          THE COURT:  It's this third paragraph that I'm

18  trying to get my arms around in a complete way.

19          MR. WEISS:  That's right.  So what this is saying

20  is that you may consider harm to the market caused by

21  usurping or displacing the demand for potential derivative

22  uses of Jukin's work, but you may not consider harm to

23  market caused by disparagement or suppression of the demand.

24          So what I'm reading this to mean is that so long

25  as we have established that there is comment and criticism,
```

```
 1    they cannot establish a market loss unless they can

 2    establish that viewers are -- that they are viewing Equals

 3    Three's videos instead of Jukin's.

 4              THE COURT:  How would you argue that in this case?

 5    I mean, the argument is going -- I mean, the evidence is

 6    going to be from Mr. Grande that following the showing of

 7    the E3 show which included a Jukin clip, there was a drop in

 8    the hits that Jukin received for that video from its site

 9    and that there was a drop in licensing fees from that video.

10              MR. WEISS:  Well, those are two different things.

11    The drop in the licensing fee, they're just drawing a

12    correlation.  There is absolutely no evidence that shows

13    that our videos were even clicked on by any of these

14    would-be third-party infringers.  And that will be part of

15    the graph and information you'll see tomorrow I guess from

16    Mr. Grande.

17              But with respect to this jury instruction, we're

18    not saying that they're not entitled to introduce the

19    evidence of those other losses.  What we're saying is that

20    the jury must be instructed that they are to disregard those

21    other losses if they find that our videos are criticism,

22    comment, or parody because it goes to weight.  This is the

23    fourth factor, so that fourth factor of market harm --

24              THE COURT:  I don't want to beat a dead horse

25    here.  I'll have to try and think about it.
```

107

1          If Jukin has further comment, I'll welcome that.

2          MS. GRANT:  Thank you, Your Honor.  I think I just

3   had an epiphany of what you're saying.  And I just was

4   reading Campbell, and what I seek -- at the end of Campbell

5   it basically talks about the derivative market, and the

6   Court pointed out that 2 Live Crew, their rap parody, they

7   did not have any evidence that their parody, their rap song,

8   harmed the non-parody Roy Orbison's Pretty Woman.

9          But here Jukin does have evidence that E3's parody

10  harms the derivative licensing market for Jukin's

11  none-parody videos.  So we're trying to do consistent with

12  Campbell and that's why this third paragraph is actually

13  inappropriate, because we do have the evidence here that was

14  lacking in Campbell as the Court pointed out.  And I think

15  that's where you were trying to go.  At least that's what I

16  was understanding.

17         THE COURT:  I'll have to give this some more

18  thought, but I wanted to get your input because I don't want

19  to delay the jury tomorrow if I have some hesitation.  There

20  isn't any meaningful way to shorten your videos; is there?

21         MR. JOHNSON:  We could go directly to the sections

22  that are in question.  That may leave out certain jokes and

23  references that we make to the video in question later.  You

24  know, later on in the video it may leave some things out.

25         THE COURT:  I mean, I thought that is part of your

```
 1   position, because I was relying on the instruction number

 2   five that I gave to the jury before the trial started.

 3            Actually instruction number six and the second

 4   paragraph reads:  Under this factor you should consider the

 5   quantity of material used by Equals Three and its quality

 6   and importance.  You should also consider whether Equals

 7   Three's use was reasonable in relation to the purpose of the

 8   copying.  And I thought given that instruction, that's why

 9   you wanted the whole of the Equals Three video shown.

10            MR. JOHNSON:  Yes, that and -- because at times in

11   the video that aren't in question, we will reference the

12   video in question.

13            THE COURT:  I see.  Okay.  That was my

14   understanding.

15            MS. GRANT:  Your Honor, again I think this is

16   actually at least from Jukin's perspective a pretty serious

17   issue in terms of relevance and prejudice, and let me

18   just --

19            THE COURT:  Yes.

20            MS. GRANT:  Because I do think this should be

21   shortened.  First of all, I think that instruction six goes

22   to the amount of the -- let's say Jukin's video was a

23   minute.  It's not how long is E3's episode.  It's -- let's

24   say Jukin's video is one minute long, and they took 15

25   seconds.
```

1          THE COURT:  I understand that, and if that's all

2    there was to it, then I would find your argument more

3    persuasive because then it would be just the whole of the

4    Jukin video and the part of the Jukin video that's in the E3

5    video, but the instruction actually says more, whether it

6    was reasonable in relation to the purpose of the copying.

7    And there it seems that we consider purpose.  It's more than

8    just what you argue.

9          MS. GRANT:  Well, let me say why I think that's

10   actually -- the purpose of taking the Jukin video was, as

11   they claim, their commentary, their parody that was in the

12   Jukin segment.

13         Here's why I think it's prejudicial and

14   irrelevant.  You told the jury that there were 80 clips that

15   they're going to be considering, but that's not true because

16   the Equals Three episode each has three clips, so that's 40

17   episodes times three.  That's 120 clips plus the original 40

18   Jukin.  That's 160 clips.  So two-thirds of the clips in the

19   E3 episodes that the jury is seeing have nothing to do with

20   this case.

21         THE COURT:  Well, there you may have a point.  In

22   other words, in terms of Equals Three having three parts to

23   the video and if the only parts of the Equals Three video

24   that refer or use part of the Jukin video is part one, let's

25   say, of three, then I think part one is relevant, not two

1    and three.

2           So in that regard it seems to me that there --

3    some editing can be done.  In other words, it may not be as

4    counsel argued that if there are three segments to every

5    Equals Three video and if the -- it certainly would be

6    relevant to show the whole of the segment that the Jukin

7    video is a part of, but it may not be for the segments that

8    the Jukin video is not either referenced or shown.

9           MS. GRANT:  That's exactly what I'm saying.  If

10   you remember, when I played the Girl Who Burned Her Hair

11   Off, I played the Jukin video and I only played for the jury

12   a part -- the entire segment where E3 used that video.  I

13   didn't play the non-Jukin videos because I think it's going

14   to be really hard for the jury to keep track.

15          THE COURT:  Well, you know something?  We can

16   correct that and we can -- I can tell the jury before they

17   deliberate that they saw some segments of the E3 video that

18   weren't entirely necessary and that in the jury room the --

19   what do you call them?  What do you call the Equals Threes?

20          MS. GRANT:  I call them E3 episodes and segments.

21          THE COURT:  Episodes and segments, that only the

22   segments of the episodes that have references or depictions

23   of the Jukin video will be presented.

24          MR. VIDAL:  Can I be heard on that.

25          THE COURT:  Yes.

```
 1              MS. GRANT:  I was just going to ask because I was

 2   going to actually -- we can't unring the bell for today, but

 3   I thought when you're considering your special instruction

 4   or your jury instruction, that it would be -- because we

 5   don't want them to base their verdict on an improper basis,

 6   which would be a non-Jukin video, of course.  So I think

 7   just the instruction should remind them that their decision

 8   in this case must only be based on E3's use of the Jukin

 9   video.  If they were going to do it on some other video,

10   that would be --

11              THE COURT:  Well, there may be a contrary

12   argument, so let me hear.

13              MR. VIDAL:  Transformation the way Ms. Grant would

14   argue it just deals with what effect, what was done to the

15   Jukin clip.  Transformation under this test factors in the

16   entire work, so it's not that the jury is seeing --

17              THE COURT:  But here's the thing.  If there are

18   three segments to an episode, and just as an example if the

19   Jukin video is shown in only one of the segments and only

20   referenced in that same segment, then isn't that the segment

21   that either transforms it or not?  Why would a section or a

22   segment that doesn't mention or show the Jukin video have

23   relevance on the transformation question?

