AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Central District of California<br>312 N. Spring Street<br>Los Angeles, CA 90012 | |
|---|---|---|
| DOCKET NO.<br>14-cv-09041-SVW-MAN | DATE FILED<br>11/21/2014 | |
| PLAINTIFF<br>Equals Three, LLC | | DEFENDANT<br>Jukin Media, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED<br>1/12/2015 | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☑ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 PA 1-905-092 | Black Bear Milk Bottle Rescue | Dennis W. West |
| 2 PA 1-905-094 | Disney World Surprise Gone Wrong | Apryl Evans |
| 3 See attachment. | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>UNDER SEAL<br>☒ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☒ No | DATE RENDERED<br>3/2/2016 |
|---|---|---|
| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>Margo Mead | DATE<br>2/22/2017 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## ATTACHMENT TO AO 121

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 3. PA 1-926-579 | Funny… Wasp stings man while wife laughs! | Amy Honey |
| 4. PA 1-926-581 | Groom drops bride | Julia Irene Kannard |
| 5. PA 1-926-568 | Insane Dodge Ball Kill! | Ibrahim Hayek |
| 6. PA 1-926-559 | Skim Board Fail | Blake McLemore |