24              MR. VIDAL:  I think the test is broader than that.

25   The episode as a whole is transformative, is part of all
```

112

 1   that.  However, I think -- not to debate the issue too much

 2   because I think from our position we can concede and show

 3   just those segments.  But the point is and the reason we

 4   wanted the whole episode shown is because we believe that

 5   the transformation applies to the whole episode, not just

 6   how the clip was used taken out of context.

 7            THE COURT:  But if segments don't reference the

 8   Jukin clip and they seem to be of a totally different

 9   subject matter -- in other words, it isn't even -- as I

10   remember looking at them, the subjects change.  As a matter

11   of fact, the woman, the standup comedian -- what was her

12   name?

13            MR. VIDAL:  Kelly Landry.

14            THE COURT:  Kelly, yeah.  She herself said that

15   there was a format to the choice of constructing these

16   segments.  In other words, I forget exactly what she said

17   but there was an order to it, and that's why they were

18   different.

19            MR. VIDAL:  Correct.

20            THE COURT:  All right.  I will see you tomorrow.

21            MR. WEISS:  Thank you, Your Honor.

22            MS. GRANT:  Your Honor, can I point out one thing.

23   If we were to shorten them to the way you're saying, instead

24   of 96 clips tomorrow, two-thirds of which would relate to

25   non-Jukin videos, we would only be showing the jury 48.

1          THE COURT:  Yeah.  All right.  Efficiency is only

2    one -- okay.  Thank you.

3               *(Proceedings adjourned at 6:22 p.m.)*

-oOo-

*CERTIFICATE*

        *I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript format is in conformance with the regulations of the Judicial Conference of the United States.*

*Date:  March 2, 2016*

                              *Lisa M. Gonzalez*
                    */s/_____*
                    *Lisa M. Gonzalez, U.S. Court Reporter*
                    *CSR No. 5920*

BY MR. VIDAL: [15]  10/6 14/18 15/6
19/4 20/17 24/10 25/3 37/9 39/3 39/19
47/11 65/21 66/23 67/15 67/25
BY MS. BENTZ: [8]  69/22 71/1 72/13
73/13 73/20 74/24 75/9 75/18
BY MS. GRANT: [29]  25/21 26/25
27/10 28/20 29/4 29/17 30/10 30/21
31/2 32/3 33/16 34/25 35/11 35/17
36/18 49/4 50/25 51/13 52/15 52/21
53/22 54/12 55/20 56/15 58/17 61/20
63/8 63/20 65/3
MR. VIDAL: [162]
MR. WEISS: [8]  105/1 105/3 105/5
105/11 105/15 105/18 106/9 112/20
MS. BENTZ: [25]  69/12 70/24 71/15
72/12 73/12 73/17 75/7 75/16 75/23
76/12 76/14 76/21 76/24 77/7 77/14
88/15 89/6 89/25 90/4 90/12 91/2 92/8
92/14 92/25 93/13
MS. GRANT: [68]  7/7 7/10 7/13 7/18
7/24 8/1 8/3 8/12 8/19 9/2 9/8 15/3
18/7 18/9 18/20 18/25 19/21 20/8
20/15 25/15 25/18 27/9 29/1 30/14
30/25 31/18 32/2 33/14 33/25 34/8
34/12 34/20 35/6 35/9 36/4 37/4 49/2
50/23 52/10 52/14 53/18 53/21 54/2
55/19 56/6 57/3 57/14 58/7 61/13 63/3
64/13 65/17 77/17 77/19 79/3 82/7
82/21 83/21 84/5 87/9 107/1 108/14
108/19 109/8 110/8 110/19 110/25
112/21
THE CLERK: [6]  37/23 38/1 58/9
58/12 69/14 69/17
THE COURT: [222]
THE WITNESS: [13]  24/5 25/16 25/19
36/6 37/1 38/3 57/7 58/14 66/21 67/6
69/10 69/19 77/11

**$**
$350 [1]  35/3

**-**
-oOo [2]  4/3 114/2

**/**
/s [1]  114/15

**1**
10 [1]  3/5
10 percent [8]  92/20 92/21 92/23 93/2
93/6 93/10 93/10 93/13
114 [2]  29/19 50/24
12 million [1]  27/15
120 [1]  109/17
14-CV-09041-SVW-AFM [1]  1/8
1400 [1]  2/10
15 [5]  49/25 50/3 98/3 98/4 108/24
16 [1]  85/4
160 [1]  109/18
17 [1]  34/24
175 [1]  81/2
177 [1]  83/5
178 [1]  79/25
18 [6]  19/16 33/15 34/13 87/6 93/14
93/16
186 [1]  81/15
189 [1]  84/20
190 [1]  81/23
194 [1]  80/8

196 [1]  85/9
1:11 [1]  4/2

**2**
20 [10]  7/24 32/9 40/6 40/7 50/13
50/21 51/3 95/22 97/10 97/23
200 [1]  80/20
2009 [4]  58/24 58/24 59/10 59/11
2013 [1]  6/7
2014 [4]  39/24 49/9 49/12 49/15
2015 [3]  49/20 49/21 49/23
2016 [4]  1/17 4/1 54/4 114/13
202 [1]  81/7
20s [1]  19/18
210 [1]  84/4
211 [1]  83/11
213 [1]  80/14
213.894.2979 [1]  1/24
214 [1]  14/2
215 [1]  79/22
216 [1]  80/12
217 [1]  80/6
218 [1]  80/18
219 [1]  80/24
21st [1]  54/4
220 [1]  81/5
221 [1]  81/11
222 [1]  81/21
223 [1]  82/2
224 [1]  83/9
225 [1]  83/15
2250 [1]  2/5
226 [1]  84/12
227 [1]  84/18
229 [1]  85/12
24 [1]  19/17
25 [2]  3/5 19/17
276 [1]  27/10
28 [1]  114/7
2950 [1]  2/6

**3**
30 [1]  58/3
300 [1]  72/22
300-2950 [1]  2/6
30s [1]  19/18
310 [1]  2/6
312 [1]  1/23
35 [1]  19/17
37 [1]  3/5
3736 [1]  2/11
39 [1]  3/6
395 [1]  79/19
3:05 [1]  78/1
3:20 [1]  78/2

**4**
40 [16]  29/11 35/14 35/19 36/10 36/23
52/1 52/9 52/13 57/25 58/1 65/8 71/24
87/11 93/16 109/16 109/17
415 [1]  2/11
438 [1]  1/23
48 [1]  112/25
49 [1]  3/6

**5**
505 [1]  2/9
58 [1]  3/10
5900 [1]  2/4

5920 [2]  1/22 114/16
59 [1]  1/11
5:22 [1]  88/10
5:33 [1]  88/11

**6**
65 [1]  3/10
653-3736 [1]  2/11
69 [1]  3/12
694 [1]  6/7
6:22 [1]  113/3

**7**
714 [1]  6/7
753 [1]  114/6

**8**
80 [2]  57/25 109/14
83 [2]  75/8 75/17

**9**
90012 [1]  1/23
90036 [1]  2/5
94111 [1]  2/10
95 [2]  73/19 73/20
96 [1]  112/24
9:00 [2]  86/9 86/19

**A**
Aaron [6]  40/6 50/10 51/19 95/22 96/19
97/10
ABC [1]  72/23
ability [3]  63/23 65/10 103/10
able [3]  21/21 44/8 85/21
about [74]  4/17 5/7 6/10 6/25 8/6 8/14
8/25 9/11 9/16 10/9 10/14 11/17 13/13
13/24 14/1 14/15 15/4 16/2 16/6 16/14
18/22 27/2 31/13 34/3 36/1 36/20 37/4
38/10 40/9 40/9 41/2 41/3 41/23 42/1
42/24 44/25 46/8 47/17 47/18 47/20
47/23 48/17 48/17 48/22 49/25 51/13
53/13 53/18 54/24 56/1 60/14 60/19
62/16 65/2 73/16 74/21 75/23 76/18
85/16 85/24 86/25 88/14 88/19 89/1
92/11 92/11 94/14 95/17 97/23 102/8
102/23 103/5 106/25 107/5
above [3]  93/17 93/20 114/9
above-entitled [1]  114/9
ABRAMS [1]  2/3
absolutely [3]  12/21 61/14 106/12
accent [2]  43/8 43/10
accentuate [1]  12/2
access [6]  86/8 91/23 92/2 92/4 99/22
104/4
accessed [2]  89/15 98/11
accesses [1]  99/21
accompanied [1]  54/7
accurate [1]  23/11
acknowledge [1]  71/19
acquire [1]  99/4 100/7
acquired [2]  66/17 97/3
acquires [1]  99/7
act [5]  13/1 41/11 41/19 70/7 102/6
action [1]  12/21
actions [2]  12/19 13/14
actor [1]  25/25
acts [1]  11/6
actual [4]  56/1 59/22 65/9 92/17
actually [41]  5/12 7/21 8/14 11/1 25/5
30/17 31/11 35/23 53/6 57/15 59/10

**A**

actually... [30]  59/15 60/15 60/22 61/1
62/7 62/9 62/13 63/4 63/6 63/12 64/3
64/4 65/8 65/16 65/17 67/4 68/3 76/6
77/1 82/12 90/6 90/14 93/8 93/15
107/12 108/3 108/16 109/5 109/10
111/2
ad [2]  60/25 62/21
add [11]  12/3 41/3 41/13 41/16 42/17
47/15 48/4 48/5 48/7 48/10 48/11
adding [1]  36/21
addition [1]  72/24
address [6]  88/19 92/8 100/24 101/5
101/10 102/10
addresses [2]  18/13 92/10
addressing [1]  73/8
adjourned [1]  113/3
admitted [1]  33/24
admonition [1]  86/7
advantage [2]  4/13 6/1
advertising [1]  26/23
affairs [1]  70/4
affect [3]  22/20 44/10 44/11
afield [1]  18/8
AFM [1]  1/8
after [12]  12/23 14/13 19/17 23/19
23/24 24/2 49/15 49/23 58/5 76/11
85/18 99/9
afternoon [10]  1/15 10/8 25/23 49/6
58/19 58/20 65/23 65/24 69/24 77/22
again [16]  9/5 31/16 32/25 44/25 60/9
60/12 63/14 67/15 83/21 86/7 87/24
91/6 102/5 102/25 105/12 108/15
agencies [1]  60/25
ages [1]  19/16
ago [4]  27/14 65/25 96/4 96/14
agreed [4]  57/23 61/17 71/21 100/19
agreed-upon [1]  61/17
agreement [4]  34/2 34/3 34/4 57/18
agreements [2]  34/7 70/11
ahead [3]  34/12 39/1 94/2
aids [1]  45/25
al [1]  1/9
alert [1]  6/18
Alive [1]  80/18
all [74]  7/19 8/21 9/3 9/11 9/13 11/16
12/15 13/13 13/22 15/8 16/23 17/24
18/19 19/14 21/4 25/15 28/12 34/7
35/14 36/6 36/20 37/5 37/13 37/23
40/20 44/14 44/16 52/1 52/4 52/9
52/13 56/11 57/5 57/12 57/17 57/20
57/21 61/11 65/12 65/18 65/20 67/10
67/14 68/18 71/14 72/5 72/11 73/3
74/21 77/9 79/24 82/6 82/18 85/8
86/14 86/20 87/11 90/15 91/9 91/12
91/14 91/19 91/20 94/9 95/3 95/15
98/5 98/19 100/22 108/21 109/1
111/25 112/20 113/1
alleged [2]  98/9 101/14
allegedly [1]  76/20
allow [6]  51/12 58/4 73/4 87/23 87/24
104/3
allowed [2]  8/22 39/15
allowing [1]  38/21
allows [1]  40/24
almost [1]  103/18
alone [3]  43/1 100/21 100/22
along [3]  45/11 58/6 98/15
alphabetical [1]  78/21
already [2]  40/18 84/23

also [22]  4/7 7/11 9/13 14/10 14/13
15/22 18/25 21/15 26/10 42/19 59/21
62/21 68/15 71/17 72/15 74/5
100/13 102/11 102/18 102/19 108/6
alter [1]  103/20
alternate [1]  104/8
alternative [2]  32/14 32/17
although [2]  4/8 20/23
always [5]  41/5 47/23 48/23 68/22 90/8
am [3]  26/3 86/10 89/6
amateur [1]  103/23
Amazon [1]  26/19
amending [1]  82/7
Amendment [1]  9/13
America's [3]  60/16 104/21 104/22
among [2]  28/10 76/5
amount [5]  9/23 23/15 23/17 41/7
108/22
analysis [1]  103/19
analytic [1]  92/11
analytics [4]  19/9 21/24 22/2 77/1
anchors [2]  40/18 40/18
Angeles [4]  1/16 1/23 2/5 4/1
animal [5]  11/20 11/21 13/20 13/21
47/18
animations [3]  41/16 45/8 48/5
another [11]  13/11 26/20 32/19 50/22
62/12 65/12 65/15 66/6 82/6 83/2 89/5
answer [9]  20/4 27/8 36/6 36/25 41/1
41/23 45/7 64/11 72/1
answered [1]  36/24
answers [1]  54/15
anti [2]  46/11 46/24
anti Disney [1]  46/24
antitrust [1]  103/18
any [43]  5/20 12/14 16/9 18/1 19/6 20/7
21/7 21/7 21/24 23/21 32/11 33/11
33/24 34/3 35/19 35/21 36/22 37/7
40/12 43/19 47/22 47/25 49/13 49/22
56/15 61/10 62/20 65/6 66/10 66/16
71/19 74/16 75/20 77/21 82/8 86/1
86/4 86/9 94/11 98/14 106/13 107/7
107/20
anybody [1]  100/11
anyone [2]  86/8 99/18
anything [8]  4/20 7/16 11/9 47/13 48/14
54/11 88/6 104/2
anywhere [2]  33/7 33/12
apart [1]  87/18
apologize [2]  50/18 78/23
appeal [1]  53/3
appear [5]  44/18 73/24 74/1 91/4 94/6
APPEARANCES [1]  2/1
appeared [1]  18/1
appears [3]  6/8 73/24 74/13
applicability [1]  101/3
applies [2]  102/17 112/5
apply [2]  101/12 104/7
appointment [2]  21/5 24/18
appreciate [1]  86/15
approach [2]  35/10 53/19 87/19
appropriate [2]  87/11 87/12
arduous [1]  87/16
are [94]  4/11 6/16 10/12 10/20 12/4
13/18 18/6 18/6 19/18 20/24 21/1 22/5
24/6 24/15 24/16 24/18 24/23 25/24
25/25 26/6 26/13 28/5 28/11 28/25
29/9 29/11 34/7 35/19 36/8 36/23
42/14 47/7 48/23 49/11 57/13 57/25
58/1 58/2 60/6 60/14 61/17 61/23

62/10 62/11 62/16 63/7 63/11 63/14
63/21 65/3 65/10 65/15 65/19 66/5
66/18 66/25 68/8 70/5 75/11 78/12
78/21 82/13 83/19 85/21 87/11 87/16
88/12 89/6 89/7 90/13 90/22 93/3 93/9
93/10 93/12 93/17 93/17 95/2 96/7
96/8 97/5 101/9 101/10 101/13 104/18
105/15 106/2 106/2 106/10 106/20
106/21 107/22 110/4 111/17
aren't [4]  78/22 104/24 104/25 108/11
argue [14]  9/8 20/10 35/8 56/10 58/5
72/3 73/9 85/23 101/4 101/7 101/21
106/4 109/8 111/14
argued [1]  110/4
arguing [1]  31/18
argument [15]  9/11 9/15 87/23 89/10
89/11 89/22 90/5 90/18 97/2 101/19
101/21 103/19 106/5 109/2 111/12
arguments [3]  31/25 75/25 85/24
Armed [1]  81/4
arms [1]  105/18
Army [1]  33/20
around [9]  25/9 25/11 40/7 42/15 60/3
62/4 77/11 105/18
art [1]  6/11
artist [1]  6/9
as [70]  4/21 7/15 8/24 13/14 13/14
13/18 14/4 15/25 16/18 16/18 21/14
21/14 21/25 22/13 25/11 36/14 38/7
38/9 38/13 38/13 38/21 41/23 44/15
44/25 47/25 49/8 52/3 52/3 56/12
56/12 57/2 57/2 58/2 58/6 64/19 64/22
64/25 66/10 68/7 69/14 70/7 72/6 72/9
72/23 72/25 73/16 75/6 75/12 77/1
86/5 87/25 88/2 88/2 88/7 89/12 91/7
96/11 101/1 102/6 103/15 103/17
103/19 105/25 107/14 109/10 110/3
111/18 111/25 112/9 112/10
Aside [1]  65/5
ask [13]  6/22 31/25 32/25 41/2 41/10
45/5 47/11 74/11 87/12 89/5 93/21
93/25 111/1
asked [7]  19/25 36/4 36/24 42/1 44/8
54/5 54/14
asking [3]  17/9 32/25 66/18
ass [1]  43/24
Assault [1]  81/11
asserted [1]  20/13
assess [2]  6/12 94/12
assist [1]  105/2
assumed [1]  47/4
assuming [2]  91/1 91/22
astray [1]  7/11
attempt [2]  12/14 76/10
attention [7]  4/6 4/8 9/10 23/12 23/18
27/5 27/9
attorney [1]  70/7
audience [9]  11/7 15/19 18/4 18/23
19/11 19/15 20/13 23/6 53/3
audiosync [1]  84/1
audition [1]  39/18
Aussie [1]  78/20
available [3]  77/7 95/25 101/10
average [1]  63/14
aware [1]  66/25
away [2]  11/10 103/9

**B**

Babies [1]  81/21
Baby [1]  84/5

**B**

back [20]  10/21 15/24 16/24 16/2 17/7 18/3 23/2 23/10 34/13 40/25 41/6 47/15 55/4 68/4 73/19 77/5 78/14 79/17 84/1 88/9 96/5
background [10]  8/7 8/16 8/18 12/24 13/24 24/24 25/1 38/22 47/19 51/13
bad [7]  4/12 4/24 5/10 38/17 50/19 66/4 93/9
balance [1]  101/11
banner [1]  47/5
bar [1]  99/15
bare [1]  43/24
Barn [1]  81/8
base [4]  21/22 24/19 24/19 111/5
based [23]  5/11 21/18 21/25 22/15 22/16 31/4 31/14 41/3 41/9 42/9 42/18 43/2 43/25 44/12 44/16 45/2 45/4 46/25 47/2 60/3 62/22 92/20 111/8
basic [1]  41/6
basically [5]  4/11 32/23 57/23 89/23 107/5
basing [2]  45/20 45/21
basis [3]  27/7 27/9 111/5
Basketball [1]  78/20
battle [1]  4/24
be [105]  5/22 5/22 6/3 6/11 8/9 8/12 9/3 16/19 16/23 17/19 17/19 17/20 18/15 20/9 21/8 24/8 26/9 32/8 33/6 33/21 34/4 34/12 36/17 37/3 38/10 38/22 40/2 40/14 43/1 43/18 45/17 45/19 47/4 50/15 51/8 53/3 53/15 54/10 56/13 58/13 59/6 59/7 59/7 60/15 60/16 68/24 68/25 69/18 73/24 74/1 74/13 76/10 76/17 76/23 77/11 79/2 79/5 79/7 81/14 84/14 85/4 85/19 86/2 87/10 87/15 87/20 87/21 88/2 88/5 91/5 91/7 91/11 92/1 92/2 92/5 96/17 97/2 98/24 99/14 99/16 99/18 101/13 101/19 105/9 106/6 106/14 106/14 106/20 108/20 109/3 109/15 110/3 110/3 110/5 110/7 110/14 110/23 110/24 111/4 111/6 111/8 111/10 111/11 112/8 112/25
bear [23]  16/15 16/15 17/2 17/5 32/20 33/12 33/14 43/21 43/24 53/8 53/14 54/7 61/9 70/20 70/22 71/6 79/1 79/1 79/2 79/6 83/1 83/5 83/9
bear's [2]  16/13 16/24
bears [1]  17/1
beat [1]  106/24
became [1]  39/12
because [62]  4/25 5/9 6/2 8/14 11/11 15/17 17/5 20/14 22/12 22/12 28/14 31/17 33/19 40/14 40/15 43/1 45/20 46/24 48/23 56/2 57/25 59/15 60/21 60/25 63/14 66/11 67/3 67/5 67/20 73/2 74/14 82/12 89/22 89/25 90/6 90/7 90/13 91/19 92/16 94/22 99/13 101/17 101/18 102/20 103/7 103/9 103/12 104/11 106/22 107/13 107/18 108/1 108/10 108/20 109/3 109/15 110/13 111/1 111/4 112/2 112/4
become [5]  4/24 39/8 39/23 59/20 101/18
been [9]  16/22 21/21 23/4 32/10 57/17 85/18 89/12 94/9 96/14
beer [4]  16/20 17/15 17/23 33/9
before [23]  4/6 5/14 6/18 9/2 12/10 12/22 14/15 20/10 23/13 34/4 35/4 35/20 49/5 61/16 67/4 67/13 71/21 72/3 72/6 73/22 82/6 84/24 108/4 112/20 110/16
begin [2]  86/2 86/19
beginning [2]  15/11 28/4
behalf [1]  59/3
behind [3]  37/25 58/10 69/16
being [47]  14/18 15/6 20/12 30/21 31/2 44/8 44/10 44/16 53/14 55/8 57/7 68/15 78/8 79/10 79/13 79/20 79/23 80/1 80/7 80/10 80/13 80/16 80/19 80/22 80/25 81/3 81/6 81/7 81/9 81/12 81/17 81/19 81/22 81/25 82/3 83/7 83/10 83/13 83/16 83/24 84/10 84/13 84/16 84/19 84/22 85/10 85/13
believe [12]  18/12 34/6 37/2 49/19 50/10 51/2 60/20 70/24 78/25 91/3 102/9 112/4
bell [3]  8/17 8/22 111/2
belongs [1]  65/17
below [4]  93/9 93/10 93/17 93/19
beneath [1]  93/12
benefit [2]  55/2 75/13
BENTZ [2]  2/9 88/20
BERGSON [1]  2/3
beside [1]  90/12
besides [3]  37/12 47/13 66/7
best [9]  13/16 40/21 47/4 51/8 52/3 86/10 86/15 89/25 103/19
better [5]  74/23 93/22 95/4 95/5 101/2
between [4]  19/16 24/12 36/12 92/12
beyond [2]  28/11 36/3
big [3]  84/6 84/8 96/11
bigger [1]  102/15
bill [1]  99/4
bit [12]  8/24 12/6 14/15 16/20 38/21 42/13 43/11 51/12 73/15 82/7 83/17 83/19
biting [1]  10/17
black [6]  53/14 54/7 56/2 79/1 79/1 79/2
Blazing [2]  79/25 80/5
blow [6]  15/15 30/4 34/13 34/24 75/17 94/19
blunt [1]  10/18
body [1]  6/10
Boo [1]  36/16
Boo's [1]  36/16
book [1]  36/13
both [2]  4/25 6/13 9/22 9/23 28/5 31/20 31/24 32/1 70/9 83/20 84/25 85/1
bottle [5]  17/15 33/9 54/7 79/2 79/2
bottom [4]  75/18 90/7 90/19 95/20
Boulevard [1]  2/4
boxes [1]  87/6
boy [3]  44/17 55/7 81/15
brand [1]  10/15
Brands [1]  60/24
break [1]  77/22
breaking [1]  92/21
breaks [1]  74/7
Bride [1]  81/18
brief [1]  88/8
briefly [3]  4/17 7/9 39/25
bring [5]  8/13 10/1 27/10 33/15 33/16
broad [1]  72/20
broadcast [2]  49/12 95/25
broader [2]  73/20 111/24
browser [1]  99/13 99/15

budget [1]  11/11
built [1]  36/15
bunch [3]  54/22 61/25 94/10
Burn [1]  84/20
burned [2]  31/17 110/10
Burning [3]  30/17 31/5 32/5
burns [1]  27/25
business [14]  4/16 5/8 17/19 28/6 58/25 59/1 62/15 62/18 68/11 70/3 70/8 70/10 77/2 104/8
business's [1]  70/12
buy [2]  103/24 103/24
byproduct [2]  26/9 26/10

**C**

C-a-r-i-o-u [1]  6/7
C-o-l-o-m [1]  96/19
CALIFORNIA [6]  1/2 1/16 1/23 2/5 2/10 4/1
call [16]  23/14 37/19 37/20 57/20 58/7 62/24 62/25 69/12 77/7 86/24 91/16 98/13 104/18 110/19 110/19 110/20
callbacks [1]  45/14
called [11]  14/3 14/4 33/21 43/24 53/7 53/7 60/17 70/20 74/4 77/11 78/25
calls [5]  18/21 57/22 58/8 69/13 77/18
came [3]  4/5 14/11 98/14
camera [2]  13/9 31/6
camp [4]  44/1 44/3 44/4 44/8
Campbell [5]  101/2 107/4 107/4 107/12 107/14
can [87]  5/11 5/22 6/3 6/20 7/3 7/4 7/14 8/23 8/24 8/25 14/1 14/7 15/8 18/20 18/25 19/9 19/10 20/4 22/4 22/13 24/12 27/10 27/20 27/22 27/22 28/11 29/19 30/4 30/17 31/19 33/15 33/16 34/4 34/12 34/13 34/22 34/24 34/24 34/25 36/6 36/25 37/18 38/17 39/25 43/2 43/19 45/17 45/19 46/14 50/24 52/3 56/9 56/23 57/14 58/21 59/4 59/25 62/23 66/22 67/7 68/3 70/22 72/18 74/24 75/8 75/17 77/22 78/10 79/1 79/4 84/1 84/14 86/16 89/25 93/22 102/12 102/15 104/2 105/12 106/1 110/3 110/15 110/16 110/16 110/24 112/12 112/22
can concede [1]  112/2
can't [20]  5/25 7/17 8/16 8/21 12/15 47/16 74/13 75/22 76/24 86/19 88/3 88/6 90/21 96/15 98/18 102/19 102/20 103/6 103/9 111/2
cannot [1]  106/1
car [1]  55/4
carefully [2]  31/21 88/7
Cariou [3]  5/15 5/17 6/6
carry [1]  14/20
carrying [1]  43/9
case [44]  4/23 4/25 5/14 5/19 5/20 9/16 10/13 24/8 27/24 30/16 32/17 34/11 35/4 35/19 36/23 38/8 49/12 52/1 57/21 59/25 61/10 63/18 64/16 70/18 71/15 75/2 75/4 86/7 86/16 88/7 90/9 93/8 93/15 93/15 95/4 95/5 101/2 101/4 103/4 103/11 104/8 106/4 109/20 111/8
cases [5]  5/12 5/21 96/1
cast [1]  14/14
Cat [1]  81/2
catch [1]  27/8

**C**

caught [4]  4/6 4/8 9/10 9/10
caused [2]  105/20 105/23
CBS [1]  72/23
CCRR [1]  1/22
celebratory [1]  17/7
celebrity [2]  15/13 15/14
centerpiece [1]  35/24
CENTRAL [1]  1/2
CEO [1]  58/22
certain [4]  20/13 92/22 93/4 107/22
certainly [1]  110/5
certificate [5]  71/5 71/6 71/13 71/19 114/4
certify [1]  114/6
challenge [3]  7/4 7/15 7/18
challenges [1]  95/2
challenging [2]  70/17 71/25
chance [1]  20/11
change [7]  46/13 96/7 97/6 98/7 98/20 98/21 112/10
changed [3]  96/8 97/4 98/18
character [31]  12/24 13/4 13/7 13/10 13/15 13/18 15/25 17/16 18/1 33/8 33/12 41/9 41/22 42/3 42/4 42/8 42/11 42/17 42/21 43/13 43/17 43/21 44/12 44/21 45/17 45/19 45/20 45/21 45/23 54/19 54/21
characters [16]  13/3 13/6 13/11 13/12 41/3 41/14 42/11 42/24 42/25 43/14 43/19 44/20 45/2 45/8 46/5 47/9
chart [1]  76/18
check [3]  21/3 87/6 94/19
children [2]  55/3 56/3
chipper [1]  36/16
choice [2]  86/17 112/15
choices [2]  11/22 11/23
choose [1]  40/20
Chris [4]  73/18 74/9 75/8 75/17
CHRONOLOGICAL [1]  3/2
Circuit [2]  5/14 5/20
circular [1]  101/18
circumstance [1]  66/16
circumstances [1]  23/22
cited [1]  5/12
claim [1]  109/11
clarify [2]  36/8 50/18
class [1]  39/13
clear [5]  30/20 52/15 67/15 79/4 86/25
clearly [3]  46/11 64/5 92/20
clicked [1]  106/13
clicks [1]  98/13
client's [1]  9/12
clip [22]  59/16 59/19 59/25 60/1 60/2 60/4 60/9 60/13 60/18 60/19 61/3 61/23 62/1 92/5 96/21 103/15 103/20 104/16 106/7 111/15 112/6 112/8
clips [11]  60/3 60/3 60/10 61/22 62/5 109/14 109/16 109/17 109/18 109/18 112/24
club [1]  44/16
CMS [1]  68/6
code [2]  94/12 114/7
cognizable [1]  102/7
cohesive [1]  45/15
coincides [1]  93/8
Colom [15]  40/6 50/10 50/13 50/21 51/2 95/22 96/19 96/19 96/19 96/20 97/10 97/13 97/14 97/15 98/23
come [17]  9/15 10/13 16/13 17/2 21/5 21/6 23/10 37/11 62/15 63/13 63/15 63/23
comedian [1]  14/4
comedic [1]  48/11
comedy [3]  12/2 39/12 39/14
comes [4]  18/3 22/5 62/18 67/10
comic [1]  36/13
coming [3]  22/4 60/25 63/11
comment [8]  45/10 56/2 67/7 101/14 103/10 105/25 106/22 107/1
commentaries [1]  10/22
commentary [7]  10/14 10/16 11/4 41/3 47/10 56/25 109/11
commenting [1]  40/19
comments [7]  10/11 22/16 53/15 53/17 53/18 54/6 94/21
commercial [12]  4/13 28/6 46/12 46/15 46/23 46/25 47/2 47/5 47/8 55/16 55/23 56/7
commercials [2]  12/11 46/13
common [1]  94/20
commotion [1]  13/22
companies [2]  63/15 104/5
company [6]  8/7 8/20 8/23 30/6 36/3 64/17
company's [2]  70/7 70/11
compare [2]  19/10 22/4
compares [1]  16/10
comparison [2]  16/15 82/19
compete [3]  28/22 28/24 90/15
competing [2]  38/8 65/13
competition [1]  46/13
complete [4]  90/25 91/1 91/5 105/18
completely [1]  82/13
comply [1]  6/14
composed [1]  21/14
comprehension [1]  87/17
concede [1]  112/2
concerning [1]  56/13
concise [1]  48/24
conclude [1]  85/17
conference [2]  8/15 114/11
conformance [1]  114/10
confused [1]  90/2
connection [1]  89/9
conscientious [1]  88/6
consider [9]  28/11 38/24 60/18 88/7 105/20 105/22 108/4 108/6 109/7
considered [2]  32/8 105/9
considering [4]  105/7 105/10 109/15 111/3
consistent [1]  107/11
constitute [1]  101/25
constitutes [1]  21/11
constructing [1]  112/15
construction [1]  101/1
contain [2]  59/8 65/16
contained [1]  9/22
contains [2]  10/22 60/2
contemplated [1]  35/2
contend [1]  89/12
contends [1]  90/11
content [23]  12/12 18/7 25/5 25/7 35/14 35/21 35/22 35/24 36/22 38/8 59/2 59/3 59/20 59/23 62/2 62/19 63/7 63/15 63/16 65/11 67/2 67/4 67/6
contention [1]  9/18
contest [1]  71/12
contestability [1]  72/4
context [2]  14/1 112/6

continue [1]  45/12
contrary [1]  111/11
control [2]  44/8 68/6
controlling [2]  44/1 44/17
conversation [2]  67/6 67/10
copies [1]  99/12
copy [4]  33/19 53/20 65/15 99/15
copying [3]  92/13 108/8 109/6
copyright [12]  6/1 38/11 64/17 70/17 71/4 71/9 71/25 72/7 72/7 72/8 100/7 103/6
copyrighted [1]  76/8
copyrights [1]  70/13
core [1]  38/15
corner [2]  36/13 100/17
cornfield [4]  32/20 33/12 33/14 53/9
correct [86]  7/6 10/10 10/24 14/22 15/3 15/5 20/20 24/10 25/25 26/8 26/11 26/16 26/23 27/3 27/4 27/6 27/20 28/23 29/7 29/12 29/21 29/24 30/2 30/7 30/13 30/24 32/7 32/12 32/13 32/21 32/24 33/4 33/20 34/19 35/4 35/15 35/21 36/5 49/9 49/13 49/14 49/18 49/24 50/2 51/4 51/22 52/25 55/5 56/10 56/19 59/11 60/11 60/11 63/25 64/9 66/2 68/20 68/21 69/25 70/1 71/8 71/23 71/25 72/10 72/17 73/11 74/2 75/15 76/13 78/23 80/4 90/23 91/22 95/16 96/22 97/3 99/6 99/20 99/24 100/2 100/5 100/20 105/16 110/16 112/19 114/8
correctly [2]  52/8 84/2
correlation [2]  92/12 106/12
costumes [1]  46/1
could [29]  7/20 8/1 17/18 17/19 17/20 32/25 43/1 44/7 45/23 47/22 48/20 51/20 59/6 59/7 59/7 59/21 61/1 68/24 70/25 73/18 73/19 77/22 82/9 91/7 99/15 99/18 102/13 102/21 107/21
counsel [5]  4/5 30/1 32/19 76/5 110/4
count [2]  22/21 22/23
country [1]  59/17
counts [3]  25/2 38/20 38/25
couple [8]  13/5 23/7 23/17 42/12 43/5 93/23 94/8 95/2
course [2]  82/5 111/6
court [7]  1/1 37/25 58/11 69/16 107/6 107/14 114/16
Court's [1]  6/18
Courthouse [1]  1/22
courtroom [1]  53/6
cousin [2]  13/13 13/13
Crabs [2]  83/12 83/14
crane [4]  16/11 16/14 17/18 53/15
crazy [2]  41/7 43/10
Cream [2]  80/21 81/16
create [27]  13/3 29/21 31/11 31/17 32/15 41/3 41/9 41/14 41/22 42/2 42/4 42/8 42/15 43/4 43/12 43/17 45/4 45/11 45/16 46/15 47/9 55/15 55/22 62/7 97/25 103/15 104/14
created [12]  17/24 42/11 42/16 42/21 43/19 44/12 44/23 44/24 45/17 45/19 46/25 54/19
creates [2]  64/4 96/16
creating [5]  13/3 17/15 30/4 42/2 43/14 46/5 104/8
creator [1]  103/23
creators [1]  59/2

**C**

credit [8]  66/9 66/15 94/15 94/15 95/3
95/15 96/21 96/25
credited [3]  66/11 66/13 68/25
crediting [2]  67/21 68/3
credits [6]  16/1 76/3 88/24 94/17 95/9
95/12
Crew [1]  107/6
critical [3]  6/8 56/25 102/8
criticism [6]  10/14 14/16 101/14 101/20
105/25 106/21
criticisms [1]  46/8
criticize [4]  11/18 11/21 11/21 103/10
criticized [1]  31/14
criticizes [1]  10/12
critique [2]  12/17 12/22
critiquing [1]  29/7
cross [12]  3/4 3/9 7/4 7/14 7/15 7/17
25/15 25/21 49/2 49/4 65/20 65/21
cross-examination [7]  7/4 25/15 25/21
49/2 49/4 65/20 65/21
cross-examine [2]  7/15 7/17
Crow [2]  79/25 80/5
crowd [2]  44/1 44/17
cry [1]  56/3
crying [3]  46/19 46/20 55/8
CSR [2]  1/22 114/16
curling [4]  27/24 31/15 32/6 32/15
cut [2]  6/20 12/10
cuts [1]  103/10
CV [1]  1/8

**D**

dad [2]  56/18 78/20
dance [2]  17/5 17/7
dangerous [2]  40/12 81/5
data [15]  19/9 19/12 19/15 21/24 22/2
64/5 67/21 67/21 67/23 67/24 68/2
77/1 92/11 92/16 96/6
Date [1]  114/13
day [14]  15/18 16/8 16/9 32/24 33/3
33/6 50/6 54/5 60/23 61/2 62/19 64/21
65/13 85/18
dead [5]  17/1 96/8 98/14 98/16 106/24
deal [4]  13/1 67/8 70/12 70/13
deals [3]  70/11 75/5 111/14
dealt [1]  87/6
debate [1]  112/1
December [2]  49/19 49/23
December 2015 [1]  49/23
decide [5]  56/23 56/24 61/9 87/4 87/21
decides [1]  101/11
deciding [1]  52/23
decision [1]  111/7
dedicated [1]  62/8
deeply [1]  6/19
DEFENDANT [1]  2/8
Defendants [1]  1/10
DEFENDANTS' [3]  3/9 58/12 69/17
defense [1]  95/4
define [3]  38/14 68/10 68/11
defined [2]  38/13 63/5
definitely [1]  15/13
definition [1]  68/12
delay [1]  107/19
delayed [1]  78/5
deliberate [1]  110/17
demand [5]  60/22 102/4 103/16 105/21
105/23
demo [1]  19/16
demographics [1]  19/10
depend [1]  1/2/8
depends [2]  114/25 115/19
depicted [1]  33/6
depictions [1]  110/22
deposition [3]  53/20 53/24 54/1
depth [1]  41/1
derivative [6]  101/9 102/22 103/1
105/21 107/5 107/10
describe [11]  6/23 10/15 14/7 14/17
16/5 24/12 39/25 43/23 45/1 46/14
62/23
described [5]  29/19 47/14 51/15 65/5
88/19
detail [1]  12/2
determine [2]  87/18 99/8
develop [1]  88/1
dialogue [2]  42/18 45/17
did [58]  4/17 7/4 7/19 8/14 8/25 14/16
16/5 17/4 29/8 31/4 31/5 31/11 32/11
32/14 35/20 36/2 36/2 36/3 36/9 36/11
37/11 38/12 39/8 39/23 42/6 44/18
44/23 46/6 47/25 47/25 48/13 48/13
48/14 48/14 49/12 53/11 55/11 58/23
59/9 59/9 59/12 63/17 68/2 71/9 71/10
71/11 76/19 76/20 82/22 84/5 84/25
87/6 89/15 89/20 92/18 100/7 100/19
107/7
didn't [33]  4/21 5/3 6/1 7/21 11/23
12/25 12/25 13/1 18/14 23/6 27/8
31/11 31/17 32/15 32/17 33/11 33/14
34/3 34/12 35/23 36/22 40/12 40/14
55/19 65/1 66/14 84/23 85/1 91/4
91/12 95/14 102/24 110/13
difference [7]  5/4 24/12 57/22 92/18
92/19 93/18 96/11
different [22]  13/5 13/7 28/16 29/24
30/2 34/21 34/22 37/14 41/21 44/18
59/2 64/2 97/1 97/17 98/11 100/9
101/9 102/2 102/23 106/10 112/8
112/18
difficult [3]  68/24 83/18 94/12
difficulty [2]  91/4 94/22
diligent [1]  88/2
DIRE [2]  3/4 3/9
direct [14]  3/4 3/9 7/16 7/22 9/2 10/6
10/17 16/15 29/21 39/3 50/9 58/17
67/17 69/22
directed [2]  74/14 89/2
directly [2]  22/15 107/21
discovered [1]  96/20
discovering [1]  62/8
Discovery [1]  59/18
discuss [2]  86/7 88/13
Disney [11]  46/19 46/20 46/24 47/3
54/24 55/4 55/14 55/25 56/2 56/3
56/17
Disneyland [3]  46/17 46/18 46/22
disparagement [1]  105/23
displacing [1]  105/21
dispute [1]  38/10
disregard [1]  106/20
distinct [2]  18/4 93/18
distracted [1]  6/3
distributed [1]  21/9
DISTRICT [3]  1/1 1/2 1/22
DIVISION [1]  1/3
do [124]
docent [1]  5/23
doctrinal [1]  103/3
doctrine [1]  102/17
documents [1]  3/22
Dodgeball [1]  80/3
does [42]  11/5 11/14 12/17 13/13 15/23
17/6 20/6 22/23 41/11 41/12 41/12
41/22 42/2 42/3 44/25 45/16 46/14
52/7 55/18 59/4 61/11 61/23 62/6
62/15 62/23 63/22 64/1 68/5 68/15
70/5 74/18 87/3 91/8 92/25 94/6 97/15
98/23 99/8 99/16 101/2 104/7 107/9
doesn't [21]  5/3 17/22 55/8 57/21 57/22
61/9 64/19 65/16 72/9 74/16 90/20
94/14 95/4 95/5 97/17 98/14 101/18
103/12 103/20 104/2 111/22
dog [2]  74/8 85/9
doing [14]  5/24 25/25 39/14 39/14
40/16 41/11 43/16 57/15 86/15 104/11
104/23 104/24 104/24 104/25
dollars [1]  93/5
don't [76]  4/12 4/14 4/15 5/14 6/2 6/17
7/11 7/23 8/10 9/11 11/9 11/10 11/15
20/10 24/21 24/22 24/22 28/24 29/4
29/4 33/6 33/24 34/6 35/8 36/11 38/10
42/2 47/11 53/5 53/17 57/2 61/20
64/21 65/2 66/8 66/13 67/23 68/11
69/5 71/12 71/18 73/9 74/21 74/22
75/22 77/5 77/5 77/23 78/7 79/14
81/23 82/6 82/14 86/7 86/8 86/25 90/1
92/19 94/11 95/6 96/9 97/6 98/7 98/18
98/17 98/20 99/13 99/21 100/10
100/10 100/20 103/3 106/24 107/18
111/5 112/7
done [3]  48/3 110/3 111/14
double [1]  74/10
down [16]  10/1 12/1 14/14 37/18 44/6
48/20 49/16 50/14 50/17 62/10 67/10
69/10 76/11 87/9 87/20 98/15
downhill [1]  44/15
drafted [1]  72/22
drastically [1]  82/10
drawing [1]  106/11
dress [3]  13/6 43/8 45/25
dresses [2]  16/18 16/18
drink [1]  25/17
drinker [1]  17/23
drive [1]  90/6
driven [5]  18/6 22/13 24/15 24/18 81/8
drop [4]  23/5 106/7 106/9 106/11
dropped [1]  23/8
Drops [1]  81/18
drunk [2]  44/10 81/20
Duck [1]  81/10
Ducklings [1]  81/7
due [1]  36/20
during [2]  9/8 50/3
duties [1]  72/16
Dyrdek [1]  60/17

**E**

E-3 [1]  24/7
E3 [19]  49/17 50/4 54/8 79/5 80/5 82/9
91/15 91/16 91/17 91/18 91/18 96/21
101/19 106/7 109/4 109/19 110/12
110/17 110/20
E3's [4]  14/22 107/9 108/23 111/8
each [15]  24/22 29/24 30/7 30/7 50/13
58/4 78/12 86/5 86/8 87/4 87/13 87/22
87/24 101/4 109/16
easier [1]  82/11
easily [1]  68/3

**E**

easy [2] 68/22 90/8
economically [1] 86/16
Edelweiss [2] 70/20 71/6
edit [1] 48/13
edited [1] 25/12
editing [4] 12/5 48/1 48/3 110/3
educational [1] 26/4
effect [3] 21/22 76/6 111/14
Efficiency [1] 113/1
effort [1] 86/15
efforts [1] 4/13
either [2] 110/8 111/21
elicit [1] 61/7
Ellen [1] 62/4
else [6] 33/13 41/13 54/11 57/1 86/8
99/18
email [8] 21/3 30/5 51/2 88/19 88/23
97/23 98/3 99/12
emails [1] 95/21
encounters [1] 77/2
end [12] 9/6 15/24 17/2 17/3 60/22
61/2 62/19 64/21 65/13 83/22 95/24
107/4
ended [1] 44/15
ends [1] 41/24
endure [2] 83/4 83/4
enjoy [1] 21/5
enough [2] 23/10 24/25
entail [1] 70/5
entertaining [2] 53/3 59/6
entire [9] 15/10 22/14 44/3 44/4 44/8
79/5 82/15 110/12 111/16
entirely [1] 110/18
entirety [1] 92/5
entitled [2] 106/18 114/9
entity [2] 94/4 94/7
entrust [1] 88/1
epiphany [1] 107/3
episode [72] 10/21 11/1 11/7 11/15
11/17 12/14 14/3 14/4 14/7 14/24 15/9
15/10 20/25 21/7 23/15 23/24 24/7
27/6 29/24 30/4 30/7 30/23 35/23
35/25 37/2 40/1 40/21 40/22 42/20
45/14 49/17 50/7 50/15 50/22 51/4
52/19 52/24 53/11 55/11 55/14 55/22
56/21 78/17 78/23 78/24 79/5 79/5
79/8 79/12 80/5 80/17 80/21 80/23
81/1 81/4 81/10 81/20 82/9 83/14
84/11 84/17 84/25 85/11 92/13 102/4
102/6 108/23 109/16 111/18 111/25
112/4 112/5
episodes [31] 14/1 18/2 20/19 20/24
22/21 26/22 27/13 28/14 29/20 35/13
44/18 48/23 49/11 49/13 49/19 49/22
50/4 50/19 51/25 52/1 52/3 52/17
52/18 54/22 66/25 101/25 109/17
109/19 110/20 110/21 110/22
EQUALS [90] 1/6 4/11 10/9 10/15
11/15 26/21 35/15 38/12 39/5 39/21
39/23 42/20 49/8 49/11 49/15 49/25
50/15 52/5 52/17 58/1 62/1 63/22 64/3
64/18 64/22 65/14 65/25 66/5 66/11
66/16 67/1 67/18 70/16 73/16 74/1
75/2 75/13 75/25 76/4 76/11 78/17
79/11 80/11 80/17 80/23 81/4 81/10
81/20 82/13 83/8 83/14 84/11 84/17
85/11 88/24 89/2 89/13 89/18 89/24
90/5 90/11 90/18 91/9 91/14 91/15
92/12 95/18 95/19 96/3 96/9 97/8

97/20 97/21 98/6 98/11 98/20 101/24
104/25 105/1 105/11 105/3 105/5
108/5 108/6 108/24 109/16 109/22
109/23 110/5 110/19
especially [1] 22/5
ESQ [2] 2/3 2/4
essence [1] 74/11
establish [2] 106/1 106/2
established [2] 52/8 105/25
establishing [1] 76/10
et [1] 1/9
even [14] 17/2 45/12 48/20 65/1 65/14
75/22 90/10 91/24 96/4 96/25 96/25
103/12 106/13 112/9
evening [1] 86/18
event [3] 5/20 47/21 86/4
events [4] 12/12 12/19 33/5 33/5
eventually [1] 74/23
ever [8] 18/1 19/19 21/21 23/12 23/18
47/5 48/13 63/17
every [5] 18/3 35/15 87/7 88/7 110/4
everyday [2] 63/14 103/4
everyone [1] 45/24
everything [6] 22/10 25/9 25/9 25/10
59/6 59/16
evidence [21] 8/12 25/2 33/25 34/8
56/13 57/13 71/17 71/18 72/12 88/7
96/13 98/10 102/1 104/13 104/15
106/5 106/12 106/19 107/7 107/9
107/13
evident [1] 33/4 105/15
evidentiary [2] 85/22 92/7
exact [1] 55/7
exactly [5] 5/2 6/17 47/6 110/9 112/16
exaggerate [2] 43/11 46/3
exaggerated [3] 16/20 42/17 43/7
exam [2] 29/21 50/9
examination [15] 7/4 9/2 10/6 25/15
25/21 37/7 37/9 39/3 49/2 49/4 58/17
65/20 65/21 67/17 69/22
examine [3] 6/11 7/15 7/17
example [8] 12/9 14/21 17/15 26/22
42/10 46/14 99/11 111/18
examples [1] 98/12
Excel [1] 77/21
except [1] 104/3
exception [1] 93/10
excited [1] 55/8
exciting [1] 103/22
Excuse [2] 24/2 46/19
excused [1] 57/6
executed [1] 72/22
executive [1] 40/10
exhibit [50] 14/2 27/10 29/19 33/15
34/12 34/13 34/20 34/22 34/24 50/24
70/25 71/3 71/14 72/11 73/19 73/20
75/8 75/17 79/19 79/22 79/25 80/3
80/6 80/8 80/12 80/14 80/18 80/20
80/24 81/2 81/5 81/7 81/11 81/14
81/15 81/21 81/23 82/2 83/5 83/8
83/11 83/15 84/4 84/12 84/15 84/18
84/20 85/9 85/12 96/10
exhibits [3] 33/24 34/4 94/10
expand [1] 45/9
expanded [1] 93/16
expect [1] 6/13
experience [4] 44/9 44/10 61/1 61/19
experienced [1] 23/3
expertise [1] 76/25
explain [1] 95/16

expressed [1] 20/7
expressing [1] 108/21
expression [1] 9/12
extensively [2] 6/4 72/21
extent [2] 5/11 18/22
eye [1] 100/17
eyeballs [2] 65/13 90/15

**F**

F.3d [1] 6/7
face [1] 22/14
Facebook [4] 19/11 21/9 22/6 22/7
fact [11] 4/18 4/20 44/16 47/3 55/25
61/14 61/16 61/17 91/18 101/11
112/11
factor [10] 4/18 4/19 4/20 18/13 61/12
72/3 76/6 106/23 106/23 108/4
factors [8] 38/14 38/19 56/14 72/2 76/5
101/12 105/14 111/15
facts [5] 31/13 31/14 47/18 47/23 61/10
factual [2] 72/2 94/6
fail [2] 74/10 80/9
failed [3] 16/25 33/20 33/21
fair [16] 9/18 24/25 38/12 64/12 64/19
64/25 72/2 76/4 85/19 86/6 87/13 95/4
95/8 101/8 101/12 101/14
fairly [3] 38/12 64/22 86/16
fake [2] 55/15 55/19
Fallon [1] 62/4
falls [3] 74/7 81/15 85/8
familiar [1] 75/11
famous [1] 96/2
fan [1] 24/19
fans [1] 20/7
far [10] 11/10 18/8 21/14 57/2 87/18
89/6 103/20 104/15 104/15
farmer [2] 16/18 16/19
fast [1] 10/17
father [1] 55/3
fault [1] 86/1
faulting [1] 89/23
faulty [1] 91/7
favorite [3] 42/10 44/19 104/22
feature [5] 30/7 35/20 52/3 52/23 94/20
featured [9] 10/12 30/23 32/19 50/15
51/25 52/18 53/8 54/8 96/2
features [2] 29/24 74/6
featuring [3] 27/24 33/11 56/17
fee [2] 9/19 106/11
feed [2] 21/3 21/5
feedback [4] 19/19 20/1 22/16 22/20
feel [4] 11/24 12/2 12/20 88/2
fees [2] 4/12 106/9
fellow's [1] 96/18
few [5] 5/12 23/4 45/23 64/2 85/18
88/12
fictional [2] 46/25 47/2
figures [2] 29/9 29/12
file [2] 71/9 71/10
film [14] 11/1 11/8 11/11 11/12 11/13
32/11 32/14 32/17 33/11 35/20 35/24
36/3 36/17 50/3
filmed [8] 32/16 35/22 35/23 36/7 37/3
52/4 52/19 55/3
filming [2] 36/22 56/18
final [2] 35/14 87/23
finally [2] 17/4 17/6
find [15] 33/14 46/18 46/19 47/16 47/18
50/11 51/20 59/1 59/2 64/23 64/24
68/22 88/25 106/21 109/2

**F**

finder [1]  101/11
finding [3]  5/1 62/9 70/10
finds [7]  97/10 97/22 99/3 99/10 101/20 103/21 104/17
fingertips [1]  94/24
finish [1]  85/21
fireworks [1]  40/19
first [34]  9/12 14/13 15/18 15/21 15/25 17/8 28/22 29/6 38/7 39/16 40/6 40/22 45/13 51/23 78/7 78/8 78/16 78/17 78/19 79/3 81/15 82/4 88/14 89/19 90/7 90/21 93/23 94/8 95/3 95/17 98/11 105/14 105/14 108/21
Fish [1]  84/17
fishing [2]  17/3 84/14
fit [3]  51/20 88/2 99/4
five [2]  82/7 108/2
flag [1]  4/17
Flags [7]  46/23 47/4 47/5 55/15 55/22 55/25 56/2
Flu [1]  80/15
fluctuate [1]  22/23
fluctuates [1]  22/25
focus [9]  4/10 4/25 6/2 6/2 9/5 21/13 38/8 38/22 40/1
focus on [1]  21/13
focused [1]  31/24
Focusing [1]  63/22
folks [1]  62/11
follow [4]  17/12 47/20 89/1 102/24
followed [1]  91/21
following [1]  106/6
follows [2]  14/8 14/8
footage [6]  11/25 13/17 13/18 40/17 40/17 40/18
foregoing [1]  114/7
foreground [1]  25/2
forget [4]  9/1 47/6 102/16 112/16
form [6]  11/14 75/7 87/1 87/3 87/5 87/13
formality [1]  67/11
format [9]  14/8 17/11 22/12 22/13 24/15 24/17 60/3 112/15 114/10
forms [1]  11/16
forth [1]  9/1
forward [4]  34/23 37/25 58/10 69/15
found [6]  42/5 46/22 95/20 95/22 98/7 100/12
foundation [4]  19/3 34/17 67/9 76/16
foundational [4]  19/25 93/25 95/17 95/18
founder [1]  58/22
four [5]  4/18 4/19 4/20 17/20 38/14
fourth [4]  61/12 76/16 106/23 106/23
frame [5]  46/21 88/4 88/4 91/8 91/8
Francisco [1]  2/10
frankly [1]  43/18
Freak [1]  78/20
Freaks [1]  80/15
freedom [2]  9/12 17/5
Friday [3]  20/23 20/24 21/7
friend [2]  17/4 17/6
froze [1]  46/21
full [4]  38/2 58/13 69/18 89/11
fun [6]  10/18 40/17 43/15 45/22 47/3 47/18
funnier [4]  42/25 43/1 43/4 48/10
Funniest [2]  60/16 104/21
funny [17]  40/14 41/18 43/1 43/18 46/2

46/4 46/11 47/8 52/25 53/3 53/16 59/16 60/14 65/23 75/3 100/3 100/16 further [5]  38/17/16 48/25 69/8 107/1

**G**

gains [1]  68/13
Gallon [1]  30/24
game [2]  16/11 16/14
games [1]  44/14
gap [1]  96/16
GARFINKEL [1]  2/3
gate [1]  16/6
gave [4]  17/21 54/14 55/4 108/2
general [3]  39/10 39/11 101/9
generally [1]  103/23
get [34]  5/6 7/7 11/22 16/13 16/24 21/1 21/2 21/3 25/17 29/19 33/23 39/15 39/18 45/24 47/24 57/23 62/6 63/1 63/11 63/24 65/1 70/21 73/6 74/5 77/5 77/17 84/1 84/5 88/22 92/15 96/9 99/22 105/18 107/18
gets [10]  12/5 14/15 15/21 15/22 27/2 27/6 27/19 93/3 93/4 93/6
getting [7]  6/16 11/9 28/12 28/13 53/14 57/2 61/12
girl [3]  27/24 80/15 110/10
Girls [1]  84/20
gist [1]  5/21
give [12]  20/11 47/15 47/19 47/23 53/20 57/3 88/18 89/24 95/9 95/11 95/15 107/17
given [5]  8/5 12/14 21/7 21/7 108/8
gives [1]  22/3
giving [2]  9/7 15/14
gleaned [1]  19/14
go [35]  7/11 7/24 8/16 8/18 9/24 11/12 23/23 29/19 32/11 32/14 33/11 34/12 34/13 35/20 35/23 39/1 44/4 47/18 51/20 55/9 58/6 62/7 74/20 77/25 78/9 87/24 90/18 90/19 90/21 94/2 95/22 95/23 98/14 107/15 107/21
Goat [1]  33/21
goes [17]  18/25 28/14 29/2 32/1 35/7 56/11 62/12 68/18 73/6 75/24 93/1 97/16 99/4 99/12 103/23 106/22 108/21
going [60]  6/21 7/2 8/16 9/3 9/13 9/14 9/14 14/2 14/20 15/8 16/2 16/10 18/17 19/2 31/20 33/20 35/13 36/8 36/16 36/21 38/10 44/10 46/18 46/20 46/22 55/2 56/9 56/12 57/13 57/16 57/24 58/4 59/20 62/10 76/10 76/17 76/18 76/19 77/21 78/5 78/6 78/9 78/13 79/5 79/7 79/24 80/8 82/20 83/25 88/5 92/3 92/10 92/15 106/5 106/6 109/15 110/13 111/1 111/2 111/9
gone [4]  54/25 55/14 56/18 96/5
GONZALEZ [3]  1/22 114/15 114/16
good [13]  4/24 5/9 10/8 25/23 38/17 49/6 58/2 58/19 58/20 65/23 65/24 69/24 86/2
got [8]  5/8 6/18 23/16 27/23 28/3 31/6 39/13 50/19
gotten [1]  65/3
Grande [6]  76/23 77/18 92/10 93/14 106/6 106/16
Grande's [2]  76/25 96/2
GRANT [4]  2/8 14/20 24/20 111/13
graph [1]  106/15

graphic [2]  36/15 36/21
graphically [1]  12/22
graphics [8]  12/3 12/4 36/18 41/16 45/7 46/9 48/4 60/5
Gravity [1]  80/24
green [1]  36/14
grin [1]  83/1
Groom [1]  81/18
grounds [1]  73/4
group [3]  78/9 82/4 97/22
growing [1]  36/13
grown [1]  44/13
growth [1]  23/3
guess [7]  36/10 39/16 43/18 45/15 46/16 94/3 106/15
guest [3]  15/13 22/19 23/4
guide [1]  11/7
gun [1]  88/3
guy [9]  4/24 4/25 12/25 14/14 41/10 41/17 79/17 82/1 85/8
guy's [1]  13/13
guys [5]  16/22 16/23 19/18 53/7 97/11

**H**

had [52]  5/1 5/4 5/9 8/9 9/2 10/11 13/24 14/13 14/14 15/17 16/22 16/23 16/25 17/5 22/18 22/19 23/4 23/4 23/5 30/2 32/16 32/20 33/9 34/1 36/10 41/7 41/18 41/20 42/10 43/8 43/21 45/20 61/1 66/17 66/17 67/6 68/18 68/25 83/17 84/24 85/23 88/21 89/18 89/20 90/23 92/21 92/22 92/23 93/9 95/22 96/13 107/3
hair [7]  27/25 30/18 31/5 31/17 32/6 84/20 110/10
half [2]  93/17 93/17
halted [1]  88/14
hand [5]  16/20 44/2 44/3 64/24 89/17
handful [1]  12/16
handy [1]  16/13
happen [1]  12/23
happened [6]  12/22 47/21 47/21 49/23 92/16 100/8
happening [4]  16/23 45/6 45/6 45/6
happens [2]  6/25 13/8
happy [2]  57/4 84/5
hard [1]  110/14
harm [13]  18/13 29/3 63/23 65/12 73/7 73/17 101/12 102/1 102/8 105/10 105/20 105/22 106/23
harmed [1]  107/8
harming [1]  90/14
harms [3]  65/6 101/10 107/10
has [30]  14/10 18/1 20/1 21/22 23/9 23/10 23/10 23/13 23/19 55/7 60/17 61/15 64/17 66/6 67/1 69/2 71/21 72/7 72/7 72/20 74/9 74/14 76/3 90/5 94/15 99/9 102/22 104/4 107/1 109/16
hasn't [1]  99/13
hat [1]  33/9
hate [1]  69/3
hated [1]  47/3
hats [1]  17/15
have [135]
haven't [6]  14/25 60/13 65/3 73/23 82/6 89/10
having [1]  53/24 60/4 60/9 84/5 85/23 96/24 109/22
he [102]  5/2 5/2 5/2 5/3 5/4 5/5 5/7 5/8 5/11 5/25 7/5 7/16 7/17 7/17 7/19 8/15

**H**

he... [87]  8/20 8/25 8/25 12/25 13/1
 14/15 15/18 15/18 15/19 15/19 15/21 15/22
 15/23 15/24 16/10 16/14 16/15 16/18
 16/19 16/20 16/20 17/21 17/22 18/3
 18/22 20/1 20/4 20/6 33/9 36/2 36/6
 36/25 36/25 41/11 41/12 41/12 43/24
 44/1 44/2 44/2 44/3 44/4 44/7 44/13
 44/13 44/14 44/15 44/15 44/21 49/16
 51/6 51/6 55/4 55/8 55/8 61/15 64/5
 66/19 74/7 76/18 76/18 77/22 88/19
 92/18 93/16 96/20 97/10 97/15 97/16
 97/17 97/22 97/23 98/23 98/23 98/24
 99/3 99/4 99/4 99/7 99/8 99/10 99/11
 99/12 99/13 99/16 99/17 99/21 99/25
he'll [1]  14/15
he's [6]  8/8 15/20 18/22 22/15 66/20
 77/21
head [9]  16/13 16/16 16/17 16/25
 32/21 53/14 70/3 88/3 100/19
heading [1]  6/17
hear [9]  8/22 8/24 9/14 38/6 42/12
 42/14 86/5 93/22 111/12
heard [7]  59/24 89/10 94/18 96/25
 104/15 104/15 110/24
hearsay [2]  19/22 20/9
heart [5]  10/13 32/5 32/8
heighten [2]  42/7 43/11
heightened [6]  42/8 42/16 43/3 43/5
 43/6 43/12
held [1]  114/9
help [10]  6/20 15/15 38/24 58/5 59/21
 59/22 61/1 68/7 90/6 90/11
helped [3]  16/12 16/13 60/21
helping [1]  89/24
helps [1]  12/9
her [15]  24/20 27/25 31/6 31/14 31/15
 31/17 32/6 39/17 53/20 53/20 53/21
 55/17 55/18 110/10 112/11
here [17]  6/8 6/22 9/6 24/24 31/23
 41/12 57/7 61/9 64/16 66/5 74/10
 74/22 82/23 85/3 106/25 107/9 107/13
here's [4]  88/20 101/8 109/13 111/17
hereby [1]  114/6
herself [1]  112/14
hesitation [1]  107/19
hey [4]  17/4 23/16 23/17 97/11
Hi [2]  49/7 49/8
hick [1]  17/14
hick-like [1]  17/14
high [1]  23/15
highlighted [2]  74/10 94/9
highly [1]  22/5
him [18]  7/15 8/16 9/17 13/7 15/19
 15/20 17/3 17/21 17/23 19/25 20/13
 43/9 43/9 43/24 44/11 74/8 76/24 77/7
himself [1]  9/17
his [44]  5/5 6/24 8/7 8/7 8/7 8/20 8/23
 9/12 13/1 13/13 13/14 14/16 15/18
 15/20 15/21 15/22 15/23 16/16 16/17
 16/20 17/4 17/6 17/22 18/17 18/22
 19/3 20/7 20/14 36/2 41/12 44/2 44/10
 44/15 55/3 61/19 74/7 77/1 77/2 92/16
 97/13 97/16 97/18 99/1 99/12
historical [1]  96/5
hits [1]  106/8
holder [4]  62/9 62/11 62/14 67/22
home [5]  60/16 86/8 104/19 104/21
 104/24
homosexual [1]  8/8

HON [1]  1/4
honeymoon [1]  63/17
honeypot [1]  44/8
Honor [79]  5/15 6/15 6/20 7/8 9/10
 10/3 13/25 18/12 19/1 19/4 19/22
 20/16 24/25 25/3 25/13 25/16 28/7
 28/17 29/3 30/9 31/22 32/2 32/3 33/22
 34/1 34/15 34/21 35/7 35/16 37/5 37/8
 37/15 39/2 39/19 48/25 49/3 51/11
 52/12 53/19 56/5 56/7 57/4 57/11
 57/19 58/9 61/6 61/18 63/4 63/19
 65/18 69/9 69/13 71/12 71/16 72/13
 73/1 73/5 74/19 75/24 76/13 76/15
 76/22 77/8 77/12 77/15 77/20 82/8
 82/22 83/17 83/25 85/3 87/10 89/7
 105/2 105/6 107/2 108/15 112/21
 112/22
hope [4]  85/19 85/21 86/4 100/18
hopefully [1]  84/1
hoping [1]  74/23
horse [1]  106/24
host [25]  10/22 11/5 11/6 11/7 13/6
 13/9 14/14 22/8 22/14 22/18 23/2 23/6
 33/2 40/8 41/18 41/20 42/17 43/8
 44/20 45/10 46/1 46/3 48/7 94/18
 94/19
host's [4]  46/8 53/13 53/15 54/6
hosts [5]  15/16 22/19 22/19 23/4 60/5
hot [1]  99/11
hours [2]  49/25 50/3
house [2]  11/13 25/10
how [61]  5/7 5/18 6/8 6/11 8/20 8/22
 8/24 9/14 10/15 13/3 16/7 16/11 18/24
 19/8 20/25 22/8 25/24 28/2 29/19
 29/20 29/20 31/6 39/8 41/11 42/3 44/9
 44/11 45/1 45/17 48/14 49/16 51/6
 52/7 59/9 59/12 61/11 64/1 66/19
 67/19 72/2 74/1 75/13 79/17 79/21
 80/11 87/18 91/14 91/15 93/12 93/21
 96/6 99/8 99/16 101/4 101/6 101/7
 102/17 104/7 106/4 108/23 112/6
however [2]  96/5 112/1
huh [4]  10/25 16/4 54/20 70/15
humor [2]  46/2 59/7
Humped [1]  85/9
hundred [1]  23/17

**I**

I'd [7]  6/22 10/12 20/3 40/2 47/7 88/17
 103/24
I'll [17]  18/17 18/24 20/14 32/3 51/12
 58/6 61/20 68/12 75/6 78/10 78/14
 86/3 91/18 101/2 106/25 107/1 107/17
I'm [50]  5/13 6/21 8/15 9/10 9/14 18/17
 21/23 25/1 25/25 27/8 31/20 32/25
 36/10 38/21 57/4 58/4 58/22 59/24
 60/7 66/4 66/8 70/3 74/22 74/22 74/22
 78/21 82/7 83/25 86/13 86/25 88/5
 89/11 89/23 91/1 91/7 91/8 92/6 92/15
 94/23 96/23 97/6 97/9 98/5 98/19
 103/1 105/11 105/11 105/17 105/24
 110/9
I've [3]  19/25 104/15 104/15
Ice [2]  80/21 81/16
idea [7]  8/9 17/18 42/15 66/14 78/13
 86/2 86/2
identified [1]  97/8
identify [2]  68/7 68/19
identifying [1]  74/14
imagination [2]  42/22 42/23

imagine [1]  16/19
imagined [1]  91/18
imitate [3]  13/7 13/9 42/8
impact [1]  103/16
impeachment [2]  7/22 7/22
implies [1]  91/20
importance [1]  108/6
important [4]  56/24 67/10 82/16 102/12
improper [1]  111/5
improv [1]  39/13
in-depth [1]  41/1
in-house [1]  25/10
inactions [1]  12/19
inappropriate [1]  107/13
INC [1]  1/9
incidentally [1]  90/24
include [1]  62/3
included [1]  106/7
including [1]  15/25
incorrect [3]  69/1 95/7 98/9
incorrectly [1]  95/6
increase [2]  23/24 24/2
incredibly [1]  12/4
INDEX [1]  3/2
indicate [1]  21/25
indicated [3]  65/25 67/17 88/23
indicating [1]  44/4
individually [1]  87/22
inference [1]  94/3
inform [1]  89/20
information [14]  41/6 47/16 47/19 47/22
 54/12 63/12 65/16 66/10 68/4 68/5
 74/15 90/23 92/10 106/15
infringe [2]  64/8 64/9
infringed [1]  64/18
infringement [6]  57/1 64/4 64/13 64/15
 64/23 65/1
infringers [1]  106/14
infringes [2]  64/3 64/6
infringing [1]  65/2
input [2]  88/22 107/18
inroads [1]  78/6
Insane [1]  80/3
Inside [1]  68/6
insight [1]  45/10
inspirational [1]  59/7
instantly [1]  45/22
instead [4]  6/10 55/8 106/3 112/23
instruct [1]  64/22
instructed [3]  64/25 88/24 106/20
instruction [19]  100/25 101/3 101/7
 102/16 102/17 104/15 105/1 105/7
 105/12 105/15 106/17 108/1 108/3
 108/8 108/21 109/5 111/3 111/4 111/7
instructions [1]  63/5
intend [2]  6/1 90/2
intended [2]  33/19 90/2
intending [1]  102/10
intends [1]  101/4
intent [7]  5/2 5/4 5/9 5/10 38/15 38/17
 38/17
intentionally [1]  40/14
interest [2]  18/16 104/1
interested [3]  91/23 92/2 98/7
interesting [4]  42/6 48/18 52/25 98/24
interim [1]  9/15
internet [8]  31/7 50/11 68/19 76/20
 86/9 95/8 96/7 100/8
intrigued [1]  92/6
introduce [3]  13/15 78/10 106/18

**I**

introduced [1]  34/5
introduction [3]  14/9 14/12 15/15
introductory [1]  10/22
invent [3]  13/12 30/12 31/4
invented [1]  30/17
involve [1]  29/12
involved [1]  39/12
involves [1]  101/14
iron [4]  27/25 31/16 32/7 32/15
irrelevant [7]  9/23 18/10 20/9 34/15
 63/19 82/13 109/14
is [329]
isn't [16]  4/19 28/5 28/8 28/16 42/5
 56/12 64/13 64/16 68/23 76/19 82/15
 86/6 91/14 107/20 111/20 112/9
issue [27]  18/17 27/24 28/14 29/11
 30/16 35/19 36/23 49/11 52/1 61/10
 63/18 65/5 66/5 72/6 73/6 73/7 79/7
 82/9 82/12 85/19 87/11 93/15 95/6
 96/15 98/19 108/17 112/1
issued [1]  71/20
issues [5]  70/10 75/1 86/23 90/13
 93/23
it [290]
it's [101]  6/6 7/4 7/21 8/10 9/11 9/16
 9/17 9/18 10/17 10/17 10/17 10/17
 10/18 13/14 19/17 20/12 22/10 22/12
 23/15 23/16 24/14 24/15 24/16 24/18
 27/23 27/24 34/15 38/14 38/18 38/24
 40/23 46/24 47/5 51/13 53/6 56/23
 56/23 56/24 56/24 56/25 56/25 56/25
 56/25 57/1 57/1 58/6 59/6 60/3 60/6
 61/6 62/8 62/9 64/10 64/12 64/18
 64/23 65/1 67/14 68/15 68/22 70/22
 71/6 71/17 71/21 74/14 74/14 76/2
 76/21 76/23 78/24 79/19 79/25 82/14
 83/3 83/20 85/16 85/17 85/18 86/1
 86/14 87/16 87/17 94/3 94/6 94/12
 95/6 95/23 97/17 97/22 98/13 99/17
 102/11 103/18 103/22 105/17 108/23
 108/23 109/7 109/13 110/13 111/16
its [10]  4/8 32/21 38/13 53/14 61/24
 62/6 72/20 104/4 106/8 108/5
itself [6]  24/13 24/14 56/19 94/14 94/15
 102/7

**J**

J-o-n-a-t-h-a-n [1]  58/15
January [1]  54/4
January 21st [1]  54/4
Jenna [1]  14/10
jerky [1]  83/19
JESSICA [1]  2/8
Jim [1]  62/3
Jimmy [1]  62/3
job [9]  30/6 50/10 70/2 70/5 70/9 74/24
 97/16 97/18 99/1
Joe [1]  69/13
John [2]  76/23 77/18
Johnson [21]  3/5 4/11 5/1 5/9 5/22 6/22
 8/22 10/2 10/8 14/1 25/23 31/4 31/12
 32/5 35/2 36/3 49/16 63/18 73/25
 107/21 108/10
joined [2]  49/8 49/15
joke [1]  45/24
jokes [5]  10/22 24/16 24/18 46/9
 107/22
Jonathan [4]  3/10 58/8 58/12 58/15
Joseph [3]  3/12 69/17 69/20

judge [3]  1/4 1/4 101/11
jug [6]  16/18 16/19 16/24 32/21 53/14
 79/6
JUKIN [149]
Jukin's [20]  31/5 32/5 33/19 35/3 58/25
 62/15 63/22 63/23 65/6 70/14 70/17
 72/18 73/16 83/5 105/22 106/3 107/10
 108/16 108/22 108/24
July [4]  39/24 49/8 49/12 49/15
July 2014 [1]  49/12
jumping [2]  64/15 74/6
jumps [1]  74/8
jury [65]  6/3 6/22 7/7 8/22 8/24 10/1
 10/5 20/11 26/22 28/11 29/6 30/1
 30/15 31/1 31/25 33/16 34/14 34/25
 35/13 40/3 50/18 53/5 53/6 54/24 56/8
 56/13 56/23 56/24 58/21 59/4 59/25
 60/12 61/9 63/5 70/21 72/6 72/18 74/5
 75/13 78/3 82/11 82/25 85/16 86/22
 87/4 87/5 87/16 88/1 101/20 105/6
 105/7 105/9 106/17 106/20 107/19
 108/2 109/14 109/19 110/11 110/14
 110/16 110/18 111/4 111/16 112/25
jury's [3]  31/23 55/2 77/6
just [77]  6/21 7/8 7/14 7/25 8/4 8/11
 8/13 8/21 8/23 8/24 9/9 9/17 10/21
 14/11 15/10 20/11 20/24 21/6 26/22
 30/19 31/25 32/11 33/15 34/22 36/8
 36/15 37/8 38/9 40/2 41/6 41/20 42/12
 45/23 47/11 47/13 47/16 48/16 48/21
 52/5 53/21 54/3 55/2 59/25 61/25 62/8
 65/5 74/22 77/4 77/22 78/12 78/14
 79/4 82/9 83/3 83/22 83/22 85/16 87/5
 87/22 94/12 95/16 99/11 100/4 100/23
 102/24 106/11 107/2 107/3 108/18
 109/3 109/8 111/1 111/7 111/14
 111/18 112/3 112/5
just the [1]  15/10

**K**

K-e-l-l-y [1]  38/4
Kayak [1]  74/17
keep [4]  82/11 82/20 86/10 110/14
Kelly [8]  3/6 37/20 37/21 38/1 38/4
 97/24 112/13 112/14
Key [1]  80/5
kid [5]  43/25 44/9 44/12 44/13 84/4
kids [3]  46/18 47/3 56/18
Kill [1]  80/3
Killer [1]  84/17
Kimmel [1]  62/3
kind [17]  15/20 18/5 24/23 39/16 40/15
 40/17 42/7 43/4 43/12 43/16 43/17
 44/15 45/24 48/3 82/11 101/18 108/5
kinds [3]  12/17 37/13 46/6
knew [3]  40/15 59/14 59/19
Knife [1]  82/1
Knives [1]  81/24
know [90]  4/11 4/12 4/18 5/7 5/23 6/1
 6/17 8/5 8/10 9/5 9/15 10/18 11/12
 12/5 12/9 12/16 13/9 13/14 13/20
 14/10 15/12 15/15 15/19 16/7 16/7
 16/12 16/12 16/23 17/6 17/21 17/22
 20/3 20/6 20/25 22/16 23/15 28/24
 31/9 34/3 34/12 36/12 36/12 37/1 40/2
 41/7 42/5 46/10 46/12 48/7 48/11 52/7
 53/17 56/8 58/5 59/9 59/12 61/16
 61/16 65/2 65/17 66/13 66/16 66/19
 67/3 67/13 67/19 67/20 67/23 73/3

**K-E-L-L-Y**

73/6 74/21 74/22 75/22 82/14 82/22
 83/13 84/25 89/13 89/14 96/1 96/7
 96/11 97/6 98/15 98/17 99/13 99/21
 103/17 107/24 110/15
knowledge [2]  19/6 19/8
knows [2]  36/25 88/4
Konen [3]  4/17 4/18 9/25

**L**

L-a-n-d-r-y [1]  38/5
LA [1]  39/13
lacking [1]  107/14
lady [1]  14/9
Landry [9]  3/6 37/20 37/21 38/1 38/4
 39/5 49/6 97/24 112/13
large [2]  14/10 19/11
largest [1]  19/16
Larry [1]  17/4
last [3]  69/21 83/18 93/16
late [3]  58/24 62/2 86/19
later [8]  38/14 44/11 45/6 64/25 97/3
 100/6 107/23 107/24
latitude [2]  8/6 8/24
lawful [1]  71/21
lawn [1]  36/13
lawyer [2]  24/22 58/4
lawyers [7]  24/23 31/20 32/1 85/20
 85/23 86/1 87/24
lay [2]  19/2 76/16
Leading [1]  75/3
learned [1]  67/5
least [7]  6/18 8/23 75/6 92/12 94/6
 107/15 108/16
leave [7]  40/15 40/25 100/15 100/21
 100/22 107/22 107/24
leaves [2]  41/2 100/12
lectern [2]  93/22 105/4
led [1]  60/19
left [3]  10/8 31/15 32/6
legal [3]  70/3 70/9 73/4
less [5]  21/11 72/3 92/23 93/6 102/14
let [20]  9/23 15/20 34/20 48/7 50/18
 52/15 55/20 74/11 82/5 82/22 88/21
 89/5 92/17 93/21 93/25 95/16 98/22
 108/17 109/9 111/12
let's [12]  7/7 16/2 39/18 57/20 77/13
 78/12 100/4 100/22 101/19 108/22
 108/23 109/24
letters [1]  94/10
library [1]  104/5
license [24]  4/12 4/19 26/15 26/17 35/2
 59/2 59/13 60/15 61/8 61/24 62/2 62/5
 63/17 65/1 65/10 67/2 72/21 89/16
 92/6 96/4 103/24 104/3 104/11 104/14
licensed [1]  26/18
licenses [13]  4/21 61/3 61/15 61/17
 61/22 62/13 63/6 63/10 63/11 65/9
 70/13 72/22 76/11
licensing [21]  9/18 60/20 62/18 62/19
 63/24 65/7 70/11 72/16 92/1 92/11
 92/15 92/17 92/18 92/22 93/4 93/8
 93/18 105/9 106/9 106/11 107/10
life [3]  41/12 44/10 103/4
light [1]  101/7
like [81]  5/22 6/22 10/13 11/19 11/25
 12/6 12/10 12/18 12/20 13/1 13/1 13/6
 13/8 13/12 13/20 13/21 13/25 15/19
 16/11 17/4 17/14 18/6 19/11 20/3 21/3
 21/6 21/11 22/17 23/16 23/17 26/6
 27/13 27/17 36/14 40/2 40/12 40/19

**L**

like... [44]  40/22 41/9 41/10 41/14
41/17 42/10 42/13 42/14 42/16 43/2
43/7 43/9 43/9 43/10 44/1 44/4 45/5
46/11 46/13 46/14 46/24 47/6 47/6
47/23 48/4 55/8 57/2 59/8 60/16 62/16
63/14 70/11 88/17 89/17 89/22 92/20
94/16 97/1 102/12 103/18 103/22
103/24 104/6 104/23
liked [1]  46/10
likes [1]  22/16
likewise [1]  7/3
limit [2]  82/9 105/7
limited [2]  9/1 101/21
limits [1]  87/17
line [1]  9/7
lines [2]  45/23 98/15
link [35]  66/14 74/12 74/13 76/2 88/20
89/1 89/2 89/12 90/19 90/20 91/19
91/21 91/22 94/4 95/19 95/23 95/23
96/10 96/12 97/4 97/9 98/3 98/4 98/9
98/10 98/14 99/5 99/8 99/9 99/11
99/15 99/22 100/9 100/16 100/21
linked [1]  89/14
links [21]  21/16 51/7 74/20 75/18 77/2
90/7 93/9 93/24 94/6 94/9 94/19 95/7
95/23 96/7 96/8 96/9 96/18 97/5 97/23
98/13 98/19
LISA [3]  1/22 114/15 114/16
list [5]  12/13 51/3 78/10 95/21 98/2
listen [2]  31/20 31/21
listening [2]  31/21 74/23
listing [1]  11/16
literally [1]  17/19
little [29]  8/24 12/6 12/11 13/24 14/15
15/17 16/20 16/21 16/21 17/6 36/13
38/21 40/25 42/6 42/6 42/13 43/2
43/10 43/25 44/17 51/12 52/11 55/7
56/1 58/6 73/15 82/7 83/17 83/19
live [4]  16/11 16/15 81/1 107/6
livelihood [1]  86/12
lives [2]  42/16 42/18
lizard [1]  47/17
LLC [1]  1/6
LLP [1]  2/8
long [10]  12/13 13/14 31/16 32/7 32/10
85/18 86/13 105/24 108/23 108/24
longer [2]  20/24 105/9
look [13]  14/2 19/9 23/16 28/24 30/6
30/16 50/10 59/5 64/5 79/24 92/17
94/9 94/21
looked [10]  19/12 40/13 40/16 41/14
48/18 65/8 66/20 67/20 93/14 93/16
looking [8]  19/15 27/12 40/11 68/4
74/22 80/20 91/7 112/10
looks [5]  27/13 27/17 97/17 103/21
103/22
loop [1]  18/19
Los [4]  1/16 1/23 2/5 4/1
loss [2]  105/8 106/1
losses [3]  105/8 106/19 106/21
lost [4]  44/15 74/22 89/10 92/3
lot [26]  4/10 8/5 8/6 8/10 11/18 11/21
19/18 21/6 26/10 36/14 37/3 37/13
41/2 41/20 59/7 59/16 59/19 60/2 60/7
60/21 62/5 62/21 63/1 63/13 68/15
82/12
lots [2]  45/16 101/9
loved [5]  39/12 39/14 44/5 44/7 44/17
loves [1]  44/9

low [2]  23/16 65/9
loyal [1]  24/11
Lumberjack [1]  78/25
lunch [2]  4/6 9/2

**M**

M-o-s-c-h-e-l-l-a [1]  69/21
ma'am [1]  57/6
made [11]  11/22 11/24 16/21 17/21
17/23 23/21 31/24 52/13 64/12 76/4
90/5
Mae [1]  69/3
magic [1]  59/8
make [35]  5/3 11/23 12/3 13/11 13/20
14/21 20/11 26/8 26/10 26/15 29/14
34/22 41/18 43/15 46/12 50/18 52/15
57/22 73/3 74/16 78/5 79/4 82/10
86/16 89/9 95/4 95/5 98/8 102/14
102/18 102/19 102/20 102/21 103/7
107/23
makes [7]  16/15 16/21 26/12 56/2
96/11 102/18 103/13
making [6]  17/14 40/17 45/22 47/3
103/7 104/17
males [2]  19/16 19/17
man [4]  17/19 74/6 80/21 80/23
management [1]  68/6
manner [2]  73/24 75/12
many [4]  16/24 28/2 28/10 93/12
Marbles [1]  14/10
March [3]  1/17 4/1 114/13
MARGOLIS [1]  2/3
marker [1]  93/11
market [37]  18/13 28/15 29/2 29/3
33/19 59/12 59/14 59/21 60/20 63/5
63/22 72/18 72/20 73/7 73/7 73/17
75/24 76/7 90/14 101/10 101/12
101/22 101/25 102/1 102/7 102/20
102/22 103/8 103/9 103/18 105/10
105/20 105/23 106/1 106/23 107/5
107/10
marketable [1]  103/22
markets [1]  104/5
mascot [7]  43/22 43/23 44/13 44/14
44/16 44/18 44/19
material [4]  9/23 10/23 22/14 108/5
matter [4]  20/12 112/9 112/10 114/9
matters [1]  6/16
may [38]  6/11 7/8 18/12 24/8 25/17
32/8 32/10 35/10 37/3 38/23 53/19
61/8 62/3 65/14 69/10 77/11 85/24
86/2 86/13 87/15 87/21 88/4 91/11
97/2 100/13 100/14 102/19 103/16
105/2 105/4 105/20 105/22 107/22
107/24 109/21 110/3 110/7 111/11
maybe [6]  6/20 31/15 40/25 41/18
42/5 43/7 45/10 46/2 58/5 60/13 62/23
67/15 77/22 102/15 104/16 104/17
me [45]  5/14 9/13 14/17 15/16 20/11
21/1 22/3 22/3 24/2 31/21 34/20 40/6
46/19 50/18 51/20 52/15 55/20 57/25
66/18 67/15 68/12 73/4 74/11 80/18
82/5 85/2 87/19 88/18 88/21 89/5
89/22 89/24 91/9 92/4 92/17 93/21
93/25 94/24 95/16 98/22 103/6 108/17
109/9 110/2 111/12
mean [45]  7/15 7/21 7/23 9/1 9/13 11/6
12/13 14/16 19/23 22/2 23/2 23/23
24/5 28/5 38/10 39/18 41/22 42/2 42/2

43/6 44/25 46/14 48/4 52/7 60/9 64/16
64/16 65/13 66/3 66/3 68/9 69/4 87/4
87/22 90/11 90/22 92/25 94/3 94/5
104/14 104/23 105/14 105/24 106/5
106/5 107/25
meaning [3]  13/8 101/23 101/24
meaningful [2]  98/9 107/20
means [1]  67/24
measure [1]  21/21
measurement [1]  23/11
mechanically [2]  98/22 99/8
media [6]  1/9 58/8 58/21 69/13 69/25
86/9
members [2]  82/25 85/16
memo [1]  5/13
memory [5]  58/5 70/22
mention [3]  5/8 44/23 111/22
mentioned [15]  10/11 10/21 13/3 17/14
33/8 43/5 50/9 54/19 54/24 59/24
60/12 61/22 68/18 72/15 104/19
metrics [1]  66/20
MICHAEL [1]  2/4
midday [1]  86/4
might [7]  6/9 46/11 47/17 47/20 47/21
82/10 98/24
milk [7]  16/16 32/21 54/7 79/1 79/1
79/2 79/6
million [3]  23/16 27/15 27/19
mind [2]  11/16 20/14
mini [1]  85/24
miniature [1]  12/11
minute [3]  34/17 108/23 108/24
minutes [7]  8/2 8/7 9/2 58/3 58/3 77/24
85/18
miscredited [4]  67/1 67/3 67/18 67/20
misdirects [1]  75/2
misquote [1]  100/11
misreading [1]  100/18
misspoke [1]  80/2
misstate [1]  55/18
Misstates [1]  55/17
mixed [1]  8/8
mock [2]  43/12 46/3
mocked [2]  43/4 43/17
mocking [5]  45/23 46/6 48/10
model [1]  59/1
moment [3]  59/8 65/25 84/1
Momma's [1]  84/5
Mommy's [2]  84/6 84/8
Mondays [1]  50/7
monetize [2]  59/3 59/22
money [4]  26/8 26/11 26/12 26/15
monitor [1]  22/21
month [1]  52/14
months [3]  23/7 52/9 52/10
more [23]  7/5 9/14 16/21 17/14 23/1
40/25 42/14 47/22 48/14 64/4 70/8
85/2 85/4 85/7 88/6 88/25 91/11 93/2
104/3 107/17 109/2 109/5 109/7
morning [1]  62/2 85/22
Moschella [16]  3/12 69/14 69/17 69/20
69/24 71/3 72/15 73/15 73/22 75/1
75/11 75/20 76/22 77/1 88/15 88/16
most [10]  5/1 8/11 8/11 17/11 23/3
40/23 41/1 48/24 62/18 93/15
mostly [2]  22/7 104/4
mother [1]  36/16
motion [1]  60/4
move [3]  34/23 72/15 98/21

## M

moved [2]  20/23 39/13
movements [1]  12/8
movie [3]  94/16 104/5 104/17
movies [1]  104/25
moving [2]  79/16 86/10
Mr [6]  77/1 83/8 100/20 106/16 107/21
108/10
Mr. [36]  6/22 8/15 8/22 9/11 10/2 10/8
14/1 25/23 31/4 31/12 32/5 35/2 36/3
49/16 50/13 50/21 51/2 58/19 63/18
65/23 67/17 69/24 71/3 72/15 73/15
73/22 75/1 75/11 75/20 76/22 76/25
92/10 93/14 96/2 100/18 106/6
Mr. Colom [3]  50/13 50/21 51/2
Mr. Grande [3]  92/10 93/14 106/6
Mr. Grande's [2]  76/25 96/2
Mr. Johnson [13]  6/22 8/22 10/2 10/8
14/1 25/23 31/4 31/12 32/5 35/2 36/3
49/16 63/18
Mr. Moschella [9]  69/24 71/3 72/15
73/15 73/22 75/1 75/11 75/20 76/22
Mr. Skogmo [4]  58/19 65/23 67/17
100/18
Mr. Vidal [1]  8/15
Mr. Vidal's [1]  9/11
Ms [6]  14/20 24/20 39/5 49/6 88/20
111/13
MTV [2]  60/16 61/23
much [8]  9/14 21/20 38/10 40/15 51/6
91/2 93/7 112/1
mullet [1]  43/9
music [1]  59/17
must [5]  16/23 84/6 84/8 106/20 111/8
my [39]  4/6 4/8 5/11 6/13 9/10 22/3
27/13 30/18 31/5 32/6 36/20 38/4
39/16 50/19 51/20 61/1 66/4 69/20
70/9 70/9 72/21 74/24 81/1 85/18 86/1
86/4 86/10 86/12 88/21 88/23 89/16
91/6 94/22 94/24 100/17 101/8 102/20
105/18 108/13
myself [4]  39/15 70/8 86/11 102/21

## N

name [11]  24/23 38/2 38/4 55/15 58/14
69/19 69/20 69/21 96/18 97/13 112/12
named [1]  61/25
narrative [7]  16/22 16/22 24/17 45/11
45/12 45/15 45/16
narratives [5]  44/23 45/2 45/4 46/5
47/9
narrow [2]  50/14 50/17
narrowed [2]  101/13 102/22
naturally [1]  15/19
nature [6]  6/12 48/23 58/25
Nazi [1]  81/10
NBC [1]  72/24
nearly [1]  72/22
necessarily [2]  47/24 97/6
necessary [1]  110/18
need [3]  13/19 13/20 13/21
needed [1]  48/17
negotiated [4]  61/3 61/15 61/17 72/22
negotiating [2]  70/10 70/12
nervous [1]  15/18
Netflix [1]  26/18
networks [3]  21/10 59/17 72/23
never [3]  51/19 80/18 102/5
new [15]  14/14 21/7 30/12 30/17 31/4
31/11 31/17 32/11 32/15 33/11 35/21
35/22 35/24 36/22 45/11
next [15]  20/12 37/19 57/3 57/9
57/12 69/12 69/14 76/23 78/4 79/15
80/14 81/13 92/16 100/24
night [1]  62/2
Ninth [1]  5/20
Ninth Circuit [1]  5/20
no [39]  1/8 1/22 4/9 4/14 8/9 14/25
17/17 25/13 26/5 26/5 26/7 26/9 31/9
31/25 32/18 33/14 35/11 40/19 48/25
55/24 64/10 64/16 66/14 69/8 72/6
74/14 75/3 80/6 83/2 83/22 89/18
94/17 95/3 95/13 96/13 102/1 105/9
106/12 114/16
noble [1]  5/2
nobody [1]  65/16
nodding [1]  100/19
non [6]  66/3 66/9 107/8 110/13 111/6
112/25
non-Jukin [5]  66/3 66/9 110/13 111/6
112/25
non-parody [1]  107/8
none [3]  29/11 36/16 107/11
none-parody [1]  107/11
nonprofit [1]  26/6
nonresponsive [1]  64/11
normal [3]  27/7 27/9 33/6
North [1]  1/23
not [111]  4/23 5/9 5/10 6/4 6/9 6/22
6/23 6/24 8/11 8/12 8/15 8/18 9/10
9/14 9/16 9/16 9/18 9/20 11/7 11/16
20/14 23/1 23/10 24/22 26/4 26/5 26/6
26/20 28/15 30/17 31/4 31/21 31/23
32/11 32/13 32/14 32/24 33/3 34/17
35/20 36/10 38/15 38/23 39/18 40/18
49/12 52/2 56/24 59/24 61/8 62/8
64/10 64/12 65/1 66/13 67/15 67/21
68/22 73/8 74/18 76/2 76/4 76/21
76/22 78/23 82/16 84/5 86/1 86/14
86/22 86/25 87/13 87/23 87/23 88/2
89/3 89/24 90/8 90/11 91/8 91/9 91/13
91/19 91/20 92/3 94/7 94/23 94/24
96/12 96/23 97/9 97/10 101/25 104/8
104/23 104/24 105/11 105/22 106/18
106/18 107/7 108/23 109/15 109/25
110/3 110/7 110/8 111/16 111/21
112/1 112/5
nothing [6]  16/8 37/15 69/2 75/4 76/3
109/19
notice [1]  15/24
noticed [1]  44/2
notification [2]  21/1 21/2
notwithstanding [1]  72/8
now [35]  5/9 5/14 13/24 18/3 20/23
22/4 32/19 33/18 35/2 36/15 53/5
55/13 57/14 70/21 73/15 77/6 77/14
78/10 79/11 79/21 79/24 80/8 80/17
80/20 81/20 82/12 91/1 93/8 96/2
96/13 97/10 97/15 97/17 102/5 102/23
nuanced [1]  72/1
nugget [1]  43/3
number [20]  23/12 23/18 27/5 27/22
28/4 28/12 28/13 65/9 71/15 71/16
76/10 79/22 94/18 95/2 98/3 98/4
100/25 103/9 108/1 108/3
numbers [1]  97/5
NYU [1]  39/11

## O

oath [1]  54/17
object [2]  64/10 73/1
objected [1]  101/1
objection [34]  4/9 4/15 9/21 18/9 18/10
18/25 19/22 20/15 26/24 28/18 29/13
29/15 29/15 30/9 33/22 35/5 35/8
35/16 51/11 52/20 55/17 56/5 61/4
61/5 61/20 63/2 63/19 73/4 73/9 74/19
75/3 75/6 75/21 76/1
objections [2]  20/10 34/18
objective [2]  5/1 6/2
objectively [1]  5/3
obligation [1]  89/20
observation [1]  6/13
observations [2]  19/14 23/21
observe [1]  99/18
observed [1]  22/25
observer [1]  6/9
observes [1]  99/17
obtained [5]  20/1 66/6 66/12 67/2 96/5
obvious [3]  31/16 32/24 33/1 33/5
obviously [7]  12/15 15/12 16/8 17/17
24/14 33/2 90/20
off [21]  6/21 11/8 11/8 11/9 13/9 16/13
16/24 27/25 30/18 31/5 31/17 32/6
33/23 34/16 41/3 74/7 83/19 85/8 98/2
103/10 110/11
offer [2]  45/10 63/17
offered [3]  20/12 35/3 63/7
official [1]  66/7
offscreen [1]  17/22
often [3]  23/1 65/15 100/11
oh [8]  7/19 14/13 17/17 18/14 42/13
66/21 77/16 97/21
okay [34]  7/7 10/1 11/3 14/17 15/1 20/2
26/21 37/17 39/1 40/6 41/10 41/25
44/9 53/22 54/3 55/13 58/7 72/11 74/4
75/16 77/13 77/17 77/19 77/24 78/18
79/9 82/20 82/24 84/3 86/21 90/4
92/14 108/13 113/2
old [1]  44/2
once [3]  20/23 64/5 67/8
once-a-week [1]  20/23
one [90]  7/20 7/25 9/9 12/15 13/5 13/6
13/25 14/21 15/1 15/22 15/23 15/24
15/25 17/20 21/11 22/2 22/6 23/5
26/22 27/13 27/17 27/19 27/23 29/8
29/20 29/23 30/5 30/15 35/15 36/2
37/2 37/8 42/11 43/10 43/21 44/19
46/10 46/16 50/9 50/22 62/24 62/25
64/2 65/11 70/17 72/4 75/1 75/25 77/4
77/15 78/12 79/15 79/18 81/15 83/3
84/23 85/2 85/4 85/7 86/19 86/25 87/1
87/2 88/21 89/17 90/8 90/13 90/25
91/3 91/5 93/10 94/7 95/2 95/21 95/25
96/2 97/11 98/2 98/13 99/3 99/14
100/25 103/10 104/17 108/24 109/24
109/25 111/19 112/22 113/2
one million [1]  27/19
one percent [1]  21/11
ones [2]  40/21 51/8
online [4]  14/10 15/14 30/6 60/24
only [30]  1/15 5/6 9/2 9/24 11/8 15/1
19/25 23/7 23/17 25/1 50/6 52/9 57/10
62/8 64/18 67/3 67/7 71/24 79/6 79/7
97/3 104/15 109/23 110/11 110/21
111/8 111/19 111/19 112/25 113/1
oOo [2]  4/3 114/2
open [1]  27/22

## O

opening [6] 4/8 4/10 9/22 24/20 31/24 76/9
operating [1] 17/18
opinions [1] 46/8
opportunity [1] 9/8
opposed [2] 22/1 87/25
opposite [1] 55/7
Orbison's [1] 107/8
order [6] 6/12 11/22 57/21 78/21 98/8 112/17
Orgasm [1] 84/11
original [25] 30/13 30/19 33/4 52/24 56/17 62/9 62/11 62/13 66/13 66/14 67/21 68/17 68/22 72/3 87/5 92/22 92/24 93/3 93/7 96/14 97/9 100/12 100/15 102/19 109/17
originals [1] 98/18
other [77] 4/13 4/16 5/1 8/4 9/9 11/12 17/20 18/2 19/10 21/10 21/24 22/1 22/4 24/8 24/23 26/15 28/11 28/12 28/23 32/11 34/16 34/18 36/3 36/7 37/12 38/14 38/19 40/7 41/11 46/5 46/6 48/13 52/4 52/19 54/22 56/9 56/13 56/14 56/15 56/22 60/24 61/24 62/1 62/20 64/24 65/6 70/11 72/5 72/5 74/15 76/5 77/15 77/16 83/2 85/21 86/8 86/9 92/13 94/4 94/7 95/11 95/14 95/17 96/1 96/22 100/1 100/14 103/21 105/7 105/8 106/19 106/21 109/22 110/3 111/9 112/9 112/16
others [3] 51/3 87/25 91/11
Otherwise [1] 67/10
our [38] 9/17 11/10 12/2 12/3 13/6 14/8 15/12 16/1 19/16 21/6 21/7 21/12 23/3 25/10 26/17 36/17 40/10 41/18 42/23 45/11 48/23 57/16 59/1 62/18 63/12 65/10 76/23 77/22 79/17 82/23 84/25 86/15 90/6 95/4 103/8 106/13 106/21 112/2
ours [1] 103/15
out [56] 8/5 8/12 12/21 12/24 13/4 16/6 18/16 23/14 29/6 31/8 31/15 31/16 32/6 32/9 32/14 32/20 32/23 33/2 33/11 33/12 35/20 35/23 36/21 39/13 39/15 41/19 42/22 42/23 43/16 46/18 46/20 46/22 48/9 51/20 53/8 57/21 57/24 62/7 62/12 62/19 65/11 67/8 68/19 70/20 71/7 80/15 88/25 94/19 100/17 101/2 107/6 107/14 107/22 107/24 112/6 112/22
outset [1] 38/9
outside [4] 11/11 36/9 36/13 105/8
over [10] 13/18 17/4 22/18 27/19 46/1 52/11 80/15 83/21 92/21 96/9
over-the-top [1] 46/1
own [2] 11/10 100/13
owned [1] 96/4
owner [14] 26/13 59/3 66/14 66/15 67/2 67/4 67/6 68/4 68/7 68/22 98/18 100/3 102/19 103/6
owner's [1] 100/15
owners [5] 59/1 59/22 60/25 61/2 68/19

## P

p.m [6] 4/2 78/1 78/2 88/10 88/11 113/3
paced [1] 10/17
page [9] 21/6 73/25 95/23 95/24 96/9 96/13 98/14 98/19 98/20

pages [2] 73/24 77/2
pains [1] 9/6
Paper [1] 81/10
paragraph [7] 100/25 101/6 102/9 102/14 105/17 107/12 108/4
paragraphs [1] 105/15
paraphrase [1] 69/3
parking [1] 37/3
parodic [1] 102/18
parodies [7] 103/7 103/13 104/14 104/23 104/24 104/24 104/25
parody [14] 57/1 101/20 102/19 102/20 102/21 103/7 104/9 106/22 107/6 107/7 107/8 107/9 107/11 109/11
part [25] 45/9 47/25 48/18 48/19 49/25 56/4 66/4 77/1 85/22 92/3 92/15 92/19 94/22 101/3 103/8 103/8 106/14 107/25 109/4 109/24 109/24 109/25 110/7 110/12 111/25
particular [15] 6/10 12/15 26/20 27/23 32/9 36/10 51/4 73/7 74/4 77/20 91/12 94/5 94/11 101/13 102/4
particularly [1] 96/2
parties [6] 4/4 28/5 65/11 86/24 88/13 88/17
parts [7] 41/12 48/20 48/21 48/22 52/24 109/22 109/23
party [2] 89/3 106/4
pass [1] 6/21
passed [1] 23/10
pastes [1] 99/12
Pause [1] 6/5
pay [7] 4/12 4/21 9/18 23/12 23/18 27/5 27/9
paying [1] 35/2
PBS [1] 26/6
Peele [1] 80/5
people [35] 4/12 4/20 11/19 12/4 12/18 12/18 12/19 12/20 17/18 18/5 18/6 21/6 21/15 23/17 40/8 40/13 41/4 42/14 45/20 47/22 48/8 48/9 52/4 52/5 52/19 56/3 60/23 63/14 67/13 76/11 92/13 94/20 104/11 104/14
people's [2] 4/13 44/19
per [2] 40/22 50/19
perceive [1] 42/3
perceived [1] 6/11
percent [9] 21/11 92/20 92/21 92/23 93/2 93/6 93/10 93/10 93/13
perform [1] 39/15
performer [2] 15/20 26/2
performs [1] 11/6
period [3] 52/14 68/14 86/13
permissible [1] 7/1
permits [1] 13/25
person [6] 12/9 17/18 30/6 38/23 50/9 103/24
person's [1] 38/15
personal [2] 45/10 61/19
personality [3] 18/6 22/13 24/15
personality-driven [1] 18/6
personally [1] 61/3
personify [2] 13/19 13/20
personnel [1] 97/17
perspective [1] 108/16
persuade [1] 86/5
persuasive [1] 109/3
phase [2] 57/10 75/4
physical [2] 46/1 46/2

physically [1] 50/6
pick [1] 12/23
picture [1] 102/16
piece [1] 6/10
pile [1] 17/1
Piranhas [1] 84/14
place [5] 11/22 12/13 33/6 54/3 89/19
places [6] 11/19 12/18 12/18 68/16 99/10 100/14
plaintiff [4] 1/7 2/3 5/13 93/21
PLAINTIFF'S [2] 3/3 38/1
planned [1] 85/23
play [17] 13/17 30/15 30/17 31/1 41/1 41/21 42/17 48/6 48/19 57/13 57/14 57/16 77/13 78/6 82/6 83/20 110/13
played [47] 14/18 15/6 30/1 30/21 31/2 32/19 42/22 42/23 44/20 78/8 79/5 79/10 79/13 79/20 79/23 80/1 80/7 80/10 80/13 80/16 80/19 80/22 80/25 81/3 81/6 81/9 81/12 81/17 81/19 81/22 81/25 82/3 83/7 83/10 83/13 83/16 83/24 84/10 84/13 84/16 84/19 84/22 85/10 85/13 110/10 110/11 110/11
playing [2] 16/14 83/19
pleasant [1] 86/18
please [8] 37/24 58/13 69/15 69/18 71/1 73/19 75/9 105/13
plus [1] 109/17
point [24] 8/5 8/14 12/3 12/21 14/20 43/16 56/8 56/12 62/12 65/3 65/3 88/18 89/8 90/8 90/12 90/21 91/13 92/9 92/21 95/18 101/1 109/21 112/3 112/22
pointed [8] 31/8 31/15 31/16 32/6 32/9 32/23 107/6 107/14
pointing [1] 33/2
points [2] 90/3 95/17
politicians [3] 29/7 29/9 29/12
Pooh [1] 16/16
popularity [1] 68/14
portion [4] 48/15 48/16 52/23 56/1
position [6] 72/8 83/20 86/11 89/1 108/1 112/2
positions [1] 88/18
possible [2] 36/17 48/24
post [5] 20/19 20/22 20/24 100/13 100/14
posted [5] 20/25 95/24 96/6 96/8 98/5
potential [2] 76/7 105/21
potentially [1] 101/10
power [3] 44/7 44/11 44/15
Powers [2] 74/5 85/12
practicing [1] 16/12
Prank [1] 30/24
preclude [2] 103/6 104/10
prefer [1] 78/11
prejudice [1] 108/17
prejudicial [2] 61/7 109/13
presence [1] 14/10
present [9] 4/4 10/5 10/23 50/6 75/14 78/3 86/15 86/20 86/22
presented [2] 85/19 110/23
president [2] 70/3 91/25
PRESIDING [1] 1/4
presumably [1] 99/25
pretrial [1] 8/14
pretty [5] 13/22 51/6 91/1 107/8 108/16
preventing [2] 9/12 9/17
previously [2] 38/7 75/12

## P

pride [1]  70/7
primarily [2]  21/14 62/15
primary [3]  26/22 40/1 91/25
Prince [1]  6/7
printed [2]  96/11 96/14
probably [6]  7/25 13/8 13/12 60/7 69/5
70/8
problem [1]  96/16
proceed [1]  18/20
proceedings [6]  1/14 6/5 78/2 88/11
113/3 114/9
process [7]  29/20 39/25 40/3 42/1
47/25 51/15 62/23
processes [1]  29/23
produce [1]  25/5
produced [3]  25/8 59/16 59/19
producer [2]  40/10 59/15
product [3]  9/6 38/24 38/25
product's [1]  46/12
products [1]  38/9
professional [2]  39/16 44/14
programs [2]  38/13 72/25
promptly [2]  86/9 86/18
prone [1]  96/7
proponent [1]  98/9
proposed [2]  87/1 89/16
protectable [1]  103/25
protected [1]  72/9
provide [6]  11/14 40/24 41/6 54/12 95/3
95/5
provided [1]  95/6
public [2]  29/9 29/12
pull [6]  12/24 41/17 50/24 70/25 73/18
75/8
purpose [18]  19/24 26/8 43/14 43/15
48/11 53/13 53/15 54/6 55/13 55/22
55/25 56/4 56/11 105/6 108/7 109/6
109/7 109/10
purposeful [1]  94/5
purposes [2]  26/4 28/6
pursuant [1]  114/6
put [16]  12/7 16/20 22/6 33/24 34/24
41/20 42/7 46/4 47/5 60/23 60/24
81/24 86/10 88/3 89/25 95/19
puts [1]  97/23
putting [1]  17/14

## Q

qualify [2]  64/19 72/9
quality [1]  108/5
quandary [1]  89/16
quantity [1]  108/5
question [27]  6/8 20/4 20/5 20/6 31/18
36/2 36/2 36/20 37/8 38/12 41/23 42/1
44/9 50/19 54/5 57/3 61/11 64/17 66/4
75/7 89/5 94/1 107/22 107/23 108/11
108/12 111/23
questioning [3]  4/5 18/24 51/13
questions [17]  20/1 25/14 31/25 31/25
36/1 40/25 41/2 41/10 45/5 45/7 47/11
49/1 54/14 56/15 65/19 69/8 88/8
quickest [1]  40/23
quickly [3]  45/17 45/19 70/16
quite [2]  26/10 96/23
quote [1]  15/13

## R

race [1]  8/8
raise [2]  44/2 44/3

raised [1]  14/20
random [1]  44/10
rap [2]  107/6 107/7
rate [4]  23/5 23/8 23/9 92/23
rather [1]  90/8
Ray [4]  3/5 40/10 64/2 68/3
Rayborn [1]  73/25
re [2]  77/7 77/11
re-call [1]  77/7
re-called [1]  77/11
reaction [1]  55/7
read [1]  53/21
reading [4]  5/12 94/13 105/24 107/4
reads [1]  108/4
real [3]  16/11 16/15 103/4
real-life [1]  103/4
realize [1]  86/14
really [21]  13/19 19/18 23/6 39/14
40/14 41/18 42/10 43/10 43/11 44/5
44/7 45/19 46/1 46/3 48/21 60/6 62/18
87/17 87/22 104/7 110/14
reason [4]  28/7 32/21 58/3 112/3
reasonable [3]  6/9 108/7 109/6
reasonably [1]  6/11
reasons [2]  20/7 97/5
recall [6]  14/4 36/11 52/3 53/24 70/24
86/25
received [6]  19/19 21/15 92/18 93/19
99/25 106/8
recently [2]  46/17 52/2
recess [5]  4/6 78/1 86/24 88/9 88/10
recognize [2]  27/12 45/22 71/3 71/4
recognized [2]  33/18 101/13
recollection [1]  91/7
record [9]  38/3 54/4 58/14 69/19 78/15
79/4 90/16 100/8 100/9
RECROSS [1]  3/4 3/9
recurring [1]  44/21
Reddit [1]  99/11
redirect [4]  3/4 3/9 37/7 37/9
redneck [7]  17/21 33/8 33/12 42/11
43/21 54/19 54/21
rednecks [1]  42/12
rednecks' [2]  42/15 42/18
rednecky [1]  16/21
refer [5]  24/23 27/15 27/17 91/15
109/24
reference [9]  45/2 65/14 69/7 74/9
74/16 75/20 80/3 108/11 112/7
referenced [2]  110/8 111/20
references [2]  107/23 110/22
referencing [1]  65/15
referring [3]  5/13 36/9 68/8
reflect [1]  100/9
refocus [1]  38/9
refresh [1]  70/21
regard [4]  18/15 35/13 38/7 110/2
regarding [1]  88/15
regards [1]  19/15
registration [6]  71/4 71/6 71/11 71/13
71/19 71/22
regular [5]  20/19 22/19 23/6 52/5 94/23
regularly [1]  27/19
regulations [1]  114/10
relate [3]  61/12 103/4 112/24
relates [1]  73/16
relation [2]  108/7 109/6
relevance [19]  26/24 28/4 28/19 29/16
30/9 33/22 51/11 52/20 56/5 61/4 63/2

73/5 73/10 74/19 75/4 75/21 104/25
112/20
relevant [26]  4/14 4/15 4/19 5/10
8/10 8/12 9/20 12/2 12/3 13/14 20/14
29/1 56/12 56/22 61/20 63/6 76/2
76/14 90/10 97/18 103/11 103/18
104/17 109/25 110/6
relying [1]  108/1
remember [5]  27/25 53/9 54/2 110/10
112/10
remind [1]  111/7
removed [1]  53/14
renew [1]  18/25
repeat [1]  66/22
repeats [1]  60/5
rephrase [5]  31/19 32/3 52/15 55/20
102/13
replacement [1]  102/6
reported [1]  114/8
reporter [4]  37/25 58/11 69/16 114/16
REPORTER'S [1]  1/14
represent [2]  59/22 61/2
require [2]  45/16 87/4
required [4]  40/22 61/8 87/16 95/9
requirement [1]  95/3
rescue [1]  54/7
Rescues [1]  79/1
research [1]  47/17
researcher [1]  59/15
reset [2]  83/23 83/25
respect [2]  36/20 106/17
respond [3]  7/8 20/11 93/22
response [1]  4/17
responsibilities [2]  70/6 77/3
restaurant [1]  70/23
result [2]  4/21 42/21
resume [1]  39/17
resumed [2]  78/2 88/11
Resurrection [6]  14/3 14/5 53/7 54/9
78/24 79/12
rethink [1]  86/3
return [1]  93/8
returned [1]  23/9
revenue [14]  26/23 26/23 62/16 62/20
62/21 63/24 65/7 89/10 92/1 92/3
92/12 92/17 92/19 93/19
revenues [1]  105/9
review [13]  15/21 15/22 15/23 17/7
23/13 37/11 37/13 40/7 40/9 45/3 68/2
97/11 97/11
reviewed [10]  14/12 23/19 23/25 24/3
24/6 28/14 66/17 67/1 96/3 97/8
reviews [1]  95/19
revise [1]  85/25
ridicule [2]  12/9 12/11
Ridiculous [1]  10/18
Ridiculousness [3]  60/17 61/23 72/25
right [48]  4/22 6/6 7/17 15/8 16/6 18/19
19/14 19/17 25/15 36/6 37/23 46/21
55/16 57/5 57/12 57/20 61/17 64/13
65/20 66/15 67/14 68/4 68/7 68/18
68/23 71/14 72/11 74/3 74/17 79/24
82/12 82/18 85/5 85/8 86/17 89/18
97/4 97/10 98/1 98/12 99/2 99/22
100/22 101/15 102/21 105/19 112/20
113/1
rights [4]  62/9 62/11 62/13 67/21
Rob [1]  60/17
Robbie [7]  14/14 15/16 15/17 16/6
16/18 40/8 44/20

**R**

role [2]  58/21 77/2
room [3]  1/23 41/2 110/18
room the [1]  110/18
row [1]  78/13
Roy [1]  107/8
rule [1]  73/4
rules [2]  95/9 101/9

**S**

S-k-o-g-m-o [1]  58/16
said [28]  4/7 7/14 8/9 8/15 9/24 12/10
  12/18 20/19 24/20 32/23 33/2 38/9
  45/5 47/6 51/19 58/2 66/7 70/12 76/5
  83/22 85/17 91/25 95/22 96/24 97/24
  102/24 112/14 112/16
said that [1]  24/20
same [7]  8/23 75/12 89/6 97/8 98/4
  103/17 111/20
San [1]  2/10
sarcastically [1]  16/7
sat [1]  49/15
satisfied [1]  102/5
Saves [1]  78/20
saw [14]  23/17 26/22 36/15 42/25
  47/20 53/6 60/21 65/8 85/1 92/5 94/7
  95/21 100/17 110/17
say [46]  5/23 5/25 6/7 6/9 6/21 7/17
  7/21 12/25 13/13 15/20 21/12 21/18
  22/11 23/3 23/11 24/5 35/14 36/10
  40/15 43/6 45/5 45/23 47/23 60/9
  62/24 67/14 68/13 79/8 87/13 91/15
  91/18 92/20 94/11 94/19 96/13 96/25
  97/15 101/19 102/2 102/12 102/20
  103/7 108/22 108/24 109/9 109/25
saying [25]  16/7 41/15 48/9 48/11 66/8
  66/9 67/1 67/14 73/10 89/17 89/19
  90/22 96/17 96/23 97/10 98/5 98/8
  98/19 100/6 105/19 106/18 106/19
  107/3 110/9 112/23
says [8]  5/2 7/16 7/19 27/15 76/3 97/11
  103/24 109/5
scans [1]  98/23
scenario [3]  13/8 32/14 32/17
scene [5]  36/4 36/8 36/18 37/3 104/16
scenes [2]  36/3 36/7
schedule [4]  20/19 20/21 20/23 82/7
screaming [1]  46/21
screen [10]  27/13 33/23 33/24 36/14
  36/21 41/24 42/22 42/24 45/1 45/18
script [4]  51/17 51/19 51/21 51/23
scripted [1]  24/16
search [1]  68/19
seat [1]  55/4
seated [2]  58/13 69/18
second [12]  5/14 10/21 15/22 40/24
  45/13 64/7 77/4 89/8 92/3 92/9 100/23
  108/3
seconds [3]  32/9 58/3 108/25
Secret [2]  84/6 84/8
section [2]  111/21 114/6
sections [1]  107/21
see [40]  17/3 18/14 18/24 22/13 27/22
  27/22 33/16 34/20 34/25 35/14 42/14
  42/20 42/21 42/23 43/2 47/7 47/21
  55/2 56/9 63/12 66/21 68/3 70/21 74/9
  75/20 79/14 82/18 84/7 84/9 84/23
  84/25 91/12 92/18 93/7 100/19 102/5
  104/2 106/15 108/13 112/20
seeing [8]  65/14 82/12 86/25 90/25

91/20 92/7 109/19 111/16
seek [3]  5/1 84/10
seem [5]  84/1 101/19 103/12 112/8
seemed [1]  9/23
seems [10]  5/22 87/19 89/17 89/22
  90/12 92/4 99/3 101/18 109/7 110/2
seen [11]  14/24 22/1 45/21 60/7 60/13
  64/4 73/22 73/23 73/23 82/6 84/24
segment [6]  109/12 110/6 110/12
  111/20 111/20 111/22
segments [12]  45/13 110/4 110/7
  110/17 110/20 110/21 110/22 111/18
  111/19 112/3 112/7 112/16
select [1]  48/15
selected [1]  48/16
selection [2]  40/4 41/4
self [1]  105/15
self-evident [1]  105/15
send [5]  40/6 50/13 50/21 51/6 51/7
sense [4]  26/5 88/21 88/23 89/24
sent [1]  51/2
separation [1]  92/7
serialized [2]  24/14 24/17
series [1]  42/17
serious [1]  108/16
session [2]  1/15 85/17
set [8]  11/3 11/8 11/8 11/8 14/4 22/2
  77/23 77/23
sets [2]  11/12 60/5
seven [3]  100/25 101/7 105/15
several [1]  44/18
shared [4]  21/16 22/5 22/7 68/15
sharing [2]  21/9 22/1
she [18]  14/11 15/14 23/7 31/8 31/9
  31/9 31/15 32/6 52/7 52/8 52/9 55/19
  56/11 56/12 56/23 97/24 112/14
  112/16
she's [3]  15/13 37/22 61/7
Ship [2]  79/18 79/22
Shoot [1]  80/12
shooting [1]  63/15
short [9]  9/4 48/23 68/14 86/24
shorten [3]  82/10 107/20 112/23
shortened [1]  108/21
shorteners [1]  94/11
shortest [1]  48/24
shot [7]  25/10 27/13 41/7 50/7 50/19
  78/20 80/15
shotgun [1]  43/9
should [13]  4/23 9/18 11/24 12/20
  12/23 24/22 67/15 79/8 89/12 108/4
  108/6 108/20 111/7
shouldn't [1]  38/22
shouts [1]  17/22
show [85]  7/20 10/9 10/9 10/11 10/12
  11/5 12/17 13/25 15/4 18/4 18/6 18/18
  19/6 19/20 20/8 21/9 21/14 21/15
  21/25 21/25 22/9 24/7 24/13 24/14
  25/5 26/4 26/8 26/10 26/15 26/18
  26/20 26/20 26/21 26/23 27/2 27/19
  30/5 33/20 33/20 37/22 39/6 39/9
  39/21 39/23 43/20 44/23 45/12 46/7
  48/17 48/21 49/17 50/11 51/9 54/8
  60/1 60/2 60/2 60/17 60/18 61/8 62/23
  74/1 75/14 78/16 78/17 78/19 79/11
  81/1 85/2 85/4 85/7 90/18 90/19 90/20
  95/24 98/4 98/5 98/10 104/17 104/19
  104/20 106/7 110/6 111/22 112/2
show's [1]  22/8
showed [3]  40/18 48/16 54/21

showing [3]  78/24 106/6 112/25
shown [2]  28/4 43/22 79/7
  108/9 110/8 111/19 112/4
shows [36]  17/11 22/3 22/4 26/17
  28/23 35/15 59/16 59/16 59/19 59/25
  60/4 60/6 60/8 60/9 60/13 60/15 60/19
  60/24 61/3 61/23 61/24 61/25 62/1
  62/1 62/2 62/2 62/3 64/5 92/12 96/10
  97/25 103/15 103/16 104/5 104/18
  106/12
shpiel [1]  15/17
shuffle [1]  17/5
side [8]  9/7 9/7 17/20 70/8 78/7 78/7
  86/5 101/4
sides [3]  4/25 6/13 9/23
sidewalk [1]  9/21
significant [1]  9/22
silly [2]  10/18 59/7
similar [2]  62/1 103/15
similarly [1]  5/4
simplest [1]  98/12
simplifying [1]  89/23
simply [2]  6/9 31/15
since [5]  8/21 10/13 87/11 89/19 91/13
single [1]  87/7
Sink [2]  79/17 79/22
sir [4]  27/12 37/18 69/10 77/10
site [6]  89/16 90/24 94/11 98/16 98/17
  106/8
sites [1]  19/10
sitting [1]  86/13
situation [1]  46/4
situations [2]  46/6 83/3
six [13]  46/23 47/4 47/5 50/17 52/8
  52/9 52/14 55/15 55/22 55/25 56/2
  108/3 108/21
six-month [1]  52/14
sketch [1]  22/6
Skogmo [10]  3/10 58/9 58/12 58/15
  58/16 58/19 65/23 67/17 100/18
  100/20
slightly [1]  78/5
slow [2]  12/1 44/6 48/20 60/4
Smash [1]  30/24
Smith [1]  80/9
so [171]
social [2]  21/9 21/10
soften [1]  15/15
sole [1]  26/13
solutions [1]  70/10
some [48]  4/7 5/11 6/3 6/16 6/21 10/22
  10/22 10/23 11/12 22/5 26/17 32/21
  38/19 40/25 48/20 48/20 56/13 57/3
  58/2 62/3 65/12 67/5 70/13 76/10
  76/18 76/19 76/20 77/13 78/6 86/23
  87/25 88/8 88/13 89/20 91/11 92/7
  94/7 94/23 96/1 96/5 103/2 103/23
  107/17 107/19 107/24 110/3 110/17
  111/9
somebody [8]  42/20 68/25 74/2 75/14
  93/1 98/13 102/3 102/18
somehow [3]  5/5 83/19 96/20
someone [10]  5/22 12/6 32/15 41/9
  42/4 42/9 43/8 89/3 89/13 104/16
someone's [1]  11/13
something [27]  4/5 4/7 5/23 9/24 19/2
  28/10 33/3 40/19 42/6 43/3 43/6 43/7
  43/12 43/15 43/16 46/2 46/11 57/1
  59/24 60/15 76/21 98/15 99/17 103/25
  109/14 104/22 110/15

**S**

sometime [2]  85/20 86/4
sometimes [18]  10/19 11/9 12/23
  12/24 13/16 23/14 23/14 23/20 30/14
  40/10 41/16 45/12 47/15 48/6 66/1
  66/5 98/20 100/2
somewhat [4]  5/21 83/1 86/14 90/12
somewhere [2]  41/13 84/24
song [1]  107/7
sorry [13]  10/20 14/16 21/23 24/16
  25/17 27/8 32/25 42/1 44/7 66/4 78/21
  95/18 103/2
sort [22]  5/22 11/6 11/20 12/1 12/8
  12/11 13/7 15/12 17/3 17/21 26/9
  38/21 51/13 58/4 91/20 92/7 92/7
  98/23 100/18 101/17 104/4 104/6
sought [1]  76/11
sound [1]  48/6
source [40]  10/23 13/4 14/16 24/6
  24/12 25/10 25/11 26/22 27/17 30/2
  45/21 48/1 48/4 48/5 48/6 52/6 60/21
  62/21 66/1 66/6 66/7 66/9 66/10 66/11
  67/18 91/25 92/2 96/22 97/1 97/3 97/7
  97/7 97/8 97/16 97/19 98/6 98/7 100/1
  100/3 100/12
sources [3]  37/12 37/14 62/20
southern [2]  43/8 43/10
spare [1]  39/17
speak [6]  6/24 17/23 96/15 98/18 103/3
  103/3
special [1]  111/3
specific [9]  11/17 22/25 40/12 47/18
  48/21 53/17 53/17 73/23 101/19
specifically [5]  36/11 39/9 41/23 73/17
  99/14
speculated [2]  31/6 31/13
speculation [1]  18/21
speculative [1]  92/4
speed [2]  11/25 48/20
spell [4]  5/18 38/2 58/14 69/19
spelled [1]  69/21
spending [1]  70/8
spreadsheet [1]  96/3
Spring [1]  1/23
stand [8]  6/23 10/2 29/14 37/25 43/1
  58/10 69/16 97/24
standard [1]  14/8
standpoint [1]  82/15
standup [3]  39/14 39/14 112/11
star [2]  11/20 12/12
starred [1]  59/9
starring [1]  60/17
start [9]  5/6 15/11 46/19 46/20 58/23
  59/10 86/9 86/18 102/25
started [8]  8/20 8/23 28/22 29/6 39/11
  39/14 58/24 108/2
Starting [1]  40/4
starts [1]  55/8
state [5]  20/14 38/2 58/13 69/18 73/4
stated [1]  75/12
statement [4]  4/10 24/20 31/24 76/9
statements [2]  9/22 53/13
STATES [3]  1/1 114/7 114/11
static [1]  96/10
stations [1]  72/23
staying [1]  36/12
stenographically [1]  114/8
step [10]  10/21 11/8 36/9 37/18 37/24
  58/10 69/10 69/15 92/16 100/4
STEPHEN [1]  1/4

stepped [1]  14/14
still [5]  23/24 34/15 72/8 75/22
stipulated [1]  34/7
stipulation [1]  34/7
stood [1]  8/15
stop [2]  85/3 101/15
stopped [1]  49/19
stories [1]  44/24
story [9]  30/12 30/17 31/4 31/11 31/17
  32/16 40/25 41/6 47/15
straightforward [1]  40/24
straining [1]  83/1
strange [2]  32/21 89/22
Street [2]  1/23 2/9
stress [1]  87/25
strip [1]  44/16
structured [3]  24/15 24/17 24/18
stuck [1]  53/14
studio [10]  11/2 11/3 11/10 14/11 25/10
  26/12 26/13 36/9 36/17 36/22
studying [1]  91/8
stuff [3]  28/12 36/14 40/19
subject [2]  100/24 112/9
subjects [1]  112/10
submitted [1]  87/1
subscribe [1]  21/4
subscribed [1]  21/1
subscriber [10]  21/3 21/18 21/21 21/25
  22/21 22/23 23/5 23/7 23/9 24/19
subscriber-based [2]  21/18 21/25
subscribers [2]  21/15 24/19
substantially [1]  23/8
substitute [4]  18/18 28/15 101/25 105/8
substitution [3]  29/2 75/25 101/22
succeed [1]  5/3
succeeded [2]  5/5 17/6
success [1]  4/14
such [4]  9/6 72/23 72/25 86/2
sufficiently [1]  92/6
suggest [1]  82/5
suggesting [2]  97/6 103/12
suit [1]  17/19
Suite [2]  2/5 2/10
sum [1]  47/11
summary [1]  90/1
summer [1]  44/1
sunglasses [2]  12/7 12/7
Super [2]  74/5 85/11
suppression [1]  105/23
sure [12]  7/19 8/13 9/10 9/14 15/12
  36/10 50/18 53/22 59/24 60/2 60/7
  105/11
surprise [5]  54/25 55/14 56/1 56/18
  69/2
surprising [1]  68/25
survey [2]  76/20 76/20
sustain [3]  20/14 61/20 75/6
sustained [16]  9/21 18/11 26/25 28/20
  29/17 30/10 33/23 35/6 35/9 35/17
  52/21 56/6 63/3 63/8 63/20 73/12
SVW [1]  1/8
switched [1]  22/18
SWORN [3]  38/1 58/12 69/17
sync [1]  83/18
system [2]  68/7 77/23

**T**

take [36]  4/12 6/1 8/2 11/15 23/6 25/19
  33/6 34/16 41/8 41/19 42/4 42/7 43/7

43/8 43/10 45/9 46/10 46/11 48/9
  48/25 72/6 73/20 75/20 76/6
  77/22 77/24 80/18 86/23 88/8 90/17
  93/22 100/4 101/8 102/15 105/4
taken [5]  12/20 53/24 78/1 88/10 112/6
takes [3]  64/3 65/25 94/13
taking [5]  9/6 12/13 70/22 90/14 109/10
talented [1]  12/5
talk [18]  8/14 8/25 10/14 13/18 13/21
  14/1 14/15 16/2 40/9 40/9 41/2 44/25
  48/17 48/17 48/22 62/3 73/15 76/18
talked [1]  27/2
talking [12]  8/6 10/9 11/16 16/6 22/15
  42/12 53/18 60/14 62/16 65/2 102/8
  102/23
talks [3]  16/14 92/11 107/5
TAMANY [1]  2/9
tape [1]  9/25
task [1]  87/16
team [6]  62/7 62/8 62/10 62/12 68/18
  97/25
tear [1]  87/18
technical [2]  83/18 91/4
television [5]  59/17 60/24 72/23 72/23
  72/24
tell [14]  18/17 31/20 44/7 58/21 59/4
  59/25 72/18 74/13 88/3 88/5 88/6
  88/21 94/20 110/16
telling [1]  20/13
ten [12]  8/7 9/2 58/5 77/24 78/7 78/10
  78/13 82/4 93/17 93/18 93/19 93/20
terminology [1]  94/24
terms [9]  7/12 8/6 53/2 63/6 72/4 103/3
  103/4 108/17 109/22
test [2]  111/15 111/24
testified [6]  27/5 29/6 30/12 54/21
  55/13 99/13
testify [1]  92/11
testifying [1]  18/22
testimony [13]  5/7 19/3 38/19 40/1
  55/17 55/18 57/17 57/23 61/7 74/24
  88/14 88/18 103/14
than [21]  7/5 21/11 23/1 32/11 36/7
  46/5 48/14 52/4 70/9 74/15 88/6 91/11
  92/23 93/2 93/6 94/4 96/22 97/1 100/1
  109/7 111/24
Thank [31]  17/10 19/1 20/16 25/13
  25/16 25/20 25/25 32/3 33/16 37/5
  37/15 37/18 39/2 48/25 49/3 57/6 57/6
  57/8 65/18 69/10 69/11 72/13 73/13
  73/19 73/20 77/10 77/18 86/21 107/2
  112/21 113/2
that [626]
that's [75]  4/14 4/15 6/13 6/15 7/1 7/2
  9/6 9/16 25/2 28/10 30/16 34/1 34/19
  37/5 41/4 42/5 56/7 59/6 61/9 61/17
  64/19 65/18 66/1 66/8 66/11 67/11
  69/3 70/1 70/20 71/23 72/17 75/15
  76/13 77/9 78/23 79/7 82/4 82/15
  82/19 89/25 90/8 90/15 90/21 92/6
  92/14 94/19 94/22 95/25 96/2 96/23
  96/25 97/8 98/3 98/5 99/2 99/22
  101/17 102/7 102/20 102/23 103/8
  105/19 107/12 107/15 107/15 108/8
  109/1 109/4 109/9 109/15 109/16
  109/17 109/18 110/9 112/17
theater [1]  39/12
their [28]  4/13 5/13 6/12 11/22 12/8
  19/18 21/2 21/3 44/3 59/22 64/24 68/6
  86/6 88/3 88/18 92/23 93/6 94/11 95/5

their... [9]  100/13 102/4 107/6 107/7
107/7 109/11 109/11 111/5 111/7
them [34]  8/5 12/8 12/16 15/1 20/11
40/9 40/10 42/13 50/14 55/4 58/2 59/8
59/22 60/23 60/24 61/19 62/25 78/10
78/10 83/20 87/17 88/3 88/5 88/6
88/14 91/8 91/37 93/17 110/19 110/20
111/5 111/7 112/10 112/23
thematic [1]  87/19
themes [1]  88/1
themselves [1]  48/1
then [87]  4/16 5/5 5/6 7/7 8/4 10/23
12/8 13/9 14/12 15/17 15/21 15/22
15/22 15/23 16/1 16/10 16/14 17/3
18/3 18/20 19/17 20/4 22/19 23/3 23/5
30/23 31/13 34/11 34/11 36/6 39/13
39/16 40/7 40/20 41/5 41/8 41/19
42/16 44/14 47/4 48/10 50/14 51/7
51/16 51/19 51/23 57/12 57/20 57/24
58/1 59/2 62/12 62/13 62/20 64/22
64/25 77/24 78/17 82/18 85/22 86/24
88/1 88/9 88/22 89/8 89/13 89/19
90/19 90/22 90/24 91/21 91/22 92/3
98/8 99/3 99/4 99/7 99/21 101/20
102/1 102/4 102/7 103/25 109/2 109/3
109/25 111/20
there [80]  4/4 4/9 4/14 4/20 9/21 15/25
17/1 17/20 18/4 23/7 24/15 24/16
24/17 28/15 33/8 33/18 34/4 34/6 37/2
39/12 39/15 42/12 43/25 46/2 46/17
50/9 52/8 52/9 57/25 58/1 59/12 59/14
59/21 60/20 60/22 65/5 65/9 65/12
75/20 76/9 76/17 77/21 79/18 81/14
82/8 83/2 87/2 87/16 87/19 88/12
90/21 91/3 91/4 92/1 93/18 95/21
96/14 96/15 97/5 101/9 101/15 102/1
103/14 104/13 105/25 106/7 106/9
106/12 107/19 107/20 109/2 109/7
109/14 109/21 110/2 110/4 111/11
111/17 112/15 112/17
there's [26]  5/20 11/3 24/17 31/9 34/21
36/1 38/10 47/9 47/9 60/5 60/5 60/5
62/5 62/10 62/21 64/16 72/1 72/6 75/3
75/4 83/2 92/20 94/17 95/1 95/3
104/16
thereafter [1]  86/5
these [57]  7/20 7/24 8/10 16/22 16/23
33/5 42/18 42/24 44/14 46/5 47/3 52/9
52/13 57/23 57/25 59/12 59/14 59/19
60/3 60/3 60/6 60/7 60/21 60/22 60/23
60/25 61/2 62/3 62/5 63/12 63/13
63/13 63/14 63/17 63/24 64/18 65/9
66/25 68/8 76/11 77/2 77/2 78/21 82/6
83/18 85/24 87/18 88/4 91/7 92/17
93/24 94/10 96/1 97/11 104/18 106/13
112/15
they [109]  4/12 4/12 5/12 6/7 6/23
11/22 11/23 11/24 12/20 16/25 17/5
20/7 21/1 21/1 21/2 21/2 21/3 21/4
21/5 21/6 37/11 40/13 40/15 40/15
41/14 42/6 42/23 42/25 42/25 43/15
45/22 46/19 46/19 46/20 46/22 48/10
52/4 62/24 63/12 64/18 65/1 66/3 66/9
66/13 66/14 67/1 78/12 78/22 87/18
87/21 88/2 88/4 88/7 88/25 89/15
89/15 89/19 89/20 90/6 90/6 90/7
90/11 90/14 90/17 90/18 90/20 91/19
91/24 92/1 92/2 92/4 92/5 93/1 93/7
93/19 93/20 95/19 95/20 96/4 96/5

97/11 97/25 98/2 98/4 98/7 100/12
100/17 100/21 102/5 103/20 103/23
103/25 104/11 104/13 104/14 104/18
106/1 106/1 106/2 106/20 106/21
107/6 108/24 109/11 110/16 110/17
111/9 112/8 112/17
they'd [1]  17/2
they're [27]  11/23 33/24 34/4 43/1 43/2
46/18 46/20 46/21 46/22 46/22 55/2
60/9 65/15 67/3 67/14 67/20 73/6
90/14 91/13 94/10 96/10 104/8 104/10
104/23 106/11 106/18 109/15
They've [1]  57/23
Thief [2]  83/6 83/9
thing [17]  4/16 8/4 9/9 13/1 13/11
15/21 25/1 41/11 42/24 46/10 47/19
86/25 87/12 95/25 96/1 111/17 112/22
things [40]  4/7 6/23 7/17 7/20 9/7 10/20
11/11 11/12 11/13 11/7 11/19 12/14
12/17 13/1 13/19 20/13 22/1 22/6
22/17 22/20 28/11 29/8 34/23 40/12
40/13 41/8 41/17 46/1 46/6 47/13 61/6
64/2 82/13 86/10 88/12 94/8 95/2
104/6 106/10 107/24
think [74]  4/14 4/15 9/9 9/20 11/10
12/10 12/22 12/23 13/16 15/4 18/8
18/21 29/4 29/4 30/1 31/8 32/19 33/9
33/20 34/1 34/22 38/10 41/23 43/19
47/6 52/11 53/5 53/7 56/1 57/2 57/15
60/12 61/14 61/20 63/4 63/6 64/14
64/21 66/8 66/8 77/23 82/10 82/17
85/1 85/24 87/10 87/11 88/13 88/19
90/1 90/15 91/4 92/9 95/1 95/17
100/10 100/14 102/11 102/11 102/13
106/25 107/2 107/14 108/15 108/20
108/21 109/9 109/13 109/25 110/13
111/6 111/24 112/1 112/2
think and [1]  102/11
thinking [3]  6/18 85/25 89/6
thinks [3]  18/22 56/23 98/24
third [11]  15/23 15/24 16/2 41/1 65/11
89/3 100/25 101/6 105/17 106/14
107/12
third-party [1]  106/14
thirds [2]  109/18 112/24
this [193]
this commotion [1]  13/22
THOMAS [1]  2/3
those [30]  5/21 12/19 12/20 22/19
23/21 31/14 35/15 38/13 38/14 42/14
42/15 45/7 47/13 48/9 49/13 50/3
54/14 54/14 60/17 61/23 61/25 83/3
97/25 98/13 98/15 104/18 106/10
106/19 106/20 112/3
though [2]  65/14 91/24
thought [25]  5/8 7/5 9/22 36/2 40/21
41/14 41/19 51/8 56/11 56/12 57/3
59/21 61/1 76/9 76/17 83/3 84/24 89/1
96/24 97/1 104/19 107/18 107/25
108/8 111/3
thousands [1]  93/5
three [100]  1/6 4/11 8/2 10/9 10/15
10/23 11/15 14/12 15/1 26/21 27/14
29/24 30/2 35/15 36/1 38/12 39/5
39/21 39/23 40/22 42/20 49/8 49/11
49/15 49/25 50/14 50/15 50/22 50/22
52/3 52/17 58/1 58/3 62/1 64/3 64/18
64/22 65/14 65/25 66/5 66/11 66/16
67/1 67/18 70/16 74/1 75/2 75/14 76/4
76/12 78/17 79/11 80/11 80/17 80/23

81/4 81/10 81/20 82/1 83/8 83/14
84/8 85/3 85/24 85/24 86/23 89/18
89/24 90/5 90/11 91/9 91/14 91/15
92/13 95/18 95/19 96/3 96/9 97/8
97/20 97/21 98/6 98/11 102/3 102/6
102/10 104/11 108/5 108/9 109/16
109/16 109/17 109/22 109/22 109/23
109/25 110/1 110/4 110/5 111/18
Three's [10]  63/23 73/16 75/25 84/11
90/18 98/20 101/24 103/16 106/3
108/7
Threes [1]  110/19
through [9]  7/24 9/15 11/7 15/8 17/12
76/24 78/9 87/24 94/25
throughout [1]  45/13
throw [1]  17/3
tickets [1]  55/4
tied [1]  15/24
ties [1]  17/7
time [26]  9/24 14/13 16/23 22/14 23/10
25/19 31/24 40/8 49/25 56/10 68/14
70/8 72/21 77/6 77/9 78/5 78/7 85/17
86/13 88/13 96/9 97/2 98/7 98/11
98/16 100/4
timeline [1]  12/1
times [11]  7/24 10/18 16/24 22/25 43/5
62/22 68/24 94/18 97/18 108/10
109/17
timing [1]  96/15
tiny [2]  42/13 43/3
Tisch [1]  39/11
title [4]  70/9 74/15 80/2 114/7
Toaster [1]  82/2
Toasters [1]  81/24
today [3]  40/2 97/24 111/2
together [1]  89/25
Toilet [1]  81/10
told [6]  38/7 49/16 58/4 72/6 85/23
109/14
tomorrow [6]  85/20 85/22 106/15
107/19 112/20 112/24
ton [1]  63/11
tonight [1]  88/14
too [7]  6/19 11/10 31/16 32/7 32/10
72/7 112/1
took [7]  43/3 43/24 46/16 54/1 54/3
103/8 108/24
top [2]  30/5 46/1
topic [1]  11/9
Tosh.0 [3]  60/16 61/22 72/25
totally [2]  87/20 112/8
touched [1]  6/3
touches [1]  5/21
track [3]  12/8 82/11 110/14
tracking [2]  62/10 62/11
traditional [1]  26/5
traffic [4]  21/12 22/3 75/2 90/6
Train [1]  84/11
trampoline [4]  74/7 74/7 74/10 85/9
transcript [4]  1/14 53/20 114/8 114/10
transformation [4]  111/13 111/15
111/23 112/5
transformational [1]  5/5
transformative [3]  6/12 6/24 111/25
transforming [1]  5/25
transforms [1]  111/21
transitioning [1]  15/16
transparency [1]  18/16
trash [1]  70/22
tree [2]  13/21 80/9

**T**

trial [7]  5/13 8/11 9/8 17/1 29/12 64/20 108/2
trials [3]  8/11 8/11 67/9
Trick [1]  80/21
tried [3]  5/2 16/24 48/23
tries [2]  79/17 95/18
trucker [1]  33/9
true [5]  28/8 34/10 59/17 109/15 114/7
truncated [1]  74/14
truth [1]  20/12
try [8]  45/14 47/20 47/21 64/16 67/15 86/5 86/10 106/25
trying [13]  5/7 38/23 38/23 40/14 61/7 73/6 76/15 86/10 89/9 104/10 105/18 107/11 107/15
Tuesday [4]  1/17 4/1 20/22 21/7
Turkish [1]  80/21
turn [2]  45/14 94/12
turned [2]  46/23 47/7
turns [1]  8/12
Tutorial [1]  84/20
TV [4]  59/18 61/24 62/23 104/20
twice [2]  20/22 79/14
two [24]  12/4 44/1 45/13 46/18 50/3 50/17 50/19 57/10 57/16 58/3 61/6 79/18 81/14 83/18 90/3 95/17 95/21 96/14 105/14 105/15 106/10 109/18 109/25 112/24
two-thirds [2]  109/18 112/24
type [5]  11/14 59/4 60/13 73/7 101/13
types [7]  10/14 11/16 47/13 59/12 59/14 101/12 103/15
typical [4]  16/8 16/9 32/24 33/3
typically [6]  20/22 29/23 29/25 50/13 93/4 100/15

**U**

U.S [2]  1/22 114/16
uh [4]  10/25 16/4 54/20 70/15
uh-huh [4]  10/25 16/4 54/20 70/15
ultimately [3]  5/3 38/22 38/24
unaltered [1]  5/4
unauthorized [2]  63/23 65/6
uncomfortable [1]  86/14
unconnected [1]  89/4
under [10]  54/17 72/2 75/4 95/3 95/8 95/8 95/10 101/8 108/4 111/15
understand [25]  7/6 18/14 21/14 51/15 66/22 69/5 69/6 69/6 70/16 70/19 74/23 75/1 77/5 78/4 90/2 91/24 96/17 98/22 100/11 101/3 101/4 101/6 102/17 103/19 109/1
understanding [4]  74/12 89/11 107/16 108/14
understood [4]  6/15 28/5 67/12 77/8
UNITED [3]  1/1 114/7 114/11
Univision [1]  72/24
unless [1]  106/1
unquote [1]  15/13
unring [3]  8/16 8/21 111/2
unsolicited [3]  63/1 63/10 63/11
until [2]  33/24 93/16
untouched [1]  100/15
unusual [3]  9/7 58/6 65/9
up [53]  4/5 8/13 8/15 9/7 11/25 13/6 13/11 14/4 16/18 16/18 16/21 17/2 21/8 23/10 23/23 27/10 29/14 30/5 33/15 33/16 34/14 34/24 34/24 38/18 41/24 43/9 44/13 44/15 45/1 46/1

**V** (left column continued into middle)
47/11 47/20 48/20 50/24 54/21 70/25 71/8 73/6 73/8 73/11 73/23 78/6
78/13 80/14 84/6 85/23 87/9 87/17 87/20 89/14 95/24 98/17 100/12
updated [1]  96/9
uploaded [2]  31/8 31/10
upon [5]  5/11 6/4 45/9 61/17 76/7
upset [1]  46/23
URL [5]  94/11 94/12 94/13 94/13 94/19
us [15]  15/8 15/15 36/17 39/17 40/15 40/24 40/25 41/2 48/19 62/19 63/15 68/7 74/10 90/6 103/9
usage [2]  64/9 103/16
use [44]  6/24 7/25 24/13 36/12 36/14 38/12 38/13 39/25 45/25 48/15 50/11 55/19 62/24 63/16 63/23 64/8 64/12 64/19 64/19 64/24 64/25 65/6 68/12 72/2 73/16 76/4 76/7 77/21 78/5 85/19 86/6 87/14 89/18 95/4 95/8 98/4 101/19 101/12 101/14 101/19 102/23 108/7 109/24 111/8
used [11]  32/5 32/8 35/21 52/24 64/22 67/18 86/13 98/6 108/5 110/12 112/6
uses [2]  99/22 105/22
using [8]  32/12 32/15 60/4 91/9 91/11 91/12 91/13 91/19
usually [7]  27/21 40/22 40/23 45/25 48/16 50/8 97/23
usurping [1]  105/21

**V**

validity [1]  71/25
valuable [1]  59/20
value [2]  76/7 93/4
Van [1]  81/16
VENABLE [1]  2/8
venture [1]  11/10
verdict [4]  87/1 87/3 87/13 111/5
version [4]  16/11 43/4 43/12 48/10
versus [3]  6/7 21/15 80/24
very [23]  9/3 10/13 10/17 20/17 21/20 22/12 22/14 24/15 25/3 39/25 48/21 59/20 62/1 67/9 68/14 68/24 70/16 72/20 87/15 87/21 95/1 99/15 101/16
vice [1]  70/3
VIDAL [3]  2/3 8/15 83/8
Vidal's [1]  9/11
video [280]
videos [151]
Videotape [37]  14/18 15/6 30/21 31/2 79/10 79/13 79/20 79/23 80/1 80/7 80/10 80/13 80/16 80/19 80/22 80/25 81/3 81/6 81/9 81/12 81/17 81/19 81/22 81/25 82/3 83/7 83/10 83/13 83/16 83/24 84/10 84/13 84/16 84/19 84/22 85/10 85/13
view [3]  62/4 86/6 90/15
viewed [1]  89/13
viewer [12]  22/15 42/3 45/1 88/25 89/2 89/20 90/17 90/23 90/24 91/20 91/21 91/22
viewers [7]  19/19 20/25 21/13 28/22 94/20 104/3 106/2
viewers are [1]  106/2
viewership [3]  21/19 22/8 22/20
viewing [3]  21/5 24/18 106/2
views [22]  22/16 23/12 23/15 23/16 23/18 23/24 24/2 27/2 27/6 27/15 27/19 27/23 28/2 28/4 28/12 28/13 41/8 62/22 68/14 92/22 92/24 93/2

**V/W** (right column)
93/7
viral [10]  33/19 60/20 68/8 68/10 68/11 68/13 98/24 101/25 102/5 102/7
visit [1]  99/12
visual [1]  45/25
voice [5]  13/21 41/18 41/19 41/20 48/7
voiceover [3]  13/17 48/7 60/4
voiceovers [3]  13/22 41/13 48/12
VOIR [2]  3/3 3/9
VOL [2]  3/4 3/9

**W**

wait [4]  35/8 64/7 77/4 77/10
walk [2]  15/8 94/24
want [35]  6/2 7/11 7/23 10/2 12/6 14/17 14/21 30/15 40/12 42/13 42/14 55/9 62/24 63/16 73/1 73/15 77/5 82/22 83/20 85/2 85/3 86/24 87/8 87/9 87/18 88/5 88/12 92/8 92/19 100/10 100/24 102/19 106/24 107/18 111/5
wanted [15]  6/17 8/4 8/13 8/21 14/11 41/5 48/17 48/21 48/22 53/2 60/23 88/25 107/18 108/9 112/4
wants [3]  15/18 15/19 99/4
was [176]
wasn't [6]  36/20 52/9 86/2 91/25 100/2 100/18
waste [2]  31/23 78/7
watch [14]  18/5 20/7 40/20 51/7 51/16 57/25 74/5 80/8 81/15 88/4 90/17 90/19 93/2 97/25
watched [3]  25/7 46/16 52/1
watcher [1]  94/23
watches [2]  1/6 102/3
watching [10]  22/13 40/11 42/20 47/16 47/24 74/2 75/14 81/13 99/9 102/4
water [1]  25/18
way [32]  9/1 12/24 13/15 28/24 31/9 34/22 42/8 48/24 57/24 63/5 64/2 65/1 65/12 69/4 77/22 82/8 83/2 83/2 87/8 88/20 89/6 89/11 99/14 100/11 102/2 102/13 102/16 102/17 105/18 107/20 111/13 112/23
ways [5]  13/5 41/21 48/13 59/2 65/6
we [272]
we'd [11]  40/9 40/9 40/20 40/20 41/10 41/16 41/18 43/8 43/10 45/25 47/15
we'll [18]  11/11 11/11 11/12 12/1 12/24 13/14 13/22 23/14 31/1 34/22 72/15 77/24 78/16 78/17 78/19 79/11 81/14 88/9
we're [39]  4/4 7/2 9/6 9/14 9/17 11/16 14/2 14/20 18/8 27/12 30/20 31/23 57/2 57/16 57/24 60/4 60/4 64/16 65/2 65/12 65/13 68/8 73/8 76/15 78/5 78/6 78/9 78/24 79/16 79/24 80/8 81/13 82/12 86/15 90/25 102/8 106/17 106/19 107/11
we've [9]  13/24 20/23 22/18 22/18 22/19 23/4 59/24 60/12 64/4
wear [1]  12/7
web [1]  98/23
website [7]  91/23 91/24 94/11 98/14 100/14 100/15 104/4
websites [2]  26/16 98/20
week [8]  20/22 20/23 30/7 50/1 50/13 50/16 50/19 93/16
week's [1]  51/4
weight [1]  106/22

**W**

weird [1]  42/6
WEISS [1]  2/4
welcome [1]  107/1
well [60]  4/18 6/20 7/16 7/21 7/23 8/18
10/20 11/9 11/18 12/18 13/5 13/8
13/12 13/19 13/13 103/11 107/10 20/10
20/17 22/12 23/6 24/14 25/3 25/11
25/25 31/13 34/1 34/11 40/6 42/4
46/16 51/12 55/18 64/2 67/3 67/7 68/3
69/2 72/20 74/11 76/25 87/5 87/15
87/15 87/21 90/13 90/20 92/16 93/2
94/8 95/1 99/10 99/15 101/16 103/14
106/10 109/9 109/21 110/15 111/11
went [6]  39/11 41/19 44/15 45/11 76/11
90/23
were [54]  4/7 4/20 5/12 6/17 9/21 10/8
17/9 29/7 39/5 39/21 40/11 40/16
40/17 40/21 41/14 42/12 42/13 42/16
42/19 42/25 43/15 45/21 45/22 48/9
48/11 49/12 50/6 52/4 52/9 52/13
52/18 52/19 52/24 53/5 54/14 54/17
57/15 60/25 61/25 67/1 67/18 76/12
88/20 92/2 93/15 93/19 93/20 98/17
106/13 107/15 109/14 111/9 112/17
112/23
weren't [3]  40/13 49/22 110/18
Wesson [1]  80/9
West [1]  69/3
WESTERN [1]  1/3
what [154]
what's [17]  4/19 5/16 13/1 16/10 20/5
29/15 38/18 38/18 45/6 45/6 57/12
61/5 70/2 71/3 76/1 96/18 100/19
whatever [3]  38/15 48/11 100/16
when [57]  10/8 12/20 13/19 20/25 22/5
22/25 23/2 23/2 23/3 24/5 26/15 28/22
29/6 29/14 30/4 35/3 39/23 41/22 42/4
43/6 44/2 44/3 45/6 46/21 50/7 55/4
58/23 59/9 59/9 60/9 61/8 64/2 64/4
64/8 65/8 93/1 93/6 93/19 93/19 94/9
94/15 95/18 95/24 96/6 96/10 97/3
97/24 97/25 99/3 99/7 100/8 101/10
101/13 102/8 105/10 110/10 111/3
where [40]  6/17 6/21 7/2 18/17 19/10
22/3 23/5 32/20 37/3 40/13 40/17 41/7
42/21 43/25 46/18 62/6 62/15 66/11
68/5 71/11 74/6 74/20 75/5 83/3 88/18
91/3 91/12 92/6 92/21 94/13 94/20
95/20 95/21 98/6 100/12 100/13
101/17 104/25 107/15 110/12
whereas [1]  13/17
wherever [1]  96/8
whether [16]  5/9 18/17 20/1 28/15
30/16 66/10 66/16 66/25 75/2 76/3
76/6 90/10 97/9 101/11 108/6 109/5
which [21]  14/2 14/9 17/7 20/9 22/3
36/16 48/15 55/14 62/21 68/6 68/7
74/4 74/5 78/8 87/22 89/2 90/10 92/10
106/7 111/6 112/24
while [3]  6/22 43/19 77/11
white [1]  16/3
who [29]  4/21 12/4 14/10 17/18 17/22
18/6 19/6 23/6 27/25 37/21 44/13 55/3
57/22 57/22 63/14 63/15 68/22 76/11
76/20 76/23 88/4 88/21 89/3 89/13
99/18 102/18 102/19 104/11 110/10
who's [4]  4/24 4/24 57/9 76/18
whoever [1]  40/8
whole [9]  64/19 82/19 88/25 108/9

109/3 110/6 111/25 112/4 112/5
why [32]  8/7 8/17 20/25 12/25 13/1
20/7 22/11 28/11 29/1 45/5 56/22
64/15 64/16 65/2 66/13 66/14 67/11
67/13 68/11 76/24 81/23 82/6 90/2
90/10 97/5 103/11 107/12 108/8 109/9
109/13 111/21 112/17
Wiener [2]  83/11 83/14
wife [2]  17/22 17/22
will [56]  11/6 11/18 11/20 11/25 12/3
12/5 12/6 12/7 12/10 12/11 12/14
12/16 12/21 12/21 12/22 13/5 13/9
13/11 13/12 13/16 13/17 13/17 13/18
23/5 23/14 23/23 27/9 37/24 38/14
40/2 44/11 58/5 64/25 66/9 68/7 69/15
70/21 72/3 74/5 76/23 79/2 81/14
82/21 83/4 85/4 85/19 86/5 94/19
94/20 99/11 102/6 103/1 106/14
108/11 110/23 112/20
Wilshire [1]  2/4
WILSON [1]  1/4
wind [1]  45/1
winds [1]  38/18
Winnie [1]  16/16
winning [1]  16/14
Wisconsin [6]  16/8 32/24 33/3 33/7
53/8 78/25
withdraw [3]  21/13 21/23 48/14
within [2]  11/15 43/17
without [1]  7/17
witness [29]  3/4 3/9 37/19 37/24 38/1
38/6 38/7 53/19 57/3 57/3 57/9 57/21 58/12
69/8 69/12 69/14 69/15 69/17 76/18
76/19 76/21 76/23 76/23 77/6 77/15
77/16 77/21 78/4 82/23 88/21
witness's [1]  64/17
witnesses [8]  3/2 8/6 57/11 57/16
57/22 57/24 58/7 67/14
woman [3]  17/19 107/8 112/11
wonderful [1]  12/4
wood [1]  36/16
Woods [1]  80/12
word [4]  17/2 55/19 64/8 99/22
words [18]  5/1 6/24 6/25 24/8 34/16
38/15 47/7 56/22 72/5 85/21 95/11
95/14 103/21 105/8 109/22 110/3
112/9 112/16
wordy [1]  102/14
work [13]  5/5 6/8 6/10 13/22 60/19
69/24 76/8 101/14 102/18 102/23
103/1 105/22 111/16
worked [3]  49/25 67/4 67/8
working [1]  59/17
works [4]  6/11 13/16 13/19 102/8
world [13]  15/14 46/19 46/20 46/24
47/4 54/25 55/14 55/25 56/2 56/3
56/17 62/4
worldwide [1]  62/5
worse [1]  89/3
worst [1]  5/4
would [134]
would-be [1]  106/14
wouldn't [2]  47/24 68/25
wrapped [2]  25/9 25/11
write [12]  29/20 39/15 40/1 46/6 46/8
46/9 49/13 49/16 50/3 51/16 53/11
55/11
writer [7]  37/22 39/5 39/8 39/21 39/23
49/8 49/22

writing [3]  41/5 43/20 49/19
written [5]  37/9 43/25 55/1 84/5
wrote [7]  25/11 40/2 51/19 51/23 52/17
52/18 56/21
www.lisamariecsr.com [1]  1/24

**Y**

yeah [23]  7/7 7/23 8/1 8/3 8/25 9/3 14/8
15/10 17/13 17/17 17/23 18/3 23/20
41/4 45/4 47/2 61/25 88/17 89/8 92/9
97/14 112/14 113/1
year [1]  58/24
years [5]  22/18 27/14 44/2 96/4 96/14
yes [107]  7/10 7/13 10/4 11/2 11/4
14/23 17/10 17/17 17/25 18/5 19/4
19/13 19/21 21/11 21/17 21/20 22/22
22/24 23/2 23/14 23/23 24/1 24/4 25/6
26/1 26/14 26/17 26/20 27/7 27/21
28/9 28/19 29/22 29/10 29/22 29/25
30/3 30/8 30/14 30/25 31/9 31/22 32/2
32/22 33/10 34/9 36/7 36/11 37/13
39/7 39/19 39/22 40/5 42/23 43/21
44/19 44/22 44/24 48/2 49/10 49/21
50/5 50/8 50/12 50/20 50/23 51/5
51/10 51/18 51/24 52/6 53/1 53/4
53/10 53/12 53/25 54/16 54/18 54/20
54/23 55/1 55/6 55/10 55/12 56/20
57/19 58/8 61/18 62/17 62/21 64/14
65/8 68/17 70/19 70/24 71/8 72/1 72/4
73/5 75/12 85/6 98/25 105/3 105/5
108/10 108/19 110/25
yet [2]  14/24 59/25
you [467]
you'll [5]  15/23 74/9 77/4 80/17 106/15
you're [27]  6/6 15/4 19/2 30/4 31/18
31/21 32/25 45/20 53/18 57/6 61/12
66/25 68/11 71/25 73/9 89/9 89/17
89/19 89/23 90/2 91/20 98/8 100/6
102/22 107/3 111/3 112/23
you've [16]  20/25 23/19 23/24 24/3
26/18 31/24 35/2 42/21 43/5 43/6
47/13 51/15 52/8 60/7 63/5 65/5
young [3]  14/9 14/14 15/20
your [158]
Your Honor [51]  5/15 6/15 6/20 7/8
9/10 10/3 13/25 18/12 19/22 24/25
25/13 28/7 28/17 29/3 30/9 33/22 34/1
34/15 34/21 35/16 37/5 37/8 51/11
53/19 56/5 56/7 57/4 57/11 58/9 61/6
63/4 63/19 69/13 71/12 75/24 76/13
76/15 77/8 77/15 77/20 82/8 82/22
83/17 83/25 85/3 87/10 89/7 105/2
105/6 108/15 112/22
yours [2]  9/11 56/9
yourself [1]  33/18
YouTube [17]  21/2 21/4 22/3 28/23
73/25 74/2 74/13 75/14 76/20 93/1
93/3 94/20 94/23 95/24 95/25 100/8
103/21
YouTube's [1]  68/6